FILED

JOHN E. MORTIMER SBN: 130526
LAW OFFICE OF JOHN E. MORTIMER
43980 Mahlon Vail Circle#806
Temecula, California 92592
Tel. (951) 330-0063
Fax (949) 502-0819

2014 FEB 12  PM 3: 48

CLERK U.S. DISTRICT COURT
CENTRAL DEPT OF CALIF.
SANTA ANA

BY _____ MB

BRADLEY JENSEN #182272
JENSEN & ASSOCIATES
124 MATISSE CIR.
ALISO VIEJO, CA 92656
TELEPHONE: (949-468-8255)

Attorneys for Plaintiffs, UNITED STATES OF AMERICA, SERVE ALL HELP ALL, INC., (SAHA) DBA NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, JOSE ARTURO ABAD VEGA, JOHN MORTIMER AND MOSES HALL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, SERVE ALL HELP ALL, INC., (SAHA) DBA NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, JOSE ARTURO ABAD VEGA, NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, JOHN MORTIMER. MOSES HALL, <br><br>      Plaintiffs, <br><br> vs. <br><br> HSBC BANK USA TRUSTEE: for ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-FM1 <br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-FM2 <br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-HE1 <br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-HE3 <br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-HE4 <br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-IN1 <br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-OP1 | Case No.   **SACV14-00210 JVS (DFMx)** <br><br> QUI TAM (31 U.S.C. Section 3729 et seq) <br><br> 1. UNFAIR AND DECEPTIVE CONSUMER PRACTICES WITH RESPECT TO LOAN SERVICING <br><br> 2. UNFAIR AND DECEPTIVE CONSUMER PRACTICES WITH RESPECT TO FORECLOSURE PROCESSING <br><br> 3. UNFAIR AND DECEPTIVE CONSUMER PRACTICES WITH RESPECT TO LOAN ORIGINATION <br><br> 4. VIOLATIONS OF THE FALSE CLAIMS ACT. <br><br> 5. VIOLATION OF THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT OF 1989 <br><br> 6. DECLARATORY JUDGMENTS UNDER 28 U.S.C. §§ 2201 AND 2202, REGARDING THE ASSIGNORS' BANKRUPTCY MISCONDUCT |

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2004-RM1
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2004-RM2
ACE SECURITIES CORP. HOME EQUITY
<#> LOAN TRUST 2004-SD1
ASSET BACKED SEC. CORP.
FIELDSTONE MORT. INVESTORS
TRUST 2004-2
CITIGROUP MORTGAGE LOAN TRUST
2004-HYB3
DEUTSCHE MORTGAGE LOAN TRUST
2004-3
DEUTSCHE MORTGAGE LOAN TRUST
2004-4
DEUTSCHE MORTGAGE LOAN TRUST
2004-5
DEUTSCHE MORTGAGE SECURITIES
MORTGAGE LOAN TRUST 2004-1
DEUTSCHE MORTGAGE SECURITIES
MORTGAGE LOAN TRUST 2004-2
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2004-3
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2004-4
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2004-5
FREMONT HOME LOAN TRUST 2004-A
FREMONT HOME LOAN TRUST 2004-B
FREMONT HOME LOAN TRUST 2004-C
FREMONT HOME LOAN TRUST 2004-D
HOMESTAR MORTGAGE ACCEPTANCE
CORP. 2004-1
HOMESTAR MORTGAGE ACCEPTANCE
CORP. 2004-2
HOMESTAR MORTGAGE ACCEPTANCE
CORP. 2004-3
HOMESTAR MORTGAGE ACCEPTANCE
CORP. 2004-4
HOMESTAR MORTGAGE ACCEPTANCE
CORP. 2004-5
HOMESTAR MORTGAGE ACCEPTANCE
CORP. 2004-6
MERRILL LYNCH MORTGAGE
INVESTORS FIELDSTONE TRUST 2004-

DAMAGES UNDER COMMON LAW RELATED TO THE
TRUSTEE' BANKRUPTCY MISCONDUCT

1  MERRILL LYNCH MORTGAGE
   INVESTORS FIELDSTONE TRUST 2004-
2  1
3  MERRILL LYNCH MORTGAGE
   INVESTORS TRUST 2004-FFC
4  PEOPLES CHOICE HOME LOANS
   SECURITIES TRUST 2004-1
5  PEOPLES CHOICE HOME LOANS
   SECURITIES TRUST 2004-2
6  STRUCTURED ADJUSTABLE RATE
7  MORTGAGE LOAN TRUST 2004-14
   WELLS FARGO HOME EQUITY TRUST
8  MORT. PASS THROUGH CERTS. 2004-
9  2ACE SECURITIES CORP. HOME
   EQUITY LOAN TRUST 2005-AG1ACE
10 SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-ASAP1
11 ACE SECURITIES CORP. HOME EQUITY
12 LOAN TRUST 2005-HE1
   ACE SECURITIES CORP. HOME EQUITY
13 LOAN TRUST 2005-HE2
14 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-HE3
15 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-HE4
16 ACE SECURITIES CORP. HOME EQUITY
17 LOAN TRUST 2005-HE5
   ACE SECURITIES CORP. HOME EQUITY
18 LOAN TRUST 2005-HE6
   ACE SECURITIES CORP. HOME EQUITY
19 LOAN TRUST 2005-HE7
20 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-RM1 ACE
21 SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-RM2
22 ACE SECURITIES CORP. HOME EQUITY
23 LOAN TRUST 2005-SD1
   ACE SECURITIES CORP. HOME EQUITY
24 LOAN TRUST 2005-SD2
25 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-SD3
26 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2005-SL1
27 ACE SECURITIES CORP. HOME EQUITY
28 LOAN TRUST 2005-SN1

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-3
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-4
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-5
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-6
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-AR1
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-AR2
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-1
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-2
FIELDSTONE MORTGAGE INVESTMENTS TRUST 2005-3
FREMONT HOME LOAN TRUST 2005-A
FREMONT HOME LOAN TRUST 2005-B
FREMONT HOME LOAN TRUST 2005-C
FREMONT HOME LOAN TRUST 2005-D
FREMONT HOME LOAN TRUST 2005-E
GSAA HOME EQUITY TRUST 2005-12
GSAA HOME EQUITY TRUST 2005-15
GSAA HOME EQUITY TRUST 2005-3
GSAA HOME EQUITY TRUST 2005-6
GSAA HOME EQUITY TRUST 2005-7
GSAA HOME EQUITY TRUST 2005-9
MERRILL LYNCH MORTGAGE
INVESTORS OWNIT SERIES 2005-1
MERRILL LYNCH MORTGAGE
INVESTORS OWNIT SERIES 2005-2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-WMC1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC 2005-B
NOMURA ASSET ACCEPTANCE CORP.
ALT. LOAN TRUST 2005-AP2
NOMURA ASSET ACCEPTANCE CORP.
ALT. LOAN TRUST 2005-AP3
NOMURA ASSET ACCEPTANCE CORP.

| | |
|---|---|
| 1 | ALT. LOAN TRUST 2005-AR3 |
| 2 | NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2005-AR4 |
| 3 | NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2005-AR5 |
| 4 | NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2005-AR6 |
| 5 | NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2005-S2 |
| 6 | NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2005-S3 |
| 7 | NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2005-S4 |
| 8 | NOMURA HOME EQUITY LOAN TRUST 2005-FM1 |
| 9 | NOMURA HOME EQUITY LOAN TRUST 2005-HE1 |
| 10 | OWNIT MORTGAGE LOAN TRUST 2005-4 |
| 11 | RENAISSANCE HOME EQUITY LOAN TRUST 2005-1 |
| 12 | RENAISSANCE HOME EQUITY LOAN TRUST 2005-2 |
| 13 | RENAISSANCE HOME EQUITY LOAN TRUST 2005-3 |
| 14 | RENAISSANCE HOME EQUITY LOAN TRUST 2005-4 |
| 15 | SG MORTGAGE SECURITIES TRUST 2005-OPT1 |
| 16 | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-18 |
| 17 | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-21 |
| 18 | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-4 |
| 19 | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-7 |
| 20 | WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2005-2 |
| 21 | WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2005-3 |
| 22 | WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  CORP. MORTGAGE PASS-THROUGH
   2005-3
2  WELLS FARGO ASSET SECURITIES
3  CORP. MORTGAGE PASS-THROUGH
   2005-4
4  WELLS FARGO HOME EQUITY ASSET-
   BACKED SECURITIES 2005-1
5  ACE SECURITIES CORP. HOME EQUITY
6  LOAN TRUST 2006-ASAP1
   ACE SECURITIES CORP. HOME EQUITY
7  LOAN TRUST 2006-ASAP2
   ACE SECURITIES CORP. HOME EQUITY
8  LOAN TRUST 2006-ASAP3
9  ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-ASAP4
10 ACE SECURITIES CORP. HOME EQUITY
11 LOAN TRUST 2006-ASAP5
   ACE SECURITIES CORP. HOME EQUITY
12 LOAN TRUST 2006-ASAP6
   ACE SECURITIES CORP. HOME EQUITY
13 LOAN TRUST 2006-ASL1
14 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-CW1
15 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-FM1
16 ACE SECURITIES CORP. HOME EQUITY
17 LOAN TRUST 2006-FM2
   ACE SECURITIES CORP. HOME EQUITY
18 LOAN TRUST 2006-HE1
   ACE SECURITIES CORP. HOME EQUITY
19 LOAN TRUST 2006-HE2
20 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-HE3
21 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-HE4
22 ACE SECURITIES CORP. HOME EQUITY
23 LOAN TRUST 2006-NC1
   ACE SECURITIES CORP. HOME EQUITY
24 LOAN TRUST 2006-NC2
25 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-NC3
26 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2006-OP1
27 ACE SECURITIES CORP. HOME EQUITY
28 LOAN TRUST 2006-OP2

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SD3

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL1

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL2

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL3

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL4

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2006-AR1

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2006-AR4

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2006-AR5

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-AB2

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-AR3

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-AR6

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-OA1

DEUTSCHE ALT A SECURITIES TRUST 2006-AF1

DEUTSCHE ALT A SECURITIES TRUST 2006-AR2

DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST 2006-AB1

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB2

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB3

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB4

FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-1

FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-2

FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-3

FREMONT HOME LOAN TRUST 2006-A

FREMONT HOME LOAN TRUST 2006-B

FREMONT HOME LOAN TRUST 2006-C

FREMONT HOME LOAN TRUST 2006-D
FREMONT HOME LOAN TRUST 2006-E
J.P. MORGAN ALT LOAN TRUST 2006-A5
J.P. MORGAN ALT LOAN TRUST 2006-A7
J.P. MORGAN MORTGAGE TRUST 2006-A5
LUMINENT MORTGAGE LOAN TRUST 2006-2
LUMINENT MORTGAGE LOAN TRUST 2006-3
LUMINENT MORTGAGE LOAN TRUST 2006-4
LUMINENT MORTGAGE LOAN TRUST 2006-5
LUMINENT MORTGAGE LOAN TRUST 2006-6
LUMINENT MORTGAGE LOAN TRUST 2006-7
MASTR REPERFORMING LOAN TRUST 2006-1
MASTR REPERFORMING LOAN TRUST 2006-2
MERRILL LYNCH INVESTORS TRUST 2006-A2
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-A1
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-A3
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-A4
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-AF1
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-AF2
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-F2
MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-2
MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-3

| | |
|---|---|
| 1 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AF1 |
| 2 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AF2 |
| 3 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AP1 |
| 4 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR1 |
| 5 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR1 |
| 6 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR2 |
| 7 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR3 |
| 8 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR4 |
| 9 | NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-WF1 |
| 10 | NOMURA HOME EQUITY LOAN TRUST 2006-AF1 |
| 11 | NOMURA HOME EQUITY LOAN TRUST 2006-FM1 |
| 12 | NOMURA HOME EQUITY LOAN TRUST 2006-FM2 |
| 13 | NOMURA HOME EQUITY LOAN TRUST 2006-HE1 |
| 14 | NOMURA HOME EQUITY LOAN TRUST 2006-HE2 |
| 15 | NOMURA HOME EQUITY LOAN TRUST 2006-HE3 |
| 16 | NOMURA HOME EQUITY LOAN TRUST 2006-WF1 |
| 17 | OPTEUM MORTGAGE ACCEPTANCE CORP. TRUST 2006-1 |
| 18 | OPTEUM MORTGAGE ACCEPTANCE CORP. TRUST 2006-2 |
| 19 | PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2006-1 |
| 20 | RENAISSANCE HOME EQUITY LOAN TRUST 2006-1 |
| 21 | RENAISSANCE HOME EQUITY LOAN TRUST 2006-2 |
| 22 | RENAISSANCE HOME EQUITY LOAN TRUST 2006-3 |
| 23 | RENAISSANCE HOME EQUITY LOAN TRUST 2006-4 |
| 24 | SEQUOIA MORTGAGE TRUST 2006-1 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

SG MORTGAGE SECURITIES TRUST 2006-FRE1

SG MORTGAGE SECURITIES TRUST 2006-OPT2

SUNTRUST ALTERNATIVE LOAN TRUST 2006-1F

OPTEUM MORTGAGE ACCEPTANCE CORP. TRUST 2006-1

OPTEUM MORTGAGE ACCEPTANCE CORP. TRUST 2006-2

PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2006-1

RENAISSANCE HOME EQUITY LOAN TRUST 2006-1

RENAISSANCE HOME EQUITY LOAN TRUST 2006-2

RENAISSANCE HOME EQUITY LOAN TRUST 2006-3

RENAISSANCE HOME EQUITY LOAN TRUST 2006-4

SEQUOIA MORTGAGE TRUST 2006-1

SG MORTGAGE SECURITIES TRUST 2006-FRE1

SG MORTGAGE SECURITIES TRUST 2006-OPT2

SUNTRUST ALTERNATIVE LOAN TRUST 2006-1F

LOAN TRUST 2005-RM1

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2005-RM2

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2005-SD1

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2005-SD2

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2005-SD3

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2005-SL1

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2005-SN1

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2005-1

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2005-2

DEUTSCHE ALT A SECURITIES

MORTGAGE LOAN TRUST 2005-3
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-4
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-5
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-6
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-AR1
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2005-AR2
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-1
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-2
FIELDSTONE MORTGAGE INVESTMENTS TRUST
2005-3
WACHOVIA MORTGAGE LOAN TRUST
2006-A
WELLS FARGO HOME EQUITY ASSET
SECURITIES CORP. TRUST 2006-1
WELLS FARGO HOME EQUITY ASSET
SECURITIES CORP. TRUST 2006-2
WELLS FARGO HOME EQUITY ASSET
SECURITIES CORP. TRUST 2006-3
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-5 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-6 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-10 WELLS FARGO
MORTGAGE BACKED SECURITIES
2006-11 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-12 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-13 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-14 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-15 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-16 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-17 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-18 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-19 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-20 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-5 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-6 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-7 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-8 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-9 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR10 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR11 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR12 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR13 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR14 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR15 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR16 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR17 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR18 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR19 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR7 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR8 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR9 TRUST
ACE SECURITIES CORP. HOME EQUITY
<#> LOAN TRUST 2007-ASAP1
ACE SECURITIES CORP. HOME EQUITY

