| | |
|---|---|
| 1 | 2005-R4 |
| 2 | CARRINGTON MORTGAGE LOAN TRUST 2005-FRE1 |
| 3 | CARRINGTON MORTGAGE LOAN TRUST 2005-NC1 |
| 4 | CARRINGTON MORTGAGE LOAN TRUST 2005-NC2 |
| 5 | CARRINGTON MORTGAGE LOAN TRUST 2005-NC3 |
| 6 | CARRINGTON MORTGAGE LOAN TRUST 2005-NC4 |
| 7 | CARRINGTON MORTGAGE LOAN TRUST 2005-NC5 |
| 8 | CARRINGTON MORTGAGE LOAN TRUST 2005-OPT2 |
| 9 | CITIGROUP MORTGAGE LOAN TRUST 2005-OPT1 |
| 10 | CITIGROUP MORTGAGE LOAN TRUST 2005-OPT3 |
| 11 | DSLA MORTGAGE LOAN TRUST 2005-AR2 |
| 12 | DSLA MORTGAGE LOAN TRUST 2005-AR3 |
| 13 | DSLA MORTGAGE LOAN TRUST 2005-AR4 |
| 14 | DSLA MORTGAGE LOAN TRUST 2005-AR5 |
| 15 | DSLA MORTGAGE LOAN TRUST 2005-AR6 |
| 16 | EQUIFIRST MORTGAGE LOAN TRUST 2005-1 |
| 17 | FFMLT TRUST 2005-FF11 |
| 18 | FFMLT TRUST 2005-FF2 |
| 19 | FFMLT TRUST 2005-FF4 |
| 20 | FFMLT TRUST 2005-FF8 |
| 21 | FFMLT TRUST 2005-FFA |
| 22 | FFMLT TRUST 2005-FFH3 |
| 23 | FFMLT TRUST 2005-FFH4 |
| 24 | FREMONT HOME LOAN TRUST 2005-1 |
| 25 | FREMONT HOME LOAN TRUST 2005-2 |
| 26 | GMACM MORTGAGE LOAN TRUST 2005-AF1 |
| 27 | GMACM MORTGAGE LOAN TRUST 2005-AF2 |
| 28 | GMACM MORTGAGE LOAN TRUST |

2005-AR3
GMACM MORTGAGE LOAN TRUST
2005-AR4
GMACM MORTGAGE LOAN TRUST
2005-AR5
GMACM MORTGAGE LOAN TRUST
2005-AR6
GMACM MORTGAGE LOAN TRUST
2005-J1
GREENPOINT MORTGAGE FUNDING
TRUST 2005-HE1
GREENPOINT MORTGAGE FUNDING
TRUST 2005-HE4
GREENPOINT MORTGAGE FUNDING
TRUST 2005-HY1
GSAA HOME EQUITY TRUST 2005-1
GSAA HOME EQUITY TRUST 2005-10
GSAA HOME EQUITY TRUST 2005-2
GSAA HOME EQUITY TRUST 2005-4
GSAA HOME EQUITY TRUST 2005-8
GSAA HOME EQUITY TRUST 2005-
MTR1
GSAMP TRUST 2005-AHL
GSAMP TRUST 2005-HE2
GSAMP TRUST 2005-HE3
GSAMP TRUST 2005-HE4
GSAMP TRUST 2005-HE5
GSAMP TRUST 2005-S1
GSAMP TRUST 2005-S2
GSAMP TRUST 2005-WMC1
GSAMP TRUST 2005-WMC2
GSAMP TRUST 2005-WMC3
GSR TRUST 2005-HEL1
HARBORVIEW MORTGAGE LOAN
TRUST 2005-11
HARBORVIEW MORTGAGE LOAN
TRUST 2005-13
HARBORVIEW MORTGAGE LOAN
TRUST 2005-15
HARBORVIEW MORTGAGE LOAN
TRUST 2005-4
HARBORVIEW MORTGAGE LOAN
TRUST 2005-5
HARBORVIEW MORTGAGE LOAN
TRUST 2005-6

| | |
|---|---|
| 1 | HARBORVIEW MORTGAGE LOAN TRUST 2005-7 |
| 2 | HARBORVIEW MORTGAGE LOAN TRUST 2005-9 |
| 3 | HOME EQUITY MORTGAGE LOAN TRUST INABS (CSFB) 2005-A |
| 4 | HOME EQUITY MORTGAGE LOAN TRUST INABS (CSFB) 2005-C |
| 5 | HOME EQUITY MORTGAGE LOAN TRUST INABS (CSFB) 2005-D |
| 6 | HSI ASSET SECURITIZATION CORP. TRUST 2005-I1 |
| 7 | IMH ASSETS CORP. IMPAC CMB TRUST SERIES 2005-1 |
| 8 | IMPAC CMB TRUST SERIES 2005-4 |
| 9 | IMPAC CMB TRUST SERIES 2005-5 |
| 10 | IMPAC CMB TRUST SERIES 2005-7 |
| 11 | IMPAC CMB TRUST SERIES 2005-8 |
| 12 | INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST SERIES INABS 2005-B |
| 13 | INDYMAC INDB MORTGAGE LOAN TRUST 2005-1 |
| 14 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR1 |
| 15 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR10 |
| 16 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR11 |
| 17 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12 |
| 18 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR13 |
| 19 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14 |
| 20 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR15 |
| 21 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR16IP |
| 22 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17 |
| 23 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR18 |
| 24 | INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR19 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | INDYMAC INDX MORTGAGE LOAN |
| 2 | TRUST 2005-AR2 |
| | INDYMAC INDX MORTGAGE LOAN |
| 3 | TRUST 2005-AR21 |
| 4 | INDYMAC INDX MORTGAGE LOAN |
| | TRUST 2005-AR23 |
| 5 | INDYMAC INDX MORTGAGE LOAN |
| 6 | TRUST 2005-AR25 |
| | INDYMAC INDX MORTGAGE LOAN |
| 7 | TRUST 2005-AR27 |
| 8 | INDYMAC INDX MORTGAGE LOAN |
| | TRUST 2005-AR29 |
| 9 | INDYMAC INDX MORTGAGE LOAN |
| 10 | TRUST 2005-AR3 |
| | INDYMAC INDX MORTGAGE LOAN |
| 11 | TRUST 2005-AR31 |
| 12 | INDYMAC INDX MORTGAGE LOAN |
| | TRUST 2005-AR33 |
| 13 | INDYMAC INDX MORTGAGE LOAN |
| 14 | TRUST 2005-AR35 |
| | INDYMAC INDX MORTGAGE LOAN |
| 15 | TRUST 2005-AR4 |
| 16 | INDYMAC INDX MORTGAGE LOAN |
| | TRUST 2005-AR5 |
| 17 | INDYMAC INDX MORTGAGE LOAN |
| 18 | TRUST 2005-AR6 |
| | INDYMAC INDX MORTGAGE LOAN |
| 19 | TRUST 2005-AR7 |
| 20 | INDYMAC INDX MORTGAGE LOAN |
| | TRUST 2005-AR8 |
| 21 | INDYMAC INDX MORTGAGE LOAN |
| 22 | TRUST 2005-AR9 |
| | INDYMAC MBS, INC. RESIDENTIAL |
| 23 | ASSET SECURITIZATION TRUST 2005- |
| 24 | A1 |
| | INDYMAC MBS, INC. RESIDENTIAL |
| 25 | ASSET SECURITIZATION TRUST 2005- |
| 26 | A10 |
| | INDYMAC MBS, INC. RESIDENTIAL |
| 27 | ASSET SECURITIZATION TRUST 2005- |
| 28 | A11CB |
| | INDYMAC MBS, INC. RESIDENTIAL |
| | ASSET SECURITIZATION TRUST 2005- |
| | A3 |
| | INDYMAC MBS, INC. RESIDENTIAL |

ASSET SECURITIZATION TRUST 2005-A6CB

INDYMAC MBS, INC. RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A7

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A12

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A13

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A14

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A15

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A16

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A2

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A4

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A5

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A9

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2005-L1

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2005-L2

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2005-L3

IXIS REAL ESTATE CAPITAL TRUST 2005-HE1

LONG BEACH MORTGAGE LOAN TRUST 2005-1

LONG BEACH MORTGAGE LOAN TRUST 2005-2

LONG BEACH MORTGAGE LOAN TRUST 2005-3

LONG BEACH MORTGAGE LOAN TRUST 2005-WL1

LONG BEACH MORTGAGE LOAN TRUST 2005-WL2

LONG BEACH MORTGAGE LOAN TRUST 2005-WL3

MERITAGE MORTGAGE LOAN TRUSTS 2005-1

| | |
|---|---|
| 1 | MERITAGE MORTGAGE LOAN TRUSTS 2005-2 |
| 2 | MERITAGE MORTGAGE LOAN TRUSTS 2005-3 |
| 3 | MERRILL LYNCH MORTGAGE |
| 4 | INVESTORS TRUST 2005-AR1 |
| 5 | MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-NC1 |
| 6 | MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-NCA |
| 7 | MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-SL1 |
| 8 | MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-SL2 |
| 9 | MORGAN STANLEY ABS CAP. I INC. |
| 10 | IXIS MORTGAGE CAP. TRUST 2005-HE3 |
| 11 | MORGAN STANLEY ABS CAP. I INC. IXIS MORTGAGE CAP. TRUST 2005-HE4 |
| 12 | MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-HE1 |
| 13 | MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-HE2 |
| 14 | MORGAN STANLEY ABS CAPITAL 1, |
| 15 | INC. TRUST 2005-HE3 |
| 16 | MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-HE6 |
| 17 | MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-HE7 |
| 18 | MORGAN STANLEY ABS CAPITAL 1, |
| 19 | INC. TRUST 2005-NC1 |
| 20 | MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-NC2 |
| 21 | MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-WMC1 |
| 22 | MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-1 |
| 23 | MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-2 |
| 24 | MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-3 |
| 25 | MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-4 |
| 26 | MORGAN STANLEY MORTGAGE LOAN |
| 27 | TRUST 2005-1 |
| 28 | MORGAN STANLEY MORTGAGE LOAN |

TRUST 2005-10
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-11AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-2AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-3AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-4
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-6AR
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-7
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-9AR
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-1
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-2
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-3
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-4
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-A
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-B
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-C
NEW CENTURY HOME EQUITY LOAN
TRUST 2005-D
RAMP 2005 SL1
RAMP 2005 SL2
RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A15
RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A16
RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-ABCB
SAXON ASSET SECURITIES TRUST
2005-1
SAXON ASSET SECURITIES TRUST
2005-2
SAXON ASSET SECURITIES TRUST
2005-3

SAXON ASSET SECURITIES TRUST
2005-4
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2005-FR5
SOUNDVIEW HOME LOAN TRUST
2005-1
SOUNDVIEW HOME LOAN TRUST
2005-2
SOUNDVIEW HOME LOAN TRUST
2005-3
SOUNDVIEW HOME LOAN TRUST
2005-4
SOUNDVIEW HOME LOAN TRUST
2005-A
SOUNDVIEW HOME LOAN TRUST
2005-B
SOUNDVIEW HOME LOAN TRUST
2005-DO-1
SOUNDVIEW HOME LOAN TRUST
2005-OPT1
SOUNDVIEW HOME LOAN TRUST
2005-OPT2
SOUNDVIEW HOME LOAN TRUST
2005-OPT3
SOUNDVIEW HOME LOAN TRUST
2005-OPT4
THORNBURG MORTGAGE SECURITIES
TRUST 2005-1
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR1
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR10
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR11
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR13
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR16
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR18
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR2
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR4
WAMU MORTGAGE PASS-THROUGH

WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR8
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR9

2006
AAMES MORTGAGE INVESTMENT
TRUST 2006-1
ACCREDITED MORTGAGE LOAN
TRUST 2006-1
ACCREDITED MORTGAGE LOAN
TRUST 2006-2
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2006-GP1
AEGIS ASSET-BACKED SECURITIES
TRUST 2006-1
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-1
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-2
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-5
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-6
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-1
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-2
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-3
AMERIQUEST MORTGAGE
SECURITIES TRUST 2006-M3
AMERIQUEST MORTGAGE
SECURITIES TRUST 2006-R1
AMERIQUEST MORTGAGE
SECURITIES TRUST 2006-R2
ARGENT SECURITIES INC. 2006-W1
ARGENT SECURITIES INC. 2006-W2
ARGENT SECURITIES INC. 2006-W3
ARGENT SECURITIES TRUST 2006-M1
ARGENT SECURITIES TRUST 2006-M2
ARGENT SECURITIES, INC. 2006-W4
ARGENT SECURITIES, INC. 2006-W5
BCAP, LLC TRUST 2006-AA2
DSLA MORTGAGE LOAN TRUST 2006-

DSLA MORTGAGE LOAN TRUST 2006-AR1
DSLA MORTGAGE LOAN TRUST 2006-AR2
FFMLT TRUST 2006-FF1
FFMLT TRUST 2006-FF11
FFMLT TRUST 2006-FF13
FFMLT TRUST 2006-FF16
FFMLT TRUST 2006-FF3
FFMLT TRUST 2006-FF4
FFMLT TRUST 2006-FF5
FFMLT TRUST 2006-FF6
FFMLT TRUST 2006-FF7
FFMLT TRUST 2006-FF8
FFMLT TRUST 2006-FF9
FREMONT HOME LOAN TRUST 2006-1
FREMONT HOME LOAN TRUST 2006-2
FREMONT HOME LOAN TRUST 2006-3
GREENPOINT MORTGAGE FUNDING TRUST 2006-OH1
GSAA HOME EQUITY TRUST 2006-10
GSAA HOME EQUITY TRUST 2006-11
GSAA HOME EQUITY TRUST 2006-13
GSAA HOME EQUITY TRUST 2006-14
GSAA HOME EQUITY TRUST 2006-15
GSAA HOME EQUITY TRUST 2006-16
GSAA HOME EQUITY TRUST 2006-17
GSAA HOME EQUITY TRUST 2006-18
GSAA HOME EQUITY TRUST 2006-19
GSAA HOME EQUITY TRUST 2006-2
GSAA HOME EQUITY TRUST 2006-20
GSAA HOME EQUITY TRUST 2006-4
GSAA HOME EQUITY TRUST 2006-5
GSAA HOME EQUITY TRUST 2006-8
GSAMP TRUST 2006-FM1
GSAMP TRUST 2006-FM2
GSAMP TRUST 2006-FM3
GSAMP TRUST 2006-HE1
GSAMP TRUST 2006-NC2
GSAMP TRUST 2006-S1
GSAMP TRUST 2006-S2
GSAMP TRUST 2006-S3
GSAMP TRUST 2006-S4
GSAMP TRUST 2006-S5
GSAMP TRUST 2006-S6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GSAMP TRUST 2006-SEA1
GSR MORTGAGE LOAN TRUST 2006-OA1
HARBORVIEW TRUST 2006-13
HARBORVIEW TRUST 2006-14
HARBORVIEW TRUST 2006-2
HARBORVIEW TRUST 2006-3
HARBORVIEW TRUST 2006-5
HARBORVIEW TRUST 2006-6
HARBORVIEW TRUST 2006-7
HARBORVIEW TRUST 2006-8
HARBORVIEW TRUST 2006-9
HARBORVIEW TRUST 2006-BU1
HARBORVIEW TRUST 2006-SB1
HOME EQUITY MORTGAGE LOAN TRUST INABS (CSFB) 2006-A
HOME EQUITY MORTGAGE LOAN TRUST INDS (CSFB) 2006-3
HSI ASSET LOAN OBLIGATION TRUST 2006-2
HSI ASSET SECURITIZATION TRUST 2006-HE1
HSI ASSET SECURITIZATION TRUST 2006-HE2
HSI ASSET SECURITIZATION TRUST 2006-NC1
HSI ASSET SECURITIZATION TRUST 2006-OPT1
HSI ASSET SECURITIZATION TRUST 2006-OPT2
HSI ASSET SECURITIZATION TRUST 2006-OPT3
HSI ASSET SECURITIZATION TRUST 2006-OPT4
HSI ASSET SECURITIZATION TRUST 2006-WMC1
IMPAC SECURED ASSETS CORP. TRUST 2006-1
IMPAC SECURED ASSETS CORP. TRUST 2006-2
IMPAC SECURED ASSETS CORP. TRUST 2006-3
IMPAC SECURED ASSETS CORP. TRUST 2006-4
IMPAC SECURED ASSETS CORP.