LOAN TRUST 2007-ASAP2

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-ASL1

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE1

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE2

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE3

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE4

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE5

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-SL1

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-SL2

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-WM1

ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-WM2

CARRINGTON MORTGAGE LOAN
TRUST, 2007-HE1

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-1

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-2

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-3

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-AR1

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-AR2

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-AR3

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-BAR1

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-OA1

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-OA2

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-OA3

DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-

OA3/DE
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-
OA4/DE
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-
OA5/DE
DEUTSCHE ALT A SECURITIES
MORTGAGE LOAN TRUST 2007-RAMP1
DEUTSCHE ALT B SECURITIES
MORTGAGE LOAN TRUST 2007-AB1
J.P. MORGAN ALTERNATIVE LOAN
TRUST 2007-A1
J.P. MORGAN MORTGAGE TRUST 2007-
A1
J.P. MORGAN MORTGAGE TRUST 2007-
A2
J.P. MORGAN MORTGAGE TRUST 2007-
A5
LUMINENT MORTGAGE TRUST 2007-1
LUMINENT MORTGAGE TRUST 2007-2
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-A1
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-A2
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-A3
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-AF1
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-F1
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-OAR1
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-OAR2
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-OAR3
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-OAR4
MERRILL LYNCH ALTERNATIVE NOTE
ASSET TRUST 2007-OAR5
MERRILL LYNCH MORTGAGE
BACKED SECURITIES TRUST 2007-1
MERRILL LYNCH MORTGAGE
BACKED SECURITIES TRUST 2007-2

1   MERRILL LYNCH MORTGAGE
2   BACKED SECURITIES TRUST 2007-3
    MERRILL LYNCH MORTGAGE
3   INVESTORS TRUST SERIES MLCC 2007-
    1
4   MERRILL LYNCH MORTGAGE
5   INVESTORS TRUST SERIES MLCC 2007-
    2
6   MERRILL LYNCH MORTGAGE
    INVESTORS TRUST SERIES MLCC 2007-
7   3
8   NOMURA ASSET ACCEPTANCE CORP.
    ALTERNATIVE LOAN TRUST 2007-1
9   NOMURA ASSET ACCEPTANCE CORP.
    ALTERNATIVE LOAN TRUST 2007-2
10  NOMURA ASSET ACCEPTANCE CORP.
11  ALTERNATIVE LOAN TRUST 2007-3
    NOMURA HOME EQUITY LOAN TRUST
12  2007-1
    NOMURA HOME EQUITY LOAN TRUST
13  2007-2
    NOMURA HOME EQUITY LOAN TRUST
14  2007-3
15  OPTION ONE MORTGAGE LOAN
    TRUST 2007-HL1
16  PHH ALTERNATIVE MORTGAGE
17  TRUST 2007-1
    PHH ALTERNATIVE MORTGAGE
18  TRUST 2007-2
    PHH ALTERNATIVE MORTGAGE
19  TRUST 2007-3
20  RENAISSANCE HOME EQUITY LOAN
    TRUST 2007-1
21  RENAISSANCE HOME EQUITY LOAN
22  TRUST 2007-2
    RENAISSANCE HOME EQUITY LOAN
23  TRUST 2007-3
    RENAISSANCE HOME EQUITY LOAN
24  TRUST 2007-4
25  STRUCTURED ADJUSTABLE RATE
    MORTGAGES TRUST 2007-5
26  STRUCTURED ADJUSTABLE RATE
    MORTGAGES TRUST 2007-7
27  STRUCTURED ADJUSTABLE RATE
28  MORTGAGES TRUST 2007-9

WACHOVIA MORTGAGE LOAN TRUST
SERIES 2007-A
WELLS FARGO ALTERNATIVE LOAN
2007-PA1 TRUST 2007-BR1
WELLS FARGO ALTERNATIVE LOAN
2007-PA2 TRUST 2007-BR1
WELLS FARGO ALTERNATIVE LOAN
2007-PA3 TRUST 2007-BR1
WELLS FARGO ALTERNATIVE LOAN
2007-PA4 TRUST 2007-BR1
WELLS FARGO ALTERNATIVE LOAN
2007-PA5 TRUST2007-BR1
WELLS FARGO ALTERNATIVE LOAN
2007-PA6 TRUST2007-BR1
WELLS FARGO HOME EQUITY ASSET-
BACKED SECURITIES 2007-1 TRUST
WELLS FARGO HOME EQUITY ASSET-
BACKED SECURITIES 2007-2 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-1 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-10 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-11 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-12 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-13 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-14 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-15 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-16 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-17 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-2 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-3 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-4 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-5 TRUST
WELLS FARGO MORTGAGE BACKED

SECURITIES 2007-6 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-7 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-8 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-9 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR1 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR10 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR3 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR4 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR5 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR6 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR7 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR8 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR9 TRUST

STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-5

STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-7

STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-9

WACHOVIA MORTGAGE LOAN TRUST
SERIES 2007-A

WELLS FARGO ALTERNATIVE LOAN
2007-PA1 TRUST 2007-BR1

WELLS FARGO ALTERNATIVE LOAN
2007-PA2 TRUST 2007-BR1

WELLS FARGO ALTERNATIVE LOAN
2007-PA3 TRUST 2007-BR1

WELLS FARGO ALTERNATIVE LOAN
2007-PA4 TRUST 2007-BR1

WELLS FARGO ALTERNATIVE LOAN
2007-PA5 TRUST2007-BR1

WELLS FARGO ALTERNATIVE LOAN
2007-PA6 TRUST2007-BR1

| | |
|---|---|
| 1 | WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2007-1 TRUST |
| 2 | WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2007-2 TRUST |
| 3 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-1 TRUST |
| 4 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-10 TRUST |
| 5 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST |
| 6 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST |
| 7 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-13 TRUST |
| 8 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-14 TRUST |
| 9 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-15 TRUST |
| 10 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-16 TRUST |
| 11 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-17 TRUST |
| 12 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-2 TRUST |
| 13 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-3 TRUST |
| 14 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-4 TRUST |
| 15 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-5 TRUST |
| 16 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-6 TRUST |
| 17 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-7 TRUST |
| 18 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-8 TRUST |
| 19 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-9 TRUST |
| 20 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR1 TRUST |
| 21 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR10 TRUST |
| 22 | WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR3 TRUST |
| 23 | WELLS FARGO MORTGAGE BACKED |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    SECURITIES 2007-AR4 TRUST
2    WELLS FARGO MORTGAGE BACKED
     SECURITIES 2007-AR5 TRUST
3    WELLS FARGO MORTGAGE BACKED
     SECURITIES 2007-AR6 TRUST
4    WELLS FARGO MORTGAGE BACKED
     SECURITIES 2007-AR7 TRUST
5    WELLS FARGO MORTGAGE BACKED
     SECURITIES 2007-AR8 TRUST
6    WELLS FARGO MORTGAGE BACKED
7    SECURITIES 2007-AR9 TRUST
     U.S. BANK TRUSTEE  FOR: ASSET-
8    BACKED PASS-THROUGH
9    CERTIFICATES, SERIES 2004-HE1
     ASSET-BACKED PASS-THROUGH
10   CERTIFICATES, SERIES 2004-HE10
11   ASSET-BACKED PASS-THROUGH
     CERTIFICATES, SERIES 2004-HE4
12   ASSET-BACKED PASS-THROUGH
     CERTIFICATES, SERIES 2004-HE5
13   ASSET-BACKED PASS-THROUGH
14   CERTIFICATES, SERIES 2004-HE6
     ASSET-BACKED PASS-THROUGH
15   CERTIFICATES, SERIES 2004-HE7
16   ASSET-BACKED PASS-THROUGH
     CERTIFICATES, SERIES 2004-HE8
17   ASSET-BACKED PASS-THROUGH
     CERTIFICATES, SERIES 2004-HE9
18   BANC OF AMERICA FUNDING 2004-A
     TRUST
19   BANC OF AMERICA FUNDING 2004-B
     TRUST
20   BANC OF AMERICA FUNDING 2004-C
21   TRUST
     BANC OF AMERICA FUNDING 2004-D
22   TRUST
23   BANC OF AMERICA FUNDING CORP.
     TRUST 2004-2
24   BANC OF AMERICA FUNDING CORP.
     TRUST 2004-4
25   BANC OF AMERICA FUNDING CORP.
26   TRUST 2004-5
     BANC OF AMERICA MORT. SEC. INC.
27   PASS THROUGH CERT. SERIES 2004-F
28   BANC OF AMERICA MORT. SEC. INC.

1 | PASS THROUGH CERT. SERIES 2004-G
2 | BEAR STEARNS ARM TRUST 2004-10
3 | BEAR STEARNS ARM TRUST 2004-11
4 | BEAR STEARNS ARM TRUST 2004-12
5 | BEAR STEARNS ARM TRUST 2004-3
6 | BEAR STEARNS ARM TRUST 2004-4
7 | BEAR STEARNS ARM TRUST 2004-5
8 | BEAR STEARNS ARM TRUST 2004-6
9 | BEAR STEARNS ARM TRUST 2004-7
10 | BEAR STEARNS ARM TRUST 2004-8
11 | BEAR STEARNS ARM TRUST 2004-9
12 | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC1
   | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC2
   | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC3
   | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC4
   | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC5
   | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC6
   | BEAR STEARNS ASSET BACKED
   | SECURITIES I TRUST 2004-AC7
   | C BASS MORT. LOAN AB CERTS.
   | SERIES 2004-CB1
   | C BASS MORT. LOAN AB CERTS.
   | SERIES 2004-CB4
   | CHASE FUNDING LOAN ACQUISTION
   | TRUST, SERIES 2004-AQ1
   | CHASE FUNDING LOAN ACQUISTION
   | TRUST, SERIES 2004-OPT1
   | CHASE FUNDING TRUST 2004-2
   | CITIGROUP MORTGAGE LOAN TRUST
   | 2004-CB3
   | CITIGROUP MORTGAGE LOAN TRUST
   | 2004-CB7
   | CITIGROUP MORTGAGE LOAN TRUST
   | 2004-HYB1
   | CITIGROUP MORTGAGE LOAN TRUST
   | 2004-HYB2
   | CITIGROUP MORTGAGE LOAN TRUST
   | 2004-HYB4
   | CITIGROUP MORTGAGE LOAN TRUST

2004-NCM1
CITIGROUP MORTGAGE LOAN TRUST 2004-NCM2
CITIGROUP MORTGAGE LOAN TRUST 2004-UST1
CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-2
CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-3
CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-4
CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-5
CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-6
CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-8
DSLA MORTGAGE LOAN TRUST 2004-AR1
FREMONT HOME LOAN TRUST 2004-3
GREENPOINT HOME EQUITY LOAN TRUST 2004-1
GREENPOINT HOME EQUITY LOAN TRUST 2004-2
GREENPOINT HOME EQUITY LOAN TRUST 2004-3
GREENPOINT HOME EQUITY LOAN TRUST 2004-4
GSR MORTGAGE LOAN TRUST 2004-12
GSR MORTGAGE LOAN TRUST 2004-14
HARBORVIEW MORTGAGE LOAN TRUST 2004-2
HOME EQUITY ASSET TRUST 2004-7
IRWIN HOME EQUITY LOAN TRUST SERIES 2004-1
J.P. MORGAN MORTGAGE TRUST 2004-A2
J.P. MORGAN MORTGAGE TRUST 2004-A3

J.P. MORGAN MORTGAGE TRUST 2004-A4

J.P. MORGAN MORTGAGE TRUST 2004-A5

J.P. MORGAN MORTGAGE TRUST 2004-A6

J.P. MORGAN MORTGAGE TRUST 2004-S1

J.P. MORGAN MORTGAGE TRUST 2004-S2

MASTR ALTERNATIVE LOAN TRUST 2004-10

MASTR ALTERNATIVE LOAN TRUST 2004-11

MASTR ALTERNATIVE LOAN TRUST 2004-12

MASTR ALTERNATIVE LOAN TRUST 2004-13

MASTR ALTERNATIVE LOAN TRUST 2004-4

MASTR ALTERNATIVE LOAN TRUST 2004-5

MASTR ALTERNATIVE LOAN TRUST 2004-6

MASTR ALTERNATIVE LOAN TRUST 2004-7

MASTR ALTERNATIVE LOAN TRUST 2004-8

MASTR ALTERNATIVE LOAN TRUST 2004-9

MASTR ASSET SECURITIZATION TRUST 2004-1

MASTR ASSET SECURITIZATION TRUST 2004-10

MASTR ASSET SECURITIZATION TRUST 2004-11

MASTR ASSET SECURITIZATION TRUST 2004-3

MASTR ASSET SECURITIZATION TRUST 2004-6

MASTR ASSET SECURITIZATION TRUST 2004-8

MASTR ASSET SECURITIZATION TRUST 2004-9

MASTR ASSET-BACKED SECURITIES

TRUST 2004-FRE1
MASTR ASSET-BACKED SECURITIES
TRUST 2004-HE1
MASTR ASSET-BACKED SECURITIES
TRUST 2004-WMC2
MASTR SEASONED SECURITIZATION
TRUST 2004-1
MASTR SEASONED SECURITIZATION
TRUST 2004-2
MERRILL LYNCH MORTGAGE
INVESTORS TERWIN MORTGAGE
TRUST 2004-5HE
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-A4
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-CB6
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLMI SERIES 2004-
A2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI 2004-
A1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI 2004-
A2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI 2004-
A3
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI 2004-
A4
RFMSI TRUST 2004 S7
RFMSI TRUST 2004 S8
RFMSI TRUST 2004 S9
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-10
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-11
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-4
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-5
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-6
STRUCTURED ASSET INVESTMENT

LOAN TRUST 2004-7
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-8
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-9
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-BNC1
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2004-BNC2
STRUCTURED ASSET MORTGAGE
INVESTMENT HOMEBANC 2004-2
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-17XS
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR2
STRUCTURED ASSET SEC. CORP.
FINANCE AMERICA MORT. PT CERTS.
2004-1
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
GEL1
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
GEL2
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
GEL3
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
S4
TMTS MERRILL LYNCH MORTGAGE
INVESTORS TERWIN MOTGAGE
TRUST 2004-3HE
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-S2
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-S3
WAMU MSC MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2004-RA1
WAMU MSC MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2004-RA2
WAMU MSC MORTGAGE PASS-
THROUGH CERTIFICATES SERIES