TRUST 2006-5

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST SERIES INABS 2006-D

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST SERIES INDS 2006-2B

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006-B

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006-C

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006-

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4

INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1

INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2

INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14

| | |
|---|---|
| 1 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15 |
| 2 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19 |
| 3 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2 |
| 4 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21 |
| 5 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23 |
| 6 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25 |
| 7 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27 |
| 8 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29 |
| 9 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3 |
| 10 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31 |
| 11 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33 |
| 12 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35 |
| 13 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37 |
| 14 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39 |
| 15 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4 |
| 16 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR41 |
| 17 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5 |
| 18 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6 |
| 19 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7 |
| 20 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 |
| 21 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9 |
| 22 | INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1 |
| 23 | INDYMAC INDX MORTGAGE LOAN |

TRUST 2006-R1

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L1

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L2

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L3

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L4

J.P. MORGAN MORTGAGE TRUST 2006-A2

J.P. MORGAN MORTGAGE TRUST 2006-A3

LONG BEACH MORTGAGE LOAN TRUST 2006-1

LONG BEACH MORTGAGE LOAN TRUST 2006-10

LONG BEACH MORTGAGE LOAN TRUST 2006-11

LONG BEACH MORTGAGE LOAN TRUST 2006-2

LONG BEACH MORTGAGE LOAN TRUST 2006-3

LONG BEACH MORTGAGE LOAN TRUST 2006-4

LONG BEACH MORTGAGE LOAN TRUST 2006-5

LONG BEACH MORTGAGE LOAN TRUST 2006-6

LONG BEACH MORTGAGE LOAN TRUST 2006-7

LONG BEACH MORTGAGE LOAN TRUST 2006-8

LONG BEACH MORTGAGE LOAN TRUST 2006-9

LONG BEACH MORTGAGE LOAN TRUST 2006-A

LONG BEACH MORTGAGE LOAN TRUST 2006-WL1

LONG BEACH MORTGAGE LOAN TRUST 2006-WL2

LONG BEACH MORTGAGE LOAN TRUST 2006-WL3

MORGAN STANLEY ABS CAP. I INC.

IXIS REAL ESTATE CAP. TRUST 2006-

HE1
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE4
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE5
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE6
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE7
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE8
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC3
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC4
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC5
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-WMC1
MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-WMC2
MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1
MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2
MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-3
MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-HE2
MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-HE3
MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-HE4
MORTGAGEIT 2006-1
NEW CENTURY HOME EQUITY LOAN TRUST 2006-1
NEW CENTURY HOME EQUITY LOAN TRUST 2006-2
NEW CENTURY HOME EQUITY LOAN TRUST 2006-ALT1
NEW CENTURY HOME EQUITY LOAN TRUST 2006-S1
NOVASTAR MORTGAGE FUNDING TRUST 2006-4
NOVASTAR MORTGAGE FUNDING

TRUST 2006-5
NOVASTAR MORTGAGE FUNDING
TRUST 2006-6
RALI 2006QA1
RALI 2006QA10
RALI 2006QA11
RALI 2006QA2
RALI 2006QA3
RALI 2006QA4
RALI 2006QA5
RALI 2006QA6
RALI 2006QA7
RALI 2006QA8
RALI 2006QA9
RALI 2006QH1
RALI 2006QO1
RALI 2006QO10
RALI 2006QO3
RALI 2006QO4
RALI 2006QO5
RALI 2006QO6
RALI 2006QO7
RALI 2006QO8
RALI 2006QO9
RALI 2006QS1
RALI 2006QS10
RALI 2006QS11
RALI 2006QS12
RALI 2006QS13
RALI 2006QS14
RALI 2006QS15
RALI 2006QS16
RALI 2006QS17
RALI 2006QS18
RALI 2006QS2
RALI 2006QS3
RALI 2006QS4
RALI 2006QS5
RALI 2006QS6
RALI 2006QS7
RALI 2006QS8
RALI 2006QS9
RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A1
RESIDENTIAL ASSET

SECURITIZATION TRUST 2006-A10

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4IP

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2

SAXON ASSET SECURITIES TRUST (SAST) 2006-3

SAXON ASSET SECURITIES TRUST 2006-1

SAXON ASSET SECURITIES TRUST 2006-2

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-FR4

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-HE2

SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-WM3
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-WM4
SOUNDVIEW HOME LOAN TRUST
2006-1
SOUNDVIEW HOME LOAN TRUST
2006-2
SOUNDVIEW HOME LOAN TRUST
2006-3
SOUNDVIEW HOME LOAN TRUST
2006-A
SOUNDVIEW HOME LOAN TRUST
2006-EQ1
SOUNDVIEW HOME LOAN TRUST
2006-EQ2
SOUNDVIEW HOME LOAN TRUST
2006-NLC1
SOUNDVIEW HOME LOAN TRUST
2006-OPT1
SOUNDVIEW HOME LOAN TRUST
2006-OPT2
SOUNDVIEW HOME LOAN TRUST
2006-OPT3
SOUNDVIEW HOME LOAN TRUST
2006-OPT4
SOUNDVIEW HOME LOAN TRUST
2006-OPT5
SOUNDVIEW HOME LOAN TRUST
2006-WF1
SOUNDVIEW HOME LOAN TRUST
2006-WF2
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR1
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR10
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR2
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR3
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR4
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR5
WAMU MORTGAGE PASS-THROUGH

| | |
|---|---|
| 1 | |
| 2 | 2007 |
| | AMERICAN HOME MORTGAGE |
| 3 | ASSETS TRUST 2007-1 |
| | AMERICAN HOME MORTGAGE |
| 4 | ASSETS TRUST 2007-2 |
| | AMERICAN HOME MORTGAGE |
| 5 | ASSETS TRUST 2007-3 |
| 6 | AMERICAN HOME MORTGAGE |
| | ASSETS TRUST 2007-4 |
| 7 | AMERICAN HOME MORTGAGE |
| 8 | ASSETS TRUST 2007-5 |
| | AMERICAN HOME MORTGAGE |
| 9 | ASSETS TRUST 2007-6 |
| | AMERICAN HOME MORTGAGE |
| 10 | INVESTMENT TRUST 2007-1 |
| 11 | AMERICAN HOME MORTGAGE |
| | INVESTMENT TRUST 2007-2 |
| 12 | DSLA2007-AR1 |
| | FFMLT 2007-FFB-SS |
| 13 | GSAA HOME EQUITY TRUST 2007-2 |
| 14 | GSAA HOME EQUITY TRUST 2007-4 |
| | GSAA HOME EQUITY TRUST 2007-5 |
| 15 | GSAA HOME EQUITY TRUST 2007-6 |
| | GSAA HOME EQUITY TRUST 2007-S1 |
| 16 | GSAMP TRUST 2007-FM1 |
| 17 | GSAMP TRUST 2007-FM2 |
| | GSAMP TRUST 2007-HSBC1 |
| 18 | GSR MORTGAGE LOAN TRUST 2007-AR1 |
| 19 | GSR MORTGAGE LOAN TRUST 2007-AR2 |
| 20 | GSR MORTGAGE LOAN TRUST 2007-HEL1 |
| 21 | GSR MORTGAGE LOAN TRUST 2007-OA1 |
| 22 | GSR MORTGAGE LOAN TRUST 2007-OA2 |
| 23 | HARBORVIEW 2007-2 |
| 24 | HARBORVIEW 2007-4 |
| 25 | HARBORVIEW 2007-5 |
| 26 | HARBORVIEW 2007-6 |
| | HARBORVIEW 2007-7 |
| 27 | HOME EQUITY ASSET TRUST 2007-2 |
| 28 | HOME EQUITY MORTGAGE LOAN |

HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST, SERIES INABS
2007-A
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST, SERIES INABS
2007-B
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST, SERIES INDS
2007-1
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST, SERIES INDS
2007-2
HSI ASSET LOAN OBLIGATION TRUST
2007-1
HSI ASSET LOAN OBLIGATION TRUST
2007-2
HSI ASSET LOAN OBLIGATION TRUST
2007-AR1
HSI ASSET LOAN OBLIGATION TRUST
2007-AR2
HSI ASSET LOAN OBLIGATION TRUST
2007-WF1
HSI ASSET SECURITIZATION CORP.
TRUST 2007-HE1
HSI ASSET SECURITIZATION CORP.
TRUST 2007-NC1
HSI ASSET SECURITIZATION CORP.
TRUST 2007-OPT1
HSI ASSET SECURITIZATION CORP.
TRUST 2007-WF1
IMPAC SECURED ASSETS CORP.
MORT. PASS-THROUGH CERTS. 2007-1
IMPAC SECURED ASSETS CORP.
MORT. PASS-THROUGH CERTS. 2007-2
IMPAC SECURED ASSETS CORP.
MORT. PASS-THROUGH CERTS. 2007-3
INDYMAC HOME EQUITY MORTGAGE
LOAN ASSET-BACKED TRUST, 2007-H1
INDYMAC IMJA MORTGAGE LOAN
TRUST 2007-A1
INDYMAC IMJA MORTGAGE LOAN
TRUST 2007-A2
INDYMAC IMJA MORTGAGE LOAN
TRUST 2007-A3
INDYMAC IMJA MORTGAGE LOAN

TRUST 2007-A4
INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1
INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2
INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1
INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2
INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3
INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8
INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR19
INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21P

| | |
|---|---|
| 1 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5 |
| 2 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 |
| 3 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9 |
| 4 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1 |
| 5 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2 |
| 6 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3 |
| 7 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4 |
| 8 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX5 |
| 9 | INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6 |
| 10 | INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1 |
| 11 | |
| 12 | J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH3 |
| 13 | J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4 |
| 14 | J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH5 |
| 15 | J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-HE1 |
| 16 | MERRILL LYNCH MORTGAGE INVESTORS TRUST 2007-MLN1 |
| 17 | MORGAN STANLEY ABS CAP. 1, INC. IXIS REAL ESTATE CAPITAL TRUST 2007-HE1 |
| 18 | MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE2 |
| 19 | MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE3 |
| 20 | MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE5 |
| 21 | MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE7 |
| 22 | MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-NC1 |
| 23 | MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-NC2 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MORGAN STANLEY ABS CAP. 1, INC.
TRUST 2007-NC3

MORGAN STANLEY ABS CAP. 1, INC.
TRUST 2007-NC4

MORGAN STANLEY ABS CAPITAL 1
INC TRUST 2007-HE1

MORGAN STANLEY HOME EQUITY
LOAN TRUST 2007-1

MORGAN STANLEY HOME EQUITY
LOAN TRUST 2007-2

MORGAN STANLEY HOME EQUITY
LOAN TRUST 2007-3

MORGAN STANLEY STRUCTURED
TRUST 1 2007-1

NOVASTAR MORTGAGE FUNDING
TRUST 2007-1

NOVASTAR MORTGAGE FUNDING
TRUST 2007-2

POPULAR ABS MORTGAGE PASS-
THROUGH TRUST 2007-A

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A1

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A2

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A3

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A5

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A6

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A7

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A8

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A9

RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-R1

SAXON ASSET SECURITIES TRUST
2007-1

SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR1

SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC

TRUST 2007-BR2
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR3
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR4
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR5
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-HE1
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-NC1
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-NC2
SOUNDVIEW HOME LOAN TRUST
2007-1
SOUNDVIEW HOME LOAN TRUST
2007-NS1
SOUNDVIEW HOME LOAN TRUST
2007-WMC1
WAMU ASSET-BACKED CERTS. SERIES
2007-HE1
WELLS FARGO BANK TRUSTEE:  FOR:
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2004-OPT1
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2004-OPT2
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2004-OPT3
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2004-OPT4
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2004-OPT5
AEGIS ASSET-BACKED SECURITIES
TRUST 2004-1
AEGIS ASSET-BACKED SECURITIES
TRUST 2004-3
AEGIS ASSET-BACKED SECURITIES
TRUST 2004-4
AMERICAN HOME MORTGAGE

INVESTMENT TRUST 2004-1
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2004-2
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2004-HE2
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2004-HE3
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-10
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-11
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-12
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-4
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-5
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-6
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-7
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-8
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-9
BANC OF AMERICA FUNDING CORP.
TRUST 2004-3
BANC OF AMERICA MORT. SEC. INC.
ALTERNATIVE LOAN TRUST 2004-2
BANC OF AMERICA MORT. SEC. INC.
MORT. PASS-THROUGH CERTS. SERIES
2004-A
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-1
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-10
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-11
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-2
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-3
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-4
BANC OF AMERICA MORT. SEC. INC.