2004-RA3
WELLS FARGO ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
EE
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-1
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-2
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-3
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-4
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-5
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-6
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-7
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-8
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-A
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-AA
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-B
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-BB
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-C
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH

2004-CC
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-D
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-DD
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-E
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-F
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-G
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-H
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-I
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-J
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-K
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-L
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-M
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-N
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-O
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-P
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH

2004-Q
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-R
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-S
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-T
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-U
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-V
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-W
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-X
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-Y
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-Z
WELLS FARGO HOME EQUITY TRUST
MORT. PASS-THROUGH CERTS. 2004-1
ABFC C-BASS MORT. LOAN ASSET-
BACKED CERTIFICATES, 2005-CB5
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-4
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE1
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE2
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE7
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE4
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE8
BANKUNITED TRUST 2005-1

BEAR STEARNS ARM TRUST 2005-1
BEAR STEARNS ARM TRUST 2005-10
BEAR STEARNS ARM TRUST 2005-11
BEAR STEARNS ARM TRUST 2005-12
BEAR STEARNS ARM TRUST 2005-2
BEAR STEARNS ARM TRUST 2005-3
BEAR STEARNS ARM TRUST 2005-4
BEAR STEARNS ARM TRUST 2005-5
BEAR STEARNS ARM TRUST 2005-6
BEAR STEARNS ARM TRUST 2005-7
BEAR STEARNS ARM TRUST 2005-9
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC3
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC4
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC5
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC6
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC7
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC8
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC9
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB1
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB3
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB7
CITIGROUP MORTGAGE LOAN TRUST
2005-1
CITIGROUP MORTGAGE LOAN TRUST
2005-10
CITIGROUP MORTGAGE LOAN TRUST
2005-11
CITIGROUP MORTGAGE LOAN TRUST
2005-2
CITIGROUP MORTGAGE LOAN TRUST
2005-3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  CITIGROUP MORTGAGE LOAN TRUST
2  2005-4
3  CITIGROUP MORTGAGE LOAN TRUST
   2005-5
4  CITIGROUP MORTGAGE LOAN TRUST
   2005-6
5  CITIGROUP MORTGAGE LOAN TRUST
6  2005-7
7  CITIGROUP MORTGAGE LOAN TRUST
   2005-8
8  CITIGROUP MORTGAGE LOAN TRUST
   2005-9
9  CITIGROUP MORTGAGE LOAN TRUST
10  2005-HE3
11  CITIGROUP MORTGAGE LOAN TRUST
   2005-HE4
12  CITIGROUP MORTGAGE LOAN TRUST
   2005-WF1
13  CITIGROUP MORTGAGE LOAN TRUST
   2005-WF2
14  FFMLT TRUST 2005-FF10
15  FFMLT TRUST 2005-FF3
   FFMLT TRUST 2005-FF7
16  FFMLT TRUST 2005-FF9
   GSR MORTGAGE LOAN TRUST 2005-9F
17  GSR MORTGAGE LOAN TRUST 2005-
   AR1
18  GSR MORTGAGE LOAN TRUST 2005-
   AR2
19  GSR MORTGAGE LOAN TRUST 2005-
20  AR3
21  GSR MORTGAGE LOAN TRUST 2005-
   AR4
22  GSR MORTGAGE LOAN TRUST 2005-
   AR5
23  GSR MORTGAGE LOAN TRUST 2005-
   AR6
24  GSR MORTGAGE LOAN TRUST 2005-
   AR7
25  HARBORVIEW MORTGAGE LOAN
   TRUST 2005-1
26  HARBORVIEW MORTGAGE LOAN
   TRUST 2005-10
27  HARBORVIEW MORTGAGE LOAN
28  TRUST 2005-16

| | |
|---|---|
| 1 | HARBORVIEW MORTGAGE LOAN |
| 2 | TRUST 2005-2 |
| | HARBORVIEW MORTGAGE LOAN |
| 3 | TRUST 2005-3 |
| 4 | HARBORVIEW MORTGAGE LOAN |
| | TRUST 2005-8 |
| 5 | HOME EQUITY ASSET TRUST (CSFB) |
| 6 | 2005-2 |
| | HOME EQUITY ASSET TRUST (CSFB) |
| 7 | 2005-3 |
| | HOME EQUITY ASSET TRUST (CSFB) |
| 8 | 2005-4 |
| 9 | HOME EQUITY ASSET TRUST (CSFB) |
| | 2005-5 |
| 10 | HOME EQUITY ASSET TRUST (CSFB) |
| 11 | 2005-6 |
| | HOME EQUITY ASSET TRUST (CSFB) |
| 12 | 2005-7 |
| | HOME EQUITY ASSET TRUST (CSFB) |
| 13 | 2005-8 |
| 14 | HOME EQUITY ASSET TRUST (CSFB) |
| | 2005-9 |
| 15 | HOME EQUITY MORTGAGE TRUST |
| 16 | 2005-5 |
| | HSBC HOME EQUITY LOAN TRUST |
| 17 | 2005-2 |
| | HSBC HOME EQUITY LOAN TRUST |
| 18 | 2005-3 |
| 19 | IRWIN HOME EQUITY LOAN TRUST |
| | SERIES 2005-1 |
| 20 | IRWIN HOME EQUITY LOAN TRUST |
| 21 | SERIES 2005-B |
| | IRWIN HOME EQUITY LOAN TRUST |
| 22 | SERIES 2005-C |
| | J.P. MORGAN MORTGAGE |
| 23 | ACQUISITION CORP. (JPMAC) 2005- |
| 24 | FLD1 |
| | J.P. MORGAN MORTGAGE |
| 25 | ACQUISITION TRUST (JPMAC) 2005- |
| | FRE1 |
| 26 | J.P. MORGAN MORTGAGE |
| 27 | ACQUISITION TRUST (JPMAC) 2005- |
| | OPT1 |
| 28 | J.P. MORGAN MORTGAGE |
| | ACQUISITION TRUST (JPMAC) 2005- |

OPT2
J.P. MORGAN MORTGAGE
ACQUISITION TRUST (JPMAC) 2005-
WMC1
J.P. MORGAN MORTGAGE TRUST 2005-
ALT 1
J.P. MORGAN MORTGAGE TRUST 2005-
S1
LEHMAN XS TRUST 2005-5N
LEHMAN XS TRUST 2005-9N
MASTR ALTERNATIVE LOAN TRUST
2005-1
MASTR ALTERNATIVE LOAN TRUST
2005-2
MASTR ALTERNATIVE LOAN TRUST
2005-3
MASTR ALTERNATIVE LOAN TRUST
2005-4
MASTR ALTERNATIVE LOAN TRUST
2005-5
MASTR ALTERNATIVE LOAN TRUST
2005-NC1
MASTR ASSET SECURITIZATION
TRUST 2005-1
MASTR ASSET SECURITIZATION
TRUST 2005-2
MASTR ASSET-BACKED SECURITIES
TRUST 2005-AB1
MASTR ASSET-BACKED SECURITIES
TRUST 2005-FRE1
MASTR ASSET-BACKED SECURITIES
TRUST 2005-HE1
MASTR ASSET-BACKED SECURITIES
TRUST 2005-HE2
MASTR ASSET-BACKED SECURITIES
TRUST 2005-NC2
MASTR ASSET-BACKED SECURITIES
TRUST 2005-WF1
MASTR ASSET-BACKED SECURITIES
TRUST 2005-WMC1
MASTR REPERFORMING LOAN TRUST
2005-2
MASTR REPERFORMING LOAN
TRUSTS 2005-1
MASTR SEASONED SECURITIZATION

TRUST 2005-1
MASTR SEASONED SECURITIZATION
TRUST 2005-2
RAMP 2005 EFC1
RAMP 2005 EFC2
RAMP 2005 EFC3
RAMP 2005 EFC4
RAMP 2005 EFC5
RAMP 2005 EFC6
RAMP 2005 EFC7
RAMP 2005 NC1
RASC 2005 EMX1
RASC 2005 EMX2
RASC 2005 EMX3
RASC 2005 EMX5
RASC 2005 KS1
RASC 2005 KS10
RASC 2005 KS11
RASC 2005 KS12
RASC 2005 KS2
RASC 2005 KS3
RASC 2005 KS4
RASC 2005 KS5
RASC 2005 KS6
RASC 2005 KS7
RASC 2005 KS8
RASC 2005 KS9
RASC 2005-AHL1
RASC 2005-AHL2
RASC 2005-AHL3
RFMSI TRUST 2005 S1
RFMSI TRUST 2005 S2
RFMSI TRUST 2005 S3
RFMSI TRUST 2005 S4
RFMSI TRUST 2005 S5
RFMSI TRUST 2005 S6
RFMSI TRUST 2005 S7
RFMSI TRUST 2005 S8
RFMSI TRUST 2005 S9
RFMSI TRUST 2005 SA1
RFMSI TRUST 2005 SA2
RFMSI TRUST 2005 SA3
RFMSI TRUST 2005 SA4
RFMSI TRUST 2005 SA5
STRUCTURED ADJUSTABLE RATE

MORTGAGE LOAN TRUST 2005-16XS
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-19XS
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-22
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-23
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-7N
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-10
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-11
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-3
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-4
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-5
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-6
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-7
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-8
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-9
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-HE1
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-HE2
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-HE3
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-F1
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-F2
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-F3
THORNBURG MORTGAGE SECURITIES
TRUST 2005-4
WACHOVIA MORTGAGE LOAN TRUST
2005-B
WACHOVIA MORTGAGE LOAN TRUST
2005-WMC1

ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-HE1

ASSET BACKED SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-HE1

ASSET BACKED SECURITIES CORP. HOME EQUITY LOAN TRUST AMQ 2006-HE7

ASSET BACKED SECURITIES CORP. HOME EQUITY LOAN TRUST MO 2006-HE6

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST NC 2006-HE2

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST NC 2006-HE4

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST OOMC 2006-HE3

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST OOMC 2006-HE5

BANC OF AMERICA FUNDING 2006-A TRUST

BANC OF AMERICA FUNDING 2006-F TRUST

BANC OF AMERICA FUNDING 2006-G TRUST

BANC OF AMERICA FUNDING 2006-H TRUST

BANC OF AMERICA FUNDING 2006-I TRUST

BANC OF AMERICA FUNDING 2006-J TRUST

BANC OF AMERICA FUNDING CORP. TRUST 2006-1

BANC OF AMERICA FUNDING CORP. TRUST 2006-2

BANC OF AMERICA FUNDING CORP. TRUST 2006-3

BANC OF AMERICA FUNDING CORP. TRUST 2006-4

BANC OF AMERICA FUNDING CORP. TRUST 2006-5

BANC OF AMERICA FUNDING CORP. TRUST 2006-6

BANC OF AMERICA FUNDING CORP. TRUST 2006-7

BANC OF AMERICA FUNDING CORP.

TRUST 2006-8T2
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2006-
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2006-C
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2006-D
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-3
BEAR STEARNS ARM TRUST 2006-1
BEAR STEARNS ARM TRUST 2006-2
BEAR STEARNS ARM TRUST 2006-3
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-AC1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-AC2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-AC3
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-AC4
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-AC5
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-IM1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-ST1
BNC MORTGAGE LOAN TRUST 2006-1
BNC MORTGAGE LOAN TRUST 2006-2
C-BASS 2006-CB2 TRUST
C-BASS 2006-CB6 TRUST
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2006-CB4
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2006-CB8
CHASE MORTGAGE FINANCE TRUST
SERIES 2006-A1
CHASE MORTGAGE FINANCE TRUST
SERIES 2006-S1
CHASEFLEX TRUST 2006-2
CHASEFLEX TRUST SERIES 2006-1
CITICORP MORTGAGE SECURITIES
TRUST 2006-1
CITICORP MORTGAGE SECURITIES
TRUST 2006-2

1   CITICORP MORTGAGE SECURITIES
    TRUST 2006-3
2   CITICORP MORTGAGE SECURITIES
    TRUST 2006-4
3   CITICORP MORTGAGE SECURITIES
    TRUST 2006-5
4   CITICORP MORTGAGE SECURITIES
    TRUST 2006-6
5   CITICORP MORTGAGE SECURITIES
    TRUST 2006-7
6   CITICORP RESIDENTIAL MORTGAGE
7   TRUST SERIES 2006-1
    CITICORP RESIDENTIAL MORTGAGE
8   TRUST SERIES 2006-2
9   CITICORP RESIDENTIAL MORTGAGE
    TRUST SERIES 2006-3
10  CITIGROUP MORTGAGE LOAN TRUST
11  2006-4
    CITIGROUP MORTGAGE LOAN TRUST
12  2006-AMC1
13  CITIGROUP MORTGAGE LOAN TRUST
    2006-AR1
14  CITIGROUP MORTGAGE LOAN TRUST
    2006-AR5
15  CITIGROUP MORTGAGE LOAN TRUST
16  2006-AR6
    CITIGROUP MORTGAGE LOAN TRUST
17  2006-AR7
18  CITIGROUP MORTGAGE LOAN TRUST
    2006-AR9
19  CITIGROUP MORTGAGE LOAN TRUST
20  2006-CB3
    CITIGROUP MORTGAGE LOAN TRUST
21  2006-FX1
22  CITIGROUP MORTGAGE LOAN TRUST
    2006-HE1
23  CITIGROUP MORTGAGE LOAN TRUST
    2006-HE2
24  CITIGROUP MORTGAGE LOAN TRUST
25  2006-HE3
    CITIGROUP MORTGAGE LOAN TRUST
26  2006-NC1
    CITIGROUP MORTGAGE LOAN TRUST
27  2006-NC2
28