| | |
|---|---|
| 1 | PASS THROUGH CERT. SERIES 2004-5 |
| 2 | BANC OF AMERICA MORT. SEC. INC. |
| | PASS THROUGH CERT. SERIES 2004-6 |
| 3 | BANC OF AMERICA MORT. SEC. INC. |
| 4 | PASS THROUGH CERT. SERIES 2004-7 |
| | BANC OF AMERICA MORT. SEC. INC. |
| 5 | PASS THROUGH CERT. SERIES 2004-8 |
| 6 | BANC OF AMERICA MORT. SEC. INC. |
| | PASS THROUGH CERT. SERIES 2004-9 |
| 7 | BANC OF AMERICA MORT. SEC. INC. |
| 8 | PASS THROUGH CERT. SERIES 2004-B |
| | BANC OF AMERICA MORT. SEC. INC. |
| 9 | PASS THROUGH CERT. SERIES 2004-C |
| 10 | BANC OF AMERICA MORT. SEC. INC. |
| | PASS THROUGH CERT. SERIES 2004-D |
| 11 | BANC OF AMERICA MORT. SEC. INC. |
| 12 | PASS THROUGH CERT. SERIES 2004-E |
| | BANC OF AMERICA MORT. SEC. INC. |
| 13 | PASS THROUGH CERT. SERIES 2004-H |
| 14 | BANC OF AMERICA MORT. SEC. INC. |
| | PASS THROUGH CERT. SERIES 2004-I |
| 15 | BANC OF AMERICA MORT. SEC. INC. |
| 16 | PASS THROUGH CERT. SERIES 2004-J |
| | BANC OF AMERICA MORT. SEC. INC. |
| 17 | PASS THROUGH CERT. SERIES 2004-K |
| 18 | BANC OF AMERICA MORT. SEC. INC. |
| | PASS THROUGH CERT. SERIES 2004-L |
| 19 | BEAR STEARNS ASSET BACKED |
| | SECURITIES I TRUST 2004-BO1 |
| 20 | FFMLT TRUST 2004-FF11 |
| | FFMLT TRUST 2004-FF2 |
| 21 | FFMLT TRUST 2004-FF4 |
| 22 | FFMLT TRUST 2004-FF5 |
| | FFMLT TRUST 2004-FF6 |
| 23 | FFMLT TRUST 2004-FF7 |
| | FFMLT TRUST 2004-FF8 |
| 24 | FFMLT TRUST 2004-FFH2 |
| | FFMLT TRUST 2004-FFH3 |
| 25 | GMACM HOME EQUITY LOAN TRUST 2004-HE1 |
| 26 | GMACM HOME EQUITY LOAN TRUST 2004-HE3 |
| 27 | GMACM HOME EQUITY LOAN TRUST 2004-HE4 |
| 28 | GMACM HOME EQUITY LOAN TRUST |

2004-HE5
HOME EQUITY LOAN ASSET-BACKED
NOTES, (LEHMAN ABS CORP.) SERIES
2004-2
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2004-11
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2004-9
IMPAC CMB TRUST SERIES 2004-2
IMPAC CMB TRUST SERIES 2004-6
IMPAC SECURED ASSETS CORP.
TRUST 2004-4
IRWIN WHOLE LOAN TRUST SERIES
2004-A
MASTR ASSET-BACKED SECURITIES
TRUST 2004-OPT1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-FF1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-FM1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC5
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-A
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-B
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-C
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-D
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-E
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-F
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-G
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-HB1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC 2004-
1
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-OP1
OPTION ONE MORTGAGE LOAN
TRUST 2004-1

OPTION ONE MORTGAGE LOAN
TRUST 2004-2
OPTION ONE MORTGAGE LOAN
TRUST 2004-3
OWNIT MORTGAGE LOAN TRUST
2004-1
RENAISSANCE HOME EQUITY LOAN
TRUST 2004-1
RENAISSANCE HOME EQUITY LOAN
TRUST 2004-2
RENAISSANCE HOME EQUITY LOAN
TRUST 2004-3
RENAISSANCE HOME EQUITY LOAN
TRUST 2004-4
RESIDENTIAL ASSET
SECURITIZATION GMACM HOME
EQUITY TRUST 2004-HE1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-DO1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-DO2
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-OP1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-OP2
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-16
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-5
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2005-HE2
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2005-OPT1
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2005-WMC-1
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE3
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES WMC 2005-HE5
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-1
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-10
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-11

1   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-12
2   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-2
3   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-3
4   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-4
5   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-5
6   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-6
7   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-7
8   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-8
9   BANC OF AMERICA ALTERNATIVE
    LOAN TRUST 2005-9
10  BANC OF AMERICA FUNDING 2005-B
    TRUST
11  BANC OF AMERICA FUNDING 2005-C
    TRUST
12  BANC OF AMERICA FUNDING 2005-G
    TRUST
13  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-1
14  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-10
15  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-11
16  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-12
17  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-2
18  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-3
19  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-4
20  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-5
21  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-6
22  BANC OF AMERICA MORTGAGE
    SECURITIES 2005-7
23  BANC OF AMERICA MORTGAGE

SECURITIES 2005-8
BANC OF AMERICA MORTGAGE
SECURITIES 2005-9
BANC OF AMERICA MORTGAGE
SECURITIES 2005-A
BANC OF AMERICA MORTGAGE
SECURITIES 2005-B
BANC OF AMERICA MORTGAGE
SECURITIES 2005-C
BANC OF AMERICA MORTGAGE
SECURITIES 2005-D
BANC OF AMERICA MORTGAGE
SECURITIES 2005-E
BANC OF AMERICA MORTGAGE
SECURITIES 2005-F
BANC OF AMERICA MORTGAGE
SECURITIES 2005-G
BANC OF AMERICA MORTGAGE
SECURITIES 2005-H
BANC OF AMERICA MORTGAGE
SECURITIES 2005-I
BANC OF AMERICA MORTGAGE
SECURITIES 2005-J
BANC OF AMERICA MORTGAGE
SECURITIES 2005-K
BANC OF AMERICA MORTGAGE
SECURITIES 2005-L
CITIGROUP MORTGAGE LOAN TRUST
2005-OPT4
FFMLT TRUST 2005-FF6
FFMLT TRUST 2005-FFH1
GMACM HOME EQUITY LOAN TRUST
2005-HE1
GMACM HOME EQUITY LOAN TRUST
2005-HE2
GMACM HOME EQUITY LOAN TRUST
2005-HE3
GMACM MORTGAGE LOAN TRUST
2005-AA1
HOME EQUITY LOAN TRUST, SERIES
OOMC 2005-HE6
IMPAC CMB TRUST SERIES 2005-2
IMPAC CMB TRUST SERIES 2005-3
IMPAC CMB TRUST SERIES 2005-6
IMPAC SECURED ASSETS CORP.

TRUST 2005-1
IMPAC SECURED ASSETS CORP.
TRUST 2005-2
IRWIN HOME EQUITY LOAN TRUST
SERIES 2005-A
MASTR ASSET-BACKED SECURITIES
TRUST 2005-OPT1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-FM1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-HE1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-HE2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-HE3
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-SD1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-WMC2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC 2005-
A
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-HE4
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-HE5
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-WMC2
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-WMC3
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-WMC4
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-WMC5
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-WMC6
MORGAN STANLEY MORTGAGE LOAN
TRUST 2005-8SL
OPTION ONE MORTGAGE LOAN
TRUST 2005-1
OPTION ONE MORTGAGE LOAN
TRUST 2005-2
OPTION ONE MORTGAGE LOAN
TRUST 2005-3
OPTION ONE MORTGAGE LOAN

TRUST 2005-4
OPTION ONE MORTGAGE LOAN TRUST 2005-5
OWNIT MORTGAGE LOAN TRUST 2005-5
PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2005-1
PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2005-2
PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2005-3
PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2005-4
SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2005-HE1
SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2005-OP1
SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2005-OP2
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-12
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-14
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-15
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-17
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-20
ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1
ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT2
ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT3
BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-1
BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-2
BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-3
BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-4
BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-6
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-7
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-8
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-9
BANC OF AMERICA FUNDING 2006-B
TRUST
BANC OF AMERICA FUNDING 2006-C
TRUST
BANC OF AMERICA FUNDING 2006-D
TRUST
BANC OF AMERICA FUNDING 2006-E
TRUST
BANC OF AMERICA MORTGAGE 2006-1
TRUST
BANC OF AMERICA MORTGAGE 2006-2
TRUST
BANC OF AMERICA MORTGAGE 2006-3
TRUST
BANC OF AMERICA MORTGAGE 2006-
A TRUST
BANC OF AMERICA MORTGAGE 2006-
B TRUST
BCAP, LLC TRUST 2006-AA1
BCAP, LLC TRUST 2006-RR1
BEAR STEARNS MORTGAGE FUNDING
GRANTOR TRUST 2006-AR3
BEAR STEARNS MORTGAGE FUNDING
TRUST 2006-AC1
BEAR STEARNS MORTGAGE FUNDING
TRUST 2006-AR1
BEAR STEARNS MORTGAGE FUNDING
TRUST 2006-AR4
BEAR STEARNS MORTGAGE FUNDING
TRUST 2006-AR5
CARRINGTON MORTGAGE LOAN
TRUST 2006-FRE1
CARRINGTON MORTGAGE LOAN
TRUST 2006-FRE2
CARRINGTON MORTGAGE LOAN
TRUST 2006-NC1
CARRINGTON MORTGAGE LOAN

TRUST 2006-NC2

CARRINGTON MORTGAGE LOAN TRUST 2006-NC3

CARRINGTON MORTGAGE LOAN TRUST 2006-NC4

CARRINGTON MORTGAGE LOAN TRUST 2006-NC5

CARRINGTON MORTGAGE LOAN TRUST 2006-OPT1

CARRINGTON MORTGAGE LOAN TRUST 2006-RFC1

FFMLT TRUST 2006-FF15

FFMLT TRUST 2006-FF17

FFMLT TRUST 2006-FFH1

GMACM HOME EQUITY LOAN TRUST 2006-J1

GMACM MORTGAGE LOAN TRUST 2006-AR1

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR1

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR2

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR3

HARBORVIEW TRUST 2006-10

HARBORVIEW TRUST 2006-11

HARBORVIEW TRUST 2006-12

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-F1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-HE1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-WMC1

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-1

OPTION ONE MORTGAGE LOAN TRUST 2006-1

OPTION ONE MORTGAGE LOAN TRUST 2006-2

OPTION ONE MORTGAGE LOAN TRUST 2006-3

OWNIT MORTGAGE LOAN TRUST 2006-2

SECURITIZED ASSET-BACKED

RECEIVABLES TRUST 2006-FR1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-FR2
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-FR3
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-HE1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-NC3
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-OP1
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2006-WM2
ASSET-BACKED SEC. CORP. HOME
EQUITY LOAN TRUST SERIES AMQ
2007-HE2
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2007-1
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2007-2
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2007-3
BANC OF AMERICA FUNDING 2007-5
TRUST
BANC OF AMERICA FUNDING 2007-A
TRUST
BANC OF AMERICA FUNDING 2007-E
TRUST
BANC OF AMERICA MORTGAGE 2007-1
TRUST
BANC OF AMERICA MORTGAGE 2007-2
TRUST
BANC OF AMERICA MORTGAGE 2007-3
TRUST
BANC OF AMERICA MORTGAGE 2007-4
TRUST
BEAR STEARNS ARM TRUST 2007-3
BEAR STEARNS ARM TRUST 2007-5
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC2
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC3
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC4
BEAR STEARNS ASSET-BACKED

SECURITIES I TRUST 2007-AC5
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC6
BEAR STEARNS MORTGAGE FUNDING
TRUST 2007-AR1
BEAR STEARNS MORTGAGE FUNDING
TRUST 2007-AR2
BEAR STEARNS MORTGAGE FUNDING
TRUST 2007-AR3
BEAR STEARNS MORTGAGE FUNDING
TRUST 2007-AR4
BEAR STEARNS MORTGAGE FUNDING
TRUST 2007-AR5
BEAR STEARNS STRUCTURED
PRODUCTS INC. TRUST 2007-R3
BEAR STEARNS STRUCTURED
PRODUCTS INC. TRUST 2007-R6
BEAR STEARNS STRUCTURED
PRODUCTS INC. TRUST 2007-R8
CARRINGTON MORTGAGE LOAN
TRUST, 2007-FRE1
CARRINGTON MORTGAGE LOAN
TRUST, 2007-RFC1
FIELDSTONE MORTGAGE
INVESTMENT TRUST 2007-1
HARBORVIEW 2007-1
HARBORVIEW 2007-3
LEHMAN MORTGAGE TRUST 2007-4
LEHMAN MORTGAGE TRUST 2007-5
LEHMAN MORTGAGE TRUST 2007-9
MORGAN STANLEY CAPITAL 1 TRUST
2007-HQ11
MORGAN STANLEY CAPITAL 1 TRUST
2007-HQ13
MORGAN STANLEY CAPITAL 1 TRUST
2007-IQ15
OPTION ONE MORTGAGE LOAN
TRUST 2007-1
OPTION ONE MORTGAGE LOAN
TRUST 2007-2
OPTION ONE MORTGAGE LOAN
TRUST 2007-3
OPTION ONE MORTGAGE LOAN
TRUST 2007-4
OPTION ONE MORTGAGE LOAN

TRUST 2007-5
OPTION ONE MORTGAGE LOAN
TRUST 2007-6
OPTION ONE MORTGAGE LOAN
TRUST 2007-CP1
OPTION ONE MORTGAGE LOAN
TRUST 2007-FXD1
OPTION ONE MORTGAGE LOAN
TRUST 2007-FXD2
SOUNDVIEW HOME LOAN TRUST
2007-OPT1
SOUNDVIEW HOME LOAN TRUST
2007-OPT2
SOUNDVIEW HOME LOAN TRUST
2007-OPT3
SOUNDVIEW HOME LOAN TRUST
2007-OPT4
SOUNDVIEW HOME LOAN TRUST
2007-OPT5
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-1
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-11
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-2
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-3
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-4
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-6
STRUCTURED ASSETS MORTGAGE
INVESTMENTS II TRUST 2007-AR4
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA TRUSTEE FOR:
ACCREDITED MORTGAGE LOAN
TRUST 2004-2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-FR1