36

CITIGROUP MORTGAGE LOAN TRUST 2006-WF1

CITIGROUP MORTGAGE LOAN TRUST 2006-WF2

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE1

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE2

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE3

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE4

CSMC MORTGAGE BACKED PASS-THROUGH CERTS, SERIES 2006-1

CSMC MORTGAGE BACKED PASS-THROUGH CERTS, SERIES 2006-2

CSMC MORTGAGE BACKED TRUST 2006-6

CSMC MORTGAGE BACKED TRUST 2006-7

CSMC MORTGAGE BACKED TRUST 2006-9

CSMC MORTGAGE BACKED TRUST SERIES 2006-3

CSMC MORTGAGE BACKED TRUST SERIES 2006-4

CSMC MORTGAGE BACKED TRUST SERIES 2006-5

FFMLT TRUST 2006-FF10

FFMLT TRUST 2006-FF12

FFMLT TRUST 2006-FF14

FFMLT TRUST 2006-FF2

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR4

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR5

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR6

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR7

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR8

GREENPOINT MORTGAGE FUNDING TRUST 2006-HE1

GSAA HOME EQUITY TRUST 2006-1

GSAA HOME EQUITY TRUST 2006-12
GSAA HOME EQUITY TRUST 2006-3
GSAA HOME EQUITY TRUST 2006-6
GSAA HOME EQUITY TRUST 2006-7
GSAA HOME EQUITY TRUST 2006-9
GSAMP TRUST 2006-HE2
GSAMP TRUST 2006-HE3
GSAMP TRUST 2006-HE5
GSAMP TRUST 2006-HE6
GSAMP TRUST 2006-HE7
GSAMP TRUST 2006-HE8
GSAMP TRUST 2006-NC1
GSR MORTGAGE LOAN TRUST 2006-10F
GSR MORTGAGE LOAN TRUST 2006-1F
GSR MORTGAGE LOAN TRUST 2006-2F
GSR MORTGAGE LOAN TRUST 2006-3F
GSR MORTGAGE LOAN TRUST 2006-4F
GSR MORTGAGE LOAN TRUST 2006-5F
GSR MORTGAGE LOAN TRUST 2006-6F
GSR MORTGAGE LOAN TRUST 2006-7F
GSR MORTGAGE LOAN TRUST 2006-8F
GSR MORTGAGE LOAN TRUST 2006-9F
GSR MORTGAGE LOAN TRUST 2006-AR1
HARBORVIEW TRUST 2006-1
HARBORVIEW TRUST 2006-4
HOME EQUITY ASSET TRUST (CSFB) 2006-1
HOME EQUITY ASSET TRUST (CSFB) 2006-2
HOME EQUITY ASSET TRUST (CSFB) 2006-3
HOME EQUITY ASSET TRUST (CSFB) 2006-4
HOME EQUITY ASSET TRUST (CSFB) 2006-5
HOME EQUITY ASSET TRUST (CSFB) 2006-6
HOME EQUITY ASSET TRUST (CSFB) 2006-7
HOME EQUITY ASSET TRUST (CSFB) 2006-8
HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-1

| | |
|---|---|
| 1 | HOME EQUITY MORTGAGE PASS- |
| 2 | THROUGH CERTS. (CSFB) 2006-3 |
| | HOME EQUITY MORTGAGE PASS- |
| 3 | THROUGH CERTS. (CSFB) 2006-4 |
| | HOME EQUITY MORTGAGE TRUST |
| 4 | (CSFB) 2006-5 |
| 5 | HOME EQUITY MORTGAGE TRUST |
| | (CSFB) 2006-6 |
| 6 | J.P. MORGAN ALT LOAN TRUST 2006-A1 |
| 7 | J.P. MORGAN ALT LOAN TRUST 2006-A2 |
| 8 | J.P. MORGAN ALT LOAN TRUST 2006-A3 |
| 9 | J.P. MORGAN ALT LOAN TRUST 2006-A4 |
| 10 | J.P. MORGAN ALT LOAN TRUST 2006-A6 |
| 11 | J.P. MORGAN ALT LOAN TRUST 2006-S1 |
| 12 | J.P. MORGAN ALT LOAN TRUST 2006-S2 |
| 13 | J.P. MORGAN ALT LOAN TRUST 2006-S3 |
| 14 | J.P. MORGAN ALT LOAN TRUST 2006-S4 |
| 15 | J.P. MORGAN MORTGAGE ACQUISITION CORP. (JPMAC) 2006-ACC1 |
| 16 | J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CH1 |
| 17 | J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CH2 |
| 18 | J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CW1 |
| 19 | J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CW2 |
| 20 | J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-FRE1 |
| 21 | J.P. MORGAN MORTGAGE |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ACQUISITION TRUST (JPMAC) 2006-FRE2

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE1

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE2

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE3

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-NC1

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-NC2

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-RM1

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WF1

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC1

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC2

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC3

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC4

J.P. MORGAN MORTGAGE TRUST 2006-A1

J.P. MORGAN MORTGAGE TRUST 2006-A4

J.P. MORGAN MORTGAGE TRUST 2006-A6

J.P. MORGAN MORTGAGE TRUST 2006-A7

J.P. MORGAN MORTGAGE TRUST 2006-S2

| | |
|---|---|
| 1 | J.P. MORGAN MORTGAGE TRUST 2006-S3 |
| 2 | J.P. MORGAN MORTGAGE TRUST 2006-S4 |
| 3 | LEHMAN XS TRUST 2006-10N |
| 4 | LEHMAN XS TRUST 2006-11 |
| 5 | LEHMAN XS TRUST 2006-12N |
| | LEHMAN XS TRUST 2006-14N |
| 6 | LEHMAN XS TRUST 2006-15 |
| 7 | LEHMAN XS TRUST 2006-16N |
| | LEHMAN XS TRUST 2006-18N |
| 8 | LEHMAN XS TRUST 2006-2N |
| 9 | LEHMAN XS TRUST 2006-3 |
| | LEHMAN XS TRUST 2006-4N |
| 10 | LEHMAN XS TRUST 2006-GP1 |
| 11 | LEHMAN XS TRUST 2006-GP2 |
| | LEHMAN XS TRUST 2006-GP3 |
| 12 | LEHMAN XS TRUST 2006-GP4 |
| | MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-1 |
| 13 | MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-2 |
| 14 | MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-3 |
| 15 | MASTR ADJUSTABLE RATE |
| 16 | MORTGAGES TRUST 2006-OA1 |
| 17 | MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2 |
| 18 | MASTR ALTERNATIVE LOAN TRUST 2006-1 |
| 19 | MASTR ASSET SECURITIZATION TRUST 2006-1 |
| 20 | MASTR ASSET SECURITIZATION TRUST 2006-2 |
| 21 | MASTR ASSET SECURITIZATION TRUST 2006-3 |
| 22 | MASTR ASSET-BACKED SECURITIES TRUST 2006-AB1 |
| 23 | MASTR ASSET-BACKED SECURITIES TRUST 2006-AM1 |
| 24 | MASTR ASSET-BACKED SECURITIES TRUST 2006-AM2 |
| 25 | MASTR ASSET-BACKED SECURITIES TRUST 2006-AM3 |
| 26 | MASTR ASSET-BACKED SECURITIES |
| 27 | |
| 28 | |

TRUST 2006-FRE1
MASTR ASSET-BACKED SECURITIES
TRUST 2006-FRE2
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE1
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE2
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE3
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE4
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE5
MASTR ASSET-BACKED SECURITIES
TRUST 2006-NC1
MASTR ASSET-BACKED SECURITIES
TRUST 2006-NC2
MASTR ASSET-BACKED SECURITIES
TRUST 2006-NC3
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC1
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC2
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC3
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC4
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-AB1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-HE6
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-OPT1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-RM2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-SD1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-WMC2
NEW CENTURY HOME EQUITY LOAN
TRUST 2006-ALT2
NEW YORK MORTGAGE TRUST 2006-1
PRIME MORTGAGE TRUST 2006-1
PRIME MORTGAGE TRUST 2006-2
PRIME MORTGAGE TRUST 2006-CL1

1  RAAC 2006 SP4
   RALI 2006QO2
2  RAMP 2006 EFC1
3  RAMP 2006 EFC2
   RAMP 2006 NC1
4  RAMP 2006 NC2
5  RAMP 2006 NC3
   RAMP 2006 RS6
6  RAMP 2006 RZ5
   RASC 2006 EMX1
7  RASC 2006 EMX2
8  RASC 2006 EMX3
   RASC 2006 EMX4
9  RASC 2006 EMX5
   RASC 2006 EMX6
10 RASC 2006 EMX7
11 RASC 2006 EMX8
   RASC 2006 EMX9
12 RASC 2006 KS1
   RASC 2006 KS2
13 RASC 2006 KS3
14 RASC 2006 KS4
   RASC 2006 KS5
15 RASC 2006 KS6
   RASC 2006 KS7
16 RASC 2006 KS8
17 RASC 2006 KS9
   RFMSI TRUST 2006 S1
18 RFMSI TRUST 2006 S11
19 RFMSI TRUST 2006 S12
   RFMSI TRUST 2006 S2
20 RFMSI TRUST 2006 S3
   RFMSI TRUST 2006 S4
21 RFMSI TRUST 2006 S5
22 RFMSI TRUST 2006 S6
   RFMSI TRUST 2006 S7
23 RFMSI TRUST 2006 S8
   RFMSI TRUST 2006 S9
24 RFMSI TRUST 2006 SA1
25 RFMSI TRUST 2006 SA2
   RFMSI TRUST 2006 SA3
26 RFMSI TRUST 2006 SA4
   RFMSI TRUST 2006-S10
27 RFMSII 2006-HI5
28 SECURITIZED ASSET-BACKED

RECEIVABLES TRUST (SABR) 2006-CB1

SECURITIZED ASSET-BACKED
RECEIVABLES TRUST (SABR) 2006-CB5

SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-NC1

SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-NC2

SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-WM1

SG MORTGAGE SECURITIES TRUST
2006-FRE2

SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST 2006-
AB3

SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST 2006-
BC1

SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST 2006-
BC2

SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST 2006-
BC3

SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST 2006-
BC4

SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST 2006-
BC5

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-1

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-10

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-11

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-12

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-2

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-3

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-4

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-5

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-6
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-7
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-8
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-9
STRUCTURED ASSET INVESTMENT
LOAN TRUST (SAIL) 2006-1
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-2
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-3
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-4
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-BNC1
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-BNC2
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-BNC3
TBW 2006-1 TRUST
TBW 2006-2 TRUST
TBW 2006-3 TRUST
TBW MORTGAGE-BACKED TRUST
SERIES 2006-4
TBW MORTGAGE-BACKED TRUST
SERIES 2006-5
TBW MORTGAGE-BACKED TRUST
SERIES 2006-6
WACHOVIA MORTGAGE LOAN TRUST
2006-ALT1
WACHOVIA MORTGAGE LOAN TRUST
2006-AMN1
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-1 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-2 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-3 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-4 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR1 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR2 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR3 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR4 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR5 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR6 TRUST
ABFC 2007-WMC1 TRUST
ACCREDITIED MORTGAGE LOAN <#>
TRUST 2007-1
ASSET-BACKED SEC. CORP. HOME
EQUITY LOAN TRUST SERIES RFC
2007-HE1
BANC OF AMERICA FUNDING 2007-1
TRUST
BANC OF AMERICA FUNDING 2007-2
TRUST
BANC OF AMERICA FUNDING 2007-3
TRUST
BANC OF AMERICA FUNDING 2007-4
TRUST
BANC OF AMERICA FUNDING 2007-6
TRUST
BANC OF AMERICA FUNDING 2007-7
TRUST
BANC OF AMERICA FUNDING 2007-8
TRUST
BANC OF AMERICA FUNDING 2007-B
TRUST
BANC OF AMERICA FUNDING 2007-B
TRUST
BANC OF AMERICA FUNDING 2007-C
TRUST
BANC OF AMERICA FUNDING 2007-D
TRUST
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2007-A
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2007-B
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC1
C-BASS MORTGAGE LOAN TRUST

2007-CB1

C-BASS MORTGAGE LOAN TRUST 2007-CB3

CITICORP MORTGAGE SECURITIES TRUST 2007-1

CITICORP MORTGAGE SECURITIES TRUST 2007-2

CITICORP MORTGAGE SECURITIES TRUST 2007-3

CITICORP MORTGAGE SECURITIES TRUST 2007-4

CITICORP MORTGAGE SECURITIES TRUST 2007-5

CITICORP MORTGAGE SECURITIES TRUST 2007-6

CITICORP MORTGAGE SECURITIES TRUST 2007-7

CITICORP MORTGAGE SECURITIES TRUST 2007-8

CITICORP MORTGAGE SECURITIES TRUST 2007-9

CITICORP RESIDENTIAL MORTGAGES TRUST 2007-1

CITICORP RESIDENTIAL MORTGAGES TRUST 2007-2

CITIGROUP MORTGAGE LOAN TRUST 2007-10

CITIGROUP MORTGAGE LOAN TRUST 2007-2

CITIGROUP MORTGAGE LOAN TRUST 2007-6

CITIGROUP MORTGAGE LOAN TRUST 2007-AHL1

CITIGROUP MORTGAGE LOAN TRUST 2007-AHL2

CITIGROUP MORTGAGE LOAN TRUST 2007-AHL3

CITIGROUP MORTGAGE LOAN TRUST 2007-AMC1

CITIGROUP MORTGAGE LOAN TRUST 2007-AMC2

CITIGROUP MORTGAGE LOAN TRUST 2007-AMC3

CITIGROUP MORTGAGE LOAN TRUST 2007-AMC4

1  CITIGROUP MORTGAGE LOAN TRUST
2  2007-AR1
   CITIGROUP MORTGAGE LOAN TRUST
3  2007-AR4
   CITIGROUP MORTGAGE LOAN TRUST
4  2007-AR5
   CITIGROUP MORTGAGE LOAN TRUST
5  2007-AR7
   CITIGROUP MORTGAGE LOAN TRUST
6  2007-AR8
   CITIGROUP MORTGAGE LOAN TRUST
7  2007-OPX1
   CITIGROUP MORTGAGE LOAN TRUST
8  2007-WFHE1
9  CITIGROUP MORTGAGE LOAN TRUST
   2007-WFHE2
10 CITIGROUP MORTGAGE LOAN TRUST
11 2007-WFHE3
   CITIGROUP MORTGAGE LOAN TRUST
12 2007-WFHE4
13 CITIMORTGAGE ALTERNATIVE LOAN
   TRUST (CMALT) 2007-A1
14 CITIMORTGAGE ALTERNATIVE LOAN
15 TRUST (CMALT) 2007-A2
   CITIMORTGAGE ALTERNATIVE LOAN
16 TRUST (CMALT) 2007-A3
   CITIMORTGAGE ALTERNATIVE LOAN
17 TRUST (CMALT) 2007-A4
18 CITIMORTGAGE ALTERNATIVE LOAN
   TRUST (CMALT) 2007-A5
19 CITIMORTGAGE ALTERNATIVE LOAN
20 TRUST (CMALT) 2007-A6
   CITIMORTGAGE ALTERNATIVE LOAN
21 TRUST (CMALT) 2007-A7
   CITIMORTGAGE ALTERNATIVE LOAN
22 TRUST (CMALT) 2007-A8
23 CSMC ASSET-BACKED TRUST 2007-
   NC1 OSI
24 CSMC MORTGAGE-BACKED TRUST
25 SERIES 2007-1
   CSMC MORTGAGE-BACKED TRUST
26 SERIES 2007-2
   CSMC MORTGAGE-BACKED TRUST
27 SERIES 2007-3
28 CSMC MORTGAGE-BACKED TRUST