1  BEAR STEARNS ASSET BACKED
2  SECURITIES I TRUST 2004-FR2
   BEAR STEARNS ASSET BACKED
3  SECURITIES I TRUST 2004-FR3
4  BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2004-HE1
5  BEAR STEARNS ASSET BACKED
6  SECURITIES I TRUST 2004-HE10
   BEAR STEARNS ASSET BACKED
7  SECURITIES I TRUST 2004-HE11
8  BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2004-HE2
9  BEAR STEARNS ASSET BACKED
10 SECURITIES I TRUST 2004-HE3
   BEAR STEARNS ASSET BACKED
11 SECURITIES I TRUST 2004-HE3
12 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2004-HE4
13 BEAR STEARNS ASSET BACKED
14 SECURITIES I TRUST 2004-HE5
   BEAR STEARNS ASSET BACKED
15 SECURITIES I TRUST 2004-HE6
16 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2004-HE7
17 BEAR STEARNS ASSET BACKED
18 SECURITIES I TRUST 2004-HE8
   BEAR STEARNS ASSET BACKED
19 SECURITIES I TRUST 2004-HE9
20 LEHMAN ABS CORP. MORTGAGE
   PASS-THROUGH CERTS. 2004-1
21 STRUCTURED ASSET MORTGAGE
22 INVESTMENTS II, INC. 2004-11XS
   STRUCTURED ASSET MORTGAGE
23 INVESTMENTS II, INC. 2004-21XS
24 STRUCTURED ASSET MORTGAGE
   INVESTMENTS II, INC. 2004-9XS
25 WAMU MSC MORTGAGE PASS-
26 THROUGH CERTIFICATES SERIES
   2004-RA4
27 ACCREDITED MORTGAGE LOAN
28 TRUST 2005-3
   WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES 2005-AR14
   WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES 2005-AR15

1  WAMU MORTGAGE PASS-THROUGH
2  CERTIFICATES 2005-AR17
   WAMU MORTGAGE PASS-THROUGH
3  CERTIFICATES 2005-AR19
   WAMU MORTGAGE PASS-THROUGH
4  CERTIFICATES 2005-AR3
   WAMU MORTGAGE PASS-THROUGH
5  CERTIFICATES 2005-AR5
6  WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES 2005-AR7
7  WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES 2005-AR7
8  WAMU MORTGAGE PASS-THROUGH
9  CERTIFICATES 2005-AR9
   BEAR STEARNS ASSET BACKED
10 SECURITIES I TRUST 2005-AQ1
11 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005-AQ2
12 BEAR STEARNS ASSET BACKED
13 SECURITIES I TRUST 2005 EC-1
   BEAR STEARNS ASSET BACKED
14 SECURITIES I TRUST 2005 FR-1
15 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005 2005-HE10
16 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005 –HE11
17 BEAR STEARNS ASSET BACKED
18 SECURITIES I TRUST 2005-HE12
   BEAR STEARNS ASSET BACKED
19 SECURITIES I TRUST 2005-HE2
20 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005-HE3
21 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005-HE4
22 BEAR STEARNS ASSET BACKED
23 SECURITIES I TRUST 2005-HE5
   BEAR STEARNS ASSET BACKED
24 SECURITIES I TRUST 2005 HE6
   BEAR STEARNS ASSET BACKED
25 SECURITIES I TRUST 2005-HE7
26 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005-HE8
27 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2005-HE9
28 BEAR STEARNS ASSET BACKED

SECURITIES I TRUST 2005-TC1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-TC2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE3
GSAMP TRUST 2005-HE6
LEHMAN XS TRUST 2005-2
SACO I TRUST 2005-6
SACO I TRUST 2005-9
SACO I TRUST 2005-WM1
SACO I TRUST 2005-WM2
SACO I TRUST 2005-WM3
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-8XS
STRUCTURED ASSET INV LASALLE
TRUSTEE AS A TRUSTEE FOR
THORNBURG MORTGAGE SECURITIES
TRUST 2005-2
ESTMENT LOAN TRUST (SAIL) 2005-1
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-2
THORNBURG MORTGAGE SECURITIES
TRUST 2005-2
THORNBURG MORTGAGE SECURITIES
TRUST 2005-3
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR12
THORNBURG MORTGAGE SECURITIES
TRUST 2005-2
WMALT 2005-1
WMALT 2005-10
WMALT 2005-11
WMALT 2005-2
WMALT 2005-3
WMALT 2005-4
WMALT 2005-5
WMALT 2005-6
WMALT 2005-7
WMALT 2005-8
WMALT 2005-9
WMALT 2005-AR1
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR14
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR15

1  WAMU MORTGAGE PASS-THROUGH
2  CERTIFICATES 2005-AR17
   WAMU MORTGAGE PASS-THROUGH
3  CERTIFICATES 2005-AR19
4  WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES 2005-AR3
5  WAMU MORTGAGE PASS-THROUGH
6  CERTIFICATES 2005-AR5
   WAMU MORTGAGE PASS-THROUGH
7  CERTIFICATES 2005-AR7
8  WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES 2005-AR14
9  BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2006-AQ1
10 BEAR STEARNS ASSET BACKED
11 SECURITIES I TRUST 2006-HE1
   BEAR STEARNS ASSET BACKED
12 SECURITIES I TRUST 2006-HE10
13 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2006-HE2
14 BEAR STEARNS ASSET BACKED
15 SECURITIES I TRUST 2006-HE5
   BEAR STEARNS ASSET BACKED
16 SECURITIES I TRUST 2006-HE6
   BEAR STEARNS ASSET BACKED
17 SECURITIES I TRUST 2006-HE7
18 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2006-HE9
19 BEAR STEARNS ASSET BACKED
20 SECURITIES I TRUST 2006-PC1
   BEAR STEARNS ASSET BACKED
21 SECURITIES I TRUST 2006-EC1
   BEAR STEARNS ASSET BACKED
22 SECURITIES I TRUST 2006-EC2
23 BEAR STEARNS ASSET BACKED
   SECURITIES I TRUST 2006-1
24 BEAR STEARNS ASSET BACKED
25 SECURITIES I TRUST 2006-SL1
   BEAR STEARNS ASSET BACKED
26 SECURITIES I TRUST 2006-SL2
   BEAR STEARNS ASSET BACKED
27 SECURITIES I TRUST 2006-SL3
   BEAR STEARNS ASSET BACKED
28 SECURITIES I TRUST 2006-SL4
   BEAR STEARNS ASSET BACKED

138

SECURITIES I TRUST 2006-SL5

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-SL6

C-BASS 2006-CB7 TRUST

C-BASS 2006-CB9 TRUST

FFMLT TRUST 2006-FF18

LEHMAN XS TRUST 2006-19

LEHMAN XS TRUST 2006-20

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-FF1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-FM1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-MLMN1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-RM1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-RM4

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-SL1

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-10SL

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-11

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-12XS

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-13ARX

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-14SL

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-15XS

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-16AX

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-17XS

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-1AR

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-2

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-3AR

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-5AR

MERRILL LYNCH MORTGAGE

INVESTORS TRUST 2006-6AR
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-2006-7
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-8AR
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-9AR
OWNIT MORTGAGE LOAN TRUST
2006-3
OWNIT MORTGAGE LOAN TRUST
2006-4
SACO I TRUST 2006-3
SACO I TRUST 2006-3
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-1
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-2
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-3
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-4
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-5
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-6
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR11
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-12
WASHINGTON MUTUAL MORT. PASS-
THROUGH CERTS, WMALT TRUST
2006-8
WASHINGTON MUTUAL MORT. PASS-
THROUGTH CERTS, WMALT TRUST
2006-9
WASHINGTON MUTUAL MORT. PASS-
THROUGTH CERTS, WMALT TRUST
2006-AR1
WASHINGTON MUTUAL MORT. PASS-
THROUGTH CERTS, WMALT TRUST
2006-AR10
WASHINGTON MUTUAL MORT. PASS-
THROUGTH CERTS, WMALT TRUST
2006-AR2
WASHINGTON MUTUAL MORT. PASS-

THROUGH CERTS, WMALT TRUST 2006-AR3

WASHINGTON MUTUAL MORT. PASS-THROUGH CERTS, WMALT TRUST 2006-AR4

WASHINGTON MUTUAL MORT. PASS-THROUGH CERTS, WMALT TRUST 2006-AR5

WASHINGTON MUTUAL MORT. PASS-THROUGH CERTS, WMALT TRUST 2006-AR6

WASHINGTON MUTUAL MORT. PASS-THROUGH CERTS, WMALT TRUST 2006-AR7

WASHINGTON MUTUAL MORT. PASS-THROUGH CERTS, WMALT TRUST 2006-AR8

WASHINGTON MUTUAL MORT. PASS-THROUGH CERTS, WMALT TRUST 2006-AR9

WELLS FARGO HOME EQUITY ASSET SECURITIES CORP. TRUST 2006-2

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-HE1

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-HE2

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-HE3

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-HE4

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-HE5

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-1

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-2

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-

3
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-4
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-5
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-6
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-7
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2006-AR13
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST -AR14
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST -AR15
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST -AR16
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST -AR17
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST -AR18
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST -AR19
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST –AR5
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST –AR6
WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST –AR7
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-AQ1
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-AQ2
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-FSI1
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE1
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE2
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE3

BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE4
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE5
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE6
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE7
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-AQ2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-SL1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-SL2
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2007-CB4
C-BASS MORTGAGE LOAN TRUST
2007-CB4
C-BASS MORTGAGE LOAN ASSET-
BACKED 2007-CB2
C-BASS MORTGAGE LOAN ASSET-
BACKED 2007-CB5
C-BASS MORTGAGE LOAN ASSET-
BACKED 2007-CB7
 FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FF1
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FF2
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FFA
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FFC
GSAMP TRUST 2007-H1
GSAMP TRUST 2007-HE1
GSAMP TRUST 2007-HE2
GSAMP TRUST 2007-NC1
HOM EQUITY LOAN TRUST 2007-HAS-1
HOME EQUITY LOAN TRUST 2007-
HAS-2
HOME EQUITY LOAN TRUST 2007-
HAS-3
LEHMAN XS TRUST 2007-1
LEHMAN XS TRUST 2007-10H
LEHMAN XS TRUST 2007-14H
MORGAN STANLEY ABS CAP. 1, INC.

| | |
|---|---|
| 1 | TRUST 2007-HQ12 |
| 2 | MORGAN STANLEY CAPITAL 1 TRUST 2007-IQ16 |
| 3 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-12 |
| 4 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-13 |
| 5 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-14AR |
| 6 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-15AR |
| 7 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-1XS |
| 8 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-13 |
| 9 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-2AX |
| 10 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-3XS |
| 11 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-4SL |
| 12 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-5AX |
| 13 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-7AX |
| 14 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-8XS |
| 15 | MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-9SL |
| 16 | RAAC SERIES 2007-SP1 TRUST |
| 17 | RAAC SERIES 2007-SP2 TRUST |
| 18 | RAAC SERIES 2007-SP3 TRUST |
| 19 | RAMP 2007 RS1 TRUST |
| 20 | RAMP 2007 RS2 TRUST |
| 21 | RAMP 2007 RZ1 TRUST |
| 22 | RASC 2007 KS4 TRUST |
| 23 | MERRILL LYNCH MORTGAGE INVESTORS 2007-SD1 |
| 24 | MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES 2007-E3 |
| 25 | MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST 2007-ORA5 |
| 26 | MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-2 |
| 27 | |
| 28 | |

MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-3
MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-4
MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-5
MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-A
MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-H1
LEHMAN XS TRUST 2007-5H
LEHMAN XS TRUST 2007-6
LEHMAN XS TRUST 2007-9
CITIBANK TRUSTEE FOR: CDMC MORTGAGE PASS-THROUGH CERTS. 2004-1
CITI BANK TRUSTEE AS A TRUSTEE FOR
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-2
CITI BANK TRUSTEE ASA TRUSTEE FOR
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-3
CITI BANK TRUSTEE ASA TRUSTEE FOR
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-4
CDMC MORTGAGE PASS-THROUGH CERTS 2004-5
STRUCTURED ASSEST MORTGAGE INVESTMENTS II, INC. 2004-23XS
WAMU MORTGAGE PASS-THRU CERTIFICATES 2004-AR11
WAMU MORTAGE PASS-THROUGH CERTIFICATES 2004-AR9
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2004-CB1
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2004-CB2
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2004-CB3
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2004-RS1
WAMU MORTGAGE PASS-THROUGH

CERTIFICATES 2004-RS2
WAMU MORTGAGE PASS-THRU
CERTIFICATES 2004-S1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-CL1
CDMC MORTGAGE PASS-THROUGH
CERTS. 2005-1
LEHMAN XS TRUST 2005-6
PHHMC 2005-2
PHHMC 2005-3
PHHMC 2005-4
PHHMC 2005-5
PHHMC 2005-6
SACO I TRUST 2005-10
SACO I TRUST 2005-5
SACO I TRUST 2005-8
SACO I TRUST 2005-GP1
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-3XS
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-3
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-4
BEAR STEARNS ALT-A  (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-4
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-5
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-6
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-7
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-8
BEAR STEARNS ARM TRUST 2006-4
BEAR STEARNS ASSES BACKED
SECURITIES I TRUST 2006-HE3
BEAR STEARNS ASSES BACKED
SECURITIES I TRUST 2006-4
GSR MORTGAGE LOAN AND TRUST
2006AR2

LEHAMN SX TRUST 2006-1
LEHMAN XS TRUST 2006-13
LEHMAN XS TRUST 2006-17
LEHMAN XS TRUST 2006-5
LEHMAN XS TRUST 2006-7
LEHMAN XS TRUST 2006-9
MERRILL LYNCH MORTGAGE
INVESTOR TRUST 2006-HE5
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-SL2
PHHMC 2006-1
PHHMC 2006-2
PHHMC 2006-3
PHHMC 2006-4
SACO I TRUST 2006-1
SACO I TRUST 2006-10
SACO I TRUST 2006-10
SACO I TRUST 2006-12
SACO I TRUST 2006-2
SACO I TRUST 2006-5
SACO I TRUST 2006-6
SACO I TRUST 2006-7
SACO I TRUST 2006-8
SACO I TRUST 2006-9
BEAR STEARNS ALT-A TRUST 2007-1
BEAR STEARTNS ALT-A TRUST 2007-2
BEAR STEARNS ALT-A TRUST 2007-3
BEAR STEARNS ALT-A TRUST II 2007-1
BEAR STEARNS ARM TRUST 2007-1
BEAR STEARNS ARM TRUST 2007-2
BEAR STEARNS ARM TRUST 2007-4
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-SD1
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-SD2
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-SD3
BEAR STEARNS SECOND LIEN TRUST
2007-1
GREENPOINT MORTGAGE FUNDING
TRUST 2007-HE1
GSAA HOME EQUITY TRUST 2007-10
GSAA HOME EQUITY TRUST 2007-8
GSAA HOME EQUITY TRUST 2007-9
LEHMAN XS TRSUT 2007-11

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2007-SL1

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES 2007-HE2

PHHMC SERIES 2007-1 TRUST

PHHMC SERIES 2007-2 TRUST

PHHMC SERIES 2007-3 TRUST

PHHMC SERIES 2007-4 TRUST

PHHMC SERIES 2007-5 TRUST

PHHMC SERIES 2007-6 TRUST

SACO I TRUST 2007-1

SACO I TRUST 2007-2

STRUCTURED ASSETS MORTGAGE INVESTMENTS II TRUST 2007-AR1

STRUCTURED ASSETS MORTGAGE INVESTMENTS II TRUST 2007-AR5

STRUCTURED ASSETS MORTGAGE INVESTMENTS II TRUST 2007-AR6

STRUCTURED ASSETS MORTGAGE INVESTMENTS II TRUST 2007-AR7

WAMU ASSET-BACKED CERTS. SERIES 2007-HE2

WAMU ASSET-BACKED CERTS. SERIES 2007-HE3

WAMU ASSET-BACKED CERTS. SERIES 2007-HE4

Defendants   J.P. MORGAN CHASE BANK TRUSTEE FOR: ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-AHL1

ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-FF1

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2004-4

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-SD1

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-SD2

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-SD3

C-BASS MORTGAGE LOAN ASSET-BACKED CERTS. 2004-CB5

C-BASS MORTGAGE LOAN ASSET-BACKED CERTS. 2004-CB8

CREDIT SUISSE FIRST BOSTON MORT.