SERIES 2007-4
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-5
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-5R
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-6
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-7
GREENPOINT MORTGAGE FUNDING
TRUST 2007-AR1
GREENPOINT MORTGAGE FUNDING
TRUST 2007-AR2
GREENPOINT MORTGAGE FUNDING
TRUST 2007-AR3
GSAA HOME EQUITY TRUST 2007-1
GSAA HOME EQUITY TRUST 2007-3
GSAA HOME EQUITY TRUST 2007-7
GSR MORTGAGE LOAN TRUST 2007-1F
GSR MORTGAGE LOAN TRUST 2007-2F
GSR MORTGAGE LOAN TRUST 2007-3F
GSR MORTGAGE LOAN TRUST 2007-4F
GSR MORTGAGE LOAN TRUST 2007-5F
HOME EQUITY ASSET TRUST 2007-1
HOME EQUITY ASSET TRUST 2007-3
HOME EQUITY MORTGAGE TRUST
2007-1
HOME EQUITY MORTGAGE TRUST
2007-2
HSBC HOME EQUITY LOAN TRUST
(USA) 2007-1
HSBC HOME EQUITY LOAN TRUST
(USA) 2007-2
HSBC HOME EQUITY LOAN TRUST
(USA) 2007-3
J.P. MORGAN ALTERNATIVE LOAN
TRUST 2007-A2
J.P. MORGAN ALTERNATIVE LOAN
TRUST 2007-S1
J.P. MORGAN MORTGAGE TRUST 2007-
A4
J.P. MORGAN MORTGAGE TRUST 2007-
S1
J.P. MORGAN MORTGAGE TRUST 2007-
S2

J.P. MORGAN MORTGAGE TRUST 2007-S3
LEHMAN MORTGAGE TRUST 2007-10
LEHMAN MORTGAGE TRUST 2007-2
LEHMAN MORTGAGE TRUST 2007-3
LEHMAN MORTGAGE TRUST 2007-6
LEHMAN MORTGAGE TRUST 2007-7
LEHMAN MORTGAGE TRUST 2007-8
LEHMAN XS 2007-4N
LEHMAN XS TRUST 2007-12N
LEHMAN XS TRUST 2007-15N
LEHMAN XS TRUST 2007-16N
LEHMAN XS TRUST 2007-17H
LEHMAN XS TRUST 2007-18N
LEHMAN XS TRUST 2007-20N
LEHMAN XS TRUST 2007-2N
LEHMAN XS TRUST 2007-7N
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-1
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-2
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-3
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-HF1
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-HF2
MASTR ALTERNATIVE LOAN TRUST
2007-1
MASTR ALTERNATIVE LOAN TRUST
2007-HF1
MASTR ASSET SECURITIZATION
TRUST 2007-1
MASTR ASSET SECURITIZATION
TRUST 2007-2
MASTR ASSET-BACKED SECURITIES
TRUST 2007-HE1
MASTR ASSET-BACKED SECURITIES
TRUST 2007-HE2
MASTR ASSET-BACKED SECURITIES
TRUST 2007-WMC1
MERRILL LYNCH MORTGAGE TRUST
2007-C1
MORGAN STANLEY CAPITAL 1 TRUST
2007-IQ13

RASC 2007 EMX1 TRUST
RASC 2007 KS1 TRUST
RASC 2007 KS2 TRUST
RASC 2007 KS3 TRUST
RFMSI SERIES 2007-S1 TRUST
RFMSI SERIES 2007-S2 TRUST
RFMSI SERIES 2007-S3 TRUST
RFMSI SERIES 2007-S6 TRUST
RFMSI SERIES 2007-S7 TRUST
RFMSI SERIES 2007-S8 TRUST
RFMSI SERIES 2007-S9 TRUST
RFMSI SERIES 2007-SA1 TRUST
RFMSI SERIES 2007-SA2 TRUST
RFMSI SERIES 2007-SA3 TRUST
RFMSI SERIES 2007-SA4 TRUST
SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST SERIES
2007-AB1
SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST SERIES
2007-BC2
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-10+
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-8
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC2
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC3
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC4
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-WF1
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-WF2
TBW MORTGAGE-BACKED TRUSTS
SERIES 2007-2
THORNBURG MORTGAGE SECURITIES
TRUST 2007-1
THORNBURG MORTGAGE SECURITIES
TRUST 2007-2
THORNBURG MORTGAGE SECURITIES
TRUST 2007-3
THORNBURG MORTGAGE SECURITIES
TRUST 2007-4

THORNBURG MORTGAGE SECURITIES
TRUST 2007-5
WAMU ASSET-BACKED CERTS. SERIES
2007-HY1
WAMU ASSET-BACKED CERTS. SERIES
2007-HY2
WAMU ASSET-BACKED CERTS. SERIES
2007-HY3
WAMU ASSET-BACKED CERTS. SERIES
2007-HY4
WAMU ASSET-BACKED CERTS. SERIES
2007-HY5
WAMU ASSET-BACKED CERTS. SERIES
2007-HY6
WAMU ASSET-BACKED CERTS. SERIES
2007-HY7
WAMU ASSET-BACKED CERTS. SERIES
2007-OA1
WAMU ASSET-BACKED CERTS. SERIES
2007-OA2
WAMU ASSET-BACKED CERTS. SERIES
2007-OA3
WAMU ASSET-BACKED CERTS. SERIES
2007-OA4
WAMU ASSET-BACKED CERTS. SERIES
2007-OA5
WAMU ASSET-BACKED CERTS. SERIES
2007-OA6
WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMABS SERIES 2007-
HE1
WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMABS SERIES 2007-
HE2
WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
1
WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
2
WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
3
WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-

4

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
5

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
HY1

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
HY2

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OA1

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OA2

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OA3

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OA4

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OA5

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OC1

WASHINGTON MUTUAL ASSET-
BACKED CERTS. WMALT SERIES 2007-
OC2

BANK OF NEW YORK TRUSTEE FOR:
TRUST (ALTERNATIVE LOAN CWALT)
2004-1T1

ALTERNATIVE LOAN TRUST (CWALT)
2004-28CB

ALTERNATIVE LOAN TRUST (CWALT)
2004-29CB

ALTERNATIVE LOAN TRUST (CWALT)
2004-2CB

ALTERNATIVE LOAN TRUST (CWALT)
2004-30CB

ALTERNATIVE LOAN TRUST (CWALT)
2004-31T1R

ALTERNATIVE LOAN TRUST (CWALT)

1  2004-32CB
2  ALTERNATIVE LOAN TRUST (CWALT) 2004-33
3  ALTERNATIVE LOAN TRUST (CWALT) 2004-34T1
4  ALTERNATIVE LOAN TRUST (CWALT) 2004-35T2
5  ALTERNATIVE LOAN TRUST (CWALT) 2004-36CB
6  ALTERNATIVE LOAN TRUST (CWALT) 2004-3T1
7  ALTERNATIVE LOAN TRUST (CWALT) 2004-3T1
8  ALTERNATIVE LOAN TRUST (CWALT) 2004-4CB
9  ALTERNATIVE LOAN TRUST (CWALT) 2004-5CB
10 ALTERNATIVE LOAN TRUST (CWALT) 2004-6CB
11 ALTERNATIVE LOAN TRUST (ALTERNATCWALT) 2004-J1
12 ALTERNATIVE LOAN TRUST (CWALT) 2004-J10
13 ALTERNATIVE LOAN TRUST (CWALT) 2004-J11
14 ALTERNATIVE LOAN TRUST (CWALT) 2004-J11
15 ALTERNATIVE LOAN TRUST (CWALT) 2004-J13
16 ALTERNATIVE LOAN TRUST (CWALT) 2004-J2
17 ALTERNATIVE LOAN TRUST (CWALT) 2004-J3
18 AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4
19 AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4
20 CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-1
21 CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-2
22 CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-3
23 CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-3
24 CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-4
25 CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J1
26 CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J2
27 CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J3
28 CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J3

54

1    CHL MORTGAGE PASS-THROUGH
     (CWMBS) TRUST 2004-J4
2    CHL MORTGAGE PASS-THROUGH
     (CWMBS) TRUST 2004-J5
3    CHL MORTGAGE PASS-THROUGH
     (CWMBS) TRUST 2004-J6
4    CHL MORTGAGE PASS-THROUGH
     (CWMBS) TRUST 2004-J7
5    CHL MORTGAGE PASS-THROUGH
     (CWMBS) TRUST 2004-J8
6    CHL MORTGAGE PASS-THROUGH
     (CWMBS) TRUST 2004-J9
7    CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB1
8    CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB2
9    CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB3
10   CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB4
11   CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB5
12   CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB7
13   CHL MORTGAGE PASS-THROUGH
     TRUST (CWMBS) 2004-HYB8
14   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-10
15   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-11
16   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-12
17   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-13
18   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-14
19   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-15
20   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-16
21   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-18
22   CHL MORTGAGE PASS-THROUGH
     TRUST 2004-19
23   CHL MORTGAGE PASS-THROUGH

| | |
|---|---|
| 1 | TRUST 2004-20 |
| 2 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-21 |
| 3 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-22 |
| 4 | CHL MORTGAGE PASS-THROUGH |
| 5 | TRUST 2004-23 |
| | CHL MORTGAGE PASS-THROUGH |
| 6 | TRUST 2004-24 |
| 7 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-25 |
| 8 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-5 |
| 9 | CHL MORTGAGE PASS-THROUGH |
| 10 | TRUST 2004-6 |
| | CHL MORTGAGE PASS-THROUGH |
| 11 | TRUST 2004-7 |
| 12 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-8 |
| 13 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-9 |
| 14 | CHL MORTGAGE PASS-THROUGH |
| | TRUST 2004-HYB9 |
| 15 | CWABS ASSET-BACKED CERTS. |
| 16 | TRUST 2004-1 |
| | CWABS ASSET-BACKED CERTS. |
| 17 | TRUST 2004-10 |
| | CWABS ASSET-BACKED CERTS. |
| 18 | TRUST 2004-11 |
| 19 | CWABS ASSET-BACKED CERTS. |
| | TRUST 2004-12 |
| 20 | CWABS ASSET-BACKED CERTS. |
| | TRUST 2004-13 |
| 21 | CWABS ASSET-BACKED CERTS. |
| 22 | TRUST 2004-14 |
| | CWABS ASSET-BACKED CERTS. |
| 23 | TRUST 2004-15 |
| | CWABS ASSET-BACKED CERTS. |
| 24 | TRUST 2004-2 |
| 25 | CWABS ASSET-BACKED CERTS. |
| | TRUST 2004-3 |
| 26 | CWABS ASSET-BACKED CERTS. |
| | TRUST 2004-4 |
| 27 | CWABS ASSET-BACKED CERTS. |
| 28 | TRUST 2004-5 |

| | |
|---|---|
| 1 | CWABS ASSET-BACKED CERTS. TRUST 2004-6 |
| 2 | CWABS ASSET-BACKED CERTS. TRUST 2004-7 |
| 3 | CWABS ASSET-BACKED CERTS. TRUST 2004-8 |
| 4 | CWABS ASSET-BACKED CERTS. TRUST 2004-9 |
| 5 | CWABS ASSET-BACKED CERTS. TRUST 2004-AB1 |
| 6 | CWABS ASSET-BACKED CERTS. TRUST 2004-AB2 |
| 7 | CWABS ASSET-BACKED CERTS. TRUST 2004-BC1 |
| 8 | CWABS ASSET-BACKED CERTS. TRUST 2004-BC2 |
| 9 | CWABS ASSET-BACKED CERTS. TRUST 2004-BC3 |
| 10 | CWABS ASSET-BACKED CERTS. TRUST 2004-BC4 |
| 11 | CWABS ASSET-BACKED CERTS. TRUST 2004-BC5 |
| 12 | CWABS ASSET-BACKED CERTS. TRUST 2004-EC1 |
| 13 | CWABS ASSET-BACKED CERTS. TRUST 2004-ECC1 |
| 14 | CWABS ASSET-BACKED CERTS. TRUST 2004-ECC2 |
| 15 | CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-A |
| 16 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-28CB |
| 17 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-29CB |
| 18 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-2CB |
| 19 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-30CB |
| 20 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-32CB |
| 21 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-33 |
| 22 | CWALT, INC. ALTERNATIVE LOAN TRUST 2004-34T1 |
| 23 | CWALT, INC. ALTERNATIVE LOAN |

TRUST 2004-35T2
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-36CB
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-3T1
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-4CB
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-5CB
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-6CB
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-J1
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-J10
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-J11
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-J2
CWALT, INC. ALTERNATIVE LOAN
TRUST 2004-J3
CWALT, INC. ALTERNATIVE LOAN
TRUST RESECURITIZATION 2004-
31T1R
FIRST HORIZON ASSET SECURITIES
TRUST 2004-1
FIRST HORIZON ASSET SECURITIES
TRUST 2004-2
FIRST HORIZON ASSET SECURITIES
TRUST 2004-3
FIRST HORIZON ASSET SECURITIES
TRUST 2004-4
FIRST HORIZON ASSET SECURITIES
TRUST 2004-5
FIRST HORIZON ASSET SECURITIES
TRUST 2004-6
FIRST HORIZON ASSET SECURITIES
TRUST 2004-7
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA1
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA2
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA3
FIRST HORIZON ASSET SECURITIES

TRUST 2004-AA4
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA5
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA6
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA7
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR1
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR2
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR3
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR4
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR5
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR6
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR7
FIRST HORIZON ASSET SECURITIES
TRUST 2004-FA1
FIRST HORIZON ASSET SECURITIES
TRUST 2004-FA2
FIRST HORIZON ASSET SECURITIES
TRUST 2004-FL1
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE1
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE2
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE3
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE4
ALTERNATIVE LOAN TRUST (CWALT)
2005-10CB
ALTERNATIVE LOAN TRUST (CWALT)
2005-11B
ALTERNATIVE LOAN TRUST (CWALT)
2005-13B
ALTERNATIVE LOAN TRUST (CWALT)
2005-14
ALTERNATIVE LOAN TRUST (CWALT)
2005-16