SEC. CORP. HOME EQ. ASSET TRUST 2004-1
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-A
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-B
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-C
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-D
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-E
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-F
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-G
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-I
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-J
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-K
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-L
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-M
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-N
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-O
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-P
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-Q
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-R
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-S
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-T
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-U
FFMLT TRUST 2004-FF10
GMACM HOME EQUITY LOAN TRUST 2004-HLTV1

GMACM MORTGAGE LOAN TRUST
2004-AR2
GMACM MORTGAGE LOAN TRUST
2004-GH1
GMACM MORTGAGE LOAN TRUST
2004-J1
GMACM MORTGAGE LOAN TRUST
2004-J2
GMACM MORTGAGE LOAN TRUST
2004-J3
GMACM MORTGAGE LOAN TRUST
2004-J4
GMACM MORTGAGE LOAN TRUST
2004-J5
GMACM MORTGAGE LOAN TRUST
2004-J6
GMACM MORTGAGE LOAN TRUST
2004-JR1
GREENPOINT MORTGAGE LOAN
TRUST 2004-1
GSAA HOME EQUITY TRUST 2004-4
GSAA HOME EQUITY TRUST 2004-CW1
GSAMP TRUST 2004-SEA2
GSR MORTGAGE LOAN TRUST 2004-5
GSR MORTGAGE LOAN TRUST 2004-7
HOME EQUITY LOAN TRUST 2004-HS2
HOME EQUITY LOAN TRUST 2004-HS3
HOME EQUITY MORTGAGE PASS-
THROUGH CERTS. SERIES 2004-2
HOME EQUITY MORTGAGE PASS-
THROUGH CERTS. SERIES 2004-3
HOME EQUITY MORTGAGE PASS-
THROUGH CERTS. SERIES 2004-4
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-1
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-10
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-11
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-12
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-13
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-14

MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-15
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-2
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-4
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-5
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-6
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-7
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-8
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-9
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-BC1
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-BC2
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-CB2
NOMURA ASSET ACCEPTANCE CORP.
ALT. LOAN TRUST 2004-AP2
NOMURA ASSET ACCEPTANCE CORP.
ALT. LOAN TRUST 2004-AR1
NOMURA ASSET ACCEPTANCE CORP.
ALT. LOAN TRUST 2004-AR2
NOVASTAR MORTGAGE FUNDING
TRUST 2004-1
NOVASTAR MORTGAGE FUNDING
TRUST 2004-2
NOVASTAR MORTGAGE FUNDING
TRUST 2004-3
NOVASTAR MORTGAGE FUNDING
TRUST 2004-4
POPULAR ABS MORTGAGE TRUST
2004-4
POPULAR ABS MORTGAGE TRUST
2004-5
RAAC 2004 SP1
RAAC 2004 SP2
RAAC 2004 SP3
RAMP 2004 RS1
RAMP 2004 RS10

RAMP 2004 RS11
RAMP 2004 RS12
RAMP 2004 RS2
RAMP 2004 RS3
RAMP 2004 RS4
RAMP 2004 RS5
RAMP 2004 RS6
RAMP 2004 RS7
RAMP 2004 RS8
RAMP 2004 RZ1
RAMP 2004 RZ2
RAMP 2004 RZ3
RAMP 2004 RZ4
RAMP 2005 RS9
RASC 2004 KS1
RASC 2004 KS10
RASC 2004 KS11
RASC 2004 KS12
RASC 2004 KS2
RASC 2004 KS3
RASC 2004 KS4
RASC 2004 KS5
RASC 2004 KS6
RASC 2004 KS7
RASC 2004 KS8
RASC 2004 KS9
RFMSI TRUST 2004 S1
RFMSI TRUST 2004 S2
RFMSI TRUST 2004 S3
RFMSI TRUST 2004 S5
RFMSI TRUST 2004 S6
RFMSI TRUST 2004 SA1
RFMSI TRUST 2004 SR1
RFMSII 2004-HI3
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-15
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-17
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR1
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR3
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR4
STRUCTURED ASSET MORTGAGE

INVESTMENTS II, INC. 2004-AR5
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR6
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR7
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR8
ABFC ASSET-BACKED CERTIFICATES,
SERIES 2005-HE1
ABFC C-BASS MORT. LOAN ASSET-
BACKED CERTIFICATES, 2005-CB2
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-10
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-2
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-3
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-4
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-5
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-7
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-8
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2005-9
BEAR STEARNS ALT-A 2005-1
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB6
CENTEX HOME EQUITY LOAN TRUST
2005-A
CENTEX HOME EQUITY LOAN TRUST
2005-B
CENTEX HOME EQUITY LOAN TRUST
2005-C
CENTEX HOME EQUITY LOAN TRUST

| | |
|---|---|
| 1 | 2005-D |
| 2 | CITIGROUP MORTGAGE LOAN TRUST 2005-CB4 |
| 3 | CITIGROUP MORTGAGE LOAN TRUST 2005-CB8 |
| 4 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-A |
| 5 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-B |
| 6 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-C |
| 7 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-D |
| 8 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-E |
| 9 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-F |
| 10 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-G |
| 11 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-H |
| 12 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-I |
| 13 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-J |
| 14 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-K |
| 15 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-L |
| 16 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-M |
| 17 | FFMLT TRUST 2005-FF1 |
| 18 | FFMLT TRUST 2005-FF5 |
| 19 | GMACM MORTGAGE LOAN TRUST 2005-AR1 |
| 20 | GMACM MORTGAGE LOAN TRUST 2005-AR2 |
| 21 | HOME EQUITY LOAN TRUST (CSFB) 2005-HS1 |
| 22 | HOME EQUITY LOAN TRUST (CSFB) 2005-HS2 |
| 23 | HSBC HOME EQUITY LOAN TRUST 2005-1 |
| 24 | MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-1 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2005-2
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2005-3
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2005-6
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2005-8
MASTR ALTERNATIVE LOAN TRUST
2005-6
MASTR SECOND LIEN TRUST 2005-1
MORGAN STANLEY ABS CAP. I INC.
IXIS MORTGAGE CAP. TRUST 2005-HE2
NOVASTAR MORTGAGE FUNDING
TRUST 2005-1
NOVASTAR MORTGAGE FUNDING
TRUST 2005-2
NOVASTAR MORTGAGE FUNDING
TRUST 2005-3
NOVASTAR MORTGAGE FUNDING
TRUST 2005-4
POPULAR ABS MORTGAGE TRUST
2005-1
POPULAR ABS MORTGAGE TRUST
2005-2
POPULAR ABS MORTGAGE TRUST
2005-3
POPULAR ABS MORTGAGE TRUST
2005-4
POPULAR ABS MORTGAGE TRUST
2005-5
POPULAR ABS MORTGAGE TRUST
2005-6
POPULAR ABS MORTGAGE TRUST
2005-A
POPULAR ABS MORTGAGE TRUST
2005-B
POPULAR ABS MORTGAGE TRUST
2005-C
POPULAR ABS MORTGAGE TRUST
2005-D
RAAC 2005 SP1
RAAC 2005 SP3
RAMP 2005 RS1
RAMP 2005 RS2

RAMP 2005 RS3
RAMP 2005 RS4
RAMP 2005 RS5
RAMP 2005 RS6
RAMP 2005 RS7
RAMP 2005 RS8
RAMP 2005 RS9
RAMP 2005 RZ1
RAMP 2005 RZ2
RAMP 2005 RZ3
RAMP 2005 RZ4
RAMP 2005-SP2
RAMP 2005-SP3
RFMSII 2005-HI1
RFMSII TRUST 2005 HSA 1
SOUNDVIEW HOME LOAN TRUST
2005-CTX1
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-2
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR1
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR2
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR3
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR4
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR5
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR6
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR7
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-AR8
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-1
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-2
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SD1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SD2

| | |
|---|---|
| 1 | BEAR STEARNS ASSET BACKED |
| 2 | SECURITIES I TRUST 2006-SD3 |
| | BEAR STEARNS ASSET BACKED |
| 3 | SECURITIES, INC. 2006-2 |
| | BEAR STEARNS ASSET BACKED |
| 4 | SECURITIES, INC. 2006-3 |
| 5 | CENTEX HOME EQUITY LOAN TRUST 2006-A |
| 6 | CWHEQ REVOLVING HOME EQUITY |
| | LOAN TRUST, SERIES 2006-B |
| 7 | CWHEQ REVOLVING HOME EQUITY |
| 8 | LOAN TRUST, SERIES 2006-C |
| | CWHEQ REVOLVING HOME EQUITY |
| 9 | LOAN TRUST, SERIES 2006-D |
| 10 | CWHEQ REVOLVING HOME EQUITY |
| | LOAN TRUST, SERIES 2006-E |
| 11 | CWHEQ REVOLVING HOME EQUITY |
| 12 | LOAN TRUST, SERIES 2006-F |
| | CWHEQ REVOLVING HOME EQUITY |
| 13 | LOAN TRUST, SERIES 2006-G |
| 14 | CWHEQ REVOLVING HOME EQUITY |
| | LOAN TRUST, SERIES 2006-H |
| 15 | CWHEQ REVOLVING HOME EQUITY |
| 16 | LOAN TRUST, SERIES 2006-I |
| | GMACM HOME EQUITY LOAN TRUST |
| 17 | 2006-HE1 |
| | GMACM HOME EQUITY LOAN TRUST |
| 18 | 2006-HE2 |
| 19 | GMACM HOME EQUITY LOAN TRUST 2006-HE3 |
| 20 | GMACM HOME EQUITY LOAN TRUST 2006-HE4 |
| 21 | GMACM HOME LOAN TRUST 2006-LTV1 |
| 22 | GMACM MORTGAGE LOAN TRUST 2006-AR2 |
| 23 | HOME EQUITY LOAN TRUST (CSFB) 2006-HSA3 |
| 24 | HOME EQUITY LOAN TRUST (CSFB) 2006-HSA4 |
| 25 | HOME EQUITY LOAN TRUST (CSFB) 2006-HSA5 |
| 26 | HSBC HOME EQUITY LOAN TRUST (USA) 2006-1 |
| 27 | HSBC HOME EQUITY LOAN TRUST |
| 28 | |

(USA) 2006-2
HSBC HOME EQUITY LOAN TRUST (USA) 2006-3
HSBC HOME EQUITY LOAN TRUST (USA) 2006-4
NEWCASTLE MORTGAGE SECURITIES TRUST 2006-1
NOVASTAR MORTGAGE FUNDING TRUST 2006-1
NOVASTAR MORTGAGE FUNDING TRUST 2006-2
NOVASTAR MORTGAGE FUNDING TRUST 2006-3
NOVASTAR MORTGAGE FUNDING TRUST 2006-MTA1
OWNIT MORTGAGE LOAN TRUST 2006-1
POPULAR ABS MORTGAGE TRUST 2006-A
POPULAR ABS MORTGAGE TRUST 2006-B
POPULAR ABS MORTGAGE TRUST 2006-C
POPULAR ABS MORTGAGE TRUST 2006-D
RAAC 2006 SP1
RAAC 2006 SP2
RAAC 2006 SP3
RAMP 2006 RS1
RAMP 2006 RS2
RAMP 2006 RS3
RAMP 2006 RS4
RAMP 2006 RS5
RAMP 2006 RZ1
RAMP 2006 RZ2
RAMP 2006 RZ3
RAMP 2006 RZ4
RFMSII 2006-HI1
RFMSII 2006-HI2
RFMSII 2006-HI3
RFMSII 2006-HI4
RFMSII TRUST 2006 HSA 1
RFMSII TRUST 2006 HSA 2
RFMSII TRUST 2006 HSA 5
STRUCTURED ASSET MORTGAGE

INVESTMENTS II, INC. 2006-AR1

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR2

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR3

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR4

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR5

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR6

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR7

STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR8

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-13 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-14 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-15 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-16 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-17 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-18 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-19 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-20 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-5 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-6 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-7 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-8 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-9 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR10 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR11 TRUST

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR12 TRUST

1 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR13 TRUST
2 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR14 TRUST
3 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR15 TRUST
4 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR16 TRUST
5 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR17 TRUST
6 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR18 TRUST
7 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR19 TRUST
8 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR7 TRUST
9 TRUSTWELLS FARGO MORTGAGE
10 BACKED SECURITIES 2006-11 TRUST
WELLS FARGO MORTGAGE BACKED
11 SECURITIES 2006-12 TRUST
12 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-13 TRUST
13 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-14 TRUST
14 WELLS FARGO MORTGAGE BACKED
15 SECURITIES 2006-15 TRUST
WELLS FARGO MORTGAGE BACKED
16 SECURITIES 2006-16 TRUST
17 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-17 TRUST
18 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-18 TRUST
19 WELLS FARGO MORTGAGE BACKED
20 SECURITIES 2006-19 TRUST
WELLS FARGO MORTGAGE BACKED
21 SECURITIES 2006-20 TRUST
22 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-5 TRUST
23 WELLS FARGO MORTGAGE BACKED
24 SECURITIES 2006-6 TRUST
WELLS FARGO MORTGAGE BACKED
25 SECURITIES 2006-7 TRUST
26 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-8 TRUST
27 WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-9 TRUST
28