1  ALTERNATIVE LOAN TRUST (CWALT)
   2005-17
2  ALTERNATIVE LOAN TRUST (CWALT)
   2005-18CB
3  ALTERNATIVE LOAN TRUST (CWALT)
   2005-19CB
4  ALTERNATIVE LOAN TRUST (CWALT)
   2005-1CB
5  ALTERNATIVE LOAN TRUST (CWALT)
   2005-2
6  ALTERNATIVE LOAN TRUST (CWALT)
7  2005-20CB
   NATIVE LOAN TRUSTALTER (CWALT)
8  2005-21CB
9  ALTERNATIVE LOAN TRUST (CWALT)
   2005-22T1
10 ALTERNATIVE LOAN TRUST (CWALT)
11 2005-23CB
   ALTERNATIVE LOAN TRUST (CWALT)
12 2005-24
   ALTERNATIVE LOAN TRUST (CWALT)
13 2005-25T1
14 ALTERNATIVE LOAN TRUST (CWALT)
   2005-26CB
15 ALTERNATIVE LOAN TRUST (CWALT)
16 2005-27
   ALTERNATIVE LOAN TRUST (CWALT)
17 2005-28CB
18 ALTERNATIVE LOAN TRUST (CWALT)
   2005-29CB
19 ALTERNATIVE LOAN TRUST (CWALT)
20 2005-30CB
   ALTERNATIVE LOAN TRUST (CWALT)
21 2005-31
   ALTERNATIVE LOAN TRUST (CWALT)
22 2005-32T1
23 ALTERNATIVE LOAN TRUST (CWALT)
   2005-33CB
24 ALTERNATIVE LOAN TRUST (CWALT)
   2005-34CB
25 ALTERNATIVE LOAN TRUST (CWALT)
26 2005-35CB
   ALTERNATIVE LOAN TRUST (CWALT)
27 2005-36
   ALTERNATIVE LOAN TRUST (CWALT)
28

1  2005-37T1
2  ALTERNATIVE LOAN TRUST (CWALT)
   2005-38
3  ALTERNATIVE LOAN TRUST (CWALT)
   2005-3CB
4  ALTERNATIVE LOAN TRUST (CWALT)
5  2005-4
   ALTERNATIVE LOAN TRUST (CWALT)
6  2005-40CB
   ALTERNATIVE LOAN TRUST (CWALT)
7  2005-41
8  ALTERNATIVE LOAN TRUST (CWALT)
   2005-42CB
9  ALTERNATIVE LOAN TRUST (CWALT)
   2005-43
10 ALTERNATIVE LOAN TRUST (CWALT)
11 2005-44
   ALTERNATIVE LOAN TRUST (CWALT)
12 2005-45
   ALTERNATIVE LOAN TRUST (CWALT)
13 2005-46CB
14 ALTERNATIVE LOAN TRUST (CWALT)
   2005-47CB
15 ALTERNATIVE LOAN TRUST (CWALT)
   2005-48T1
16 ALTERNATIVE LOAN TRUST (CWALT)
17 2005-49CB
   ALTERNATIVE LOAN TRUST (CWALT)
18 2005-50CB
   ALTERNATIVE LOAN TRUST (CWALT)
19 2005-51
20 ALTERNATIVE LOAN TRUST (CWALT)
   2005-53T2
21 ALTERNATIVE LOAN TRUST (CWALT)
22 2005-54CB
   ALTERNATIVE LOAN TRUST (CWALT)
23 2005-55CB
   ALTERNATIVE LOAN TRUST (CWALT)
24 2005-56
   ALTERNATIVE LOAN TRUST (CWALT)
25 2005-57CB
26 ALTERNATIVE LOAN TRUST (CWALT)
   2005-58
27 ALTERNATIVE LOAN TRUST (CWALT)
28 2005-59

1  ALTERNATIVE LOAN TRUST (CWALT)
2  2005-60T1
   ALTERNATIVE LOAN TRUST (CWALT)
3  2005-61
   ALTERNATIVE LOAN TRUST (CWALT)
4  2005-62
5  ALTERNATIVE LOAN TRUST (CWALT)
   2005-63
6  ALTERNATIVE LOAN TRUST (CWALT)
   2005-64CB
7  ALTERNATIVE LOAN TRUST (CWALT)
8  2005-65CB
   ALTERNATIVE LOAN TRUST (CWALT)
9  2005-67CB
   ALTERNATIVE LOAN TRUST (CWALT)
10 2005-69
11 ALTERNATIVE LOAN TRUST (CWALT)
   2005-6CB
12 ALTERNATIVE LOAN TRUST (CWALT)
13 2005-70CB
   ALTERNATIVE LOAN TRUST (CWALT)
14 2005-71
   ALTERNATIVE LOAN TRUST (CWALT)
15 2005-72
16 ALTERNATIVE LOAN TRUST (CWALT)
   2005-73CB
17 ALTERNATIVE LOAN TRUST (CWALT)
18 2005-74T1
   ALTERNATIVE LOAN TRUST (CWALT)
19 2005-75CB
   ALTERNATIVE LOAN TRUST (CWALT)
20 2005-76
21 ALTERNATIVE LOAN TRUST (CWALT)
   2005-77T1
22 ALTERNATIVE LOAN TRUST (CWALT)
23 2005-79CB
   ALTERNATIVE LOAN TRUST (CWALT)
24 2005-7CB
   ALTERNATIVE LOAN TRUST (CWALT)
25 2005-80CB
   ALTERNATIVE LOAN TRUST (CWALT)
26 2005-81
   ALTERNATIVE LOAN TRUST (CWALT)
27 2005-82
28 ALTERNATIVE LOAN TRUST (CWALT)

2005-83CB

ALTERNATIVE LOAN TRUST (CWALT) 2005-84

ALTERNATIVE LOAN TRUST (CWALT) 2005-85CB

ALTERNATIVE LOAN TRUST (CWALT) 2005-86CB

ALTERNATIVE LOAN TRUST (CWALT) 2005-9CB

ALTERNATIVE LOAN TRUST (CWALT) 2005-AR1

BELLAVISTA MORTGAGE TRUST 2005-1

BELLAVISTA MORTGAGE TRUST 2005-2

CHL MORTGAGE PASS THROUGH TRUST 2005-24

CHL MORTGAGE PASS-THROUGH TRUST 2005-1

CHL MORTGAGE PASS-THROUGH TRUST 2005-10

CHL MORTGAGE PASS-THROUGH TRUST 2005-11

CHL MORTGAGE PASS-THROUGH TRUST 2005-12

CHL MORTGAGE PASS-THROUGH TRUST 2005-13

CHL MORTGAGE PASS-THROUGH TRUST 2005-14

CHL MORTGAGE PASS-THROUGH TRUST 2005-16

CHL MORTGAGE PASS-THROUGH TRUST 2005-17

CHL MORTGAGE PASS-THROUGH TRUST 2005-18

CHL MORTGAGE PASS-THROUGH TRUST 2005-19

CHL MORTGAGE PASS-THROUGH TRUST 2005-2

CHL MORTGAGE PASS-THROUGH TRUST 2005-20

CHL MORTGAGE PASS-THROUGH TRUST 2005-21

CHL MORTGAGE PASS-THROUGH TRUST 2005-22

CHL MORTGAGE PASS-THROUGH TRUST 2005-23

CHL MORTGAGE PASS-THROUGH TRUST 2005-25

CHL MORTGAGE PASS-THROUGH TRUST 2005-26

CHL MORTGAGE PASS-THROUGH TRUST 2005-27

CHL MORTGAGE PASS-THROUGH TRUST 2005-28

CHL MORTGAGE PASS-THROUGH TRUST 2005-29

CHL MORTGAGE PASS-THROUGH TRUST 2005-3

CHL MORTGAGE PASS-THROUGH TRUST 2005-30

CHL MORTGAGE PASS-THROUGH TRUST 2005-31

CHL MORTGAGE PASS-THROUGH TRUST 2005-4

CHL MORTGAGE PASS-THROUGH TRUST 2005-5

CHL MORTGAGE PASS-THROUGH TRUST 2005-6

CHL MORTGAGE PASS-THROUGH TRUST 2005-7

CHL MORTGAGE PASS-THROUGH TRUST 2005-9

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB1

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB2

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB3

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB5

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB6

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB7

CHL MORTGAGE PASS-THROUGH

1   TRUST 2005-HYB8
2   CHL MORTGAGE PASS-THROUGH
    TRUST 2005-J2
3   CHL MORTGAGE PASS-THROUGH
    TRUST 2005-J3
4   CHL MORTGAGE PASS-THROUGH
    TRUST 2005-J4
5   COUNTRYWIDE HOME LOANS
6   (CWALT) 2005-52CB
    CWABS ASSET-BACKED CERTS.
7   TRUST 2005-1
8   CWABS ASSET-BACKED CERTS.
    TRUST 2005-10
9   CWABS ASSET-BACKED CERTS.
    TRUST 2005-11
10  CWABS ASSET-BACKED CERTS.
11  TRUST 2005-12
    CWABS ASSET-BACKED CERTS.
12  TRUST 2005-13
13  CWABS ASSET-BACKED CERTS.
    TRUST 2005-14
14  CWABS ASSET-BACKED CERTS.
    TRUST 2005-15
15  CWABS ASSET-BACKED CERTS.
16  TRUST 2005-16
    ASSET-BACKED CERTS. TRUST
17  CWABS A2005-17
18  CWABS ASSET-BACKED CERTS.
    TRUST 2005-2
19  CWABS ASSET-BACKED CERTS.
    TRUST 2005-3
20  CWABS ASSET-BACKED CERTS.
21  TRUST 2005-4
    CWABS ASSET-BACKED CERTS.
22  TRUST 2005-5
23  CWABS ASSET-BACKED CERTS.
    TRUST 2005-6
24  CWABS ASSET-BACKED CERTS.
    TRUST 2005-7
25  CWABS ASSET-BACKED CERTS.
26  TRUST 2005-8
    CWABS ASSET-BACKED CERTS.
27  TRUST 2005-9
    CWABS ASSET-BACKED CERTS.
28  TRUST 2005-AB1

1  CWABS ASSET-BACKED CERTS.
   TRUST 2005-AB2
2  CWABS ASSET-BACKED CERTS.
   TRUST 2005-AB3
3  CWABS ASSET-BACKED CERTS.
4  TRUST 2005-AB4
   CWABS ASSET-BACKED CERTS.
5  TRUST 2005-AB4
6  CWABS ASSET-BACKED CERTS.
   TRUST 2005-AB5
7  CWABS ASSET-BACKED CERTS.
8  TRUST 2005-BC1
   CWABS ASSET-BACKED CERTS.
9  TRUST 2005-BC2
   CWABS ASSET-BACKED CERTS.
10 TRUST 2005-BC3
11 CWABS ASSET-BACKED CERTS.
   TRUST 2005-BC4
12 CWABS ASSET-BACKED CERTS.
   TRUST 2005-BC5
13 CWABS ASSET-BACKED CERTS.
14 TRUST 2005-HYB9
   CWABS ASSET-BACKED CERTS.
15 TRUST 2005-IM1
16 CWABS ASSET-BACKED CERTS.
   TRUST 2005-IM2
17 CWABS ASSET-BACKED CERTS.
   TRUST 2005-IM3
18 CWALT ALTERNATIVE LOAN TRUST
   2005-IM1
19 CWALT, INC. ALTERNATIVE LOAN
20 TRUST 2005-J1
   CWALT, INC. ALTERNATIVE LOAN
21 TRUST 2005-J10
   CWALT, INC. ALTERNATIVE LOAN
22 TRUST 2005-J11
23 CWALT, INC. ALTERNATIVE LOAN
   TRUST 2005-J12
24 CWALT, INC. ALTERNATIVE LOAN
   TRUST 2005-J13
25 CWALT, INC. ALTERNATIVE LOAN
26 TRUST 2005-J14
   CWALT, INC. ALTERNATIVE LOAN
27 TRUST 2005-J2
28 CWALT, INC. ALTERNATIVE LOAN

1    TRUST 2005-J3
     CWALT, INC. ALTERNATIVE LOAN
2    TRUST 2005-J4
3    CWALT, INC. ALTERNATIVE LOAN
     TRUST 2005-J5
4    CWALT, INC. ALTERNATIVE LOAN
5    TRUST 2005-J6
     CWALT, INC. ALTERNATIVE LOAN
6    TRUST 2005-J7
7    CWALT, INC. ALTERNATIVE LOAN
     TRUST 2005-J8
8    CWALT, INC. ALTERNATIVE LOAN
     TRUST 2005-J9
9    CWALT, INC. ALTERNATIVE LOAN
     TRUST RESECURITIZATION 2005-5R
10   FIRST HORIZON ALTERNATIVE
11   MORTGAGE SECURITIES TRUST 2005-
     AA10
12   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
13   AA11
14   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
15   AA6
16   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
17   FA1
18   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
19   FA10
     FIRST HORIZON ALTERNATIVE
20   MORTGAGE SECURITIES TRUST 2005-
     FA11
21   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
22   FA5
23   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
24   FA7
25   FIRST HORIZON ALTERNATIVE
     MORTGAGE SECURITIES TRUST 2005-
26   FA8
     FIRST HORIZON ALTERNATIVE
27   MORTGAGE SECURITIES TRUST 2005-
     FA9
28

1 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-1
2 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-2
3 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-3
4 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-4
5 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-5
6 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-6
7 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-7
8 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-8
9 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA1
10 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA12
11 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA2
12 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA3
13 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA4
14 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA5
15 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA7
16 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA8
17 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA9
18 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AR1
19 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AR2
20 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-FA2
21 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-FA3
22 FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-FA4
23 FIRST HORIZON ASSET SEC MORT
24
25
26
27
28

PASS THROUGH CERTS. 2005-FA6
          ALTERNATIVE LOAN TRUST
(CWALT) 2006-11CB
TRUSTEE; BANK OF NEW YORK
ALTERNATIVE LOAN TRUST (CWALT)
2006-12CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-13T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-14CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-15CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-16CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-17T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-18CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-19CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-20CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-21CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-23CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-24CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-25CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-26CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-27CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-28CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-29T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-2CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-30T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-31CB
ALTERNATIVE LOAN TRUST (CWALT)

2006-32CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-33CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-35CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-36T2
ALTERNATIVE LOAN TRUST (CWALT)
2006-37R
ALTERNATIVE LOAN TRUST (CWALT)
2006-39CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-40T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-41CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-43CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-45T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-4CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-5T2
ALTERNATIVE LOAN TRUST (CWALT)
2006-6CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-7CB
ALTERNATIVE LOAN TRUST (CWALT)
2006-8T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-9T1
ALTERNATIVE LOAN TRUST (CWALT)
2006-HY10
ALTERNATIVE LOAN TRUST (CWALT)
2006-HY11
ALTERNATIVE LOAN TRUST (CWALT)
2006-HY12
ALTERNATIVE LOAN TRUST (CWALT)
2006-HY13
ALTERNATIVE LOAN TRUST (CWALT)
2006-HY3
ALTERNATIVE LOAN TRUST (CWALT)
2006-J1
ALTERNATIVE LOAN TRUST (CWALT)
2006-J2