1  WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-AR10 TRUST
2  WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-AR11 TRUST
3  WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-AR12 TRUST
4  WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-AR13 TRUST
5  WELLS FARGO MORTGAGE BACKED
6  SECURITIES 2006-AR14 TRUST
   WELLS FARGO MORTGAGE BACKED
7  SECURITIES 2006-AR15 TRUST
8  WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-AR16 TRUST
9  WELLS FARGO MORTGAGE BACKED
10 SECURITIES 2006-AR17 TRUST
   WELLS FARGO MORTGAGE BACKED
11 SECURITIES 2006-AR18 TRUST
12 WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-AR19 TRUST
13 WELLS FARGO MORTGAGE BACKED
14 SECURITIES 2006-AR7 TRUST
   WELLS FARGO MORTGAGE BACKED
15 SECURITIES 2006-11 TRUST
16 WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-12 TRUST
17 WELLS FARGO MORTGAGE BACKED
18 SECURITIES 2006-13 TRUST
   WELLS FARGO MORTGAGE BACKED
19 SECURITIES 2006-14 TRUST
20 WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-15 TRUST
21 WELLS FARGO MORTGAGE BACKED
22 SECURITIES 2006-16 TRUST
   WELLS FARGO MORTGAGE BACKED
23 SECURITIES 2006-17 TRUST
   WELLS FARGO MORTGAGE BACKED
24 SECURITIES 2006-18 TRUST
   WELLS FARGO MORTGAGE BACKED
25 SECURITIES 2006-19 TRUST
26 WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-20 TRUST
27 WELLS FARGO MORTGAGE BACKED
   SECURITIES 2006-5 TRUST
28 WELLS FARGO MORTGAGE BACKED

SECURITIES 2006-6 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-7 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-8 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-9 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR10 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR11 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR12 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR13 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR14 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR15 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR16 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR17 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR18 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR19 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR7 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR8 TRUST
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR9 TRUST
ACE SECURITIES CORP. HOME EQUITY
<#> LOAN TRUST 2007-ASAP1
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-ASAP2
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-ASL1
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE1
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE2
ACE SECURITIES CORP. HOME EQUITY
LOAN TRUST 2007-HE3

1. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE4
2. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE5
3. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-SL1
4. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-SL2
5. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-WM1
6. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-WM2
7. CARRINGTON MORTGAGE LOAN TRUST, 2007-HE1
8. DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-1
9. DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-2
10. DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-3
11. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-ASL1
12. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE1
13. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE2
14. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE3
15. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE4
16. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-HE5
17. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-SL1
18. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-SL2
19. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-WM1
20. ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-WM2
21. CARRINGTON MORTGAGE LOAN TRUST, 2007-HE1
22. DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-1
23. DEUTSCHE ALT A SECURITIES

1  MORTGAGE LOAN TRUST 2007-2

2  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-3

3  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-AR1

4  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-AR2

5  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-AR3

6  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-BAR1

7  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-OA1

8  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-OA2

9  DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-OA3

10 DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-OA3/DE

11 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-ASL1

12 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-HE1

13 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-HE2

14 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-HE3

15 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-HE4

16 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-HE5

17 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-SL1

18 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-SL2

19 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-WM1

20 ACE SECURITIES CORP. HOME EQUITY
   LOAN TRUST 2007-WM2

21 CARRINGTON MORTGAGE LOAN
   TRUST, 2007-HE1

22 DEUTSCHE ALT A SECURITIES
   MORTGAGE LOAN TRUST 2007-1

23 DEUTSCHE ALT A SECURITIES

24

25

26

27

28

MORTGAGE LOAN TRUST 2007-2

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-3

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-AR1

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-AR2

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-AR3

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-BAR1

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-OA1

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-OA2

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-OA3

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2007-OA3/DE

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2007-2

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2007-3

NOMURA ASSET ACCEPTANCE CORP. ALTERNATIVE LOAN TRUST 2007-1

NOMURA ASSET ACCEPTANCE CORP. ALTERNATIVE LOAN TRUST 2007-2

NOMURA ASSET ACCEPTANCE CORP. ALTERNATIVE LOAN TRUST 2007-3

NOMURA HOME EQUITY LOAN TRUST 2007-1

NOMURA HOME EQUITY LOAN TRUST 2007-2

NOMURA HOME EQUITY LOAN TRUST 2007-3

OPTION ONE MORTGAGE LOAN TRUST 2007-HL1

PHH ALTERNATIVE MORTGAGE TRUST 2007-1

PHH ALTERNATIVE MORTGAGE TRUST 2007-2

PHH ALTERNATIVE MORTGAGE

TRUST 2007-3
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-1
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-2
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-3
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-4

AND DOES 1 THROUGH 10,000
INCLUSIVE,[1]

                    Defendants.

UNITED STATES OF AMERICA, SERVE ALL HELP ALL, INC., (SAHA) DBA
NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, JOSE ARTURO ABAD
VEGA, JOHN MORTIMER and MOSES HALL, by and through their undersigned
attorneys, and respectfully allege as follows:

## INTRODUCTION

1.  This is a civil action filed by PLAINTIFFS, UNITED STATES OF AMERICA, SERVE ALL
HELP ALL, INC., (SAHA) DBA NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, JOSE
ARTURO ABAD VEGA,  JOHN MORTIMER and MOSES HALL.

2.   As against HSBC BANK USA TRUSTEE: U.S. BANK TRUSTEE: BANK OF NEW YORK TRUSTEE: DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE: WELLS FARGO BANKTRUSTEE: LASALLE BANK SUCCEEDED BY BANK OF AMERICA TRUSTEE: CITIBANK TRUSTEES, J.P. MORGAN CHASE BANK TRUSTEE AND DOES 1 THROUGH 10,000, INCLUSIVE for the ratification of acts of misconduct related to origination and servicing of single family residential mortgages purchased as residential mortgage back securitization certificates from various banking, and lending entities.  Said acts were known to the Defendants by inclusion in the prospectus circulated by Defendants' Assignors as "[Potential Risk]" the following language:

**Violation of Various Federal, State and**

**Local Laws May Result in Losses on the Mortgage Loans**

Violations of certain federal, state or local laws and regulations relating to the protection of consumers, unfair and deceptive practices and debt collection practices may limit the ability of the servicers to collect all or part of the principal of or interest on the related mortgage loans and, in addition, could subject the trust fund to damages and administrative enforcement.

3. In other prospectus the following language was included:

**Violation of Predatory Lending**

**Laws/Risks Related to High Cost Loans**

Various federal, state and local laws have been enacted that are designed to discourage predatory lending practices. Failure to comply with these laws, to the extent applicable to any of the mortgage loans, could subject the trust fund, as an assignee of the mortgage loans, to monetary penalties and could result in the borrowers rescinding the affected mortgage loans. If the mortgage loans are found to have been originated in violation of predatory or abusive lending laws and the seller does not repurchase the affected mortgage loans and pay any related liabilities, certificate holders could incur losses.

4. Countrywide provided the certificate holders with the following language:

HIGH OR INCREASING LOAN-TO-VALUE RATIO
MAY IMPACT MORTGAGE LOAN LOSS AND
DELINQUENCY RATES MORE THAN LOANS
ORIGINATED UNDER MORE TRADITIONAL
STANDARDS

Countrywide Home Loans, Inc.'s underwriting standards for first lien mortgage loans do not prohibit a borrower from obtaining, at the time of origination of the first lien mortgage loan, additional financing which is subordinate to that first lien mortgage loan. This subordinate financing is not reflected in the loan-to-value ratio set forth in this prospectus supplement.

High loan-to-value ratios may make it more
difficult for a borrower to make payments under the related
mortgage loans. Additionally, values of mortgaged properties
may decrease from the time that the mortgage loan is
originated, resulting in a higher loan to value ratio. A
decrease in value of the mortgaged property may limit the
borrower's ability to refinance the mortgage loan which in
turn, may lead to a default on the mortgage loan. Additionally, in either case, the high loan-to-value ratio may have a greater effect on the delinquency, foreclosure, bankruptcy and loss experience of the mortgage loans in the mortgage pool than on mortgage loans originated in a more traditional manner. We cannot assure you that the values of the related mortgaged properties have remained or will remain at the levels in effect on the dates of origination of the related mortgage loans.

5.   The language in the prospectuses informed and placed the certificateholders on notice that they were not purchasing holder in due course negotiable instrument, as prescribed by common law principles, and as prohibited by FTC rule 443. But that the security may be tainted by the conduct of the bank or lender in participating in federal and state lending law violations.

6.   As described in the allegations below, Defendants Assignors' misconduct resulted in the issuance of improper mortgages, premature and unauthorized foreclosures, violation of service members' and other homeowners' rights and protections, the use of false and deceptive affidavits and other documents, and the waste and abuse of taxpayer funds. Each of the allegations regarding Defendants Assignors contained herein applies to instances in which one or more, and in some cases all, of the Defendants Assignors engaged in the conduct alleged.

## THE PARTIES

7.   SERVE ALL HELP ALL, INC., (SAHA) DBA NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, ("Relator SAHA") is a California Non Profit Corporation which operates offices in California.  SAHA provides free mortgage services and modification advice to consumers.

8.   JOSE ARTURO ABAD VEGA ("Relator VEGA") is a consultant to various multicultural consumer activist groups, and non profits, concerning housing, refinance, modifications, securitization of residential real properties nationwide.  Owned and operated 3 (three) different corporations including a high volume Real Estate Company, Multi State Mortgage Banking Company as well as an established Loss Mitigation-Loan Modification Company that was issued a Vendor Number for Loss Mitigation – Loan Modification component work from Fannie Mae"!

9.   JOHN MORTIMER, ("Relator MORTIMER") is a California Attorney, his practice emphasis is issues concerning housing, foreclosure defense and, securitization of residential real property in California.

10. MOSES HALL, ("Relator HALL") is a retired California Attorney who won the first national decision regarding private right to sue for failure of a bank to offer legitimate loan modification before commencing foreclosure proceeding in California.

11.    Relator SAHA has a principal place of business in Orange County California.  Relator
VEGA resides in Orange County, California.   Relator MORTIMER has an office in Orange
County, California.  Relator HALL resides in Orange County, California.  They bring this qui tam
action based upon direct and unique information they possess with regard to the specific fraudulent
acts of Defendants set forth and described with particularity hereafter.

**DEFENDANTS**

11.    HSBC BANK USA TRUSTEE: (hereinafter referred to as "Defendant "HSBC BANK")
HSBC is organized within four business groups: Commercial Banking; Global Banking and Markets
(investment banking); Retail Banking and Wealth Management; and Global Private Banking.  It is the
Trustee of approximately 332 of the actual named Defendants Investment Trusts.  Defendant HSBC
BANK during all relevant times hereafter described, did transact, and does now presently transact,
trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of
the Trust on behalf of the Defendants must be properly named.   Defendant HSBC BANK maintains a
principal office at One HSBC Center Buffalo, NY 14203, may be served through its registered agent for
Service of Process C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

12.    U.S. BANK TRUSTEE: (hereinafter referred to as "Defendant U.S. BANK") **U.S. Bancorp**
is an American diversified financial services holding company headquartered in Minneapolis,
Minnesota. It is the parent company of **U.S. Bank National Association**, the fifth largest bank in the
United States. U.S. Bancorp offers regional consumer and business banking and wealth management
services, national wholesale and trust services and global payments services to over 15.8 million
customers. The company employs over 64,000 people.  It is a Trustee of approximately 828 of the
actual named Defendants Investment Trusts.  Defendant Bank of U.S. BANK during all relevant times
hereafter described, did transact, and does now presently transact, trustee business in the State of
California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the
Defendants must be properly named.   U.S. BANK may be served through its regional office at Branch
office located at 633 W 5th St 1st FL Los Angeles, CA 90071.

13.     BANK OF NEW YORK TRUSTEE, , (hereinafter referred to as "Defendant Bank of New York") is BNY Mellon a global investments providing financial services for institutions, corporations or individual investors, BNY Mellon delivers informed investment management and investment services in 35 countries and more than 100 markets. It is a Trustee of approximately 678 of the actual named Defendants Investment Trusts.  Defendant Bank of New York during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Bank of New York maintains a principal office 1 Wall St. New York, NY, 10005 and may be served through its regional office at 400 South Hope Street, Los Angeles, CA 90071.

14.     DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, (hereinafter referred to as "Defendant Deutsche") is a German global banking and financial services company with its headquarters in the Deutsche Bank Twin Towers in Frankfurt. It has more than 100,000 employees in over 70 countries, and has a large presence in Europe, the Americas, Asia-Pacific and the emerging markets. In 2009, Deutsche Bank was the largest foreign exchange dealer in the world with a market share of 21 percent.  It is a Trustee of approximately 939 of the actual named Defendants Investment Trusts.  Defendant Deutsche during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Deutsche maintains a principal office *at* 1761 E. Saint Andrew Place Santa Ana, California 92705 and may be served there.

15.     WELLS FARGO BANK TRUSTEE, (hereinafter referred to as "Defendant Wells Fargo") is an American multinational banking and financial services holding company with operations around the world. Wells Fargo is the fourth largest bank in the U.S. by assets and the largest bank by market capitalization. Wells Fargo is the second largest bank in deposits, home mortgage servicing, and debit cards. In 2011, Wells Fargo was the 23rd largest company in the United States. Wells Fargo is

headquartered in San Francisco, California.  It is a Trustee of approximately 381 of the actual named Defendants Investment Trusts.  Defendant Wells during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.  Defendant Wells Fargo may be served through its registered agent for Service of Process C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

16.    LASALLE BANK SUCCEEDED BY BANK OF AMERICA TRUSTEE, (hereinafter referred to as "Defendant Bank of America") is an American multinational banking and financial services corporation headquartered in Charlotte, North Carolina. It is the second largest bank holding company in the United States by assets.  It is a Trustee of approximately 243 of the actual named Defendants Investment Trusts.  Defendant Bank of America during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Bank of America may be served through its registered agent for Service of Process is C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

17.    CITIBANK TRUSTEES, (hereinafter referred to as "Defendant Citibank") serves clients in all 50 states through 10 administrative offices in the US, with access to multiple legal jurisdictions, including Delaware and South Dakota. Citigroup is the third largest bank holding company in the United States by total assets, after Bank of America and JPMorgan Chase.  It is a Trustee of approximately 93 of the actual named Defendants Investment Trusts.  Defendant Citibank during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Citibank maintains a principal office *399 Park Ave. New York NY 10022* and may be served through its registered agent for Service of Process ALFREDO SANCHEZ , 2029 CENTURY PARK EAST 42ND FL LOS ANGELES, CA 90067.