1    ALTERNATIVE LOAN TRUST (CWALT)
     2006-J3
2    ALTERNATIVE LOAN TRUST (CWALT)
     2006-J4
3    ALTERNATIVE LOAN TRUST (CWALT)
     2006-J5
4    ALTERNATIVE LOAN TRUST (CWALT)
     2006-J6
5    ALTERNATIVE LOAN TRUST (CWALT)
     2006-J7
6    ALTERNATIVE LOAN TRUST (CWALT)
     2006-J8
7    ALTERNATIVE LOAN TRUST (CWALT)
     2006-OA1
8    ALTERNATIVE LOAN TRUST (CWALT)
9    2006-OA10
     ALTERNATIVE LOAN TRUST (CWALT)
10   2006-OA11
     ALTERNATIVE LOAN TRUST (CWALT)
11   2006-OA12
12   ALTERNATIVE LOAN TRUST (CWALT)
     2006-OA14
13   ALTERNATIVE LOAN TRUST (CWALT)
     2006-OA17
14   ALTERNATIVE LOAN TRUST (CWALT)
15   2006-OA18
     ALTERNATIVE LOAN TRUST (CWALT)
16   2006-OA19
     ALTERNATIVE LOAN TRUST (CWALT)
17   2006-OA2
18   ALTERNATIVE LOAN TRUST (CWALT)
     2006-OA21
19   ALTERNATIVE LOAN TRUST (CWALT)
     2006-OA22
20   ALTERNATIVE LOAN TRUST (CWALT)
21   2006-OA3
     ALTERNATIVE LOAN TRUST (CWALT)
22   2006-OA6
     ALTERNATIVE LOAN TRUST (CWALT)
23   2006-OA7
     ALTERNATIVE LOAN TRUST (CWALT)
24   2006-OA8
     ALTERNATIVE LOAN TRUST (CWALT)
25   2006-OA9
     ALTERNATIVE LOAN TRUST (CWALT)
26   
27   
28

2006-OC1
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC10
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC11
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC2
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC3
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC4
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC5
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC6
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC7
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC8
ALTERNATIVE LOAN TRUST (CWALT)
2006-OC9
ALTERNATIVE LOAN TRUST 2006-34
ALTERNATIVE LOAN TRUST 2006-42
ALTERNATIVE LOAN TRUST 2006-46
TRUSTEE: BANK OF NEW YORK
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SD4
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST
SERIES 2006-S2
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST
SERIES 2006-S4
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-1
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-10
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-11
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-12

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-13

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-14

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-15

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-16

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-17

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-18

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-19

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-20

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-21

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-3

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-6

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-8

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-9

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-HYB1

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-HYB2

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-HYB3
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-HYB4
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-HYB5
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-J1
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-J2
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-J4
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-OA4
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-OA5
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2006-TM1
TRUSTEE: BANK OF NEW YORK
DEUTSCHE ALT-B SECURITIES TRUST
2006-AB3
TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S4
TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S5
TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S6
TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S7
TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S8

TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S9
TRUSTEE: BANK OF NEW YORK
CWHEQ HOME EQUITY LOAN TRUST
SERIES,  2006-A
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-8
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-9
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-ABC1
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-BC2
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-BC3
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-BC4
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-BC5
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-IM1
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-SPS1
TRUSTEE: BANK OF AMERICA
CWABS ASSET-BACKED CERTS.
TRUST 2006-SPS2
TRUSTEE: BANK OF AMERICA
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S1
TRUSTEE: BANK OF AMERICA
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S1
TRUSTEE: BANK OF AMERICA
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S10

| | |
|---|---|
| 1 | TRUSTEE: BANK OF AMERICA |
| 2 | CWHEQ HOME EQUITY LOAN TRUST |
| | SERIES 2006-S2 |
| 3 | TRUSTEE: BANK OF AMERICA |
| | CWHEQ HOME EQUITY LOAN TRUST |
| 4 | SERIES 2006-S3 |
| 5 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 6 | TRUST 2006-2 |
| 7 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 8 | TRUST 2006-20 |
| 9 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 10 | TRUST 2006-21 |
| 11 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 12 | TRUST 2006-22 |
| 13 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 14 | TRUST 2006-23 |
| 15 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 16 | TRUST 2006-24 |
| 17 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 18 | TRUST 2006-25 |
| 19 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 20 | TRUST 2006-26 |
| 21 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 22 | TRUST 2006-3 |
| 23 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 24 | TRUST 2006-4 |
| 25 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 26 | TRUST 2006-5 |
| 27 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| 28 | TRUST 2006-6 |
| | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED CERTS. |
| | TRUST 2006-7 |

| | |
|---|---|
| 1 | TRUSTEE: BANK OF AMERICA |
| 2 | CWABS ASSET-BACKED TRUSTE |
| | SERIES 2006-5 |
| 3 | TRUSTEE: BANK OF AMERICA |
| 4 | CWABS ASSET-BACKED TRUSTE |
| | SERIES 2006-1 |
| 5 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED TRUSTE |
| 6 | SERIES 2006-10 |
| 7 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED TRUSTE |
| 8 | SERIES 2006-11 |
| 9 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED TRUSTE |
| 10 | SERIES 2006-12 |
| 11 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED TRUSTE |
| 12 | SERIES 2006-13 |
| | TRUSTEE: BANK OF AMERICA |
| 13 | CWABS ASSET-BACKED TRUSTE |
| 14 | SERIES 2006-14 |
| | TRUSTEE: BANK OF AMERICA |
| 15 | CWABS ASSET-BACKED TRUSTE |
| 16 | SERIES 2006-15 |
| | TRUSTEE: BANK OF AMERICA |
| 17 | CWABS ASSET-BACKED TRUSTE |
| | SERIES 2006-16 |
| 18 | TRUSTEE: BANK OF AMERICA |
| 19 | CWABS ASSET-BACKED TRUSTE |
| | SERIES 2006-17 |
| 20 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED TRUSTE |
| 21 | SERIES 2006-18 |
| 22 | TRUSTEE: BANK OF AMERICA |
| | CWABS ASSET-BACKED TRUSTE |
| 23 | SERIES 2006-19 |
| | TRUSTEE: BANK OF NEW YORK |
| 24 | FIRST HORIZON ASSET SEC. |
| 25 | MORTGAGE PASS THROUGH CERTS |
| | 2006AR3 |
| 26 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 27 | MORTGAGE PASS THROUGH CERTS |
| | 2006AR4 |
| 28 | TRUSTEE: BANK OF NEW YORK |

| | |
|---|---|
| 1 | FIRST HORIZON ASSET SEC. |
| 2 | MORTGAGE PASS THROUGH CERTS |
| | 2006-FA1 |
| 3 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 4 | MORTGAGE PASS THROUGH CERTS |
| 5 | 2006-FA2 |
| | TRUSTEE: BANK OF NEW YORK |
| 6 | FIRST HORIZON ASSET SEC. |
| 7 | MORTGAGE PASS THROUGH CERTS |
| | 2006-FA3 |
| 8 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 9 | MORTGAGE PASS THROUGH CERTS |
| 10 | 2006-FA4 |
| | TRUSTEE: BANK OF NEW YORK |
| 11 | FIRST HORIZON ASSET SEC. |
| 12 | MORTGAGE PASS THROUGH CERTS |
| | 2006-FA5 |
| 13 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 14 | MORTGAGE PASS THROUGH CERTS |
| 15 | 2006-FA6 |
| | TRUSTEE: BANK OF NEW YORK |
| 16 | FIRST HORIZON ASSET SEC. |
| 17 | MORTGAGE PASS THROUGH CERTS |
| | 2006-FA7 |
| 18 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 19 | MORTGAGE PASS THROUGH CERTS |
| 20 | 2006-FA8 |
| | TRUSTEE: BANK OF NEW YORK |
| 21 | FIRST HORIZON ASSET SEC. |
| 22 | MORTGAGE PASS THROUGH CERTS |
| | 2006-RE1 |
| 23 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 24 | MORTGAGE PASS THROUGH CERTS |
| 25 | 2006-RE2 |
| | FREMONT HOME LOAN TRUST 2006-2 |
| 26 | TRUSTEE: BANK OF NEW YORK |
| | FIRST HORIZON ASSET SEC. |
| 27 | MORTGAGE PASS THROUGH CERTS |
| | 2006-1 |
| 28 | TRUSTEE: BANK OF NEW YORK |

| | |
|---|---|
| 1 | FIRST HORIZON ASSET SEC. |
| 2 | MORTGAGE PASS THROUGH CERTS 2006-2 |
| 3 | TRUSTEE: BANK OF NEW YORK |
| 4 | FIRST HORIZON ASSET SEC. MORTGAGE PASS THROUGH CERTS |
| 5 | 2006-3 |
| 6 | TRUSTEE: BANK OF NEW YORK FIRST HORIZON ASSET SEC. |
| 7 | MORTGAGE PASS THROUGH CERTS 2006-4 |
| 8 | TRUSTEE: BANK OF NEW YORK |
| 9 | FIRST HORIZON ASSET SEC. MORTGAGE PASS THROUGH CERTS |
| 10 | 2006-AA1 |
| 11 | TRUSTEE: BANK OF NEW YORK FIRST HORIZON ASSET SEC. |
| 12 | MORTGAGE PASS THROUGH CERTS 2006-AA3 |
| 13 | TRUSTEE: BANK OF NEW YORK |
| 14 | FIRST HORIZON ASSET SEC. MORTGAGE PASS THROUGH CERTS |
| 15 | 2006-AA4 |
| 16 | TRUSTEE: BANK OF NEW YORK FIRST HORIZON ASSET SEC. |
| 17 | MORTGAGE PASS THROUGH CERTS 2006-AA5 |
| 18 | TRUSTEE: BANK OF NEW YORK |
| 19 | FIRST HORIZON ASSET SEC. MORTGAGE PASS THROUGH CERTS |
| 20 | 2006-AA6 |
| 21 | TRUSTEE: BANK OF NEW YORK FIRST HORIZON ASSET SEC. |
| 22 | MORTGAGE PASS THROUGH CERTS 2006-AA7 |
| 23 | TRUSTEE: BANK OF NEW YORK |
| 24 | FIRST HORIZON ASSET SEC. MORTGAGE PASS THROUGH CERTS |
| 25 | 2006-AA8 |
| 26 | TRUSTEE: BANK OF NEW YORK FIRST HORIZON ASSET SEC. |
| 27 | MORTGAGE PASS THROUGH CERTS 2006-AR1 |
| 28 | TRUSTEE: BANK OF NEW YORK FIRST HORIZON ASSET SEC. |

| | |
|---|---|
| 1 | MORTGAGE PASS THROUGH CERTS 2006-AR2 |
| 2 | FIRST HORIZON ASSET SEC. HELOC NOTES 2006HE1 |
| 3 | GMACM HOME EQUITY LOAN TRUST 2006-J1 |
| 4 | GSC CAPITAL CORP. MORTGAGE TRUST 2006-1 |
| 5 | GSC CAPITAL CORP. MORTGAGE TRUST 2006-2 |
| 6 | TRUSTEE: BANK OF NEW YORK HARBORVIEW TRUST 2006-CB1 |
| 7 | LUMINENT MORTGAGE LOAN TRUST 2006-1 |
| 8 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2004-OH4 |
| 9 | ALTERNATIVE LOAN TRUST RESECURITIZATION 2007-26R |
| 10 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-7T2 |
| 11 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-8CB |
| 12 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-9T1 |
| 13 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-AL1 |
| 14 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY10 |
| 15 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY2 |
| 16 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY3 |
| 17 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY4 |
| 18 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY5R |
| 19 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY6 |
| 20 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007-HY7C |
| 21 | TRUSTEE: BANK OF NEW YORK ALTERNATIVE LOAN TRUST 2007- |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

HY8B
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-HY9
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-J1
ALTERNATIVE LOAN TRUST 2007-J2
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-
OA10
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-
OA11
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA2
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA3
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA4
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA6
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA7
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA8
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OA9
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OH1
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OH2
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-OH3
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-19
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-1T1
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-20
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-21
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-22
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-
23CB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-24
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-25
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-2CB
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-3T1
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-4CB
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-5CB
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-6
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-
10CB
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-11T1
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-12T1
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-13
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-14T2
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-
15CB
TRUSTEE: BANK OF NEW YORK
ALTERNATIVE LOAN TRUST 2007-
16CB
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST
2007-A1
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST
2007-A2
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST
2007-A3
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST
2007-S1
TRUSTEE: BANK OF NEW YORK
CHASE MORTGAGE FINANCE TRUST

1  2007-S2
2  TRUSTEE: BANK OF NEW YORK
   CHASE MORTGAGE FINANCE TRUST
3  2007-S3
4  TRUSTEE: BANK OF NEW YORK
   CHASE MORTGAGE FINANCE TRUST
5  2007-S4
6  TRUSTEE: BANK OF NEW YORK
   CHASE MORTGAGE FINANCE TRUST
7  2007-S5
8  TRUSTEE: BANK OF NEW YORK
   CHASE MORTGAGE FINANCE TRUST
9  2007-S5
   TRUSTEE: BANK OF NEW YORK
10 CHASE MORTGAGE FINANCE TRUST
11 2007-S6
   TRUSTEE: BANK OF NEW YORK
12 CHL MORTGAGE PASS-THROUGH
   TRUST 2007-1
13 TRUSTEE: BANK OF NEW YORK
   CHL MORTGAGE PASS-THROUGH
14 TRUST 2007-10
15 TRUSTEE: BANK OF NEW YORK
   CHL MORTGAGE PASS-THROUGH
16 TRUST 2007-11
   TRUSTEE: BANK OF NEW YORK
17 CHL MORTGAGE PASS-THROUGH
   TRUST 2007-12
18 TRUSTEE: BANK OF NEW YORK
   CHL MORTGAGE PASS-THROUGH
19 TRUST 2007-13
20 TRUSTEE: BANK OF NEW YORK
   CHL MORTGAGE PASS-THROUGH
21 TRUST 2007-14
22 CHL MORTGAGE PASS-THROUGH
   TRUST 2007-14
23 TRUSTEE: BANK OF NEW YORK
   CHL MORTGAGE PASS-THROUGH
24 TRUST 2007-15
25 TRUSTEE: BANK OF NEW YORK
   CHL MORTGAGE PASS-THROUGH
26 TRUST 2007-16
   TRUSTEE: BANK OF  NEW YORK
27 CHL MORTGAGE PASS-THROUGH
   TRUST 2007-17
28

83

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-18
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-19
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-2
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-20
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-21
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-3
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-4
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-5
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-6
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-7
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-8
TRUSTEE: BANK OF  NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-9
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HY3
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HY4
TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HY5

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HY6

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HY7

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HYB1

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUST 2007-HYB2

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUSTE 2007-J1

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUSTE 2007-J2

TRUSTEE: BANK OF NEW YORK
CHL MORTGAGE PASS-THROUGH
TRUSTE 2007-J3

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-1

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-10

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-11

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-12

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-13

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-2

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-3

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-4

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-5

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-6

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-7

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-8

CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-8
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-9
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-BC1
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-BC2
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-BC3
CWHEQ HOME EQUITY LOAN TRUST
2007-A
CWHEQ HOME EQUITY LOAN TRUST
2007-B
CWHEQ HOME EQUITY LOAN TRUST
2007-C
CWHEQ HOME EQUITY LOAN TRUST
2007-D
CWHEQ HOME EQUITY LOAN TRUST
2007-E
CWHEQ HOME EQUITY LOAN TRUST
2007-G
CWHEQ HOME EQUITY LOAN TRUST
2007-S1
CWHEQ HOME EQUITY LOAN TRUST
2007-S2
CWHEQ HOME EQUITY LOAN TRUST
2007-S3
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-1
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-2
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-3
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-4
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-5
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.