18.     J.P. MORGAN CHASE BANK TRUSTEE, (hereinafter referred to as "Defendant Chase"), is an American multinational banking and financial services holding company. It is the largest bank in the United States, with total assets of US$2.509 trillion.  It is a major provider of financial services and according to *Forbes* magazine is the world's second largest public company based on a composite ranking.  It is a Trustee of approximately 280 of the actual named Defendants Investment Trusts. Defendant Chase during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Chase maintains a principal office at 270 Park Avenue, New York, NY 10017 and may be served through its registered agent C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

19.     This is a civil action filed by PLAINTIFFS SERVE ALL HELP ALL, INC., (SAHA) DBA NONPROFIT ALLIANCE OF CONSUMER ADVOCATES, (NACA) and UNITED STATES OF AMERICA sue in their official capacity as a Nonprofit advocates of Consumer's affairs  are all directly affected by the actions of the Defendants' Assignors.  This is discussed herein.  Few of the homeowners subject to the conduct of Defendants and their assignor have received any relief promised by the Complaint and or Consent Judgments and believe that the named Defendants in the Complaint and or Consent Judgment which are unable to provided the promised relief without the consent of the Trustees and Certificate holders of the residential mortgage-securitization trusts created by the Defendants between 2004 and 2007.

JURISDICTION AND VENUE

20.  This Court has personal jurisdiction over the Assignors because the Assignors have transacted business in this District, and because the Assignors have committed acts proscribed by the False Claims Act in this District.

21.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the action arises under the laws of the United States, pursuant to 28 U.S.C. § 1345 because this is a civil action commenced by the United States, pursuant to 28 U.S.C. § 1355(a) because this is an action for the recovery or

enforcement of a fine or penalty incurred under an Act of Congress, and pursuant to 31 U.S.C. § 3732(a) to the extent the claims arise under the False Claims Act, 31 U.S.C. §§ 3729 to 3733.

22.   Pursuant to 28 U.S.C. § 1367 and 31 U.S.C. § 3732(b), this Court has supplemental jurisdiction over the subject matter of the claims asserted by the States in this action because those claims are so related to the claims asserted by the United States that they form part of the same case or controversy, and because those claims arise out of the same transactions or occurrences as the action brought by the United States under the False Claims Act, 31 U.S.C. §§ 3729 to 3733.

23.   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (2) and 31 U.S.C. § 3732(a).

## I. BACKGROUND

A. Overview of Relevant Federal Programs

1. The Federal Housing Administration (FHA)

24.   The FHA provides mortgage insurance on loans made by FHA approved lenders throughout the United States.  Among other things, FHA insures mortgages on "single family" housing, which refers to one- to four- family dwellings. See, e.g., 12 U.S.C. § 1709; see generally 24 C.F.R. Part 203.

25.   FHA mortgage insurance provides lenders with protection against losses when home buyers default on mortgage loans insured by FHA. See generally 12 U.S.C. § 1710, 24 C.F.R. Part 203.

26.   FHA-approved lenders, known as Direct Endorsement Lenders, ensure that loans meet strict underwriting criteria, including income-verification, credit analysis, and property appraisal, established by the FHA to be eligible for insurance. See 24 C.F.R. § 203.5(c)-(e) (Direct Endorsement requirements for underwriter due diligence, mortgagor income evaluation and appraisal).

27.   The FHA insurance operations are funded by a statutorily established Mutual Mortgage Insurance Fund (MMIF). 12 U.S.C. § 1708(a). The MMIF is sustained by insurance premiums, and the Secretary of the U.S. Department of Housing and Urban Development is required to provide for an annual actuarial study to assess the financial position of the MMIF. 12 U.S.C. § 1708(a)(4), (7).

28.   The FHA insurance program, by reducing the risk borne by approved lenders, is designed to stimulate lending to creditworthy borrowers, thereby increasing homeownership and aiding local communities in the form of community development, increased tax bases, and related benefits.

2. The Department of Agriculture's Rural Housing Service Rural Housing Guarantee Program (RHS)

29.   The RHS program provides mortgage insurance guarantees for loans made to qualified borrowers for housing in rural communities. See 7 C.F.R. § 1980.345 (applicant eligibility). The RHS partners with a broad range of eligible lenders. When an eligible lender certifies that all program requirements have been met, delivers a completed Loan Closing Report, and pays the guarantee fee, the RHS concurrently executes a loan note guarantee. 7 C.F.R. §§ 1980.309(a) (qualification of lenders), 1980.361 (issuance of loan note guarantee).

30.   The RHS loan program is intended "to assist eligible households in obtaining adequate but modest, decent, safe, and sanitary dwellings and related facilities for their own use in rural areas." 7 C.F.R. § 1980.301(a).

31.   Like the FHA insurance program, the RHS program promotes lending to creditworthy borrowers that meet the Department of Agriculture's underwriting requirements.

3. The United States Department of Veterans Affairs (VA) Loan

Guaranty Service Home Loan Program

32.   The VA Home Loan Program's guaranties are issued to help eligible service members, veterans, reservists and certain unmarried surviving spouses obtain homes, condominiums, residential cooperative housing units, and manufactured homes. 38 U.S.C. §§ 3701(b)(3), 3710(a), 3712. The primary purpose of the VA Home Loan Program is to help such individuals finance the purchase of homes on more advantageous terms than typically would be available to them.

33.   The VA provides a repayment guarantee to qualified lenders equal to a specified percentage of the loan upon default of the primary debtor. 38 U.S.C. §§ 3702(d), 3712(c)(2)-(3); 38 C.F.R. §§ 36.4202, 36.4225. Only loans meeting the VA's underwriting requirements are entitled to the VA's insurance guarantee.

34.   By providing protection in the event of a default, the VA's insurance program encourages lenders to provide financing to veterans.

4. The United States Trustee Program

35.   The United States Trustee Program is a component of the Department of Justice that seeks to promote the efficiency and protect the integrity of the Federal bankruptcy system. To further the public interest in the just, speedy and economical resolution of cases filed under the Bankruptcy Code, the Program monitors the conduct of bankruptcy parties and private estate trustees, oversees related administrative functions, and acts to ensure compliance with applicable laws and procedures. It also identifies and helps investigate bankruptcy fraud and abuse in coordination with United States Attorneys, the Federal Bureau of Investigation, and other law enforcement agencies.

36.   The primary role of the U.S. Trustee Program is to serve as the "watchdog" over the bankruptcy process.  United States Trustees supervise the administration of liquidation proceedings under Chapter 7 of the Bankruptcy Code, reorganization proceedings under

Chapter 11, family farm and fisherman reorganization proceedings under Chapter 12, and "Wage-earner" reorganization proceedings under Chapter 13.

37.   Specific responsibilities of the United States Trustees include appointing and supervising private trustees who administer Chapter 7, 12, and 13 bankruptcy estates (and serving as trustees in such cases where private trustees are unable or unwilling to serve); taking legal action to enforce the requirements of the Bankruptcy Code and to prevent fraud and abuse; referring matters for investigation and criminal prosecution when appropriate; ensuring that bankruptcy estates are administered promptly and efficiently, and that professional fees are reasonable; appointing and convening creditors' committees in Chapter 11 business reorganization cases; reviewing disclosure statements and applications for the retention of professionals; and advocating matters relating to the Bankruptcy Code and rules of procedure in court.

B. The Single Family Mortgage Industry

38.   The single family mortgage industry consists of financial services and other firms that originate, underwrite, securitize, and service mortgages for residential properties designed to house one- to four-family dwellings.

39.   Mortgage origination is the process whereby a lender loans money to a borrower and receives a security interest in property, through a mortgage or comparable device that secures the loan. Origination generally includes all the steps from receiving a loan application through disbursal of the loan proceeds.

40.   For more than thirty years, mortgages typically have been "pooled" to create an investment vehicle, often denominated as a trust, and interests in the trusts have been sold to investors that own interests in payment streams generated by principal and interest payments by the borrowers.

32.   After mortgages are originated, a "servicer" is responsible for mortgage administration activities, known as servicing activities, which generally

include collecting payments from mortgagors; applying payments made in an agreed-upon order to the mortgagor's indebtedness; distributing payments after allowable deductions to the investment trust entities for distribution to investors; making advances to cover delinquent mortgage payments and other costs, such as the costs of protecting and maintaining properties that collateralize mortgage loans when mortgagors fail to do so; pursuing collections from delinquent mortgagors; and pursuing either loss mitigation or foreclosure, as appropriate, to minimize the loss to investors and others when mortgagors become delinquent on mortgage payments.

### C. The United States' Stimulus / Rescue Efforts

33.   Beginning in the fall of 2008, the federal government instituted several measures to try to stabilize the housing and credit markets and assist troubled homeowners.

34.   In October 2008, the Emergency Economic Stabilization Act of 2008 (EESA) was passed to promote stability and liquidity in the financial system. Among other things, EESA authorized the Secretary of the Treasury to establish the Troubled Asset Relief Program (TARP). TARP funds were used, in part, to promote various mortgage loan modification programs.

35.   The Making Home Affordable (MHA) Program. In March 2009, the United States launched the MHA Program. The MHA Program included the Home Affordable Modification Program (HAMP), a Treasury program that uses TARP funds to provide incentives for mortgage servicers to modify eligible first lien mortgages.

36.   HAMP uses incentive payments to encourage loan servicers and owners of mortgage loans or bonds backed by mortgage loans to modify eligible first lien mortgages so that monthly payments of homeowners who are in default or at imminent risk of default will be reduced to affordable and sustainable levels.

37.   The Home Price Decline Protection Incentives (HPDP) initiative. The HPDP initiative is designed to encourage modifications of loans in markets hardest hit by falling home prices. The HPDP initiative provides investors with additional incentives for loan modifications on properties located in areas where home prices have recently declined and where investors are concerned that price declines may persist.

38.   The Principal Reduction Alternative (PRA). PRA is designed to encourage the use of principal reduction in modifications for eligible borrowers whose homes are worth significantly less than the remaining outstanding principal balances of their first-lien mortgage loans. It provides investor incentives to offset a portion of the principal reduction.

39.   The Home Affordable Unemployment Program (UP). UP is designed to offer assistance to unemployed homeowners through temporary forbearance of a portion of their mortgage payments.

40.   The Home Affordable Foreclosure Alternatives Program (HAFA). HAFA is designed to provide incentives to servicers, investors and borrowers to utilize short sales and deeds-in-lieu of foreclosure for HAMP-eligible loans in cases in which the borrower can no longer afford to stay in their home but want to avoid foreclosure. Under this program, the servicer releases the lien against the property and the investor waives all rights to seek a deficiency judgment against a borrower who uses a short sale or deed-in-lieu when the property is worth less than the outstanding principal balance of the mortgage.

41.   The Second Lien Modification Program (2MP). 2MP is designed to modify second lien mortgages when a corresponding first lien is modified under HAMP.

42.   The FHA-HAMP Program. The FHA-HAMP Program is designed to provide compensation to the holders and servicers of FHA-insured mortgages

1  that are modified under FHA-HAMP, to reduce payments to more affordable

2  levels.

3      43.   The Treasury/FHA Second-Lien Program (FHA2LP). FHA2LP is

4  designed to facilitate refinancing under the FHA Short Refinance Program by

5  reducing second liens. Treasury provides incentives to participating servicers and

6  investors who agree to partial or full extinguishment of second liens associated

7  with an FHA refinance.

8      44.   he FHA Refinance for Borrowers with Negative Equity (FHA

9  Short Refinance) Program. This program is partially supported by TARP funds

10  and allows servicers and investors who write down a borrower's principal balance

11  on a non-FHA-insured, existing, underwater, first-lien mortgage loan in

12  connection with a refinancing to obtain FHA insurance on the newly refinanced

13  mortgage. Treasury has provided a TARP-funded letter of credit for up to $8

14  billion in loss coverage on these newly refinanced FHA loans.

15      45.   Housing Finance Agency Hardest Hit Fund (HHF). HHF is a

16  TARP-funded program designed to fund foreclosure prevention programs run by

17  state housing finance agencies in states hit hardest by the decrease in home prices

18  and in states with high unemployment rates. Eighteen states and Washington,

19  D.C. has received approval for aid through this program.

20                          FACTUAL ALLEGATIONS

21      46.   On or about March 14, 2012 a corrected complaint entitled United States of America, et al.

22  vs. Bank of America Corp., et al. a true is correct copy is attached hereto as Exhibit 1., was filed

23  listing the misconduct of Defendants' Assignors in Servicing home mortgage loans; Unfair Deceptive

24  and Unlawful Servicing Processes; Unfair Deceptive and Unlawful Loan Modification and Loss

25  Mitigation Processes; wrongful conduct related to Foreclosures ; The Defendant Assignors'

26  Origination Misconduct; failure to comply with underwriting requirements; failure to comply with

27

28

quality control requirements; bankruptcy-related Misconduct  secured by residential properties owned

by individual citizens of the Plaintiffs.

47.   On April 4, 2012 several Assignors entered into and on behalf of the Servicers Consent

Judgments and Settlement Agreements, a true and correct copy of one such agreement is attached

hereto as Exhibit 2[2], which said agreement resolved all issues regarding the servicer's misconduct and

third party agents of said Servers.

48. On or about December 1, 2008, Greenwich Financial Services Distressed Mortgage Fund 3

LLC, and QED LLL, et. al. vs. Countrywide Financial Corporation et. al. Case Index Number

650474/2008, instituted an action against the Bank alleging that the Assignors had no ability to modify

thousands of loans totaling billions of dollars without the consent of the investors owing the

certificates which represent their interest in the securities/real property, a true and correct copy of the

complaint is attached as Exhibit 3 and incorporated by this reference as though fully laid out below.

49.   Exhibit 3 also contains a Standard Pooling and Service Agreement used by the Bank and the

Trustee and Services which specifically states that Services can not commit any act that would :  "The

Master Servicer shall represent and protect the interests of the Trust Fund in the same manner as it

protects its own interests in

mortgage loans in its own portfolio in any claim, proceeding or litigation regarding a Mortgage Loan,

and shall not make or permit any modification, waiver or amendment of any Mortgage Loan which

would cause any REMIC created under this Agreement to fail to qualify as a REMIC or result in the

imposition of any tax under section 860F(a) or section 860G(d) of the [Internal Revenue] Code."