MORTGAGE PASS-THROUGH CERTS. 2007-AA1

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AA2

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AA3

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AR1

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AR2

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AR3

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA1

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA2

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA3

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA4

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA5

GMACM HOME EQUITY LOAN TRUST 2007-HE1

GMACM HOME EQUITY LOAN TRUST 2007-HE2

GMACM HOME EQUITY LOAN TRUST 2007-HE3

TRUSTEE: BANK OF NEW YORK HOME EQUITY LOAN TRUST 2007-FRE1

NATIONSTAR HOME EQUITY LOAN TRUST 2007-A

NATIONSTAR HOME EQUITY LOAN TRUST 2007-B

TRUST 2007-C

NATIONSTAR HOME EQUITY LOAN TRUST 2007-D

TRUSTEE: BANK OF NEW YORK WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-1, DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE FOR: AAMES MORTGAGE INVESTMENT TRUST 2004-1

ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-HE1

ACCREDITED HOME LENDERS, INC. MORTGAGE LOAN  TRUST 2004-1

ACCREDITED MORTGAGE LOAN TRUST 2004-3

ACCREDITED MORTGAGE LOAN TRUST 2004-4

AMERIQUEST MORTGAGE SECURITIES INC. 2004-R7

AMERIQUEST MORTGAGE SECURITIES INC. 2004-R8

AMERIQUEST MORTGAGE SECURITIES INC. 2004-R9

AMERIQUEST MORTGAGE SECURITIES TRUST 2004-FR1

AMERIQUEST MORTGAGE SECURITIES TRUST 2004-IA1

AMERIQUEST MORTGAGE SECURITIES TRUST 2004-R1

AMERIQUEST MORTGAGE SECURITIES TRUST 2004-R3

AMERIQUEST MORTGAGE SECURITIES TRUST 2004-R4

AMERIQUEST MORTGAGE SECURITIES TRUST 2004-R6

AMERIQUEST MORTGAGE SECURITIES, INC. 2004-R10

AMERIQUEST MORTGAGE SECURITIES, INC. 2004-R11

ARGENT SECURITIES, INC. 2004-PW1

ARGENT SECURITIES, INC. 2004-W10

ARGENT SECURITIES, INC. 2004-W2

ARGENT SECURITIES, INC. 2004-W3

ARGENT SECURITIES, INC. 2004-W4

| | |
|---|---|
| 1 | ARGENT SECURITIES, INC. 2004-W4 |
| 2 | ARGENT SECURITIES, INC. 2004-W5 |
| | ARGENT SECURITIES, INC. 2004-W6 |
| 3 | ARGENT SECURITIES, INC. 2004-W7 |
| 4 | ARGENT SECURITIES, INC. 2004-W8 |
| | ARGENT SECURITIES, INC. 2004-W9 |
| 5 | CARRINGTON MORTGAGE LOAN TRUST 2004-NC1 |
| 6 | CITIGROUP MORTGAGE LOAN TRUST 2004-NC2 |
| 7 | CITIGROUP MORTGAGE LOAN TRUST 2004-RES1 |
| 8 | DSLA MORTGAGE LOAN TRUST 2004-AR2 |
| 9 | DSLA MORTGAGE LOAN TRUST 2004-AR3 |
| 10 | DSLA MORTGAGE LOAN TRUST 2004-AR4 |
| 11 | EQUIFIRST 2004-2 |
| 12 | EQUIFIRST 2004-3 |
| 13 | FFMLT TRUST 2004-FFH4 |
| 14 | FREMONT HOME LOAN TRUST 2004-1 |
| | FREMONT HOME LOAN TRUST 2004-2 |
| 15 | FREMONT HOME LOAN TRUST 2004-4 |
| 16 | GS MORTGAGE SECURITIES CORP FFMLT 2004-FF3 |
| 17 | GSAA HOME EQUITY TRUST 2004-10 |
| | GSAA HOME EQUITY TRUST 2004-11 |
| 18 | GSAA HOME EQUITY TRUST 2004-3 |
| 19 | GSAA HOME EQUITY TRUST 2004-5 |
| | GSAA HOME EQUITY TRUST 2004-6 |
| 20 | GSAA HOME EQUITY TRUST 2004-7 |
| | GSAA HOME EQUITY TRUST 2004-8 |
| 21 | GSAA HOME EQUITY TRUST 2004-9 |
| 22 | GSAA HOME EQUITY TRUST 2004-NC1 |
| | GSAMP TRUST 2004-AHL |
| 23 | GSAMP TRUST 2004-AR1 |
| 24 | GSAMP TRUST 2004-AR2 |
| | GSAMP TRUST 2004-HE1 |
| 25 | GSAMP TRUST 2004-HE2 |
| | GSAMP TRUST 2004-NC1 |
| 26 | GSAMP TRUST 2004-NC2 |
| 27 | GSAMP TRUST 2004-OPT |
| | GSAMP TRUST 2004-WF |
| 28 | HARBORVIEW MORTGAGE LOAN |

TRUST 2004-10
HARBORVIEW MORTGAGE LOAN
TRUST 2004-11
HARBORVIEW MORTGAGE LOAN
TRUST 2004-3
HARBORVIEW MORTGAGE LOAN
TRUST 2004-4
HARBORVIEW MORTGAGE LOAN
TRUST 2004-5
HARBORVIEW MORTGAGE LOAN
TRUST 2004-6
HARBORVIEW MORTGAGE LOAN
TRUST 2004-7
HARBORVIEW MORTGAGE LOAN
TRUST 2004-8
HARBORVIEW MORTGAGE LOAN
TRUST 2004-9
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST SPMD 2004-C
IMH ASSETS CORP. COLLATERALIZED
ASSET BACKED BONDS 2004-3
IMH ASSETS CORP. COLLATERALIZED
ASSET BACKED BONDS 2004-4
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2004-1
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2004-7
IMPAC CMB TRUST SERIES 2004-10
IMPAC CMB TRUST SERIES 2004-5
IMPAC CMB TRUST SERIES 2004-8
IMPAC SECURED ASSETS CORP.
TRUST 2004-1
IMPAC SECURED ASSETS CORP.
TRUST 2004-2
IMPAC SECURED ASSETS CORP.
TRUST 2004-3
INDYMAC ABS INC. HOME EQ MORT.
LOAN TRUST SPMD 2004-A
INDYMAC ABS INC. HOME EQ MORT.
LOAN TRUST SPMD 2004-B
INDYMAC HOME EQUITY LOAN
TRUST 2004-2
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR1
INDYMAC INDX MORTGAGE LOAN

TRUST 2004-AR10
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR11
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR12
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR13
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR14
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR15
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR2
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR3
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR4
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR5
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR6
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR7
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR8
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR9
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST 2004-
A10
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST 2004-
A2
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST 2004-
A7
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST 2004-
A9
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST 2004-
R1
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A4
INDYMAC RESIDENTIAL ASSET

SECURITIZATION TRUST 2004-A5
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A6
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A7
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A8
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A9
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-LH1
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-R2
LEHMAN ABS CORP. INDYMAC HOME
EQUITY LOAN TRUST 2004-1
LEHMAN HOME EQUITY LOAN
TRUSTS 2004-3
LONG BEACH MORTGAGE LOAN
TRUST 2004-2
LONG BEACH MORTGAGE LOAN
TRUST 2004-3
LONG BEACH MORTGAGE LOAN
TRUST 2004-4
LONG BEACH MORTGAGE LOAN
TRUST 2004-5
LONG BEACH MORTGAGE LOAN
TRUST 2004-6
LONG BEACH SECURITIES CORP.
ASSET-BACKED CERTS. 2004-1
LONG BEACH SECURITIES CORP.
ASSET-BACKED CERTS. 2004-A
MERITAGE MORTGAGE LOAN TRUST
2004-1
MERITAGE MORTGAGE LOAN TRUST
2004-2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-HE1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-HE2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-MKB1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-OPT1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-SL1

MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-SL2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC3
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC4
MORGAN STANLEY ABS CAP. I INC.
IXIS MORTGAGE CAP. TRUST 2004-HE4
MORGAN STANLEY ABS CAPITAL 1,
INC. CDC MORT. CAP TRUST 2004-HE1
MORGAN STANLEY ABS CAPITAL 1,
INC. CDC MORT. CAP TRUST 2004-HE2
MORGAN STANLEY ABS CAPITAL 1,
INC. CDC MORT. CAP TRUST 2004-HE3
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE1
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE2
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE3
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE4
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE5
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE6
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE7
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE8
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE9
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC1
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC2
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC3
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC4
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC5
MORGAN STANLEY ABS CAPITAL 1,

INC. TRUST 2004-NC6
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC7
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC8
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-SD1
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-SD2
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-WMC1
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-WMC2
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-WMC3
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-1
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-11AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-3
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-4
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-5AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-6AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-7AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-8AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2004-9
NEW CENTURY HOME EQUITY LOAN
TRUST 2004-1
NEW CENTURY HOME EQUITY LOAN
TRUST 2004-2
NEW CENTURY HOME EQUITY LOAN
TRUST 2004-3
NEW CENTURY HOME EQUITY LOAN
TRUST 2004-4
NEW CENTURY HOME EQUITY LOAN
TRUST 2004-A
RALI 2004 QA1
RALI 2004 QA2

ALI 2004 QA3
RALI 2004 QA4
RALI 2004 QA5
RALI 2004 QA6
RALI 2004 QR1
RALI 2004 QS1
RALI 2004 QS11
RALI 2004 QS12
RALI 2004 QS13
RALI 2004 QS14
RALI 2004 QS15
RALI 2004 QS2
RALI 2004 QS3
RALI 2004 QS4
RALI 2004 QS5
RALI 2004 QS6
RALI 2004 QS7
RALI 2004 QS8
RALI 2004 QS9
RALI 2004QS10
RAMP 2004 SL1
RAMP 2004 SL2
RAMP 2004-SL3
RAMP 2004-SL4
RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A1
RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A15
RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A3
SAXON ASSET SECURITIES TRUST
2004-1
SAXON ASSET SECURITIES TRUST
2004-2
SAXON ASSET SECURITIES TRUST
2004-3
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-NC1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-NC2
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-NC3
SOUNDVIEW HOME LOAN TRUST
2004-1
SOUNDVIEW HOME LOAN TRUST

2004-WMC1
STRUCTURED ASSET MORTGAGE
INVESTMENT THORNBURG SEC
TRUST 2004-1
THORNBURG MORTGAGE SECURITIES
TRUST 2004-1
THORNBURG MORTGAGE SECURITIES
TRUST 2004-2
THORNBURG MORTGAGE SECURITIES
TRUST 2004-3
THORNBURG MORTGAGE SECURITIES
TRUST 2004-4
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR1
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR10
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR12
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR13
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR2
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR3
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR4
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR5
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR6
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR7
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR8

2005
AAMES MORTGAGE INVESTMENT
TRUST 2005-1
AAMES MORTGAGE INVESTMENT
TRUST 2005-2
AAMES MORTGAGE INVESTMENT
TRUST 2005-4
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2005-AQ1
ABFC ASSET-BACKED CERTIFICATES,

1  | ACCREDITED MORTGAGE LOAN
   | TRUST 2005-1
2  | ACCREDITED MORTGAGE LOAN
3  | TRUST 2005-2
   | ACCREDITED MORTGAGE LOAN
4  | TRUST 2005-4
   | AMERICAN HOME MORTGAGE
5  | ASSETS TRUST 2005-1
6  | AMERICAN HOME MORTGAGE
   | ASSETS TRUST 2005-2
7  | AMERICAN HOME MORTGAGE
8  | INVESTMENT TRUST 2005-1
   | AMERICAN HOME MORTGAGE
9  | INVESTMENT TRUST 2005-2
   | AMERICAN HOME MORTGAGE
10 | INVESTMENT TRUST 2005-3
11 | AMERIQUEST MORTGAGE
   | SECURITIES INC. 2005-R7
12 | AMERIQUEST MORTGAGE
   | SECURITIES INC. 2005-R8
13 | AMERIQUEST MORTGAGE
14 | SECURITIES INC. 2005-R9
   | AMERIQUEST MORTGAGE
15 | SECURITIES TRUST 2005-R1
   | AMERIQUEST MORTGAGE
16 | SECURITIES TRUST 2005-R3
17 | AMERIQUEST MORTGAGE
   | SECURITIES TRUST 2005-R5
18 | AMERIQUEST MORTGAGE
   | SECURITIES TRUST 2005-R6
19 | AMERIQUEST MORTGAGE
20 | SECURITIES, INC. 2005-R10
   | AMERIQUEST MORTGAGE
21 | SECURITIES, INC. 2005-R11
   | ARGENT SECURITIES, INC. 2005-W1
22 | ARGENT SECURITIES, INC. 2005-W2
   | ARGENT SECURITIES, INC. 2005-W3
23 | ARGENT SECURITIES, INC. 2005-W4
24 | ARGENT SECURITIES, INC. 2005-W5
   | ASSET-BACKED PASS-THROUGH
25 | CERTIFICATES (AMERIQUEST), SERIES
26 | 2005-R2
   | ASSET-BACKED PASS-THROUGH
27 | CERTIFICATES (AMERIQUEST), SERIES
28 | 2005-R4