50. The CWAB 2006-16 Securitization Prospectus, a true and correct copy of which is attached

hereto as Exhibit 4. Page S-45 of the Supplement prospectus states that Countrywide may modify

mortgage loans in the trust: "Countrywide Home Loans will be permitted under the Pooling and

Servicing Agreement to solicit borrowers for reductions to the Mortgage Rates of their respective

---

[2] It is believed that 4 such Consent Judgments were entered Bank of America, Chase J.P. Morgan, CitiBank and Wells Fargo.

Mortgage Loans. If a borrower requests such a reduction, the Master Servicer will be permitted to agree to the rate reduction provided that (i)Countrywide Home Loans purchases the Mortgage Loan from the Trust Fund immediately following the modification and (ii) the Stated Principal Balance of such Mortgage Loan, when taken together with the aggregate of the Stated Principal Balances of all other Mortgage Loans in the same Loan Group that have been so modified since the Closing Date at the time of those modifications, does not exceed an amount equal to 5% of the aggregate Certificate Principal Balance of the related Certificates. Countrywide Home Loans will remit the Purchase Price to the Master Servicer for deposit into the Certificate Account within one Business Day of the purchase of that Mortgage Loan. Purchases of Mortgage Loans may occur when prevailing interest rates are below the Mortgage Rates on the Mortgage Loans and borrowers request modifications as an alternative to refinancings. Countrywide Home Loans will indemnify the Trust Fund against liability for any prohibited transactions taxes and related interest, additions or penalties incurred by any REMIC as a result of any modification or purchase."

51. Alternatively the Supplemental prospectus at page S-78 allows: As to any Mortgage Loan that is delinquent in payment by 150 days or more, the Master Servicer may, at its option but subject to certain conditions specified in the Pooling and Servicing Agreement, purchase the Mortgage Loan at a price equal to 100% of the Stated Principal Balance thereof plus accrued interest thereon at the applicable Net Mortgage Rate from the date through which interest was last paid by the related borrower or advanced to the first day of the month in which the amount is to be distributed to certificateholders. The Master Servicer must exercise this right, if at all, on or before the last day of the calendar month in which the related Mortgage Loan became 150 days delinquent. The Master Servicer may enter into an agreement with a third party, which may be a certificateholder, granting that party the right to direct the Master Servicer to exercise its right to purchase those defaulted Mortgage Loans and requiring that party to purchase those Mortgage Loans from the Master Servicer."

52. Finally, attached hereto as Exhibit 5 is the matter of The Bank of New York Mellon, (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various

Indentures, Verified Petition, dated June 28th 2011, seeking an Order pursuant to CPLR § 7701[3]. Mellon Bank contends that they alone in the capacity as trustee of over five hundred and thirty (530) residential mortgage-securitization trusts,(which are attached to their petition), would have been the proper authorizing agency for the allowance of any modifications to the loans contained within their respective trusts and then only if said modifications did not violate the Master Servicing Agreements, which govern each individual trust or cause any REMIC created under this Agreement to fail to qualify as a REMIC or result in the imposition of any tax under section 860F(a) or section 860G(d) of the [Internal Revenue] Code Mellon further contends that:  Beginning in June 2010, the Institutional Investors asserted in a letter to the Trustee that Countrywide sold a large number of Mortgage Loans into the Trusts that failed to comply with certain representations and warranties, in breach of the Governing Agreements.  This assertion was based in part on the alleged excessive early default and foreclosure rates for the Mortgage Loans, the settlements reached by Countrywide with various state Attorneys General, and publicly disclosed emails from Countrywide officials that the Institutional Investors viewed as evidence of breaches of representations and warranties. The Institutional Investors alleged that large numbers of Mortgage Loans were therefore subject to repurchase pursuant to Section 2.03 of the Governing Agreements. . On October 18, 2010, the Institutional Investors asserted in a separate letter – a notice of non-performance pursuant to Section 7.01(ii) of the PSA ("Notice of Non-Performance") – that BAC HLS, as Master Servicer, also breached several provisions of the PSAs. The allegations were wide-ranging and detailed.

---

[1] § 7701.Special proceeding relating to express trust. A special proceeding may be brought to determine a matter relating to any expresstrust except a voting trust, a mortgage, a trust for the benefit of creditors, a trust to carry out any plan of reorganization of real property acquired on foreclosure or otherwise of a mortgage or mortgages against which participation certificates have been issued and guaranteed by a corporation and for which the superintendent of insurance or the superintendent of Assignors has been or may hereafter be appointed rehabilitator or liquidator or conservator, a trust to carry out any plan of reorganization pursuant to sections one hundred nineteen through one hundred twenty-three of the real property law or pursuant to section seventy-seven B of the national bankruptcy act, and trusts for cemetery purposes, as provided for by sections 8-1.5 and 8-1.6 of the estates, powers and trusts law. Any party to the proceeding shall have the right to examine the trustees, under oath, either before or after filing an answer or objections, as to any matter relating to their administration of the trust, in accordance with the provisions of article thirty-one.

The Institutional Investors alleged, for example, that BAC HLS violated Sections 2.03(c) of the Governing Agreements by failing and refusing to notify the Trustee and others of Countrywide's breaches of representations and warranties. [See pages 10 and 11 of the Complaint].

53.   Based upon the foregoing Plaintiffs contends that Defendant and their agents had no authority to bind certificate holders of  Countrywide asset-backed certificates in a trust who declares Countrywide in breach of the Pooling Service Agreement and or Master Servicing Agreement to the terms of  the Consent Judgment entered by Bank of America, Countrywide and its agents to terms regarding the misconduct of Bank in Servicing home mortgage loans; the Bank's Unfair Deceptive and Unlawful Servicing Processes; the Bank's Unfair Deceptive and Unlawful Loan Modification and Loss Mitigation Processes; the Bank's wrongful conduct related to Foreclosures ; The Bank's Origination Misconduct; the Bank's failure to comply with underwriting requirements; the Assignors failure to comply with quality control requirements; the Bank's bankruptcy-related Misconduct  adjudicate by the Consent Judgment.  Therefore Plaintiff's contend that the actions of Defendants as ratified by the certificate holders must be made binding on the certificates holders by the listing and acknowledgement that each certificate holder has been made aware of the terms of the Consent Judgment and that they will abide by its terms, otherwise the Consent Judgment,[Exhibit 2], is null and void.

54. Plaintiff contends that  Trustee of all residential mortgage-securitization trust created by Defendants between 2004 to 2009, are necessary and indispensible parties to any action compelling Defendants to provide modification in accordance with the terms of the Consent Judgment, [Exhibit 2], which are consist with the guidelines established by the MHA, TARP, HAMP and other similar government programs .

# COUNT I

## UNFAIR AND DECEPTIVE CONSUMER PRACTICES
## WITH RESPECT TO LOAN SERVICING

55. The allegations in paragraphs 1 through 55 above are incorporated herein by reference.

56. The loan servicing conduct of the Assignors, as described above,

constitutes unfair or deceptive practices in violation of the consumer protection

laws of each State and said acts were known to Defendants prior to Defendants purchase and ratified by

receiving the spoils of the unlawful acts and conduct of Defendants' Assignors.

57. The Assignors' unlawful conduct has resulted in injury to the States

and citizens of the States who have had home loans serviced by the Assignors. The

harm sustained by such citizens includes payment of improper fees and charges,

unreasonable delays and expenses to obtain loss mitigation relief, improper denial

of  loss mitigation relief, and loss of homes due to improper, unlawful, or

undocumented foreclosures. The harm to the States includes the subversion of

their legal process and the sustained violations of their laws. The States have had

to incur substantial expenses in the investigations and attempts to obtain remedies

for the Assignors' unlawful conduct.

COUNT II

UNFAIR AND DECEPTIVE CONSUMER PRACTICES

WITH RESPECT TO FORECLOSURE PROCESSING

58.  The allegations in paragraphs 1 through 55  above are

incorporated herein by reference.

59.  The foreclosure processing conduct of the Assignors, as described

above, constitutes unfair or deceptive practices in violation of the consumer

protection laws of each State and said acts were known to Defendants prior to Defendants purchase and

ratified by receiving the spoils of the unlawful acts and conduct of Defendants' Assignors and said acts

were known to Defendants prior to Defendants purchase and ratified by receiving the spoils of the

unlawful acts and conduct of Defendants' Assignors.

60. The Assignors' unlawful  conduct has resulted in injury to the States

and citizens of the States who have had home loans serviced by the Assignors. The

harm sustained by such citizens includes payment of improper fees and charges,

unreasonable delays and expenses to obtain loss mitigation relief, improper denial

of loss mitigation relief, and loss of homes due to improper, unlawful, or

undocumented foreclosures. The harm to the States includes the subversion of

their legal process and the sustained violations of their laws. The States have had

to incur substantial expenses in the investigations and attempts to obtain remedies

for the Assignors' unlawful conduct.

**COUNT III**

**UNFAIR AND DECEPTIVE CONSUMER PRACTICES**

**WITH RESPECT TO LOAN ORIGINATION**

61.  The allegations in paragraphs 1 through 55 above are

incorporated herein by reference.

62.  The loan origination conduct of the Assignors, as described above,

constitutes unfair or deceptive practices in violation of the consumer protection

laws of each State and said acts were known to Defendants prior to Defendants purchase and ratified by

receiving the spoils of the unlawful acts and conduct of Defendants' Assignors.

63. The Assignors' unlawful conduct has resulted in injury to the States

and citizens of the States who have had home loans serviced by the Assignors. The

harm sustained by such citizens includes payment of improper fees and charges,

unreasonably high mortgage payments, unaffordable mortgages, and loss of

homes. The harm to the States includes the subversion of their legal processes

and the sustained violations of their laws. The States have had to incur substantial

expenses in the investigations and attempts to obtain remedies for the Assignors'

unlawful conduct. g the terms of the mortgage or other less-costly alternatives

to foreclosure were available.

**COUNT IV**

**VIOLATIONS OF THE FALSE CLAIMS ACT,**

**31 U.S.C. § 3729(a)(1)(A), (a)(1)(B), (a)(1)(C) and (a)(1)(G) (2009),**

**and 31 U.S.C. §3729(a)(1), (a)(2), (a)(3) and (a)(7) (1986)**

64. The allegations in paragraphs 1 through 55 above are incorporated herein by reference.

65. By virtue of the acts described above, the Assignors knowingly presented or caused to be presented to the United States false or fraudulent claims for payment or approval, including but not limited to improper claims for payment of FHA residential mortgage insurance or guarantees and said acts were known to Defendants prior to Defendants purchase and ratified by receiving the spoils of the unlawful acts and conduct of Defendants' Assignors.

66. In so doing, the Defendants acted knowingly; that is, the Assignors possessed actual knowledge that the claims for payment were false or fraudulent; acted in deliberate ignorance of the truth or falsity of the claims for payment; or acted in reckless disregard of the truth or falsity of the claims for payment.

67. By virtue of the acts described above, the Assignors made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim.

68. In so doing, the Defendants acted knowingly; that is, the Assignors possessed actual knowledge that the information, statements and representations were false or fraudulent; acted in deliberate ignorance of the truth or falsity of the information, statements and representations; or acted in reckless disregard of the truth or falsity of the information, statements and representations.

69. By virtue of the acts described above, the Assignors made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the government, and concealed or improperly avoided or decreased an obligation to pay or transmit money or property to the United States.

70. In so doing, the Defendants acted knowingly; that is, the Assignors possessed actual knowledge that the information, statements and representations

were false or fraudulent; acted in deliberate ignorance of the truth or falsity of the information, statements and representations; or acted in reckless disregard of the truth or falsity of the information, statements and representations.

71. By virtue of the acts described above, the Assignors conspired with one or more persons: to present or cause to be presented to the United States false or fraudulent claims for payment or approval; to make, use, or cause to be made or used, a false record or statement material to a false or fraudulent claim; and, to make, use, or cause to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the government; or to conceal or improperly avoid or decrease an obligation to pay or transmit money or property to the United States.

## COUNT V

## VIOLATION OF THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT OF 1989, 12 U.S.C. § 1833A (FIRREA)

72. The allegations in paragraphs 1 through 55 above are incorporated herein by reference.

73. The Assignors knowingly made or presented false and fictitious claims to Departments of the United States and said acts were known to Defendants prior to Defendants purchase and ratified by receiving the spoils of the unlawful acts and conduct of Defendants' Assignors.

74. The claims were material to decisions of the United States.

75. In connection with matters within the jurisdiction of the United States, the Assignors knowingly and willfully engaged in conduct that: (a) falsified, concealed or covered up by artifices, schemes or devices, material facts, (b) made statements and representations that violate 18 U.S.C. § 1001(a), and (c) made and used false writings or documents knowing the same to contain materially false and fictitious statements and entries. The Assignors' schemes affected federally insured financial institutions.

## COUNT VI

### DECLARATORY JUDGMENT UNDER 28 U.S.C. §§ 2201 and 2202
### REGARDING THE ASSIGNORS' BANKRUPTCY MISCONDUCT

76. The allegations in paragraphs 1 through 55 above are incorporated herein by reference.

77. The Assignors implemented and relied on inadequate bankruptcy procedures and thereby have prejudiced debtors, creditors, including the United States, and the courts in bankruptcy cases, have caused increased errors, delays, and costs of administration in bankruptcy cases, and constitute a continuing abuse of the bankruptcy process and said acts were known to Defendants prior to Defendants purchase and ratified by receiving the spoils of the unlawful acts and conduct of Defendants' Assignors.

78. The Assignors implemented and relied on inadequate bankruptcy procedures and thereby have violated the standards of conduct required of creditors by applicable law, including the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, or have caused violations of such law.

79. The Assignors implemented and relied upon inadequate bankruptcy procedures that abused the bankruptcy process.

80. The Assignors' unlawful conduct has resulted in injury to the United States and to debtors in bankruptcy who have had their home loans serviced by the Assignors. The harm sustained by such debtors includes payment of improper fees and charges, unreasonable delays and expenses in their bankruptcy cases, and loss of homes due to improper, unlawful, or undocumented foreclosures. The harm sustained by the United States includes reduced and delayed recoveries to the United States in its capacity as a creditor in bankruptcy cases. Such conduct has also caused the United States to assume increased administrative duties in monitoring bankruptcy cases, and to incur expenses in the investigations and litigation of the Assignors' unlawful conduct.