JOHN JAY LEBRON (SBN: 201429)
jjlebron@lebronlaw.com
Law Offices of John Jay Lebron
1503 South Coast Drive, Suite 313
Costa Mesa, California 92626
Telephone:  (714) 576-8229
Facsimile:   (714) 988-8897

Attorneys for Relators, SERVE ALL HELP ALL, INC. D/B/A NON-PROFIT
ALLIANCE OF CONSUMER ADVOCATES, JOSE ARTURO ABAD-VEGA,
DANNY WILLIAMS AND MOSES HALL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.* SERVE ALL HELP ALL, INC. D/B/A NON-PROFIT ALLIANCE OF CONSUMER ADVOCATES;  JOSE ARTURO ABAD-VEGA; DANNY WILLIAMS AND MOSES HALL,<br><br>　　　　　Relators,<br><br>　　v.<br><br>ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-FM1 BY HSBC BANK USA AS TRUSTEE; ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-FM2 BY HSBC BANK USA AS TRUSTEE; ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-HE1 BY HSBC BANK USA AS TRUSTEE; ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-HE3 BY HSBC BANK USA AS TRUSTEE; ACE SECURITIES CORP. HOME | CV 14-00210 TJH (DFMx)<br><br>Assigned to:<br>Honorable Terry J. Hatter, Jr.<br>Courtroom 17 – Spring Street Floor<br><br>**FOURTH AMENDED COMPLAINT**<br><br>1.  **TWO VIOLATIONS OF THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3729-3733 *ET SEQ.***<br><br>2.  **VIOLATION OF THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT OF 1989, 12 U.S.C. § 1833A (FIRREA)** |

EQUITY LOAN TRUST 2004-HE4 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2004-INl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2004-0Pl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2004~RM1 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2004-RM2 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2004-SDl BY
HSBC BANK USA AS TRUSTEE;
ASSET BACKED SEC. CORP.
FIELDSTONE MORT. INVESTORS
TRUST 2004-2 BY HSBC BANK USA
AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-HYB3 BY HSBC BANK
USA AS TRUSTEE;
DEUTSCHE MORTGAGE LOAN
TRUST 2004-3 BY HSBC BANK USA
AS TRUSTEE;
DEUTSCHE MORTGAGE LOAN
TRUST 2004-4 BY HSBC BANK USA
AS TRUSTEE;
DEUTSCHE MORTGAGE LOAN
TRUST 2004-5 BY HSBC BANK USA
AS TRUSTEE;
DEUTSCHE MORTGAGE SECURITIES
MORTGAGE LOAN TRUST 2004-1 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE MORTGAGE SECURITIES
MORTGAGE LOAN TRUST 2004-2 BY
HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE

INVESTMENTS TRUST 2004-3 BY
HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2004-4 BY
HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2004-5 BY
HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
A BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
B BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
C BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
D BY HSBC BANK USA AS TRUSTEE;
HOMESTAR MORTGAGE
ACCEPTANCE CORP. 2004-1 BY HSBC
BANK USA AS TRUSTEE;
HOMESTAR MORTGAGE
ACCEPTANCE CORP. 2004-2 BY HSBC
BANK USA AS TRUSTEE;
HOMESTAR MORTGAGE
ACCEPTANCE CORP. 2004-3 BY HSBC
BANK USA AS TRUSTEE;
HOMESTAR MORTGAGE
ACCEPTANCE CORP. 2004-4 BY HSBC
BANK USA AS TRUSTEE;
HOMESTAR MORTGAGE
ACCEPTANCE CORP. 2004-5 BY HSBC
BANK USA AS TRUSTEE;
HOMESTAR MORTGAGE
ACCEPTANCE CORP. 2004-6 BY HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS FIELDSTONE TRUST
2004-1 BY HSBC BANK USA AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-FFC BY

HSBC BANK USA AS TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2004-1 BY HSBC
BANK USA AS TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2004-2 BY HSBC
BANK USA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-14
BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO HOME EQUITY
TRUST MORT. PASS THROUGH
CERTS. 2004-2 BY HSBC BANK USA
AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-AGl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-ASAPl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HEl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HE2 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HE3 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HE4 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HE5 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HE6 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-HE7 BY

HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-RMl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-RM2 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-SDl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY 23 LOAN TRUST 2005-SD2
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-SD3 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-SL1 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2005-SN1 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-1 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-2 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-3 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-4 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-5 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-6 BY
HSBC BANK USA AS TRUSTEE;

DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-
AR1BY HSBC BANK USA AS
TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2005-AR2
BY HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-1 BY
HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-2 BY
HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE
INVESTMENTS TRUST 2005-3 BY
HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2005-
A BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2005-
B 24 BY HSBC BANK USA AS
TRUSTEE;
FREMONT HOME LOAN TRUST 2005-
C BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2005-
D BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2005-
E BY HSBC BANK USA AS TRUSTEE;
BY HSBC BANK USA AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-12
BY HSBC BANK USA AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-15
BY HSBC BANK USA AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-3
BY HSBC BANK USA AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-6
BY HSBC BANK USA AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-7
BY HSBC BANK USA AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-9
BY HSBC BANK USA AS TRUSTEE;

MERRILL LYNCH MORTGAGE
INVESTORS OWNIT SERIES 2005-1
BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS OWNIT SERIES 2005-2
BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-2 BY HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-WMC1 BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC
2005-B BY HSBC BANK USA AS
TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-AP2
BY HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-AP3
BY HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-AR3
BY HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-AR4
BY HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-AR5
BY HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-AR6
BY HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-S2 BY
HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-S3 BY
HSBC BANK USA AS TRUSTEE;

NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2005-S4 BY
HSBC BANK USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2005-FM1 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2005-HE1 BY HSBC BANK
USA AS TRUSTEE;
OWNIT MORTGAGE LOAN TRUST
2005-4 BY HSBC BANK USA AS
TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2005-1 BY HSBC
BANK USA AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2005-2 BY HSBC BANK USA
AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2005-3 BY HSBC BANK USA
AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2005-4 BY HSBC BANK USA
AS TRUSTEE;
SG MORTGAGE SECURITIES TRUST
2005-0PT1 BY HSBC BANK USA AS
TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-18
BY HSBC BANK USA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-21
BY HSBC BANK USA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-4 BY
HSBC BANK USA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-7 BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO ASSET SECURITIES

CORP. MORTGAGE PASS-THROUGH3
2005-2 BY HSBC BANK USA AS
TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2005-3 BY HSBC BANK USA AS
TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2005-4 BY HSBC BANK USA AS
TRUSTEE;
WELLS FARGO HOME EQUITY
ASSETBACKED SECURITIES 2005-1
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASAPl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASAP2
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASAP3
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASAP4
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASAP5
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASAP6
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-ASLl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-CWl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-FMl BY

1  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
2  EQUITY LOAN TRUST 2006-FM2 BY
3  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
4  EQUITY LOAN TRUST 2006-HEl BY
5  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
6  EQUITY LOAN TRUST 2006-HE2 BY
7  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
8  EQUITY LOAN TRUST 2006-HE3 BY
9  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
10  EQUITY LOAN TRUST 2006-HE4 BY
11  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
12  EQUITY LOAN TRUST 2006-NCl BY
13  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
14  EQUITY LOAN TRUST 2006-NC2 BY
15  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
16  EQUITY LOAN TRUST 2006-NC3 BY
17  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
18  EQUITY LOAN TRUST 2006-0Pl BY
19  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
20  EQUITY LOAN TRUST 2006-0P2 BY
21  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
22  EQUITY LOAN TRUST 2006-SD 1 BY
23  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
24  EQUITY LOAN TRUST 2006-SD2 BY
25  HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
26  EQUITY LOAN TRUST 2006-SD3 BY
27  HSBC BANK USA AS TRUSTEE;
28

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL 1 BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL2 BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL3 BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL4 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-ARl BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-AR4 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-ARS BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-AB2 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-AR3 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-AR6 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2006-0Al BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES TRUST
2006-AFl BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE AL T A SECURITIES TRUST 2006-AR2 BY HSBC BANK USA AS TRUSTEE;

DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST 2006-ABl BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALT-B SECURITIES TRUST 2006-AB2 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHEALT-B SECURITIES TRUST
2006-AB3 BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALT-B SECURITIES TRUST 2006-AB4 BY HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-1 BY HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-2 BY HSBC BANK USA AS TRUSTEE;
FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-3 BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-A BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-B BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-C BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-D BY HSBC BANK USA AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-E BY HSBC BANK USA AS TRUSTEE;
J.P. MORGAN ALT LOAN TRUST 2006-
A5 BY HSBC BANK USA AS TRUSTEE;
J.P. MORGAN ALT LOAN TRUST 2006-
A7 BY HSBC BANK USA AS TRUSTEE;

J.P. MORGAN MORTGAGE TRUST
2006-A5 BY HSBC BANK USA AS
TRUSTEE;
LUMINENT MORTGAGE LOAN
TRUST
2006-2 BY HSBC BANK USA AS
TRUSTEE;
LUMINENT MORTGAGE LOAN
TRUST
2006-3 BY HSBC BANK USA AS
TRUSTEE;
LUMINENT MORTGAGE LOAN
TRUST
2006-4 BY HSBC BANK USA AS
TRUSTEE;
LUMINENT MORTGAGE LOAN
TRUST
2006-5 BY HSBC BANK USA AS
TRUSTEE;
LUMINENT MORTGAGE LOAN
TRUST
2006-6 BY HSBC BANK USA AS
TRUSTEE;
LUMINENT MORTGAGE LOAN
TRUST
2006-7 BY HSBC BANK USA AS
TRUSTEE;
MASTR REPERFORMING LOAN
TRUST 2006-1 BY HSBC BANK USA
AS TRUSTEE;
MASTR REPERFORMING LOAN
TRUST 2006-2 BY HSBC BANK USA
AS TRUSTEE;
MERRILL LYNCH INVESTORS TRUST
2006-A2 BY HSBC BANK USA AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-Al BY HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE

INVESTORS TRUST 2006-A3 BY HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-A4 BY HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-AFl BY
HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-AF2 BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-F2 BY HSBC
BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC
2006-2 BY HSBC BANK USA AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC
2006-3 BY HSBC BANK USA AS
TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-AFl BY HSBC
BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-AF2 BY HSBC
BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-APl BY HSBC
BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-ARl BY HSBC
BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-AR2 BY HSBC
BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-AR3 BY HSBC

BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-AR4 BY HSBC
BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. TRUST 2006-WF1 BY HSBC
BANK USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-AF1 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-FM1 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-FM2 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-HE1 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-HE2 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-HE3 BY HSBC BANK
USA AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2006-WF1 BY HSBC BANK
USA AS TRUSTEE;
OPTEUM MORTGAGE ACCEPTANCE
CORP. TRUST 2006-1 BY HSBC BANK
USA AS TRUSTEE;
OPTEUM MORTGAGE ACCEPTANCE
CORP. TRUST 2006-2 BY HSBC BANK
USA AS TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2006-1 BY HSBC
BANK USA AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2006-1 BY HSBC BANK USA
AS TRUSTEE;

RENAISSANCE HOME EQUITY LOAN TRUST 2006-2 BY HSBC BANK USA AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN TRUST 2006-3 BY HSBC BANK USA AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN TRUST 2006-4 BY HSBC BANK USA AS TRUSTEE;
SEQUOIA MORTGAGE TRUST 2006-1 BY HSBC BANK USA AS TRUSTEE;
SG MORTGAGE SECURITIES TRUST 2006-FRE1 BY HSBC BANK USA AS TRUSTEE;
SG MORTGAGE SECURITIES TRUST 2006-0PT2 BY HSBC BANK USA AS TRUSTEE;
SUNTRUST ALTERNATIVE LOAN TRUST 2006-1F BY HSBC BANK USA AS TRUSTEE;
WACHOVIA MORTGAGE LOAN TRUST 2006-A BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO HOME EQUITY ASSET SECURITIES CORP. TRUST 2006-1 BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO HOME EQUITY ASSET SECURITIES CORP. TRUST 2006-2 BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO HOME EQUITY ASSET SECURITIES CORP. TRUST 2006-3 BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED SECURITIES 2006-10 TRUST BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED SECURITIES 2006-11 TRUST BY HSBC

BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-12 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-13 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-14 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-15 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-16 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-17 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-18 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-19 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-20 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-5 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-6 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-7 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-8 TRUST BY HSBC
BANK USA AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-9 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR10 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR11 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR12 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR13 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR14 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR15 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR16 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR17 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR18 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR19 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR7 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR8 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED

SECURITIES 2006-AR9 TRUST BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-ASAPl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-ASAP2
BY HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-ASLl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-HEl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-HE2 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-HE3 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-HE4 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-HES BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-SLl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-SL2 BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-WMl BY
HSBC BANK USA AS TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-WM2 BY
HSBC BANK USA AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2007-HEl BY HSBC BANK USA

AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-1 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE AL T A SECURITIES
MORTGAGE LOAN TRUST 2007-2 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-3 BY
HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-ARl
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-AR2
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-AR3
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-BARl
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-0Al
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-0A2
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-0A3
BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-
0A3/DE BY HSBC BANK USA AS
TRUSTEE;
DEUTSCHE ALTA SECURITIES
MORTGAGE LOAN TRUST 2007-
0A4/DE BY HSBC BANK USA AS
TRUSTEE;
DEUTSCHE ALTA SECURITIES

FOURTH AMENDED COMPLAINT
*UNITED STATES, ex rel. SERVE ALL HELP ALL, INC., et al. v. ACE SECURITIES CORP. et al.*
20

MORTGAGE LOAN TRUST 2007-0AS/DE BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALTA SECURITIES MORTGAGE LOAN TRUST 2007-RAMP1BY HSBC BANK USA AS TRUSTEE;
DEUTSCHE ALT B SECURITIES MORTGAGE LOAN TRUST 2007-ABl BY HSBC BANK USA AS TRUSTEE;
J.P. MORGAN ALTERNATIVE LOAN TRUST 2007-Al BY HSBC BANK USA AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-A1 BY HSBC BANK USA AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-A2 BY HSBC BANK USA AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-AS BY HSBC BANK USA AS TRUSTEE;
LUMINENT MORTGAGE TRUST 2007-1 BY HSBC BANK USA AS TRUSTEE;
LUMINENT MORTGAGE TRUST 2007-2 BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST 2007-Al BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST 2007-A2 BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST 2007-A3 BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST 2007-AFl BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST 2007-F1 BY

HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE
NOTE ASSET TRUST 2007-0AR1 BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE
NOTE ASSET TRUST 2007-0AR2 BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE
NOTE ASSET TRUST 2007-0AR3 BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE
NOTE ASSET TRUST 2007-0AR4 BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE
NOTE ASSET TRUST 2007-0ARS BY
HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
BACKED SECURITIES TRUST 2007-1
BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
BACKED SECURITIES TRUST 2007-2
BY HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
BACKED SECURITIES TRUST 2007-3
BY  HSBC BANK USA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC
2007-1 BY HSBC BANK USA AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC
2007-2 BY HSBC BANK USA AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC
2007-3 BY HSBC BANK USA AS
TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALTERNATIVE LOAN TRUST
2007-1 BY

HSBC BANK USA AS TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALTERNATIVE LOAN TRUST
2007-2 BY HSBC BANK USA AS
TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALTERNATIVE LOAN TRUST
2007-3 BY HSBC BANK USA AS
TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2007-1 BY HSBC BANK USA
AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2007-2 BY HSBC BANK USA
AS TRUSTEE;
NOMURA HOME EQUITY LOAN
TRUST 2007-3 BY HSBC BANK USA
AS TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-HL1 BY HSBC BANK
USA
AS TRUSTEE;
PHH ALTERNATIVE MORTGAGE
TRUST 2007-1 BY HSBC BANK USA
AS TRUSTEE;
PHH ALTERNATIVE MORTGAGE
TRUST 2007-2 BYHSBC BANK USA
AS
TRUSTEE;
PHH ALTERNATIVE MORTGAGE
TRUST 2007-3 BY HSBC BANK USA
AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-1 BY HSBC BANK USA
AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-2 BY HSBC BANK USA
AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-3 BY HSBC BANK USA

AS TRUSTEE;
RENAISSANCE HOME EQUITY LOAN
TRUST 2007-4 BY HSBC BANK USA
AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-5 BY HSBC
BANK USA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-7 BY HSBC
BANK USA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-9 BY HSBC
BANK USA AS TRUSTEE;
W ACHOVIA MORTGAGE LOAN
TRUST SERIES 2007-A BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO ALTERNATIVE LOAN
2007-PA1 TRUST 2007-BR1 BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO ALTERNATIVE LOAN
2007-PA2 TRUST 2007-BR1 BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO ALTERNATIVE LOAN
2007-PA3 TRUST 2007-BR1 BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO ALTERNATIVE LOAN
2007-PA4 TRUST 2007-BR1 BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO ALTERNATIVE LOAN
2007-PAS TRUST 2007-BR1 BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO ALTERNATIVE LOAN
2007-PA6 TRUST 2007-BR1 BY HSBC
BANK. USA AS TRUSTEE;
WELLS FARGO HOME EQUITY
ASSET
BACKED SECURITIES 2007-1 TRUST
BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO HOME EQUITY
ASSET

BACKED SECURITIES 2007-2 TRUST
BY HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-1 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-10 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-11 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-12 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-13 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-14 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-15 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-16 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-17 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-2 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-3 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-4 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-5 TRUST BY HSBC

BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-6 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-7 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-8 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-9 TRUST BY HSBC
BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR1 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR10 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR3 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007 -AR4 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-ARS TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR6 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR7 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR8 TRUST BY
HSBC BANK USA AS TRUSTEE;
WELLS FARGO MORTGAGE BACKED
SECURITIES 2007-AR9 TRUST BY JP
MORGAN CHASE BANK AS TRU

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE1 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE10 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE4 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE5 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE6 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE7 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE8 U.S. BANK AS TRUSTEE;

ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE9 U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2004-A TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2004-B TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2004-C TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2004-D TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING CORP. TRUST 2004- U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING CORP. TRUST 2004- U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING CORP. TRUST 2004-5 U.S. BANK AS

TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
F U.S. BANK AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
G  U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-10
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-11
 U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-12
 U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-3
 U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-4
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-5
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-6
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-7
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-8
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2004-9
U.S. BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC1
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC2 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC3 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC4 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC5 U.S.

BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC6 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC7 U.S.
BANK AS TRUSTEE;
C BASS MORT. LOAN AB CERTS.
SERIES 2004-CB1 BANK AS TRUSTEE;
C BASS MORT. LOAN AB CERTS.
SERIES 2004-CB4 BANK AS TRUSTEE;
CHASE FUNDING LOAN
ACQUISTION TRUST, SERIES 2004-
AQ1 U.S. BANK AS TRUSTEE;
CHASE FUNDING LOAN
ACQUISTION TRUST, SERIES 2004-
OPT1 U.S. BANK AS TRUSTEE;
CHASE FUNDING TRUST 2004-2 U.S.
BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-CB3 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-CB7 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-HYB1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-HYB2 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-HYB4 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-NCM1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-NCM2 U.S. BANK AS
TRUSTEE;

CITIGROUP MORTGAGE LOAN
TRUST 2004-UST1 U.S. BANK AS
TRUSTEE;
CREDIT SUISSE FIRST BOSTON
MORT. SEC. CORP. HOME EQ. ASSET
TRUST 2004-2 U.S. BANK AS
TRUSTEE;
CREDIT SUISSE FIRST BOSTON
MORT. SEC. CORP. HOME EQ. ASSET
TRUST 2004-3 U.S. BANK AS
TRUSTEE;
CREDIT SUISSE FIRST BOSTON
MORT. SEC. CORP. HOME EQ. ASSET
TRUST 2004-4 U.S. BANK AS
TRUSTEE;
CREDIT SUISSE FIRST BOSTON
MORT. SEC. CORP. HOME EQ. ASSET
TRUST 2004-5 U.S. BANK AS
TRUSTEE;
CREDIT SUISSE FIRST BOSTON
MORT. SEC. CORP. HOME EQ. ASSET
TRUST 2004-6 U.S. BANK AS
TRUSTEE;
CREDIT SUISSE FIRST BOSTON
MORT. SEC. CORP. HOME EQ. ASSET
TRUST 2004-8 U.S. BANK AS
TRUSTEE;
DSLA MORTGAGE LOAN TRUST
2004-AR1 U.S. BANK AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
3
U.S. BANK AS TRUSTEE;
GREENPOINT HOME EQUITY LOAN
TRUST 2004-1 U.S. BANK AS
TRUSTEE;
GREENPOINT HOME EQUITY LOAN
TRUST 2004-2 U.S. BANK AS
TRUSTEE;
GREENPOINT HOME EQUITY LOAN
TRUST 2004-3 U.S. BANK AS

TRUSTEE;
GREENPOINT HOME EQUITY LOAN
TRUST 2004-4 U.S. BANK AS
TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-
12 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-
14 U.S. BANK AS TRUSTEE;
HARBORVIEW MORTGAGE LOAN
TRUST 2004-2 U.S. BANK AS
TRUSTEE;
HOME EQUITY ASSET TRUST 2004-7
U.S. BANK AS TRUSTEE;
IRWIN HOME EQUITY LOAN TRUST
SERIES 2004-1 U.S. BANK AS
TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-A2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-A3 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-A4 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-A5 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-A6 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-S1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2004-S2 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-10 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-11 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-12 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-13 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-4 U.S. BANK AS TRUSTEE;

MASTR ALTERNATIVE LOAN TRUST
2004-5 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-6 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-7 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-8 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2004-9 U.S. BANK AS TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-1 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-10 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-11 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-3 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-6 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-8 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2004-9 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2004-FRE1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2004-HE1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2004-WMC2 U.S. BANK AS
TRUSTEE;

MASTR SEASONED
SECURITIZATION TRUST 2004-1 U.S.
BANK AS TRUSTEE;
MASTR SEASONED
SECURITIZATION TRUST 2004-2 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TERWIN MORTGAGE
TRUST 2004-5HE U.S. BANK AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-A4 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-CB6 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLMI SERIES
2004-A2 U.S. BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI
2004-A1 U.S. BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI
2004-A2 U.S. BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLMI
2004-A3 U.S. BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST U.S. BANK AS
TRUSTEE;
SERIES MLMI 2004-A4 U.S. BANK AS
TRUSTEE;
RFMSI TRUST 2004 S7 U.S. BANK AS
TRUSTEE;
RFMSI TRUST 2004 S8 U.S. BANK AS
TRUSTEE;
RFMSI TRUST 2004 S9 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT

LOAN TRUST 2004-10 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-11 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-5 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-6 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-7 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-8 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-9 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-BNC1 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-BNC2 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET MORTGAGE INVESTMENT HOMEBANC 2004-2 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2004-17XS U.S. BANK AS TRUSTEE;

STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2004-AR2 U.S. BANK AS TRUSTEE;

STRUCTURED ASSET SEC. CORP. FINANCE U.S. BANK AS TRUSTEE;

AMERICA MORT. PT CERTS. 2004-1
U.S. BANK AS TRUSTEE;
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
GEL1 U.S. BANK AS TRUSTEE;
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
GEL2 U.S. BANK AS TRUSTEE;
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
GEL3 U.S. BANK AS TRUSTEE;
STRUCTURED ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
S4 U.S. BANK AS TRUSTEE;
TMTS MERRILL LYNCH MORTGAGE
INVESTORS TERWIN MOTGAGE
TRUST 2004-3HE U.S. BANK AS
TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-S2 U.S. BANK AS
TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-S3 U.S. BANK AS
TRUSTEE;
WAMU MSC MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2004-RA1 U.S. BANK AS TRUSTEE;
WAMU MSC MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2004-RA2 U.S. BANK AS TRUSTEE;
WAMU MSC MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2004-RA3 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SEC. CORP.
MORT. PASS-THROUGH CERTS. 2004-
EE U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. U.S. BANK AS TRUSTEE
 MORTGAGE PASS-THROUGH 2004-1
U.S. BANK AS TRUSTEE;

WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-2 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-3 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-4 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-5 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-6 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-7 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-8 U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-A U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-AA U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-B U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-BB U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-C U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH 2004-CC U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES

CORP. MORTGAGE PASS-THROUGH
2004-D U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-DD U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-E U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-F U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-G U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-H U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-I U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-J U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-K U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-L U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-M U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-N U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-O U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH

2004-P U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-Q U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-R U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-S U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-T U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-U U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-V U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-W U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-X U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-Y U.S. BANK AS TRUSTEE;
WELLS FARGO ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
2004-Z U.S. BANK AS TRUSTEE;
WELLS FARGO HOME EQUITY
TRUST MORT. PASS-THROUGH
CERTS. 2004-1 U.S. BANK AS
TRUSTEE;
ABFC C-BASS MORT. LOAN ASSET-
BACKED CERTIFICATES, 2005-CB5
U.S. BANK AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-4 U.S.

BANK AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE1 U.S.
BANK AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE2 U.S.
BANK AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE7 U.S.
BANK AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE4
U.S. BANK AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE8
U.S. BANK AS TRUSTEE;
BANKUNITED TRUST 2005-1
 U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-1
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-10
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-1
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-12
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-2
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-3
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-4
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-5
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-6
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-7
U.S. BANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2005-9
U.S. BANK AS TRUSTEE;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC1 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC2 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC3 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC4 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC5 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC6 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC7 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC8 U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-AC9 U.S.
BANK AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB1 U.S. BANK
AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB3 U.S. BANK
AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-
BACKED CERTS. 2005-CB7 U.S. BANK
AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-1
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN

TRUST 2005-10
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-11
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-2
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-3
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-4
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-5
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-6
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-7
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-8
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-9
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-HE3
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-HE4
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-WF1
U.S. BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-WF2

U.S. BANK AS TRUSTEE;
FFMLT TRUST 2005-FF10 U.S. BANK AS TRUSTEE;
FFMLT TRUST 2005-FF3 U.S. BANK AS TRUSTEE;
FFMLT TRUST 2005-FF7 U.S. BANK AS TRUSTEE;
FFMLT TRUST 2005-FF9 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-9F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR2 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR3 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR4 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR5 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR6 U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-AR7 U.S. BANK AS TRUSTEE;
HARBORVIEW MORTGAGE LOAN TRUST 2005-1 U.S. BANK AS TRUSTEE;
HARBORVIEW MORTGAGE LOAN TRUST 2005-10 U.S. BANK AS TRUSTEE;
HARBORVIEW MORTGAGE LOAN TRUST 2005-16 U.S. BANK AS TRUSTEE;
HARBORVIEW MORTGAGE LOAN TRUST 2005-2 U.S. BANK AS TRUSTEE;
HARBORVIEW MORTGAGE LOAN TRUST 2005-3 U.S. BANK AS TRUSTEE;

HARBORVIEW MORTGAGE LOAN TRUST 2005-8 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-2 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-3 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-4 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-5 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-6 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-7 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-8 U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST (CSFB) 2005-9 U.S. BANK AS TRUSTEE;
HOME EQUITY MORTGAGE TRUST 2005-5 U.S. BANK AS TRUSTEE;
HSBC HOME EQUITY LOAN TRUST 2005-2 U.S. BANK AS TRUSTEE;
HSBC HOME EQUITY LOAN TRUST 2005-3 U.S. BANK AS TRUSTEE;
IRWIN HOME EQUITY LOAN TRUST SERIES 2005-1 U.S. BANK AS TRUSTEE;
IRWIN HOME EQUITY LOAN TRUST SERIES 2005-B U.S. BANK AS TRUSTEE;
IRWIN HOME EQUITY LOAN TRUST SERIES 2005-C U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION CORP. (JPMAC) 2005-FLD1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2005-FRE1 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2005-OPT1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2005-OPT2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2005-WMC1 U.S. BANK AS TRUSTE;E
J.P. MORGAN MORTGAGE TRUST 2005-ALT 1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2005-S1 U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2005-5N U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2005-9N U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST 2005-1 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST 2005-2 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST 2005-3U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST 2005-4 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST 2005-5 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST 2005-NC1 U.S. BANK AS TRUSTEE;
MASTR ASSET SECURITIZATION TRUST 2005-1 U.S. BANK AS TRUSTEE;
MASTR ASSET SECURITIZATION TRUST 2005-2 U.S. BANK AS TRUSTEE;
MASTR ASSET-BACKED SECURITIES TRUST 2005-AB1 U.S. BANK AS TRUSTEE;
MASTR ASSET-BACKED SECURITIES TRUST 2005-FRE1 U.S. BANK AS

TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2005-HE1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2005-HE2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2005-NC2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2005-WF1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2005-WMC1 U.S. BANK AS
TRUSTEE;
MASTR REPERFORMING LOAN
TRUST 2005-2 U.S. BANK AS
TRUSTEE;
MASTR REPERFORMING LOAN
TRUSTS 2005-1 U.S. BANK AS
TRUSTEE;
MASTR SEASONED
SECURITIZATION TRUST 2005-1 U.S.
BANK AS TRUSTEE;
MASTR SEASONED
SECURITIZATION TRUST 2005-2 U.S.
BANK AS TRUSTEE;
RAMP 2005 EFC1 U.S. BANK AS
TRUSTEE;
RAMP 2005 EFC2 U.S. BANK AS
TRUSTEE;
RAMP 2005 EFC3 U.S. BANK AS
TRUSTEE;
RAMP 2005 EFC4 U.S. BANK AS
TRUSTEE;
RAMP 2005 EFC5 U.S. BANK AS
TRUSTEE;
RAMP 2005 EFC6 U.S. BANK AS
TRUSTEE;

RAMP 2005 EFC7 U.S. BANK AS TRUSTEE;
RAMP 2005 NC1 U.S. BANK AS TRUSTEE;
RASC 2005 EMX1 U.S. BANK AS TRUSTEE;
RASC 2005 EMX2 U.S. BANK AS TRUSTEE;
RASC 2005 EMX3 U.S. BANK AS TRUSTEE;
RASC 2005 EMX5 U.S. BANK AS TRUSTEE;
RASC 2005 KS1 U.S. BANK AS TRUSTEE;
RASC 2005 KS10 U.S. BANK AS TRUSTEE;
RASC 2005 KS11 U.S. BANK AS TRUSTEE;
RASC 2005 KS12 U.S. BANK AS TRUSTEE;
RASC 2005 KS2 U.S. BANK AS TRUSTEE;
RASC 2005 KS3 U.S. BANK AS TRUSTEE;
RASC 2005 KS4 U.S. BANK AS TRUSTEE;
RASC 2005 KS U.S. BANK AS TRUSTEE;
RASC 2005 KS6 U.S. BANK AS TRUSTEE;
RASC 2005 KS7 U.S. BANK AS TRUSTEE;
RASC 2005 KS8 U.S. BANK AS TRUSTEE;
RASC 2005 KS9 U.S. BANK AS TRUSTEE;
RASC 2005-AHL1 U.S. BANK AS TRUSTEE;
RASC 2005-AHL2 U.S. BANK AS TRUSTEE;

RASC 2005-AHL3 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S1 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S2 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S3 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S4 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S5 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S6 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S7 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S8 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 S9 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 SA1 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 SA2 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 SA3 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 SA4 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2005 SA5 U.S. BANK AS TRUSTEE;

STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-16XS U.S. BANK AS TRUSTEE;

STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-19XS U.S. BANK AS TRUSTEE;

STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-22 U.S. BANK AS TRUSTEE;

STRUCTURED ADJUSTABLE RATE

MORTGAGE LOAN TRUST 2005-23
U.S. BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-7N
U.S. BANK AS TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-10 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-11 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-3 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-4 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-5 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-6 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-7 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-8 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-9 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-HE1 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-HE2 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-HE3 U.S. BANK AS

TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-F1 U.S.
BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-F2 U.S.
BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2005-F3 U.S.
BANK AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2005-4 U.S. BANK
AS TRUSTEE;
WACHOVIA MORTGAGE LOAN
TRUST 2005-B U.S. BANK AS
TRUSTEE;
WACHOVIA MORTGAGE LOAN
TRUST 2005-WMC1 U.S. BANK AS
TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2006-HE1 U.S.
BANK AS TRUSTEE;
ASSET BACKED SECURITIES CORP.
HOME EQUITY LOAN TRUST 2006-HE
U.S. BANK AS TRUSTEE;
ASSET BACKED SECURITIES CORP.
HOME EQUITY LOAN TRUST AMQ
2006-HE7 U.S. BANK AS TRUSTEE;
ASSET BACKED SECURITIES CORP.
HOME EQUITY LOAN TRUST MO
2006-HE6 U.S. BANK AS TRUSTEE;
ASSET BACKED SECURITIES HOME
EQUITY LOAN TRUST NC 2006-HE2
U.S. BANK AS TRUSTEE;
ASSET BACKED SECURITIES HOME
EQUITY LOAN TRUST NC 2006-HE4
U.S. BANK AS TRUSTEE;
ASSET BACKED SECURITIES HOME
EQUITY LOAN TRUST OOMC 2006-
HE3 U.S. BANK AS TRUSTEE;

ASSET BACKED SECURITIES HOME
EQUITY LOAN TRUST OOMC 2006-
HE5 U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2006-A
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2006-F
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2006-G
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2006-H
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2006-I
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2006-J
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-1 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-2 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-3 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-4 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-5 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-6 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-7 U.S. BANK AS
TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2006-8T2 U.S. BANK AS
TRUSTEE;
BAYVIEW FINANCIAL MORTGAGE

PASS-THROUGH TRUST 2006- U.S. BANK AS TRUSTEE;

BAYVIEW FINANCIAL MORTGAGE PASS-THROUGH TRUST 2006-C U.S. BANK AS TRUSTEE;

BAYVIEW FINANCIAL MORTGAGE PASS-THROUGH TRUST 2006-D U.S. BANK AS TRUSTEE;

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-3 U.S. BANK AS TRUSTEE;

BEAR STEARNS ARM TRUST 2006-1 U.S. BANK AS TRUSTEE;

BEAR STEARNS ARM TRUST 2006-2 U.S. BANK AS TRUSTEE;

BEAR STEARNS ARM TRUST 2006-3 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC2 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC3 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC4 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC5 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-IM1 U.S. BANK AS TRUSTEE;

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-ST1 U.S. BANK AS TRUSTEE;

BNC MORTGAGE LOAN TRUST 2006-1 U.S. BANK AS TRUSTEE;

BNC MORTGAGE LOAN TRUST 2006-2 U.S. BANK AS TRUSTEE;
C-BASS 2006-CB2 TRUST U.S. BANK AS TRUSTEE;
C-BASS 2006-CB6 TRUST U.S. BANK AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-BACKED CERTS. 2006-CB4 U.S. BANK AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-BACKED CERTS. 2006-CB8 U.S. BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST SERIES 2006-A1 U.S. BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST SERIES 2006-S1 U.S. BANK AS TRUSTEE;
CHASEFLEX TRUST 2006-2 U.S. BANK AS TRUSTEE;
CHASEFLEX TRUST SERIES 2006-1 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES TRUST 2006-1 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES TRUST 2006-2 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES TRUST 2006-3 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES TRUST 2006-4 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES TRUST 2006-5 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES TRUST 2006-6 U.S. BANK AS TRUSTEE;

CITICORP MORTGAGE SECURITIES
TRUST 2006-7 U.S. BANK AS
TRUSTEE;
CITICORP RESIDENTIAL MORTGAGE
TRUST SERIES 2006-1 U.S. BANK AS
TRUSTEE;
CITICORP RESIDENTIAL MORTGAGE
TRUST SERIES 2006-2 U.S. BANK AS
TRUSTEE;
CITICORP RESIDENTIAL MORTGAGE
TRUST SERIES 2006-3 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-4 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-AMC1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-AR1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-AR5 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-AR6 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-AR7 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-AR9 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2006-CB3;
U.S. BANK AS TRUSTEE
CITIGROUP MORTGAGE LOAN
TRUST 2006-FX1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN

TRUST 2006-HE1 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-HE2 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-HE3 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-NC1 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-NC2 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-WF1 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-WF2 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE1 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE2 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE3 U.S. BANK AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST  2006-WFHE4 U.S. BANK AS TRUSTEE;

CSMC MORTGAGE BACKED PASS-THROUGH CERTS, SERIES 2006-1 U.S. BANK AS TRUSTEE;

CSMC MORTGAGE BACKED PASS-THROUGH CERTS, SERIES 2006-2 U.S. BANK AS TRUSTEE;

CSMC MORTGAGE BACKED TRUST 2006-6 U.S. BANK AS TRUSTEE;

CSMC MORTGAGE BACKED TRUST
2006-7 U.S. BANK AS TRUSTEE;
CSMC MORTGAGE BACKED TRUST
2006-9 U.S. BANK AS TRUSTEE;
CSMC MORTGAGE BACKED TRUST
SERIES 2006-3 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE BACKED TRUST
SERIES 2006-4 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE BACKED TRUST
SERIES 2006-5 U.S. BANK AS
TRUSTEE;
FFMLT TRUST 2006-FF10 U.S. BANK
AS TRUSTEE;
FFMLT TRUST 2006-FF12 U.S. BANK
AS TRUSTEE;
FFMLT TRUST 2006-FF14 U.S. BANK
AS TRUSTEE;
FFMLT TRUST 2006-FF2 U.S. BANK
AS TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-AR4 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-AR5 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-AR6 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-AR7 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-AR8 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-HE1 U.S. BANK AS
TRUSTEE;
GSAA HOME EQUITY TRUST 2006-1

U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-12
U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-3
U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-6
U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-7
U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-9
U.S. BANK AS TRUSTEE U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-HE2 U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-HE3 U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-HE5 U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-HE6 U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-HE7 U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-HE8 U.S. BANK
AS TRUSTEE;
GSAMP TRUST 2006-NC1 U.S. BANK
AS TRUSTEE;;
GSR MORTGAGE LOAN TRUST 2006-
10F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2006-
1F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2006-
2F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2006-
3F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2006-
4F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2006-
5F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2006-
6F U.S. BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2006-7F U.S. BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2006-8F U.S. BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2006-9F U.S. BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2006-AR1 U.S. BANK AS TRUSTEE;

HARBORVIEW TRUST 2006-1 U.S. BANK AS TRUSTEE;

HARBORVIEW TRUST 2006-4 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-1 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-2 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-3 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-4 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-5 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-6 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-7 U.S. BANK AS TRUSTEE;

HOME EQUITY ASSET TRUST (CSFB) 2006-8 U.S. BANK AS TRUSTEE;

HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-1 U.S. BANK AS TRUSTEE;

HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-3 U.S. BANK AS TRUSTEE;

HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-4 U.S. BANK AS TRUSTEE;

HOME EQUITY MORTGAGE TRUST (CSFB) 2006-5 U.S. BANK AS TRUSTEE;

HOME EQUITY MORTGAGE TRUST (CSFB) 2006-6 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-A1 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-A2 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-A3 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-A4 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-A6 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-S1 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-S2 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-S3 U.S. BANK AS TRUSTEE;

J.P. MORGAN ALT LOAN TRUST 2006-S4  U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION CORP. (JPMAC) 2006-ACC1 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CH1 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CH2 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CW1 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CW2 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-FRE1 U.S. BANK AS TRUSTEE;

J.P. MORGAN MORTGAGE

ACQUISITION TRUST (JPMAC) 2006-FRE2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE3 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-NC1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-NC2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-RM1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WF1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC3 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC4 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2006-A1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2006-A4 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST

2006-A6 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2006-A7 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2006-S2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2006-S3 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2006-S4 U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-10N
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-11 U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-12N
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-14N
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-15 U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-16N
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-18N
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-2N
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-3 U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-4N U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-GP1
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-GP2
 U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-GP3
U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2006-GP4
U.S. BANK AS TRUSTEE;
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2006-1 U.S.
BANK AS TRUSTEE;

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-2 U.S. BANK AS TRUSTEE;

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-3 U.S. BANK AS TRUSTEE;

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA1 U.S. BANK AS TRUSTEE;

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2 U.S. BANK AS TRUSTEE;

MASTR ALTERNATIVE LOAN TRUST 2006-1 U.S. BANK AS TRUSTEE;

MASTR ASSET SECURITIZATION TRUST 2006-1 U.S. BANK AS TRUSTEE;

MASTR ASSET SECURITIZATION TRUST 2006-2 U.S. BANK AS TRUSTEE;

MASTR ASSET SECURITIZATION TRUST 2006-3 U.S. BANK AS TRUSTEE;

MASTR ASSET-BACKED SECURITIES TRUST 2006-AB1 U.S. BANK AS TRUSTEE;

MASTR ASSET-BACKED SECURITIES TRUST 2006-AM1 U.S. BANK AS TRUSTEE;

MASTR ASSET-BACKED SECURITIES TRUST 2006-AM2 U.S. BANK AS TRUSTEE;

MASTR ASSET-BACKED SECURITIES TRUST 2006-AM3 U.S. BANK AS TRUSTEE;

MASTR ASSET-BACKED SECURITIES TRUST 2006-FRE1 U.S. BANK AS TRUSTEE;

MASTR ASSET-BACKED SECURITIES TRUST 2006-FRE2 U.S. BANK AS

TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE3 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE4 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-HE5 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-NC1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-NC2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-NC3 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC3 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2006-WMC4 U.S. BANK AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-AB1 U.S.
BANK AS TRUSTEE;

MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-HE6 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-OPT1 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-RM2 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-SD1 U.S.
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-WMC2 U.S.
BANK AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2006-ALT2 U.S. BANK
AS TRUSTEE;
NEW YORK MORTGAGE TRUST 2006-
1 U.S. BANK AS TRUSTEE;
PRIME MORTGAGE TRUST 2006-1
U.S. BANK AS TRUSTEE;
PRIME MORTGAGE TRUST 2006-2
U.S. BANK AS TRUSTEE;
PRIME MORTGAGE TRUST 2006-CL1
U.S. BANK AS TRUSTEE;
RAAC 2006 SP4 U.S. BANK AS
TRUSTEE;
RALI 2006QO2 U.S. BANK AS
TRUSTEE;
RAMP 2006 EFC1 U.S. BANK AS
TRUSTEE;
RAMP 2006 EFC2 U.S. BANK AS
TRUSTEE;
RAMP 2006 NC1 U.S. BANK AS
TRUSTEE;
RAMP 2006 NC2 U.S. BANK AS
TRUSTEE;
RAMP 2006 NC3 U.S. BANK AS
TRUSTEE;

RAMP 2006 RS6 U.S. BANK AS TRUSTEE;
RAMP 2006 RZ5 U.S. BANK AS TRUSTEE;
RASC 2006 EMX1 U.S. BANK AS TRUSTEE;
RASC 2006 EMX2 U.S. BANK AS TRUSTEE;
RASC 2006 EMX3 U.S. BANK AS TRUSTEE;
RASC 2006 EMX4 U.S. BANK AS TRUSTEE;
RASC 2006 EMX5 U.S. BANK AS TRUSTEE;
RASC 2006 EMX6 U.S. BANK AS TRUSTEE;
RASC 2006 EMX7 U.S. BANK AS TRUSTEE;
RASC 2006 EMX8 U.S. BANK AS TRUSTEE;
RASC 2006 EMX9 U.S. BANK AS TRUSTEE;
RASC 2006 KS1 U.S. BANK AS TRUSTEE;
RASC 2006 KS2 U.S. BANK AS TRUSTEE;
RASC 2006 KS3 U.S. BANK AS TRUSTEE;
RASC 2006 KS4 U.S. BANK AS TRUSTEE;
RASC 2006 KS5 U.S. BANK AS TRUSTEE;
RASC 2006 KS6 U.S. BANK AS TRUSTEE;
RASC 2006 KS7 U.S. BANK AS TRUSTEE;
RASC 2006 KS8 U.S. BANK AS TRUSTEE;
RASC 2006 KS9 U.S. BANK AS TRUSTEE;

RFMSI TRUST 2006 S1 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S11 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S12 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S2 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S3 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S4 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S5 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S6 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S7 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S8 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 S9 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 SA1 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 SA2 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 SA3 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006 SA4 U.S. BANK AS TRUSTEE;
RFMSI TRUST 2006-S10 U.S. BANK AS TRUSTEE;
RFMSII 2006-HI5 U.S. BANK AS TRUSTEE;
SECURITIZED ASSET-BACKED RECEIVABLES TRUST (SABR) 2006-CB1 U.S. BANK AS TRUSTEE;
SECURITIZED ASSET-BACKED RECEIVABLES TRUST (SABR) 2006-CB5 U.S. BANK AS TRUSTEE;

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-NC1 U.S. BANK AS TRUSTEE;
SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-NC2 U.S. BANK AS TRUSTEE;
SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM1 U.S. BANK AS TRUSTEE;
SG MORTGAGE SECURITIES TRUST 2006-FRE2 SPECIALTY UNDERWRITING & RESIDENTIAL FINANCE TRUST 2006-AB3 U.S. BANK AS TRUSTEE;
SPECIALTY UNDERWRITING & RESIDENTIAL FINANCE TRUST 2006-BC1 U.S. BANK AS TRUSTEE;
SPECIALTY UNDERWRITING & RESIDENTIAL FINANCE TRUST 2006-BC2 U.S. BANK AS TRUSTEE;
SPECIALTY UNDERWRITING & RESIDENTIAL FINANCE TRUST 2006-BC3 U.S. BANK AS TRUSTEE;
SPECIALTY UNDERWRITING & RESIDENTIAL FINANCE TRUST 2006-BC4 U.S. BANK AS TRUSTEE;
SPECIALTY UNDERWRITING & RESIDENTIAL FINANCE TRUST 2006-BC5 U.S. BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2006-1 U.S. BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2006-10 U.S. BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2006-11 U.S. BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2006-12

U.S. BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-2 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-3 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-4 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-5 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-6 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-7 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-8 U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2006-9 U.S.
BANK AS TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST (SAIL) 2006-1 U.S.
BANK AS TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-2 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-3 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-4 U.S. BANK AS
TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-BNC1 U.S. BANK
AS TRUSTEE;

STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-BNC2 U.S. BANK
AS TRUSTEE;

STRUCTURED ASSET INVESTMENT
LOAN TRUST 2006-BNC3 U.S. BANK
AS TRUSTEE;

TBW 2006-1 TRUST U.S. BANK AS
TRUSTEE;

TBW 2006-2 TRUST U.S. BANK AS
TRUSTEE;

TBW 2006-3 TRUST U.S. BANK AS
TRUSTEE;

TBW MORTGAGE-BACKED TRUST
SERIES 2006-4 U.S. BANK AS
TRUSTEE;

TBW MORTGAGE-BACKED TRUST
SERIES 2006-5 U.S. BANK AS
TRUSTEE;

TBW MORTGAGE-BACKED TRUST
SERIES 2006-6 U.S. BANK AS
TRUSTEE;

WACHOVIA MORTGAGE LOAN
TRUST 2006-ALT1 U.S. BANK AS
TRUSTEE;

WACHOVIA MORTGAGE LOAN
TRUST 2006-AMN1 U.S. BANK AS
TRUSTEE;

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-1 TRUST U.S. BANK
AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-2 TRUST U.S. BANK
AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-3 TRUST U.S. BANK
AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-4 TRUST U.S. BANK
AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED

SECURITIES 2006-AR1 TRUST U.S. BANK AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR2 TRUST U.S. BANK AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR3 TRUST U.S. BANK AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR4 TRUST U.S. BANK AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR5 TRUST U.S. BANK AS TRUSTEE;

WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR6 TRUST U.S. BANK AS TRUSTEE;

ABFC 2007-WMC1 TRUST U.S. BANK AS TRUSTEE;

ACCREDITIED MORTGAGE LOAN <#> TRUST 2007-1 U.S. BANK AS TRUSTEE;

ASSET-BACKED SEC. CORP. HOME EQUITY LOAN TRUST SERIES RFC 2007-HE1 U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-1 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-2 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-3 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-4 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-6 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-7 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-8 TRUST U.S. BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2007-B

TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2007-C
TRUST U.S. BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2007-D
TRUST U.S. BANK AS TRUSTEE;
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2007-A U.S.
BANK AS TRUSTEE;
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH TRUST 2007-B U.S.
BANK AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC1 U.S.
BANK AS TRUSTEE;
C-BASS MORTGAGE LOAN TRUST
2007-CB1 U.S. BANK AS TRUSTEE;
C-BASS MORTGAGE LOAN TRUST
2007-CB3 U.S. BANK AS TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-1 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-2 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-3 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-4 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-5 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-6 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-7 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES

TRUST 2007-8 U.S. BANK AS
TRUSTEE;
CITICORP MORTGAGE SECURITIES
TRUST 2007-9 U.S. BANK AS
TRUSTEE;
CITICORP RESIDENTIAL
MORTGAGES TRUST 2007-1 U.S.
BANK AS TRUSTEE;
CITICORP RESIDENTIAL
MORTGAGES TRUST 2007-2 U.S.
BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-10 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-2 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-6 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AHL1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AHL2 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AHL3 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AMC1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AMC2 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AMC3 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AMC4 U.S. BANK AS

TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AR1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AR4 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AR5 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AR7 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-AR8 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-OPX1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-WFHE1 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-WFHE2 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-WFHE3 U.S. BANK AS
TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2007-WFHE4U.S. BANK AS
TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A1 U.S.
BANK AS TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A2 U.S.
BANK AS TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A3 U.S.
BANK AS TRUSTEE;

CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A4 U.S.
BANK AS TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A5 U.S.
BANK AS TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A6 U.S.
BANK AS TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A7 U.S.
BANK AS TRUSTEE;
CITIMORTGAGE ALTERNATIVE
LOAN TRUST (CMALT) 2007-A8 U.S.
BANK AS TRUSTEE;
CSMC ASSET-BACKED TRUST 2007-
NC1 OSI U.S. BANK AS TRUSTEE;
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-1 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-2 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-3 U.S. BANK AS
TRUSTEE;

CSMC MORTGAGE-BACKED TRUST
SERIES 2007-4 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-5 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-5R U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE-BACKED TRUST
SERIES 2007-6 U.S. BANK AS
TRUSTEE;
CSMC MORTGAGE-BACKED TRUST

SERIES 2007-7 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2007-AR1 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2007-AR2 U.S. BANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2007-AR3 U.S. BANK AS
TRUSTEE;
GSAA HOME EQUITY TRUST 2007-1
U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-3
U.S. BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-7
U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-
1F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-
2F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-
3F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-
4F U.S. BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-
5F U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST 2007-1
U.S. BANK AS TRUSTEE;
HOME EQUITY ASSET TRUST 2007-3
U.S. BANK AS TRUSTEE;
HOME EQUITY MORTGAGE TRUST
2007-1 U.S. BANK AS TRUSTEE;
HOME EQUITY MORTGAGE TRUST
2007-2 U.S. BANK AS TRUSTEE;
HSBC HOME EQUITY LOAN TRUST
(USA) 2007-1 U.S. BANK AS
TRUSTEE;
HSBC HOME EQUITY LOAN TRUST
(USA) 2007-2 U.S. BANK AS

TRUSTEE;
HSBC HOME EQUITY LOAN TRUST (USA) 2007-3 U.S. BANK AS TRUSTEE;
J.P. MORGAN ALTERNATIVE LOAN TRUST 2007-A2 U.S. BANK AS TRUSTEE;
J.P. MORGAN ALTERNATIVE LOAN TRUST 2007-S1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-A4 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-S1 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-S2 U.S. BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST 2007-S3 U.S. BANK AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-10 U.S. BANK AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-2 U.S. BANK AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-3 U.S. BANK AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-6 U.S. BANK AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-7 U.S. BANK AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-8 U.S. BANK AS TRUSTEE;
LEHMAN XS 2007-4N U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-12N U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-15N U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-16N U.S. BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-17H U.S. BANK AS TRUSTEE;

LEHMAN XS TRUST 2007-18N U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-20N U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-2N U.S.
BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-7N U.S.
BANK AS TRUSTEE;
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-1 U.S.
BANK AS TRUSTEE;
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-2 U.S.
BANK AS TRUSTEE;
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-3 U.S.
BANK AS TRUSTEE;
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-HF1 U.S.
BANK AS TRUSTEE;
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2007-HF2 U.S.
BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2007-1 U.S. BANK AS TRUSTEE;
MASTR ALTERNATIVE LOAN TRUST
2007-HF1 U.S. BANK AS TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2007-1 U.S. BANK AS
TRUSTEE;
MASTR ASSET SECURITIZATION
TRUST 2007-2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2007-HE1 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2007-HE2 U.S. BANK AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES

TRUST 2007-WMC1 U.S. BANK AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
TRUST 2007-C1 U.S. BANK AS
TRUSTEE;
MORGAN STANLEY CAPITAL 1
TRUST 2007-IQ13 U.S. BANK AS
TRUSTEE;
RASC 2007 EMX1 TRUST U.S. BANK
AS TRUSTEE;
RASC 2007 KS1 TRUST U.S. BANK AS
TRUSTEE;
RASC 2007 KS2 TRUST U.S. BANK AS
TRUSTEE;
RASC 2007 KS3 TRUST U.S. BANK AS
TRUSTEE;
RFMSI SERIES 2007-S1 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-S2 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-S3 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-S6 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-S7 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-S8 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-S9 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-SA1 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-SA2 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-SA3 TRUST
U.S. BANK AS TRUSTEE;
RFMSI SERIES 2007-SA4 TRUST
U.S. BANK AS TRUSTEE;
SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST

SERIES 2007-AB1 U.S. BANK AS
TRUSTEE;
SPECIALTY UNDERWRITING &
RESIDENTIAL FINANCE TRUST
SERIES 2007-BC2 U.S. BANK AS
TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-10+ U.S.
BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-8 U.S.
BANK AS TRUSTEE;
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC2
U.S. BANK AS TRUSTEE;
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC3
U.S. BANK AS TRUSTEE;
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC4
U.S. BANK AS TRUSTEE;
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-WF1
U.S. BANK AS TRUSTEE;
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-WF2
U.S. BANK AS TRUSTEE;
TBW MORTGAGE-BACKED TRUSTS
SERIES 2007-2 THORNBURG
MORTGAGE SECURITIES TRUST
2007-1 U.S. BANK AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2007-2 U.S. BANK
AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2007-3 U.S. BANK
AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2007-4 U.S. BANK
AS TRUSTEE;

THORNBURG MORTGAGE
SECURITIES TRUST 2007-5 U.S. BANK
AS TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY1 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY2 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY3 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY4 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY5 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY6 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HY7 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-OA1 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-OA2 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-OA3 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-OA4 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-OA5 U.S. BANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.

SERIES 2007-OA6 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMABS SERIES 2007-HE1 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMABS SERIES 2007-HE2 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-1 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-2 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-3 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-4 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-5 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-HY1 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-HY2 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-OA1 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-OA2 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES 2007-OA3 U.S. BANK AS TRUSTEE;

WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES

FOURTH AMENDED COMPLAINT

*UNITED STATES, ex rel. SERVE ALL HELP ALL, INC., et al. v. ACE SECURITIES CORP. et al.*

80

2007-OA4 U.S. BANK AS TRUSTEE; WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES

2007-OA5 U.S. BANK AS TRUSTEE; WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES

2007-OC1 U.S. BANK AS TRUSTEE; WASHINGTON MUTUAL ASSET-BACKED CERTS. WMALT SERIES

2007-OC2 U.S. BANK AS TRUSTEE; ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-AHLl BY JP MORGAN CHASE BANK AS TRUSTEE; ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-FF1 BY JP MORGAN CHASE BANK AS TRUSTEE; BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2004-4 BY JP MORGAN CHASE BANK AS TRUSTEE; BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-SDl BY JP MORGAN CHASE BANK AS TRUSTEE; BEARSTEARNSASSETBACKED SECURITIES I TRUST 2004-SD2 BY JP MORGAN CHASE BANK AS TRUSTEE; BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-SD3 BY JP MORGAN CHASE BANK AS TRUSTEE; C-BASS MORTGAGE LOAN ASSET BACKED CERTS. 2004-CBS BY JP MORGAN CHASE BANK AS TRUSTEE; C-BASS MORTGAGE LOAN ASSET BACKED CERTS. 2004-CB8 BY JP

MORGAN CHASE BANK AS TRUSTEE;

CREDIT SUISSE FIRST BOSTON MORT. SEC. CORP. HOME EQ. ASSET TRUST 2004-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-A BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-B BY JP MORGAN CHASE BANK AS TRUSTEE;

CW ABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-C BY JP MORGAN CHASE BANK AS TRUSTEE;

CW ABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-D BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-E BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-F BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-G BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-I BY JP MORGAN CHASE BANK AS TRUSTEE;

CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-J BY JP

MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-K BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-L BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-M BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CW ABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-N BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CW ABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-0 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-P BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-Q BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-R BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-S BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWABS INC. REVOLVING HOME
EQUITY LOAN TRUST 2004-T BY JP

1   MORGAN CHASE BANK AS
    TRUSTEE;
2   CWABS INC. REVOLVING HOME
3   EQUITY LOAN TRUST 2004-U BY JP
    MORGAN CHASE BANK AS
4   TRUSTEE;
5   FFMLT TRUST 2004-FFlO BY JP
    MORGAN CHASE BANK AS
6   TRUSTEE;
7   GMACM HOME" EQUITY LOAN
    TRUST 2004-HLTVl BY JP MORGAN
8   CHASE BANK AS TRUSTEE;
9   GMACM-MORTGAGE LOAN TRUST
    2004-AR2 BY JP MORGAN CHASE
10  BANK AS TRUSTEE;
11  GMACM MORTGAGE LOAN TRUST
    2004-GHl BY JP MORGAN CHASE
12  BANK AS TRUSTEE;
13  GMACM MORTGAGE LOAN TRUST
    2004-Jl BY JP MORGAN CHASE BANK
14  AS TRUSTEE;
15  GMACM MORTGAGE LOAN TRUST
    2004-J2 BY JP MORGAN CHASE
16  BANK
17  AS TRUSTEE;
18  GMACM MORTGAGE LOAN TRUST
    2004-J3 BY JP MORGAN CHASE
19  BANK
    AS TRUSTEE;
20  GMACM MORTGAGE LOAN TRUST
21  2004-J4 BY JP MORGAN CHASE
    BANK
22  AS TRUSTEE;
23  GMACM MORTGAGE LOAN TRUST
    2004-JS BY JP MORGAN CHASE
24  BANK
25  AS TRUSTEE;
    GMACM MORTGAGE LOAN TRUST
26  2004-J6 BY JP MORGAN CHASE
27  BANK
28

FOURTH AMENDED COMPLAINT
*UNITED STATES, ex rel. SERVE ALL HELP ALL, INC., et al. v. ACE SECURITIES CORP. et al.*
84

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AS TRUSTEE;
GMACM MORTGAGE LOAN TRUST 2004-JR1 BY JP MORGAN CHASE BANK AS TRUSTEE;
GREENPOINT MORTGAGE LOAN TRUST 2004-1 BY JP MORGAN CHASE
BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-4 BY JP MORGAN CHASE BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-CW1 BY JP MORGAN CHASE BANK AS TRUSTEE;
GSAMP TRUST 2004-SEA2 BY JP MORGAN CHASE BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-5
BY JP MORGAN CHASE BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-7
BY JP MORGAN CHASE BANK AS TRUSTEE;
HOME EQUITY LOAN TRUST 2004-HS2 BY JP MORGAN CHASE BANK AS
TRUSTEE;
HOME EQUITY LOAN TRUST 2004-HS3 BY JP MORGAN CHASE BANK AS
TRUSTEE;
HOME EQUITY MORTGAGE PASS THROUGH CERTS. SERIES 2004-2 BY JP MORGAN CHASE BANK AS TRUSTEE;
HOME EQUITY MORTGAGE PASS-THROUGH CERTS. SERIES 2004-3 BY JP MORGAN CHASE BANK AS

TRUSTEE;
HOME EQUITY MORTGAGE PASS
THROUGH CERTS. SERIES 2004-4 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-1 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-10 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-11 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-12 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-13 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-14 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-15 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-2 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-4 BY JP
MORGAN CHASE BANK AS

TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-5 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-6 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
STR ADJUSTABLE RATE
MORTGAGES TRUST 2004-7 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-8 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MASTER ADJUSTABLE RATE
MORTGAGES TRUST 2004-9 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-BC1 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-BC2 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-CB2 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2004-AP2
BY JP
MORGAN CHASE BANK AS
TRUSTEE;
NOMURA ASSET ACCEPTANCE
CORP. ALT. LOAN TRUST 2004-AR1

BY JP MORGAN CHASE BANK AS TRUSTEE;
NOMURA ASSET ACCEPTANCE CORP. ALT. LOAN TRUST 2004-AR2 BY JP MORGAN CHASE BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING TRUST 2004-1 BY JP MORGAN CHASE BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING TRUST 2004-2 BY JP MORGAN CHASE BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING TRUST 2004-3 BY JP MORGAN CHASE BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING TRUST 2004-4 BY JP MORGAN CHASE BANK AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST 2004-4 BY JP MORGAN CHASE BANK AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST 2004-5 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAAC 2004 SP1 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAAC 2004 SP2 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAAC 2004 SP3 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS 1 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS10 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS11 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2004 RS12 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS2 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS3 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS4 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS5 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS6 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS7 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RS8 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RZ1 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RZ2 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RZ3 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2004 RZ4 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2005 RS9 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS 1 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS10 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS 11 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS12 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS2 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS3 BY JP MORGAN CHASE BANK AS TRUSTEE;
RASC 2004 KS4 BY JP MORGAN CHASE BANK AS TRUSTEE;

RASC 2004 KS5 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RASC 2004 KS6 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RASC 2004 KS7 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RASC 2004 KS8 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RASC 2004 KS9 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RFMSI TRUST 2004 S1 BY JP
MORGAN
CHASE BANK AS TRUSTEE;
RFMSI TRUST 2004 S2 BY JP
MORGAN
CHASE BANK AS TRUSTEE;
RFMSI TRUST 2004 S3 BY JP
MORGAN
CHASE BANK AS TRUSTEE;
RFMSI TRUST 2004 S5 BY JP
MORGAN
CHASE BANK AS TRUSTEE;
RFMSI TRUST 2004 S6 BY JP
MORGAN
CHASE BANK AS TRUSTEE;
RFMSI TRUST 2004 SAl BY JP
MORGAN CHASE BANK AS
TRUSTEE;
RFMSI TRUST 2004 SRl BY JP
MORGAN CHASE BANK AS
TRUSTEE;
RFMSII 2004-HI3 BY JP MORGAN
CHASE BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-15
BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-17

BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-ARl BY
JP
MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR3 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR4 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR5 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR6 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR7 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-AR8 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES,
SERIES 2005-HE1 BY JP MORGAN
CHASE BANK AS TRUSTEE;
ABFC C-BASS MORT. LOAN ASSET
BACKED CERTIFICATES, 2005-CB2
BY JP MORGAN CHASE BANK AS
TRUSTEE;

1   BEAR STEARNS ALT-A (BALTA)
    MORTGAGE PASS-THROUGH TRUST
2   2005-10 BY JP MORGAN CHASE
    BANK
3   AS TRUSTEE;
4   BEAR STEARNS ALT-A (BALTA)
    MORTGAGE PASS-THROUGH TRUST
5   2005-2 BY JP MORGAN CHASE BANK
    AS TRUSTEE;
6
    BEAR STEARNS ALT-A (BALTA)
7   MORTGAGE PASS-THROUGH TRUST
    2005-3 BY JP MORGAN CHASE BANK
8   AS TRUSTEE;
9   BEAR STEARNS ALT-A (BALTA)
    MORTGAGE PASS-THROUGH TRUST
10  2005-4 BY JP MORGAN CHASE BANK
11  AS TRUSTEE;
12  BEAR STEARNS ALT-A (BALTA)
    MORTGAGE PASS-THROUGH TRUST
13  2005-5 BY JP MORGAN CHASE BANK
    AS TRUSTEE;
14
    BEAR STEARNS ALT-A (BALTA)
15  MORTGAGE PASS-THROUGH TRUST
    2005-7 BY JP MORGAN CHASE BANK
16  AS TRUSTEE;
17  BEAR STEARNS ALT-A (BALTA)
    MORTGAGE PASS-THROUGH TRUST
18  2005-8 BY JP MORGAN CHASE BANK
19   AS TRUSTEE;
20  BEAR STEARNS ALT-A (BALTA)
    MORTGAGE PASS-THROUGH TRUST
21  2005-9 BY JP MORGAN CHASE BANK
    AS TRUSTEE;
22
    BEAR STEARNS ALT-A 2005-1 BY JP
23  MORGAN CHASE BANK AS
    TRUSTEE;
24
    C-BASS MORTGAGE LOAN ASSET
25  BACKED CERTS. 2005-CB6 BY JP
26  MORGAN CHASE BANK AS
    TRUSTEE;
27

28

CENTEX HOME EQUITY LOAN
TRUST
2005-A BY JP MORGAN CHASE BANK
AS TRUSTEE;
CENTEX HOME EQUITY LOAN
TRUST
2005-B BY JP MORGAN CHASE BANK
AS TRUSTEE;
CENTEX HOME EQUITY LOAN
TRUST
2005-C BY JP MORGAN CHASE BANK
AS TRUSTEE;
CENTEX HOME EQUITY LOAN
TRUST
2005-D BY JP MORGAN CHASE BANK
AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-CB4 BY JP MORGAN
CHASE BANK AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-CB8 BY JP MORGAN
CHASE BANK AS TRUSTEE;
CWHEQ REVOLVING HOME EQUITY
LOAN TRUST SERIES 2005-A BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWHEQ REVOLVING HOME EQUITY
LOAN TRUST SERIES 2005-B BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWHEQ REVOLVING HOME EQUITY
LOAN TRUST SERIES 2005-C BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWHEQ REVOLVING HOME EQUITY
LOAN TRUST SERIES 2005-D BY JP
MORGAN CHASE BANK AS
TRUSTEE;
CWHEQ REVOLVING HOME EQUITY
LOAN TRUST SERIES 2005-E BY JP

MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-F BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-G BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-H BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-I BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-J BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-K BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-L BY JP MORGAN CHASE BANK AS TRUSTEE;

CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2005-M BY JP MORGAN CHASE BANK AS TRUSTEE;

FFMLT TRUST 2005-FF1 BY JP MORGAN CHASE BANK AS TRUSTEE;

FFMLT TRUST 2005-FF5 BY JP MORGAN CHASE BANK AS TRUSTEE;

GMACM MORTGAGE LOAN TRUST 2005-AR1 BY JP MORGAN CHASE BANK AS TRUSTEE;

GMACM MORTGAGE LOAN TRUST 2005-AR2 BY JP MORGAN CHASE BANK AS TRUSTEE;

HOME EQUITY LOAN TRUST (CSFB) 2005-HS1 BY JP MORGAN CHASE BANK AS TRUSTEE;

HOME EQUITY LOAN TRUST (CSFB) 2005-HS2 BY JP MORGAN CHASE BANK AS TRUSTEE;

HSBC HOME EQUITY LOAN TRUST 2005-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-2 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTRADJUSTABLE RATE MORTGAGES TRUST 2005-3 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTRADJUSTABLE RATE MORTGAGES TRUST 2005-6 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTRADJUSTABLE RATE MORTGAGES TRUST 2005-8 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTR ALTERNATIVE LOAN TRUST 2005-6 BY JP MORGAN CHASE BANK AS TRUSTEE;

MASTR SECOND LIEN TRUST 2005-1 BY JP MORGAN CHASE BANK AS

TRUSTEE;
MORGAN STANLEY ABS CAP. I INC.
IXIS MORTGAGE CAP. TRUST 2005-
HE2 BY JP MORGAN CHASE BANK
AS
TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2005-1 BY JP MORGAN
CHASE
BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2005-2 BY JP MORGAN
CHASE
BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2005-3 BY JP MORGAN
CHASE
BANK AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2005-4 BY JP MORGAN
CHASE
BANK AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-1 BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-2 BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-3 BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-4 BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-5 BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-6 BY JP MORGAN CHASE BANK
AS TRUSTEE;

POPULAR ABS MORTGAGE TRUST
2005-A BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-B BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-C BY JP MORGAN CHASE BANK
AS TRUSTEE;
POPULAR ABS MORTGAGE TRUST
2005-D BY JP MORGAN CHASE BANK
AS TRUSTEE;
RAAC 2005 SP1 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAAC 2005 SP3 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS 1 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS2 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS3 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS4 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS5 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS6 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS7 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS8 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RS9 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RZ1 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RZ2 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RAMP 2005 RZ3 BY JP MORGAN
CHASE BANK AS TRUSTEE;

RAMP 2005 RZ4 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2005-SP2 BY JP MORGAN CHASE BANK AS TRUSTEE;
RAMP 2005-SP3 BY JP MORGAN CHASE BANK AS TRUSTEE;
RFMSII 2005-Hll BY JP MORGAN CHASE BANK AS TRUSTEE;
RFMSII TRUST 2005 HSA 1 BY JP MORGAN CHASE BANK AS TRUSTEE;
SOUND VIEW HOME LOAN TRUST 2005-CTXl BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2005-2 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-ARl BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-AR2 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-AR3 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-AR4 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-AR5 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE

INVESTMENTS II, INC. 2005-AR6 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-AR7 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2005-AR8 BY JP MORGAN CHASE BANK AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-1 BY JP MORGAN CHASE BANK AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-2 BY JP MORGAN CHASE BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-SDl BY JP MORGAN CHASE BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-SD2 BY JP MORGAN CHASE BANK AS TRUSTEE;
BEARSTEARNSASSETBACKED SECURITIES I TRUST 2006-SD3 BY JP MORGAN CHASE BANK AS TRUSTEE;
BEAR STEARNS ASS.ET BACKED SECURITIES, INC. 2006-2 BY JP MORGAN CHASE BANK AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES, INC. 2006-3 BY JP MORGAN CHASE BANK AS TRUSTE
CENTEX HOME EQUITY LOAN TRU 2006-A BY JP MORGAN CHASE BAN

AS TRUSTEE;
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-B BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-C BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-D BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-E BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-F BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-G BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-H BY JP
MORGAN CHASE BANK AS TRUSTE
CWHEQ REVOLVING HOME EQUIT
LOAN TRUST, SERIES 2006-I BY JP
MORGAN CHASE BANK AS TRUSTE
GMACM HOME EQUITY LOAN TRU
2006-HEl BY JP MORGAN CHASE
BANK AS TRUSTEE;
GMACM HOME EQUITY LOAN TRU
2006-HE2 BY JP MORGAN CHASE
BANK AS TRUSTEE;
GMACM HOME EQUITY LOAN TRU
2006-HE3 BY JP MORGAN CHASE
BANK AS TRUSTEE;
GMACM HOME EQUITY LOAN TRU
2006-HE4 BY JP MORGAN CHASE
BANK AS TRUSTEE;
GMACM HOME LOAN TRUST 2006-
L TV1 BY JP MORGAN CHASE BANK
TRUSTEE;

GMACM MORTGAGE LOAN TRUST 2006-AR2 BY JP MORGAN CHASE BANK AS TRUSTEE;

HOME EQUITY LOAN TRUST (CSFB) 2006-HSA3 BY JP MORGAN CHASE BANK AS TRUSTEE;

HOME EQUITY LOAN TRUST (CSFB) 2006-HSA4 BY JP MORGAN CHASE BANK AS TRUSTEE;

HOME EQUITY LOAN TRUST (CSFB) 2006-HSAS BY JP MORGAN CHASE BANK AS TRUSTEE;

HSBC HOME EQUITY LOAN TRUST (USA) 2006-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

HSBC HOME EQUITY LOAN TRUST (USA) 2006-2 BY JP MORGAN CHASE BANK AS TRUSTEE;

HSBC HOME EQUITY LOAN TRUST (USA) 2006-3 BY JP MORGAN CHASE BANK AS TRUSTEE;

HSBC HOME EQUITY LOAN TRUST (USA) 2006-4 BY JP MORGAN CHASE BANK AS TRUSTEE;

NEWCASTLE MORTGAGE SECURITIES TRUST 2006-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

NOVASTAR MORTGAGE FUNDING TRUST 2006-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

NOVASTAR MORTGAGE FUNDING TRUST 2006-2 BY JP MORGAN CHASE BANK AS TRUSTEE;

NOVASTAR MORTGAGE FUNDING TRUST 2006-3 BY JP MORGAN CHASE BANK AS TRUSTEE;

NOVASTAR MORTGAGE FUNDING TRUST 2006-MTA1 BY JP MORGAN CHASE BANK AS TRUSTEE;

OWNIT MORTGAGE LOAN TRUST 2006-1 BY JP MORGAN CHASE BANK AS TRUSTEE;

POPULAR ABS MORTGAGE TRUST 2006-A BY JP MORGAN CHASE BANK AS TRUSTEE;

POPULAR ABS MORTGAGE TRUST 2006-B BY JP MORGAN CHASE BANK AS TRUSTEE;

POPULAR ABS MORTGAGE TRUST 2006-C BY JP MORGAN CHASE BANK AS TRUSTEE;

POPULAR ABS MORTGAGE TRUST 2006-D BY JP MORGAN CHASE BANK AS TRUSTEE;

RAAC 2006 SP1 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAAC 2006 SP2 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAAC 2006 SP3 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RS 1 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RS2 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RS3 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RS4 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RS5 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RZ1 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RZ2 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RZ3 BY JP MORGAN CHASE BANK AS TRUSTEE;

RAMP 2006 RZ4 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RFMSII 2006-HI1 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RFMSII 2006-HI2 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RFMSII 2006-HI3 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RFMSII 2006-HI4 BY JP MORGAN
CHASE BANK AS TRUSTEE;
RFMSII TRUST 2006 HSA 1 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
RFMSII TRUST 2006 HSA 2 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
RFMSII TRUST 2006 HSA 5 BY JP
MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR1 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR2 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR3 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-AR4 BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2006-ARS BY
JP MORGAN CHASE BANK AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE

INVESTMENTS II, INC. 2006-AR6 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2006-AR7 BY JP MORGAN CHASE BANK AS TRUSTEE;
STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. 2006-AR8 BY BANK OF NEW YORK AS TRUSTEE;
TRUST (ALTERNATIVE LOAN CW ALT) 2004-1 T1 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-28CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CW ALT) 2004-29CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-2CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-30CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-31 T1R BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-32CB BY BANK OF NEW YORK AS TRUSTEE;
LTERNATIVELOANTRUST(CWALT) 2004-33 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CW ALT) 2004-34Tl BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CW ALT) 2004-35T2 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2004-36CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVELOANTRUST(CWALT) 2004-3Tl BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-4CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-SCB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-6CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (ALTERNATCWALT) 2004-Jl BY BANK
OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-Jl 0 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-Jll BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-Jl3 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2004-J2 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVELOANTRUST(CWALT) 2004-J3 BY BANK OF NEW YORK AS TRUSTEE;
AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-1 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE (CWMBS) PASS THROUGH TRUST 2004-2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE (CWMBS) PASS THROUGH TRUST 2004-3 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE (CWMBS) PASS-THROUGH TRUST 2004-4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-Jl BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J3 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-JS BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J6 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J7 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J8 BY BANK OF

NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH (CWMBS) TRUST 2004-J9 BY BANK OF
NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYBl BY BANK
OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYB2 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYB3 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYB4 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYBS BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYB7 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST (CWMBS) 2004-HYB8 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-10 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-11 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-12 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-13 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH

TRUST 2004-14 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-15 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-16 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-18 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-19 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-20 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-21 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-22 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-23 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-24 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-25 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-5 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-6 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2004-7 BY BANK OF NEW

YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2004-8 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2004-9 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2004-HYB9 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-1 BY BANK OF NEW
YORK AS TRUSTEE;
CW ABS ASSET-BACKED CERTS.
TRUST 2004-10 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-11 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-12 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-13 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-14 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-15 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-2 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-3 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2004-4 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-5 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-6 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-7 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-8 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-9 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-AB 1 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-AB2 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-BC1 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-BC2 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-BC3 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-BC4 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-BCS BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2004-ECl BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.

TRUST 2004-ECCl BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS. TRUST 2004-ECC2 BY BANK OF NEW YORK AS TRUSTEE;
CWABS INC. REVOLVING HOME EQUITY LOAN TRUST 2004-A BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-28CB BY BANK OF NEW YORK AS TRUSTEE;
CW ALT, INC. ALTERNATIVE LOAN TRUST 2004-29CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-2CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-30CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-32CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-33 BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-34Tl BY BANK OF NEW YORK AS TRUSTEE;
CW ALT, INC. ALTERNATIVE LOAN TRUST 2004-35T2 BY BANK OF NEW YORK AS TRUSTEE;
CW ALT, INC. ALTERNATIVE LOAN TRUST 2004-36CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-3Tl BY BANK OF NEW YORK AS TRUSTEE;
CW ALT, INC. ALTERNATIVE LOAN TRUST 2004-4CB BY BANK OF NEW

YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-5CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-6CB BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-11 BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-110 BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-111 BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-12 BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST 2004-13 BY BANK OF NEW YORK AS TRUSTEE;
CWALT, INC. ALTERNATIVE LOAN TRUST RESECURITIZATION 2004-31 T1R BY BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES TRUST 2004-1 BY BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES TRUST 2004-2 BY BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES TRUST 2004-3 BY BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES TRUST 2004-4 BY BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES TRUST 2004-5 BY BANK OF NEW

YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-6 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-7 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AAl BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA2 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA3 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA4 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AAS BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA6 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AA7 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-ARl BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR2 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR3 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR4 BY BANK OF NEW
YORK AS TRUSTEE;

FIRST HORIZON ASSET SECURITIES
TRUST 2004-ARS BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR6 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-AR7 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-FA1 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-FA2 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-FL1 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE1 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE2 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TRUST 2004-HE3 BY BANK OF NEW
YORK AS TRUSTEE;
FIRST HORIZON ASSET SECURITIES
TK"UST 2004-HE4 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-10CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-11B BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT)
2005-13B BY BANK OF NEW YORK
AS

TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-14 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-16 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-17 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-18CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-19CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-lCB BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-2 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-20CB BY BANK OF
NEW YORK AS TRUSTEE;
NATIVE LOAN TRUST ALTER
(CWALT) 2005-21 CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-22Tl BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-23CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CW
ALT) 2005-24 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-25Tl BY BANK OF
NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST
(CWALT) 2005-2CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-27 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-28CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-29CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-30CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-31 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-32T1 BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-33CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-34CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-35CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-36 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-37T1 BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-38 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST

(CWALT) 2005-3CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-4 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-40CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-41 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-42CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CW ALT) 2005-43 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT)
2005-44 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-45 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVELOANTRUST(CWALT) 2005-46CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-47CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-48Tl BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-49CB BY BANI( OF NEW YORK AS TRUSTEE;
ALTERNATIVELOANTRUST(CWALT) 2005-50CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST

(CWALT) 2005-51 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-53T2 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-54CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-55CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-56 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-57CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-58 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-59 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-60Tl BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-61 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-62 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-63 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-64CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2005-65CB BY BANK OF

NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-67CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-69 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-6CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-70CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-71 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-72 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-73CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVELOANTRUST(CWALT)
2005-74T1 BY BANK OF NEW YORK
AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-75CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-76 BY BANK OF NEW
YORK ASTRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-77T1 BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-79CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2005-7CB BY BANK OF
NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-80CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-81 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-82 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-83CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-84 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-85CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-86CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-9CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2005-AR1 BY BANK OF NEW YORK AS TRUSTEE;

BELLA VISTA MORTGAGE TRUST 2005-1 BY BANK OF NEW YORK AS TRUSTEE;

BELLA VISTA MORTGAGE TRUST 2005-2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS THROUGH TRUST 2005-24 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-1 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH

TRUST 2005-10 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-11 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-12 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-13 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-14 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-16 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-17 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-18 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-19 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-20 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-21 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-22 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-23 BY BANK OF NEW

YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-25 BY BANK OF NEW
YORK. AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-26 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-27 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-28 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-29 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-3 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-30 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-31 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-4 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-5 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-6 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-7 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2005-9 BY BANK OF NEW
YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB 1 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB3 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB5 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB6 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB7 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB8 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-12 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-13 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2005-14 BY BANK OF NEW YORK AS TRUSTEE;

COUNTRYWIDE HOME LOANS (CWALT) 2005-52CB BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS.

TRUST 2005-1 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-10 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-11 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-12 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-13 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-14 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-15 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-16 BY BANK OF NEW YORK AS TRUSTEE;

ASSET-BACKED CERTS. TRUST CW ABS A2005-17 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-2 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-3 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-4 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-5 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-6 BY BANK OF NEW

YORK AS TRUSTEE;
CW ABS ASSET-BACKED CERTS.
TRUST 2005-7 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-8 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-9 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-AB 1 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-AB2 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-AB3 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-AB4 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-AB4 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-AB5 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-BCl BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-BC2 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-BC3 BY BANK OF NEW
YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2005-BC4 BY BANK OF NEW
YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-BC5 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-HYB9 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-IMl BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-IM2 BY BANK OF NEW YORK AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2005-IM3 BY BANK OF NEW YORK AS TRUSTEE;

CW ALT ALTERNATIVE LOAN TRUST 2005-IMl BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-Jl BY BANK OF NEW YORK_ AS TRUSTEE;

CW ALT, INC. ALTERNATIVE LOAN TRUST 2005-JlO BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-Jll BY BANK OF NEW YORK AS TRUSTEE;

CW ALT, INC. ALTERNATIVE LOAN TRUST 2005-Jl2 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J13 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J14 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J2 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN

TRUST 2005-J3 BY BANK OF NEW YORK AS TRUSTEE;

CW ALT, INC. ALTERNATIVE LOAN TRUST 2005-J4 BY BANK OF NEW YORK AS TRUSTEE;

CW ALT, INC. ALTERNATIVE LOAN TRUST 2005-J5 BY BANK OF NEW YORK AS TRUSTEE;

CW ALT, INC. ALTERNATIVE LOAN TRUST 2005-J6 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J7 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J8 BY BANK OF NEW YORK AS TRUSTEE;

CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J9 BY BANK OF NEW YORK AS TRUSTEE;

CW ALT, INC. ALTERNATIVE LOAN TRUST RESECURITIZATION 2005-5R BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA1O BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA11 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA6 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA1 BY BANK OF NEWYORK AS

TRUSTEE;
FIRST HORIZON ALTERNATIVE
MORTGAGE SECURITIES TRUST
2005-F Al 0 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ALTERNATIVE
MORTGAGE SECURITIES TRUST
2005-FA11 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ALTERNATIVE
MORTGAGE SECURITIES TRUST
2005-F AS BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ALTERNATIVE
MORTGAGE SECURITIES TRUST
2005-FA 7 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ALTERNATIVE
MORTGAGE SECURITIES TRUST
2005-F A8 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ALTERNATIVE
MORTGAGE SECURITIES TRUST
2005-F A9 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-1 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-2 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-3 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-4 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-5 BY
BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-6 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-7 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-8 BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AAl BY
BANK OF NEW YORK AS TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA12
BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA2
BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA3
BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA4
BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA5
BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA7
BY  BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC MORT
PASS THROUGH CERTS. 2005-AA8
BY BANK OF NEW YORK AS
TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-AA9 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-AR1 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-AR2 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-FA2 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-FA3 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-FA4 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC MORT PASS THROUGH CERTS. 2005-FA6 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-11 CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVELOAN_TRUST (CWALT) 2006-12CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-13T1 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-14CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-15CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-16CB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-17Tl BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-18CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-19CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-20CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-21CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-23CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-24CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-25CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-26CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-27CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-28CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-29Tl BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-2CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST

(CWALT) 2006-30Tl BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-31 CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-32CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-33CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-35CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-36T2 BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-37R BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-39CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-40Tl BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-41 CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-43CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-45Tl BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-4CB BY BANK OF NEW YORK AS TRUSTEE; ALTERNATIVE LOAN TRUST (CWALT) 2006-5T2 BY BANK OF NEW

YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-6CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-7CB BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-8Tl BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-9Tl BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-HYlO BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-HYll BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-HY12 BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-HY13 BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-HY3 BY BANK OF
NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-Jl BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-J2 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-J3 BY BANK OF NEW
YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST
(CWALT) 2006-J4 BY BANK OF NEW
YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-JS BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-J6 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-J7 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-J8 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0Al BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0AlO BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0All BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A12 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A14 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A17 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST CWALT 2006-0A18 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CW ALT)2006-0A19 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT)2006-0A2 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A21 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A22 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CW ALT) 2006-0A3 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CW ALT) 2006-0A6 BY BANK OF NEW YORK ASTRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A7 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0A8 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CW ALT) 2006-0A9 BY BANK OF NEW YORK ASTRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0C1 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWALT) 2006-0C 10 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVELOANTRUST(CWALT) 2006-0C 11 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CW ALT)2006-0C2 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWAL T) 2006-0C3 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST (CWAL T) 2006-0C4 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST

(CWAL T) 2006-0CS BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2006-0C6 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT) 2006-0C7 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CWALT)2006-0C8 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST (CW ALT) 2006-0C9 BY BANK OF NEW YORK ASTRUSTEE;
ALTERNATIVE LOAN TRUST 2006-34 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2006-42 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2006-46 BY BANK OF NEW YORK AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-SD4 BY BANK OF NEW YORK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST SERIES 2006-S2 BY BANK OF NEW YORK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST SERIES 2006-S4 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2006-1 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2006-10 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2006-11 BY BANK OF NEW

YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-12 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-13 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-14 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-15 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-16 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-17 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-18 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-19 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-20 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-21 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-3 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-6 BY BANK OF NEW
YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH
TRUST 2006-8 BY BANK OF NEW
YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-9 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB 1 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB3 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYBS BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-11 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-12 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-14 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-0A4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-0AS BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2006-TMl BY BANK OF NEW YORK AS TRUSTEE;

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB3 BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN TRUST

SERIES 2006-S4 BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-SS BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S6 BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S7 BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S8 BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN, TRUST SERIES 2006-S9 BY BANK OF NEW YORK AS TRUSTEE;

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-A BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2006-8 BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS: TRUST 2006-9 BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2006-ABCl BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2006-BC2 BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2006-BC3 BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2006-BC4 BY BANK OF AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS. TRUST 2006-BC5 BY BANK OF

AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-IMl BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-SPSl BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-SPS2 BY BANK OF
AMERICA AS TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-Sl BY BANK OF
AMERICAAS TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S 1 BY BANK OF
AMERICAAS TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S 10 BY BANK OF
AMERICA AS TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S2 BY BANK OF
AMERICA AS TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
SERIES 2006-S3 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-2 BY BANK OF
AMERICA AS TRUSTEE;
CW ABS ASSET-BACKED CERTS.
TRUST 2006-20 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-21 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-22 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-23 BY BANK OF
AMERICA AS TRUSTEE;

CWABS ASSET-BACKED CERTS.
TRUST 2006-24 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-25 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-26 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-3 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-4 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS .
TRUST 2006-5 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-6 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED CERTS.
TRUST 2006-7 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-5 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-1 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-10 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-11 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-12 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE

SERIES 2006-13 BY BANK OF
AMERICA AS TRUSTEE;
CW ABS ASSET-BACKED TRUSTEE
SERIES 2006-14 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-15 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-16 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-17 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTEE
SERIES 2006-18 BY BANK OF
AMERICA AS TRUSTEE;
CWABS ASSET-BACKED TRUSTE
SERIES 2006-19 BY BANK OF
AMERICA AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006AR3 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006AR4 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FA1 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FA2 BY BANK_ OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FA3 BY BANK OF NEW YORK
AS TRUSTEE;

FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FA4 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FAS BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FA6 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-FA7 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-F A8 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-REl BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-RE2 BY BANK OF NEW YORK
AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-
2 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-1 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-2 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.

MORTGAGE PASS THROUGH CERTS
2006-3 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-4 BY BANK OF NE\V YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AAl BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AA3 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AA4 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AAS BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AA6 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AA7 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AA8 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS THROUGH CERTS
2006-AR1 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.

MORTGAGE PASS THROUGH CERTS 2006-AR2 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. HELOC NOTES 2006HE1 BY BANK OF NEW YORK AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2006-J1 BY BANK OF NEW YORK AS TRUSTEE;

GSC CAPITAL CORP. MORTGAGE TRUST 2006-1 BY BANK OF NEW YORK AS TRUSTEE;

GSC CAPITAL CORP. MORTGAGE TRUST 2006-2 BY BANK OF NEW YORK AS TRUSTEE;

HARBORVIEW TRUST 2006-CBl BY BANK OF NEW YORK AS TRUSTEE;

LUMINENT MORTGAGE LOAN TRUST 2006-1 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST RESECURITIZATION 2007-26R BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-7T2 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-SCB BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-9Tl BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-AL1 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-HY1 0 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-HY2 BY BANK OF NEW YORK AS

TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-HY3BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-HY4 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-HY5R BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-HY6BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-·HY7C BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-HY8B BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-HY9 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-Jl BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-J2 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN· TRUST 2007-OAlO BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-OAll BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A2 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A3
BY BANK OF NEW YORK AS

TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A4 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A6 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A7 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A8 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0A9 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0Hl BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0H2BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-0H3BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-19 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-1 T1 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-20 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-21 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-22 BY BANK OF NEW YORK AS TRUSTEE;

ALTERNATIVE LOAN TRUST 2007-23CB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-24 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-25 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-2CBBY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-3T1 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-4CBBY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-SCBBY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-6 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-1 OCB BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-11 T1 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-12T1BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN.·TRUST 2007-13 BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-14T2BY BANK OF NEW YORK AS TRUSTEE;
ALTERNATIVE LOAN TRUST 2007-

1   15CB BY BANK OF NEW YORK AS
TRUSTEE;

2   ALTERNATIVE LOAN TRUST 2007-

3   16CB BY BANK OF NEW YORK AS
TRUSTEE;

4   CHASE MORTGAGE FINANCE TRUST

5   2007-A1 BY BANK OF NEW YORK AS
TRUSTEE;

6   CHASE MORTGAGE FINANCE TRUST

7   2007-A2 BY BANK OF NEW YORK AS
TRUSTEE;

8   CHASE MORTGAGE FINANCE TRUST

9   2007-A3 BY BANK OF NEW YORK AS
TRUSTEE;

10  CHASE MORTGAGE FINANCE TRUST

11  2007 -S 1 BY BANK OF NEW YORK AS
TRUSTEE;

12  CHASE MORTGAGE FINANCE TRUST

13  2007 -S2 BY BANK OF NEW YORK AS
TRUSTEE;

14  CHASE MORTGAGE FINANCE TRUST

15  2007-S3 BY BANK OF NEW YORK AS
TRUSTEE;

16  CHASE MORTGAGE FINANCE TRUST

17  2007-S4 BY BANK OF NEW YORK AS
TRUSTEE;

18  CHASE MORTGAGE FINANCE TRUST

19  2007-SS BY BANK OF NEW YORK AS
TRUSTEE;

20  CHASE MORTGAGE FINANCE TRUST

21  2007 -S6 BY BANK OF NEW YORK AS
TRUSTEE;

22  CHL MORTGAGE PASS-THROUGH

23  TRUST 2007-1 BY BANK OF NEW
YORK AS TRUSTEE;

24  CHL MORTGAGE PASS-THROUGH

25  TRUST 2007-10 BY BANK OF NEW
YORK AS TRUSTEE;

26  CHL MORTGAGE PASS-THROUGH

27  TRUST 2007-11 BY BANK OF NEW

28

YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-12 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-13 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-14 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-15 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-16 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-17 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-18 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-19 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-2 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-20 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-21 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-3 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUST 2007-4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-5 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-6 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-7 BY BANK OF NEW YORKAS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-8 BY BANK OF NEW YORKAS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-9 BY BANK OF NEW YORKAS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-HY3 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-HY4 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-HYS BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-HY6 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-HY7 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007~HYB1 BY BANK OF NEWYORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUST 2007-HYB2 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH TRUSTE 2007-11 BY BANK OF NEW YORK AS TRUSTEE;

CHL MORTGAGE PASS-THROUGH

TRUSTE 2007-12 BY BANK OF NEW YORK AS TRUSTEE;
CHL MORTGAGE PASS-THROUGH TRUSTE 2007-13 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-1 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-10 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-11 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-12 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-13 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-2 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-3 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-4 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-5 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-6 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-7 BY BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED CERTIFICATES TRUSTE 2007-8 BY

BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-9 BY
BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-BCl BY
BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-BC2 BY
BANK OF NEW YORK AS TRUSTEE;
CWABS ASSET-BACKED
CERTIFICATES TRUSTE 2007-BC3 BY
BANK OF NEW YORK AS TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007-A BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007-B BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007-C BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007-D BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007-E BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007 -G BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007-Sl BYBANKOFNEWYORKAS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007 -S2 BY BANK OF NEW YORK AS
TRUSTEE;
CWHEQ HOME EQUITY LOAN TRUST
2007 -S3 BY BANK OF NEW YORK AS
TRUSTEE;

FOURTH AMENDED COMPLAINT
*UNITED STATES, ex rel. SERVE ALL HELP ALL, INC., et al. v. ACE SECURITIES CORP. et al.*
153

FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-1 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-2 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-3 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-4 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-5 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-6 BY BANK OF NEW YORK AS
TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-AAl BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-AA2 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-AA3 BY BANK OF NEW YORK
AS TRUSTEE;
FIRST HORIZON ASSET SEC.
MORTGAGE PASS-THROUGH CERTS.
2007-ARl BY BANK OF NEW YORK
AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AR2 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-AR3 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FAl BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA2 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007 -F A3 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FA4 BY BANK OF NEW YORK AS TRUSTEE;

FIRST HORIZON ASSET SEC. MORTGAGE PASS-THROUGH CERTS. 2007-FAS BY BANK OF NEW YORK AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2007-HEl BY BANK OF NEW YORK AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2007-HE2 BY BANK OF NEW YORK AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2007-HE3 BY BANK OF NEW YORK AS TRUSTEE;

HOME EQUITY LOAN TRUST 2007-84 FRE1 BY BANK OF NEW YORK AS TRUSTEE;

NATIONSTAR HOME EQUITY LOAN TRUST 2007-A BY BANK OF NEW YORK AS TRUSTEE;
NATIONSTAR HOME EQUITY LOAN TRUST 2007 -B BY BANK OF NEW YORK AS TRUSTEE;
NATIONSTAR HOME EQUITY LOAN TRUST 2007 -C BY BANK OF NEW YORK AS TRUSTEE;
NATIONSTAR HOME EQUITY LOAN TRUST 2007-D BY BANK OF NEW YORK AS TRUSTEE;
WASHINGTON MUTUAL ASSET BACKED CERTS. WMALT SERIES 2007-1BY CITIBANK AS TRUSTEE;
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-1 BY CITIBANK AS TRUSTEE;
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-2 BY CITIBANK AS TRUSTEE;
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-3 BY CITIBANK AS TRUSTEE;
CDMC MORTGAGE PASS-THROUGH CERTS. 2004-4 BY CITIBANK AS TRUSTEE;
CDMC MORTGAGE PASS-THROUGH CERTS 2004-5 BY CITIBANK AS TRUSTEE;
STRUCTURED ASSEST MORTGAGE INVESTMENTS II, INC. 2004-23XS BY CITIBANK AS TRUSTEE;
WAMU MORTGAGE PASS-THRU CERTIFICATES 2004-AR11 BY CITIBANK AS TRUSTEE;
WAMU MORT AGE PASS-THROUGH CERTIFICATES 2004-AR9 BY CITIBANK AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH

CERTIFICATES 2004-CBl BY
CITIBANK AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-CB2 BY
CITIBANK AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-CB3 BY
CITIBANK AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-RS1 BY
CITIBANK AS TRUSTEE;
WAMUMORTGAGEPASS-THROUGH
CERTIFICATES 2004.-RS2 BY
CITIBANK AS TRUSTEE;
WAMU MORTGAGE PASS-THRU
CERTIFICATES 2004-S1 BY CITIBANK
AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-CL1 BY
CITIBANK AS TRUSTEE;
CDMC MORTGAGE PASS-THROUGH
CERTS. 2005-1 BY CITIBANK AS
TRUSTEE;
LEHMAN XS TRUST 2005-6 BY
CITIBANK AS TRUSTEE;
PHHMC 2005-2 BY CITIBANK AS
TRUSTEE;
PHHMC 2005-3 BY CITIBANK AS
TRUSTEE;
PHHMC 2005-4 BY CITIBANK AS
TRUSTEE;
PHHMC 2005-5 BY CITIBANK AS
TRUSTEE;
PHHMC 2005-6 BY CITIBANK AS
TRUSTEE;
SACO I TRUST 2005-10 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2005-5 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2005-8 BY CITIBANK

AS TRUSTEE;
SACO I TRUST 2005-GP1 BY
CITIBANK AS TRUSTEE;
STRUCTURED ADIDSTABLE RATE
MORTGAGE LOAN TRUST 2005-3XS
BY CITIBANK AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-3 BY CITIBANK
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-4 BY CITIBANK
AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-4 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-5 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-6 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-7 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ALT-A (BALTA)
MORTGAGE PASS-THROUGH TRUST
2006-8 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2006-4
BY CITIBANK AS TRUSTEE;
BEARSTEARNSASSESBACKED
SECURITIES I TRUST 2006-HE3 BY
CITIBANK AS TRUSTEE;
BEAR STEARNS ASSES BACKED
SECURITIES I TRUST 2006-4 BY
CITIBANK AS TRUSTEE;
GSR MORTGAGE LOAN AND TRUST
2006AR2 BY CITIBANK AS TRUSTEE;
LEHAMN SX TRUST 2006-1 BY
CITIBANK AS TRUSTEE;
LEHMAN XS TRUST 2006-13 BY

CITIBANK AS TRUSTEE;
LEHMAN XS TRUST 2006-17 BY
CITIBANK AS TRUSTEE;
LEHMAN XS TRUST 2006-5 BY
CITIBANK AS TRUSTEE;
LEHMAN XS TRUST 2006-7 BY
CITIBANK AS TRUSTEE;
LEHMAN XS TRUST 2006-9 BY
CITIBANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTOR TRUST 2006-HE5 BY
CITIBANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-SL2 BY
CITIBANK AS TRUSTEE;
PHHMC 2006-1 BY CITIBANK AS
TRUSTEE;
PHHMC 2006-2 BY CITIBANK AS
TRUSTEE;
PHHMC 2006-3 BY CITIBANK AS
TRUSTEE;
PHHMC 2006-4 BY CITIBANK AS
TRUSTEE;
SACO I TRUST 2006-1 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-10 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-10 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-12 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-2 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-5 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-6 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-7 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2006-8 BY CITIBANK

AS TRUSTEE;
SACO I TRUST 2006-9 BY CITIBANK
AS TRUSTEE;
BEAR STEARNS ALT-A TRUST 2007-1
BY CITIBANK AS TRUSTEE;
BEAR STEARTNS ALT-A TRUST 2007-2 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ALT-A TRUST 2007-3
BY CITIBANK AS TRUSTEE;
BEAR STEARNS ALT-A TRUST II
2007-1 BY CITIBANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2007-1
BY CITIBANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2007-2
BY CITIBANK AS TRUSTEE;
BEAR STEARNS ARM TRUST 2007-4
BY CITIBANK AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-SDl BY
CITIBANK AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-SD2 BY
CITIBANK AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-SD3 BY
CITIBANK AS TRUSTEE;
BEAR STEARNS SECOND LIEN
TRUST 2007-1 BY CITIBANK AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2007-HE1 BY CITIBANK AS
TRUSTEE;
GSAA HOME EQUITY TRUST 2007-10
BY CITIBANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-8
BY CITIBANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-9
BY CITIBANK AS TRUSTEE;
LEHMAN XS TRSUT 2007-11 BY CITI
BANK AS TRUSTEE;

MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2007-SL1 BY CITI
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES 2007-HE2
BY CITIBANK AS TRUSTEE;
PHHMC SERIES 2007-1 TRUST BY
CITIBANK AS TRUSTEE;
PHHMC SERIES 2007-2 TRUST BY
CITIBANK AS TRUSTEE;
PHHMC SERIES 2007-3 TRUST BY
CITIBANK AS TRUSTEE;
PHHMC SERIES 2007-4 TRUST BY
CITIBANK AS TRUSTEE;
PHHMC SERIES 2007-5 TRUST BY
CITIBANK AS TRUSTEE;
PHHMC SERIES 2007-6 TRUST BY
CITIBANK AS TRUSTEE;
SACO I TRUST 2007-1 BY CITIBANK
AS TRUSTEE;
SACO I TRUST 2007-2 BY CITIBANK
AS TRUSTEE;
STRUCTURED ASSETS MORTGAGE
INVESTMENTS II TRUST 2007-AR1
BY CITIBANK AS TRUSTEE;
STRUCTURED ASSETS MORTGAGE
INVESTMENTS II TRUST 2007-ARS
BYCITIBANK AS TRUSTEE;
STRUCTURED ASSETS MORTGAGE
INVESTMENTS II TRUST 2007-AR6
BYCITIBANK AS TRUSTEE;
STRUCTURED ASSETS MORTGAGE
INVESTMENTS II TRUST 2007-AR7
BYCITIBANK AS TRUSTEE;
WAMU ASSET-BACKED CERTS.
SERIES2007-HE2 BY CITIBANK AS
TRUSTEE;
WAMU ASSET-BACKED CERTS.
SERIES 2007-HE3 BY CITIBANK AS
TRUSTEE;

WAMU ASSET-BACKED CERTS.
SERIES 2007-HE4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AAMES MORTGAGE INVESTMENT
TRUST 2004-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2004-HE1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
ACCREDITED HOME LENDERS, INC.
MORTGAGE LOAN TRUST 2004-1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2004-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2004-4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES INC. 2004-R7 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES INC. 2004-R8 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES INC. 2004-R9 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2004-FRl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;

AMERIQUEST MORTGAGE
SECURITIES TRUST 2004-IAl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2004-Rl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2004-R3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2004-R4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2004-R6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES, INC. 2004-Rl 0 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES, INC. 2004-Rll BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-PWl
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-WlO
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-W2
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-W3
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;

ARGENT SECURITIES, INC. 2004-W4
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-WS
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-W6
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-W7
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-W8
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2004-W9
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2004-NCl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2004-NC2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST  2004-RES 1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
DSLA MORTGAGE LOAN TRUST
2004-AR2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
DSLA MORTGAGE LOAN TRUST
2004-24 AR3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
DSLA MORTGAGE LOAN TRUST
2004-26  AR4 BY DEUTSCHE BANK

NATIONAL TRUST COMPANY AS
TRUSTEE;
EQUIFIRST 2004-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
EQUIFIRST 2004-3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
FFMLT TRUST 2004-FFH4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
1 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
2 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
FREMONT HOME LOAN TRUST 2004-
4 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GS MORTGAGE SECURITIES CORP
FFMLT 2004-FF3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-10
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-11
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-3
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-5
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-6
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2004-7

BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAA HOME EQUITY TRUST 2004-8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAA HOME EQUITY TRUST 2004-9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAA HOME EQUITY TRUST 2004-NC1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-AHL BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-AR1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-HE1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-HE2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-NC1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-NC2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS-TRUSTEE; GSAMP TRUST 2004-0PT BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; GSAMP TRUST 2004-WF BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; HARBOR VIEW MORTGAGE LOAN

TRUST 2004-10 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-11 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN TRUST 2004-9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SPMD 2004-C BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
IMH ASSETS CORP.

COLLATERALIZED
ASSET BACKED BONDS 2004-3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
IMH ASSETS CORP.
COLLATERALIZED
ASSET BACKED BONDS 2004-4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2004-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2004-7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
IMPAC CMB TRUST SERIES 2004-10
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
IMP AC CMB TRUST SERIES 2004-5
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
IMPAC CMB TRUST SERIES 2004-8
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
IMPAC SECURED ASSETS CORP.
TRUST 2004-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMPAC SECURED ASSETS CORP.
TRUST 2004-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMP AC SECURED ASSETS CORP.
TRUST 2004-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC ABS INC. HOME EQ
MORT. LOAN TRUST SPMD 2004-A

BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC ABS INC. HOME EQ
MORT. LOAN TRUST SPMD 2004-B
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC HOME EQUITY LOAN
TRUST 2004-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-ARl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-ARl0 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-ARll BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR12 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR13 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR14 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-ARlS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2004-AR2 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC MBS, INC. RESIDENTIAL ASSET SECURITIZATION TRUST 2004-AI0 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC MBS, INC. RESIDENTIAL ASSET SECURITIZATION TRUST 2004 A2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC MBS, INC. RESIDENTIAL

1  ASSET SECURITIZATION TRUST
2  2004-A7 BY DEUTSCHE BANK
   NATIONAL TRUST COMPANY AS
3  TRUSTEE;
4  INDYMAC MBS, INC. RESIDENTIAL
   ASSET SECURITIZATION TRUST 2004
5  A9 BY DEUTSCHE BANK NATIONAL
   TRUST COMPANY AS TRUSTEE;
6  INDYMAC MBS, INC. RESIDENTIAL
7  ASSET SECURITIZATION TRUST 2004
   R1 BY DEUTSCHE BANK NATIONAL
8  TRUST COMPANY AS TRUSTEE;
9  INDYMAC RESIDENTIAL ASSET
   SECURITIZATION TRUST 2004-A4 BY
10 DEUTSCHE BANK NATIONAL TRUST
11 COMPANY AS TRUSTEE;
   INDYMAC RESIDENTIAL ASSET
12 SECURITIZATION TRUST 2004-AS BY
13 DEUTSCHE BANK NATIONAL TRUST
   COMPANY AS TRUSTEE;
14 INDYMAC RESIDENTIAL ASSET
15 SECURITIZATION TRUST 2004-A6 BY
   DEUTSCHE BANK NATIONAL TRUST
16 COMPANY AS TRUSTEE;
17 INDYMAC RESIDENTIAL ASSET
   SECURITIZATION TRUST 2004-A7 BY
18 DEUTSCHE BANK NATIONAL TRUST
19 COMPANY AS TRUSTEE;
   INDYMAC RESIDENTIAL ASSET
20 SECURITIZATION TRUST 2004-A8 BY
21 DEUTSCHE BANK NATIONAL TRUST
   COMPANY AS TRUSTEE;
22 INDYMAC RESIDENTIAL ASSET
23 SECURITIZATION TRUST 2004-A9 BY
   DEUTSCHE BANK NATIONAL TRUST
24 COMPANY AS TRUSTEE;
25 INDYMAC RESIDENTIAL ASSET
   SECURITIZATION TRUST 2004-LHl
26 BY DEUTSCHE BANK NATIONAL
27 TRUST

28

COMPANY AS TRUSTEE;
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-R2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
LEHMANABS CORP. INDYMAC
HOME EQUITY LOAN TRUST 2004-1
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
LEHMAN HOME EQUITY LOAN
TRUSTS 2004-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2004-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2004-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2004-4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2004-5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2004-6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH SECURITIES CORP.
ASSET-BACKED CERTS. 2004-1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
LONG BEACH SECURITIES CORP.
ASSET-BACKED CERTS. 2004-A BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
MERIT AGE MORTGAGE LOAN
TRUST 2004-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MERIT AGE MORTGAGE LOAN
TRUST 2004-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-HEl BY
DEVTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-HE2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-MKBl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-0PTl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-SLl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-SL2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC3 BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMC4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY ABS CAP. I INC.
IXIS MORTGAGE CAP. TRUST 2004-
HE4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. CDC MORT. CAP TRUST 2004-
HE1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. CDC MORT. CAP TRUST 2004-
HE2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. CDC MORT. CAP TRUST 2004-
HE3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY

AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HES BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE8 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-HE9 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NCS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY

AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NC7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-NCS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-SD1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-SD2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-WMC1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-WMC2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2004-WMC3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-11AR BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;.
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-SAR BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-6AR BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-7 AR BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-8AR BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-9 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN RUST 2004-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2004-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2004-3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY

AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2004-4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2004-A BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QA1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QA2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ALI 2004 QA3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QA4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QA5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QA6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QR1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS 1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS 11 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QS 12 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QS13 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QS14 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QS15 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QS2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS7 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS8 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS9 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2004 QS 10 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RAMP 2004 SL1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RAMP 2004 SL2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS

TRUSTEE;
RAMP 2004-SL3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RAMP 2004-SL4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-AlS
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2004-A3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
SAXON ASSET SECURITIES TRUST
2004-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SAXON ASSET SECURITIES TRUST
2004-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SAXON ASSET SECURITIES TRUST
2004-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-NC1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-NC2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
SECURITIZED ASSET-BACKED

RECEIVABLES TRUST 2004-NC3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2004-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2004-WMC1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENT THORNBURG SEC
TRUST 2004-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2004-1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2004-2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2004-3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST-2004-4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR10 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR12 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR13 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR5 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR7 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2004-AR8 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AAMES MORTGAGE INVESTMENT
TRUST 2005-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;

AAMES MORTGAGE INVESTMENT
TRUST 2005-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
AAMES MORTGAGE INVESTMENT
TRUST 2005-4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2005-AQl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES,
SERIES 2005-WFl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2005-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2005-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2005-4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2005-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2005-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-1 BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES INC. 2005-R7 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES INC. 2005-R8 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES INC. 2005-R9 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2005-Rl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2005-R3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2005-R5 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2005-R6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES, INC. 2005-Rl 0 BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES, INC. 2005-Rll BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2005-Wl
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2005-W2
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2005-W3
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2005-W4
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2005-W5
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES (AMERIQUEST),
SERIES 2005-R2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES (AMERIQUEST),
SERIES 2005-R4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2005-FREl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2005-NCl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2005-NC2 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY AS TRUSTEE;

CARRINGTON MORTGAGE LOAN TRUST 2005-NC3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

CARRINGTON MORTGAGE LOAN TRUST 2005-NC4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

CARRINGTON MORTGAGE LOAN TRUST 2005-NC5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

CARRINGTON MORTGAGE LOAN TRUST 2005-0PT2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2005-0PTl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

CITIGROUP MORTGAGE LOAN TRUST 2005-0PT3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

DSLA MORTGAGE LOAN TRUST 2005-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

DSLA MORTGAGE LOAN TRUST 2005-AR3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

DSLA MORTGAGE LOAN TRUST 2005-AR4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

DSLA MORTGAGE LOAN TRUST 2005- AR5 BY DEUTSCHE BANK

NATIONAL TRUST COMPANY AS TRUSTEE;

DSLA MORTGAGE LOAN TRUST 2005-AR6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

EQUIFIRST MORTGAGE LOAN TRUST 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FF11 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FF2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FF4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FF8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FFA BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FFH3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FFMLT TRUST 2005-FFH4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FREMONT HOME LOAN TRUST 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

FREMONT HOME LOAN TRUST 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

GMACM MORTGAGE LOAN TRUST 2005-AF1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS

TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-AF2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-AR3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-AR4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-AR5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-AR6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-J1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2005-HE1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2005-HE4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2005-HY1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-1
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;

GSAA HOME EQUITY TRUST 2005-10 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005 MTR1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-AHL BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-HE2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-HE3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-HE4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-HE5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-S1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-S2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2005-WMC1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

GSAMP TRUST 2005-WMC2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2005-WMC3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSR TRUST 2005-HELl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-11 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-13 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-15 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-7 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
HARBOR VIEW MORTGAGE LOAN
TRUST 2005-9 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS

TRUSTEE;
HOME EQUITY MORTGAGE LOAN
TRUST INABS (CSFB) 2005-A BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
HOME EQUITY MORTGAGE LOAN
TRUST INABS (CSFB) 2005-C BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
HOME EQUITY MORTGAGE LOAN
TRUST INABS (CSFB) 2005-D BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
HSI ASSET SECURITIZATION CORP.
TRUST 2005-Il BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMH ASSETS CORP. IMPAC CMB
TRUST SERIES 2005-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-4
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-5
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-7
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-8
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC HOME EQUITY MORT.
LOAN ASSET-BACKED TRUST
SERIES INABS 2005-B BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDB MORTGAGE LOAN
TRUST 2005-1 BY DEUTSCHE BANK

NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR10 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR11 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR13 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR15 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR16IP BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR18 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR19 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR21 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR23 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR25 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR27 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR29 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR31 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR33 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR35 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR5 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR? BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR8 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR9 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST
2005-A1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST
2005-A10 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;

INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST
2005-A11CB BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST
2005-A3 BY DEUTSCHE BANK
NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST
2005-A6CB BY DEUTSCHE BANK
NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC MBS, INC. RESIDENTIAL
ASSET SECURITIZATION TRUST
2005-A7 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A12
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A13
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A14
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A15
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC RESIDENTIAL ASSET
SECURITIZATION TRUST 2005-A16
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL MORTGAGE BACKED TRUST 2005-L1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL MORTGAGE BACKED TRUST 2005-L2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL MORTGAGEBACKED TRUST 2005-L3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

IXIS REAL ESTATE CAPITAL TRUST 2005-HE1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

LONG BEACH MORTGAGE LOAN TRUST 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

LONG BEACH MORTGAGE LOAN TRUST 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

LONG BEACH MORTGAGE LOAN TRUST 2005-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

LONG BEACH MORTGAGE LOAN TRUST 2005-WLl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

LONG BEACH MORTGAGE LOAN TRUST 2005-WL3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERIT AGE MORTGAGE LOAN TRUSTS 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERIT AGE MORTGAGE LOAN TRUSTS 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERIT AGE MORTGAGE LOAN TRUSTS 2005-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-ARl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-NCl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-NCA BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-SLl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2005-SL2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY ABS CAP. I INC.
IXIS MORTGAGE CAP. TRUST 2005-
HE3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MORGAN STANLEY ABS CAP. I INC.
IXIS MORTGAGE CAP. TRUST 2005-
HE4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-HE1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-HE2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-HE3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST2005-HE6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-HE7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-NC1 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-NC2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2005-WMC1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2005-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2005-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2005-3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2005-4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2005-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2005-10 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2005-11AR BY
DEUTSCHE BANK NATIONAL.TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE
LOAN TRUST 2005-2AR BY

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE LOAN TRUST 2005-3AR BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE LOAN TRUST 2005-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE LOAN TRUST 2005-6AR BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE LOAN TRUST 2005-7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY MORTGAGE LOAN TRUST 2005-9AR BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
NEW CENTURY HOME EQUITY LOAN TRUST 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
NEW CENTURY HOME EQUITY LOAN TRUST 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
NEW CENTURY HOME EQUITY LOAN TRUST 2005-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
NEW CENTURY HOME EQUITY LOAN TRUST 2005-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
NEW CENTURY HOME EQUITY LOAN TRUST 2005-A BY DEUTSCHE

BANK NATIONAL TRUST COMPANY AS TRUSTEE;

NEW CENTURY HOME EQUITY LOAN TRUST 2005-B BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

NEW CENTURY HOME EQUITY LOAN TRUST 2005-C BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

NEW CENTURY HOME EQUITY LOAN TRUST 2005-D BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RAMP 2005 SLl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RAMP 2005 SL2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A15 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A16 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RESIDENTIAL ASSET SECURITIZATION TRUST 2005-ABCB BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SAXON ASSET SECURITIES TRUST 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SAXON ASSET SECURITIES TRUST 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SAXON ASSET SECURITIES TRUST 2005-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SAXON ASSET SECURITIES TRUST 2005-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2005-FRS BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUND VIEW HOME LOAN TRUST 2005-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUNDVIEW HOME LOAN TRUST 2005-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUND VIEW HOME LOAN TRUST 2005-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUND VIEW HOME LOAN TRUST 2005-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUNDVIEW HOME LOAN TRl)ST 2005-A BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUNDVIEW HOME LOAN TRUST 2005-B BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUNDVIEW HOME LOAN TRUST 2005-D0-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

SOUNDVIEW HOME LOAN TRUST
2005-0PT1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2005-0PT2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2005-0PT3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2005-0PT4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2005-1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR10 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR11 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR13 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR16 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR18 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR8 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR9 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AAMES MORTGAGE INVESTMENT
TRUST 2006-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2006-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2006-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2006-GP1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AEGIS ASSET-BACKED SECURITIES
TRUST 2006-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-5 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2006-M3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERIQUEST MORTGAGE
SECURITIES TRUST 2006-R1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;

AMERIQUEST MORTGAGE
SECURITIES TRUST 2006-R2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
ARGENT SECURITIES INC. 2006-W1
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES INC. 2006-W2
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES INC. 2006-W3
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES TRUST 2006-Ml
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES TRUST 2006-
M2 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2006-W4
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
ARGENT SECURITIES, INC. 2006-WS
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
BCAP, LLC TRUST 2006-AA2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
DSLA MORTGAGE LOAN TRUST
2006-14 AR1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
DSLA MORTGAGE LOAN TRUST
2006-AR2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
FFMLT TRUST 2006-FFl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLTTRUST2006-FF11 BY

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF13 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF16 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FFS BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF7 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF8 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FFMLT TRUST 2006-FF9 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-
1 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-
2 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
FREMONT HOME LOAN TRUST 2006-
3 BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GREENPOINT MORTGAGE FUNDING
TRUST 2006-0H1 BY DEUTSCHE

BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-10
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-11
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-13
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-14
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-15
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-16
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA BOME EQUITY TRUST 2006-17
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-18
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-19
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-2
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-20
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-4
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-5
BY DEUTSCHE BANK NATIONAL

TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2006-8
BY DEUTSCHE NATIONAL
TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2006-FM1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-FM2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-FM3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-HE1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-NC2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-S1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-S2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-S3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-S4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-SS BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-S6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
GSAMP TRUST 2006-SEA1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2006-11 OA1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-13 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-14 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW TRUST 2006-BUl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBORVIEW TRUST 2006-SBl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HOME EQUITY MORTGAGE LOAN TRUST INABS (CSFB) 2006-A BY DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;

HOME EQUITY MORTGAGE LOAN TRUST INDS (CSFB) 2006-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET LOAN OBLIGATION TRUST 2006-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS

HSI ASSET SECURITIZATION TRUST 2006-HEl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-HE2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-NCl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-0PTl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-0PT2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-0PT3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-0PT4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION TRUST 2006-WMCl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

IMPAC SECURED ASSETS CORP.
TRUST 2006-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMPAC SECURED ASSETS CORP.
TRUST 2006-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMPAC SECURED ASSETS CORP.
TRUST 2006-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMPAC SECURED ASSETS CORP.
TRUST 2006-4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
IMPAC SECURED ASSETS CORP.
TRUST 2006-5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC HOME EQUITY MORT.
LOAN ASSET-BACKED TRUST
SERIES INABS 2006-D BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC HOME EQUITY MORT.
LOAN ASSET-BACKED TRUST
SERIES INDS 2006-2B BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC HOME EQUITY MORT.
LOAN ASSET-BACKED TRUST,
SERIES INABS 2006-B BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC HOME EQUITY MORT.
LOAN ASSET-BACKED TRUST,
SERIES INABS 2006-C BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-Hl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC INDA MORTGAGE LOAN TRUST 2006-ARl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY

AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-ARll BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-ARlS BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25 BY DEUTSCHE BANK NATIONAL TRUST COMPANY

AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR27 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR29 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR31 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR33 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR35 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR37 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2Q06-AR39 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR41 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY

AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-ARS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR8 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR9 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-FLXl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-Rl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC RESIDENTIAL
MORTGAGEBACKED TRUST 2006-Ll
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
INDYMAC RESIDENTIAL
MORTGAGE-14 BACKED TRUST
2006-L2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
INDYMAC RESIDENTIAL
MORTGAGE-16

BACKED TRUST 2006-L3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC RESIDENTIAL MORTGAGEBACKED TRUST 2006-L4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; J.P. MORGAN MORTGAGE TRUST 2006-21 A2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; J.P. MORGAN MORTGAGE TRUST 2006-23 A3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN TRUST 2006-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN TRUST 2006-10 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN TRUST 2006-11 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN TRUST 2006-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN TRUST 2006-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN TRUST 2006-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; LONG BEACH MORTGAGE LOAN

TRUST 2006-5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-7 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-8 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-9 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-A BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-WL1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-WL2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
LONG BEACH MORTGAGE LOAN
TRUST 2006-WL3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAP. I INC.
IXIS REAL ESTATE CAP.  TRUST
2006-7
HE1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS

TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-HE4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-HES BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-HE6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-HE7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-HE8 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-NC3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-NC4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-NCS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-WMC1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY
AS TRUSTEE;
MORGAN STANLEY ABS CAPITAL 1,
INC. TRUST 2006-WMC2 BY

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2006-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2006-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY HOME EQUITY
LOAN TRUST 2006-3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
MORGAN STANLEY IXIS REAL
ESTATE CAPITAL TRUST 2006-HE2
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY IXIS REAL
ESTATE CAPITAL TRUST 2006-HE3
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
MORGAN STANLEY IXIS REAL
ESTATE CAPITAL TRUST 2006-HE4
BY DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE;
MORTGAGEIT 2006-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2006-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2006-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2006-ALT1 BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
NEW CENTURY HOME EQUITY
LOAN TRUST 2006-S 1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2006-4 BY DEUTSCHE BANI(
NATIONAL TRUST COMPANY AS
TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2006-5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2006-6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006 QAl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006 QAlO BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2006 QAll BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006 QA2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006 QA3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006 QA4 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006 QA5 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006QA6 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS

TRUSTEE;
RALI 2006QA7 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006QA8 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006QA9 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006QH1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q01 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q010 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q03 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q04 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q05 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q06 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q07 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q08 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
RALI 2006Q09 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;

RALI 2006QS1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS 10 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS11 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS12 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS13 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS14 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS15 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS16 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS17 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS18 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

RALI 2006QS5 BY DEUTSCHE BANK ·

NATIONAL TRUST COMPANY AS TRUSTEE;
RALI 2006QS6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RALI 2006QS7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RALI 2006QS8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RALI 2006QS9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-Al BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-AlO BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-All BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-AlS

BY DEUTSCHE BANI( NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-Al6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4IP BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-ASCB BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB

FOURTH AMENDED COMPLAINT
*UNITED STATES, ex rel. SERVE ALL HELP ALL, INC., et al. v. ACE SECURITIES CORP. et al.*
225

BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-Rl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SAXON ASSET SECURITIES TRUST (SAST) 2006-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SAXON ASSET SECURITIES TRUST 2006-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SAXON ASSET SECURITIES TRUST 2006-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-FR4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-HE2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; SOUNDVIEW HOME LOAN TRUST 2006-1 BY DEUTSCHE BANK

NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-A BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-EQl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2006-EQ2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-NLCl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-0PTl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-0PT2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-0PT3 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-0PT4 BY DEUTSCHE BANK

NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2006-0PTS BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2006-WFl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2006-WF2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-ARl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-ARlO BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR4 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-ARS BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-AR9 BY

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-5 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-6 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2007-1 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2007-2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
DSLA2007-AR1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
FFMLT 2007-FFB-SS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;

GSAA HOME EQUITY TRUST 2007-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAA HOME EQUITY TRUST 2007-S 1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2007-FM1BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2007-FM2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSAMP TRUST 2007-HSBC1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-AR1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-20 HEL1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2007-OA1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2007-OA2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW 2007-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW 2007-4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW 2007-5 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBOR VIEW 2007-6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HARBORVIEW 2007-7 BY DEUTSCHE BANI( NATIONAL TRUST COMPANY AS TRUSTEE;

HOME EQUITY ASSET TRUST 2007-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INABS 2007-A BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INABS 2007-B BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2007-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2007-2 BY DEUTSCHE BANK

NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET LOAN OBLIGATION TRUST 2007-1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET LOAN OBLIGATION TRUST 2007-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET LOAN OBLIGATION TRUST 2007-AR1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET LOAN OBLIGATION TRUST 2007-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET LOAN OBLIGATION TRUST 2007-WFl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION CORP. TRUST 2007-HEl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION CORP. TRUST 2007-NCl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION CORP. TRUST 2007-0PTl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

HSI ASSET SECURITIZATION CORP. TRUST 2007-WFl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

IMPAC SECURED ASSETS CORP. MORT. PASS-THROUGH CERTS. 2007-

1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; IMPAC SECURED ASSETS CORP. MORT. PASS-THROUGH CERTS. 2007-2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; IMPAC SECURED ASSETS CORP. MORT. PASS-THROUGH CERTS. 2007-3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, 2007-H1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMJA MORTGAGE LOAN TRUST 2007-Al BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMSC MORTGAGE LOAN TRUST 2007-ARl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMSC MORTGAGE LOAN

TRUST 2007-Fl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOAl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN TRUST 2007-ARl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN TRUST 2007-ARS BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDA MORTGAGE LOAN

TRUST 2007-AR7 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDA MORTGAGE LOAN
TRUST 2007-AR8 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDA MORTGAGE LOAN
TRUST 2007-AR9 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-ARl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-ARll BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-AR13 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-ARlS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-AR17 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-AR19 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN
TRUST 2007-AR21P BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
INDYMAC INDX MORTGAGE LOAN

TRUST 2007-ARS BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLXl BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLXS BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

INDYMAC RESIDENTIAL MORTGAGE BACKED TRUST, SERIES 2007-L1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CHS BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-HE1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2007-MLN1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MORGAN STANLEY ABS CAP. 1, INC. IXIS REAL ESTATE CAPITAL TRUST 2007-HE1 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE2 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE3 BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-:-HES BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE;

MORGAN STANLEY ABS CAP. 1, INC. TRUST 2007-HE7 BY DEUTSCHE BANK NATIONAL TRUST COMPANY

1  AS TRUSTEE;
2  MORGAN STANLEY ABS CAP. 1, INC
   TRUST 2007-NC1 BY DEUTSCHE
3  BANK NATIONAL TRUST COMPANY
   AS TRUSTEE;
4  MORGAN STANLEY ABS CAP. 1, INC.
5  TRUST 2007-NC2 BY DEUTSCHE
   BANK NATIONAL TRUST COMPANY
6  AS TRUSTEE;
7  MORGAN STANLEY ABS CAP. 1, INC.
   TRUST 2007-NC3 BY DEUTSCHE
8  BANK NATIONAL TRUST COMPANY
9  AS TRUSTEE;
   MORGAN STANLEY ABS CAP. 1, INC.
10 TRUST 2007-NC4 BY DEUTSCHE
11 BANK NATIONAL TRUST COMPANY
   AS TRUSTEE;
12 MORGAN STANLEY ABS CAPITAL 1
13 INC TRUST 2007-HE1 BY DEUTSCHE
   BANK NATIONAL TRUST COMPANY
14 AS TRUSTEE;
15 MORGAN STANLEY HOME EQUITY
   LOAN TRUST 2007-1 BY DEUTSCHE
16 BANK NATIONAL TRUST COMPANY
17 AS TRUSTEE;
   MORGAN STANLEY HOME EQUITY
18 LOAN TRUST 2007-2 BY DEUTSCHE
19 BANK NATIONAL TRUST COMPANY
   AS TRUSTEE;
20 MORGAN STANLEY HOME EQUITY
21 LOAN TRVST 2007-3 BY DEUTSCHE
   BANK NATIONAL TRUST COMPANY
22 AS TRUSTEE;
23 MORGAN STANLEY STRUCTURED
   TRUST 12007-1 BYDEUTSCHEBANK
24 NATIONAL TRUST COMPANY AS
25 TRUSTEE;
   NOVASTAR MORTGAGE FUNDING
26 TRUST 2007-1 BY DEUTSCHE BANK
27 NATIONAL TRUST COMPANY AS
28

TRUSTEE;
NOVASTAR MORTGAGE FUNDING
TRUST 2007-2 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
POPULAR ABS MORTGAGE PASS-28
THROUGH TRUST 2007-A BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-Al BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A2 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A3 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-AS BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A6 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A7 BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-AS BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A9 BY
DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE;
RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-Rl BY
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE;
SAXON ASSET SECURITIES TRUST
2007-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BRl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR3 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BR4 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-BRS BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-HEl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED

RECEIVABLES SECURITIZED LLC
TRUST 2007-NCl BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES SECURITIZED LLC
TRUST 2007-NC2 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2007-1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2007-NSl BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2007-WMC1 BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE;
WAMU ASSET-BACKED CERTS.
SERIES 2007-HE1 BY DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE;
RALI 2004 QA1 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QA2 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QA3 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QA4 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QAS BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QA6 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QR1 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS 1 BY HSBC BANK USA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AS TRUSTEE;
RALI 2004 QS 11 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS12 BY HSBC BANK USA
AS TRUSTEE;
 RALI 2004 QS13 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS14 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS15 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS2 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS3 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS4 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QSS BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS6 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS7 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS8 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004 QS9 BY HSBC BANK USA
AS TRUSTEE;
RALI 2004QS 10 BY HSBC BANK USA
AS TRUSTEE;
RAMP 2004 SL1 BY HSBC BANK USA
AS TRUSTEE;
RAMP 2004 SL2 BY HSBC BANK USA
AS TRUSTEE;
RAMP 2004-SL3 BY HSBC BANK USA
AS TRUSTEE;
RAMP 2004-SL4 BY HSBC BANK USA
AS TRUSTEE;
SAXON ASSET SECURITIES TRUST
2004-1 BY HSBC BANK USA AS
TRUSTEE;

SAXON ASSET SECURITIES TRUST 2004-2 BY HSBC BANK USA AS TRUSTEE;
SAXON ASSET SECURITIES TRUST 2004-3 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA1 BY HSBC BANK USA AS TRUSTEE;
ALI 2005QA10 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA11 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA12 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA13 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA2 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA3 BY HSBC BANK USA AS TRUSTEE;
RALI2005QA4 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA5 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA6 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA7 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA8 BY HSBC BANK USA AS TRUSTEE;
RALI 2005QA9 BY HSBC BANK USA AS TRUSTEE;
RALI 2005Q01 BY HSBC BANK USA AS TRUSTEE;
RALI 2005Q02 BY HSBC BANK USA AS TRUSTEE;
RALI 2005Q03 BY HSBC BANK USA AS TRUSTEE;
RALI 2005Q04 BY HSBC BANK USA AS TRUSTEE;

RALI 2005Q05 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QR1 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS 1 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS10 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS 11 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS12 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS13 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS14 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS 15 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS 16 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS17 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS2 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS3 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS4 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS5 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS7 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS8 BY HSBC BANK USA AS TRUSTEE;

RALI 2005QS9 BY HSBC BANK USA AS TRUSTEE;

RALI 2006QA11 BY HSBC BANK USA AS TRUSTEE;

RALI 2006QH1 BY HSBC BANK USA AS TRUSTEE;

RALI 2006QO 1 BY HSBC BANK USA AS TRUSTEE;

RALI 2006QO 10 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q03 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q04 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q05 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q06 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q07 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q08 BY HSBC BANK USA AS TRUSTEE;

RALI 2006Q09 BY HSBC BANK USA AS TRUSTEE;

RALI 2006QS 1 BY HSBC BANK USA AS TRUSTEE;

SAXON ASSET SECURITIES TRUST (SAST) 2006-3 BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QA1 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QA2 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QA3 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QA4 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QA5 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QH1 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QH2 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QH3 TRUST BY HSBC BANK USA AS TRUSTEE;

RALI 2007 QH4 TRUST BY HSBC

BANK USA AS TRUSTEE;
RALI 2007 QH5 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QH6 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QH7 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QH8 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QH9 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 Q01 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 Q02 TRUST BY ·HSBC
BANK USA AS TRUSTEE;
RALI 2007 Q03 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 Q04 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 Q05 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS1 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS 10 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS 11 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS2 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS3 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS4 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS5 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS6 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS7 TRUST BY HSBC
BANK USA AS TRUSTEE;
RALI 2007 QS8 TRUST BY HSBC

BANK USA AS TRUSTEE;
RALI 2007 QS9 TRUST BY HSBC
BANK USA AS TRUSTEE;
RFMSI SERIES 2007-S4 TRUST BY
HSBC BANK USA AS TRUSTEE;
RFMSI SERIES 2007-SS TRUST BY
HSBC BANK USA AS TRUSTEE;
ACCREDITED MORTGAGE LOAN
TRUST 2004-2 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-FRl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-FR2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-FR3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HEl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HElO
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED

SECURITIES I TRUST 2004-HEll
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE4
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HES
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE6
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE7
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE8
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-HE9
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
LEHMAN ABS CORP. MORTGAGE

PASS-THROUGH CERTS. 2004-1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-llXS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-21XS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC. 2004-9XS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
WAMU MSC MORTGAGE
PASSTHROUGH CERTIFICATES
SERIES 2004-RA4 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
ACCREDITIED MORTGAGE LOAN
TRUST 2005-3 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR14 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-ARlS LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR17 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR19 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR3 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-ARS LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR7 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR7 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR9 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQl LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
STEARNS ASSET BACKED SECURITIES I TRUST 2005 EC-1 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005 FR-1 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005 2005-HE10 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005 –HE11
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE12
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE4
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE5
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005 HE6
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE7
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE8
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE9
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;

BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-TCl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-TC2
LASALLE BANK SUCCEEDED BY
BANI( OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HE3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
GSAMP TRUST 2005-HE6 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
LEHMAN XS TRUST 2005-2 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
SACO I TRUST 2005-6 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
SACO I TRUST 2005-9 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
SACO I TRUST 2005-WMl LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
SACO I TRUST 2005-WM2 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
SACO I TRUST 2005-WM3 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-8XS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
STRUCTURED ASSET INV LASALLE
TRUSTEE AS A TRUSTEE FOR
THORNBURG MORTGAGE

SECURITIES TRUST 2005-2
ESTMENT LOAN TRUST (SAIL) 2005-1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
STRUCTURED ASSET INVESTMENT
LOAN TRUST 2005-2 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2005-2 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2005-3 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR12 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECURITIES TRUST 2005-2 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WMALT 2005-1 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WMALT 2005-10 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WMALT 2005-11 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WMALT 2005-2 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WMALT 2005-3 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WMALT 2005-4 LASALLE BANK

SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WMALT 2005-5 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WMALT 2005-6 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WMALT 2005-7 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WMALT 2005-8 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WMALT 2005-9 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WMALT 2005-ARl LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR14 LASALLE BANK SUCCEEDED BY. BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR15 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR17 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR19 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2005-AR3 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-ARS LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR7 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2005-AR14 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-AQl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HEl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HElO
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HE2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HES
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HE6
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HE7
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;

BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-HE9
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-PC1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-EC1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-EC2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEARSTEARNSASSETBACKED
SECURITIES I TRUST 2006-SL 1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SL2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SL3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SL4
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SLS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;

BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2006-SL6
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
C-BASS 2006-CB7 TRUST LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
C-BASS 2006-CB9 TRUST LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
FFMLT TRUST 2006-FF18 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
LEHMAN XS TRUST 2006-19
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
LEHMAN XS TRUST 2006-20
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-FF1
LASALLE BANK SUCCEEDED BY
BANIK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-FM1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-MLMN1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-RM1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-RM4
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE

INVESTORS TRUST 2006-SL1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-10SL
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-11 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-12XS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-13ARX
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-14SL
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-lSXS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-16AX
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-17XS
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2006-lAR
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
MERRILL LYNCH MORTGAGE

INVESTORS TRUST 2006-2 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-3AR LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-SAR LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-6AR LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-2006-7 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-8AR LASALLE BANK SUCCEEDED BY BANI( OF AMERICA AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-9AR LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

OWNIT MORTGAGE LOAN TRUST 2006-3 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

OWNIT MORTGAGE LOAN TRUST 2006-4 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

SACO I TRUST 2006-3 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

SACO I TRUST 2006-3 LASALLE BANK SUCCEEDED BY BANK OF

AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST2006-3 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-4
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-5
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-6
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES 2006-ARll LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
THORNBURG MORTGAGE
SECCURITIES TRUST 2006-12
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
WASHINGTON MUTUAL MORT.
PASSTHROUGH CERTS, WMALT
TRUST 2006-8 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL MORT.
PASS-9  THROUGH CERTS, WMALT

TRUST 2006-9 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASSTHROUGTH CERTS, WMALT
TRUST 2006-ARl LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASS-14 THROUGH CERTS, WMALT
TRUST 2006-ARlO LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASS-17 THROUGH CERTS, WMALT
TRUST 2006-AR2 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASSTHROUGTH CERTS, WMALT
TRUST 2006-AR3 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASS-22 THROUGH CERTS, WMALT
TRUST 2006-AR4 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASS-24 THROUGH CERTS, WMALT
TRUST 2006-ARS LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASSTHROUGTH CERTS, WMALT
TRUST 2006-AR6 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;

WASHINGTON MUTUAL MORT.
PASS-2 THROUGH CERTS, WMALT

TRUST 2006-AR7 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL MORT.
PASS-4 THROUGH CERTS, WMALT
TRUST 2006-AR8 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL MORT.
PASSTHROUGH CERTS, WMALT
TRUST 2006-AR9 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WELLS FARGO HOME EQUITY
ASSET SECURITIES CORP. TRUST
2006-2 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST
2006-12  HEI LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST
2006-HE2 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST
2006-17 HE3 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST
2006-HE4 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST

2006-22 HE5 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-1 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-2 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-3 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-4 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-5 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-6 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WASHINGTON MUTUAL ASSET BACKED CERTS, WMABS TRUST 2006-7 LASALLE BANK SUCCEEDED BY BANK OF AMERICA AS TRUSTEE;

WAMU MORTGAGE PASS-THROUGH CERTIFICATES 2006-AR13 LASALLE

BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR14 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR15 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR16 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR17 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR18 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR19 LASALLE BANK. SUCCEEDED
BY BANI( OF AMERICA AS TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR5 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR6 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS

TRUSTEE;
WASHINGTON MUTUAL ASSET
BACKED CERTS, WMABS TRUST -
AR7 LASALLE BANK SUCCEEDED
BY BANK OF AMERICA AS
TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-AQl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-AQ2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-FSil
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HEl
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE3
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE4
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HES
LASALLE BANK SUCCEEDED B,Y
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE6

LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE7
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-AQ2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007 -SL 1
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-SL2
LASALLE BANK SUCCEEDED BY
BANK OF AMERICA AS TRUSTEE;
C-BASS MORTGAGE LOAN
ASSETBACKED CERTS. 2007-CB4
LASALLE BANK SUCCEEDED BY.
BANK OF AMERICA AS TRUSTEE;
C-BASS MORTGAGE LOAN TRUST
2007-CB4 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-19
BACKED 2007-CB2 LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
C-BASS MORTGAGE LOAN ASSET-21
BACKED 2007-CBS LASALLE BANK
SUCCEEDED BY BANK OF AMERICA
AS TRUSTEE;
C-BASS MORTGAGE LOAN
ASSETBACKED 2007-CB7 LASALLE
BANK SUCCEEDED BY BANK OF
AMERICA AS TRUSTEE;
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FFl BY LASALLE BANK

AS TRUSTEE;
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FF2 BY LASALLE BANK
AS TRUSTEE;
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FF A BY LASALLE BANK
AS TRUSTEE;
FIRST FRANKLIN MORTGAGE LOAN
TRUST 2007-FFC BY LASALLE BANK
AS TRUSTEE;
GSAMP TRUST 2007-H1 BY LASALLE
BANK AS TRUSTEE;
GSAMP TRUST 2007-HE1 BY
LASALLE BANK AS TRUSTEE;
GSAMP TRUST 2007-HE2 BY
LASALLE BANK AS TRUSTEE;
GSAMP TRUST 2007-NC1 BY
LASALLE BANK AS TRUSTEE;
HOME EQUITY LOAN TRUST 2007-11
HAS-1 BY LASALLE BANK AS
TRUSTEE;
HOME EQUITY LOAN TRUST 2007-
HAS-2 BY LASALLE BANK AS
TRUSTEE;
HOME EQUITY LOAN TRUST 2007-
HAS-3 BY LASALLE BANK AS
TRUSTEE;
LEHMAN XS TRUST 2007-1 BY
LASALLE BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-10H BY
LASALLE BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-14H BY
LASALLE BANK AS TRUSTEE;
MORGAN STANLEY ABS CAP. 1, INC.
TRUST 2007-HQ12 BY LASALLE
BANK AS TRUSTEE;
MORGAN STANLEY CAPITAL 1
TRUST 2007-IQ16 BY LASALLE BANK
AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE

LOAN TRUST 2007-12 BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-13 BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-14AR BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007 -15AR BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-lXS BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-13 BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007 -2AX BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-3XS BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-4SL BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-SAX BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-7 AX BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-SXS BY LASALLE BANK AS TRUSTEE;
MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-9SL BY LASALLE BANK AS TRUSTEE;
RAAC SERIES 2007-SPl TRUST BY LASALLE BANK AS TRUSTEE;

RAAC SERIES 2007-SP2 TRUST BY
LASALLE BANK AS TRUSTEE;
RAAC SERIES 2007-SP3 TRUST BY
LASALLE BANK AS TRUSTEE;
RAMP 2007 RS1 TRUST BY LASALLE
BANK AS TRUSTEE;
RAMP 2007 RS2 TRUST BY LASALLE
BANK AS TRUSTEE;
RAMP 2007 RZ1 TRUST BY LASALLE
BANK AS TRUSTEE;
RASC 2007 KS4 TRUST BY LASALLE
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS 2007-SDl BY LASALLE
BANK AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES 2007-HE3
BY LASALLE BANK AS TRUSTEE;
MERRILL LYNCH ALTERNATIVE
NOTE ASSET TRUST 2007-0RA5 BY
LASALLE BANK AS TRUSTEE;
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-2 BY
LASALLE BANK AS TRUSTEE;
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-3 BY
LASALLE BANK AS TRUSTEE;
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-4 BY
LASALLE BANK AS TRUSTEE;
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-5 BY
LASALLE BANK AS TRUSTEE;
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-A BY
LASALLE BANK AS TRUSTEE;
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-Hl
BY LASALLE BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-5H BY

LASALLE BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-6 BY
LASALLE BANK AS TRUSTEE;
LEHMAN XS TRUST 2007-9 BY
LASALLE BANK AS TRUSTEE;
AEGIS ASSET-BACKED SECURITIES
TRUST 2004-2 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
AEGIS ASSET-BACKED SECURITIES
TRUST 2004-5 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
AEGIS ASSET-BACKED SECURITIES
TRUST 2004-6 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2004-1 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSAMP TRUST 2004-SD1 BY
WACHOVIA BANK SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
GSAMP TRUST 2004-SEA1 BY
WACHOVIA BANK. SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-
7 OF BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-
11 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-
11 13F BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2004-

15F BY WACHOVIA BANK. SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2004-4 BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2004-6F BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2004-8F BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

GSR MORTGAGE LOAN TRUST 2004-9 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

AEGIS ASSET-BACKED SECURITIES TRUST 2005-1 BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

AEGIS ASSET-BACKED SECURITIES TRUST 2005-2 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

AEGIS ASSET-BACKED SECURITIES TRUST 2005-3 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

AEGIS ASSET-BACKED SECURITIES TRUST 2005-4 BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

AEGIS ASSET-BACKED SECURITIES TRUST 2005-5 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE;

BANC OF AMERICA FUNDING 2005-A

TRUST BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2005-D
TRUST BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2005-E
TRUST BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2005-F
TRUST BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING 2005-H
TRUST BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2005-1 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2005-2 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2005-3 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2005-4 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP.
TRUST 2005-5 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP

TRUST 2005-6 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP
TRUST 2005-7 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BANC OF AMERICA FUNDING CORP
TRUST 2005-8 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH 2005-B BY
WACHOVIA BANK SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH 2005-C BY
WACHOVIA BANK SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
BAYVIEW FINANCIAL MORTGAGE
PASS-THROUGH 2005-D BY
WACHOVIA BANK SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE
CHASEFLEX TRUST 2005-Al BY
WACHOVIA BANK SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST
2005-A2 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST
2005-S 1 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST
2005-S2 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
CHASE MORTGAGE FINANCE TRUST

2005-S3 BY W ACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
CHASEFLEX 2005-2 BY WACHOVIA
BANK SUCCEEDED BY WELLS
FARGO BANK AS TRUSTEE;
GSAA HOME EQUITY TRUST 2005-11
BY W ACHOVIA BANK SUCCEEDED
BY WELLS FARGO BANK AS
TRUSTEE;
GSAA HOME EQUITY TRUST 2005-14
BY W ACHOVIA BANK SUCCEEDED
BY WELLS FARGO BANK AS
TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
1F BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
2F BY W ACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
3F BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
4F BY W ACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
5F BY W ACHOVIA BANK
SUCCEEDED BY
WELLS FARGO BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
6F BY W ACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
7F BY W ACHOVIA BANK

SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
GSR MORTGAGE LOAN TRUST 2005-
8F BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN ALT LOAN TRUST
2005-A2 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN ALT LOAN TRUST
2005-S1 BY W ACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN ALT LOAN TRUST
2005-S3 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2005-A1 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2005-A2 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2005-A3 BY W ACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2005-A4 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2005-A5 BY WACHOVIA BANK
SUCCEEDED BY WELLS FARGO
BANK AS TRUSTEE;
J.P. MORGAN MORTGAGE TRUST
2005-A6 BY WACHOVIA BANK

SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; J.P. MORGAN MORTGAGE TRUST 2005-A7 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; J.P. MORGAN MORTGAGE TRUST 2005-A8 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; J.P. MORGAN MORTGAGE TRUST 2005-S2 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; J.P. M-ORGAN MORTGAGE TRUST 2005-S3 BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-A3 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK. AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-A4 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-AS BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-A6 BY W ACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-A7 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-A8 BY

WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-A9 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; SUNTRUST ALTERNATIVE LOAN TRUST 2005-1F BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; J.P. MORGAN MORTGAGE TRUST 2006-S 1 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; ABFC ASSET-BACKED ERTIFICATES, SERIES 2004-0PT1 BY WACHOVIA BANK SUCCEEDED BY WELLS FARGO BANK AS TRUSTEE; ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-0PT2 BY WELLS FARGO AS TRUSTEE; ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-0PT3 BY WELLS FARGO AS TRUSTEE; ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-0PT4 BY WELLS FARGO AS TRUSTEE; ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-0PTS BY WELLS FARGO AS TRUSTEE; AEGIS ASSET-BACKED SECURITIES TRUST 2004-1 BY WELLS FARGO AS TRUSTEE; AEGIS ASSET-BACKED SECURITIES TRUST 2004-3 BY WELLS FARGO AS TRUSTEE; AEGIS ASSET-BACKED SECURITIES TRUST 2004-4 BY WELLS FARGO AS TRUSTEE;

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-1 BY WELLS FARGO AS TRUSTEE; AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-2 BY WELLS FARGO AS TRUSTEE; ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE2 BY WELLS FARGO AS TRUSTEE; ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE3 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-10 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-11 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-12 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-4 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA-ALTERNATIVE LOAN TRUST 2004-5 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-6 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-7 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-8 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-9 BY WELLS FARGO AS TRUSTEE; BANC OF AMERICA FUNDING CORP.

TRUST 2004-3 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. ALTERNATIVE LOAN TRUST 2004-2 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. MORT. PASS-THROUGH CERTS. SERIES 2004-A BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-1 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-10 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-11 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-2 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-3 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-4 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA lv10RT. SEC. INC. PASS THROUGH CERT. SERIES 2004-5 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-6 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-7 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC. PASS THROUGH CERT. SERIES 2004-8 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.

PASS THROUGH CERT. SERIES 2004-9
BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
B BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
C BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
D BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
E BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
H BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-I
BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-J
BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
K BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA MORT. SEC. INC.
PASS THROUGH CERT. SERIES 2004-
L BY WELLS FARGO AS TRUSTEE;
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-BOl BY
WELLS FARGO AS TRUSTEE;
FFMLT TRUST 2004-FFll BY WELLS
FARGO AS TRUSTEE;
FFMLT TRUST 2004-FF2 BY WELLS
FARGO AS TRUSTEE;
FFMLT TRUST 2004-FF4 BY WELLS
FARGO AS TRUSTEE;
FFMLT TRUST 2004-FFS BY WELLS
FARGO AS TRUSTEE;

FFMLT TRUST 2004-FF6 BY WELLS FARGO AS TRUSTEE;

FFMLT TRUST 2004-FF7 BY WELLS FARGO AS TRUSTEE;

FFMLT TRUST 2004-FF8 BY WELLS FARGO AS TRUSTEE;

FFMLT TRUST 2004-FFH2 BY WELLS FARGO AS TRUSTEE;

FFMLT TRUST 2004-FFH3 BY WELLS FARGO AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2004-HEl BY WELLS FARGO AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2004-HE3 BY WELLS FARGO AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2004-HE4 BY WELLS FARGO AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2004-HES BY WELLS FARGO AS TRUSTEE;

HOME EQUITY LOAN ASSET-BACKED NOTES, (LEHMAN ABS CORP.) SERIES 2004-2 BY WELLS FARGO AS TRUSTEE;

IMH ASSETS CORP. IMPAC CMB TRUST SERIES 2004-11 BY WELLS FARGO AS TRUSTEE;

IMH ASSETS CORP. IMPAC CMB TRUST SERIES 2004-9 BY WELLS FARGO AS TRUSTEE;

IMP AC CMB TRUST SERIES 2004-2 BY WELLS FARGO AS TRUSTEE;

IMP AC CMB TRUST SERIES 2004-6 BY WELLS FARGO AS TRUSTEE;

IMPAC SECURED ASSETS CORP. TRUST 2004-4 BY WELLS FARGO AS TRUSTEE;

IRWIN WHOLE LOAN TRUST SERIES

2004-A BY WELLS FARGO AS
TRUSTEE;
MASTR ASSET-BACKED SECURITIES
TRUST 2004-0PT1 BY WELLS FARGO
AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-FF1 BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-FM1 BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST 2004-WMCS BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-A BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-B BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-C BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-D BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-E BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-F BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-G BY
WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST MLCC 2004-HB1
BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE
INVESTORS TRUST SERIES MLCC

2004-12  1 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2004-0P1 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2004-1 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2004-2 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2004-3 BY WELLS FARGO AS TRUSTEE;

OWNIT MORTGAGE LOAN TRUST 2004-1 BY WELLS FARGO AS TRUSTEE;

RENAISSANCE HOME EQUITY LOAN TRUST 2004-1 BY WELLS FARGO AS TRUSTEE;

RENAISSANCE HOME EQUITY LOAN TRUST 2004-2 BY WELLS FARGO AS TRUSTEE;

RENAISSANCE HOME EQUITY LOAN TRUST 2004-3 BY WELLS FARGO AS TRUSTEE;

RENAISSANCE HOME EQUITY LOAN TRUST 2004-4 BY WELLS FARGO AS TRUSTEE;

RESIDENTIAL ASSET SECURITIZATION GMACM HOME EQUITY TRUST 2004-HE1 BY WELLS FARGO AS TRUSTEE;

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2004-DOl BY WELLS FARGO AS TRUSTEE;

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2004-D02 BY WELLS FARGO AS TRUSTEE;

SECURITIZED ASSET-BACKED

RECEIVABLES TRUST 2004-0P1 BY
WELLS FARGO AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2004-0P2 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-16
BY WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2004-5 BY
WELLS FARGO AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2005-HE2 BY
WELLS FARGO AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2005-0PT1 BY
WELLS FARGO AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2005-WMC-1
BY WELLS FARGO AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-HE3 BY
WELLS FARGO AS TRUSTEE;
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES WMC 2005-
HE5 BY WELLS FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-1 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-10 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-11 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-12 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-2 BY WELLS

FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-3 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-4 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-5 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-6 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-7 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-8 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2005-9 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA FUNDING 2005-B
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2005-C
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2005-G
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-1 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-10 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-11 BY WELLS
FARGO AS TRUSTEE;

BANC OF AMERICA MORTGAGE
SECURITIES 2005-12 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-2 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-3 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-4 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-5;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-6 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-7 BY WELLS
FARGO AS TRUSTEE;
BANC OF-AMERICA MORTGAGE
SECURITIES 2005-8 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-9 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-A BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-B BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-C BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-D BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-E BY WELLS

FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-F BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-G BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-H BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-I BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-J BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-K BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA MORTGAGE
SECURITIES 2005-L BY WELLS
FARGO AS TRUSTEE;
CITIGROUP MORTGAGE LOAN
TRUST 2005-0PT4 BY WELLS FARGO
AS TRUSTEE;
FFMLT TRUST 2005-FF6 BY WELLS
FARGO AS TRUSTEE;
FFMLT TRUST 2005-FFHl BY WELLS
FARGO AS TRUSTEE;
GMACM HOME EQUITY LOAN
TRUST 2005-HEl BY WELLS FARGO
AS TRUSTEE;
GMACM HOME EQUITY LOAN
TRUST 2005-HE2 BY WELLS FARGO
AS TRUSTEE;
GMACM HOME EQUITY LOAN
TRUST 2005-HE3 BY WELLS FARGO
AS TRUSTEE;
GMACM MORTGAGE LOAN TRUST
2005-AAl BY WELLS FARGO AS

TRUSTEE;
HOME EQUITY LOAN TRUST, SERIES OOMC 2005-HE6 BY WELLS FARGO AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-2 BY WELLS FARGO AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-3 BY WELLS FARGO AS TRUSTEE;
IMP AC CMB TRUST SERIES 2005-6 BY WELLS FARGO AS TRUSTEE;
IMPAC SECURED ASSETS CORP. TRUST 2005-1 BY WELLS FARGO AS TRUSTEE;
IMPAC SECURED ASSETS CORP. TRUST 2005-2 BY WELLS FARGO AS TRUSTEE;
IRWIN HOME EQUITY LOAN TRUST SERIES 2005-A BY WELLS FARGO AS TRUSTEE;
MASTRASSET-BACKED SECURITIES TRUST 2005-0PT1 BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-FM1 BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-HE1 BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-HE2 BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-HE3 BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-SD1 BY WELLS FARGO AS TRUSTEE;
MERRILL LYNCH MORTGAGE INVESTORS TRUST 2005-WMC2 BY WELLS FARGO AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2005-21 A BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-HE4 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-HE5 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-WMC2 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-WMC3 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-WMC4 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-WMC5 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2005-WMC6 BY WELLS FARGO AS TRUSTEE;

MORGAN STANLEY MORTGAGE LOAN TRUST 2005-8SL BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2005-1 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2005-2 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2005-3 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2005-4 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN
TRUST 2005-5 BY WELLS FARGO AS
TRUSTEE;
OWNIT MORTGAGE LOAN TRUST
2005-5 BY WELLS FARGO AS
TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2005-1 BY
WELLS FARGO AS TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2005-2 BY
WELLS FARGO AS TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2005-3 BY
WELLS FARGO AS TRUSTEE;
PEOPLES CHOICE HOME LOANS
SECURITIES TRUST 2005-4 BY
WELLS FARGO AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2005-HEl BY
WELLS FARGO AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2005-0P1 BY
WELLS FARGO AS TRUSTEE;
SECURITIZED ASSET-BACKED
RECEIVABLES TRUST 2005-0P2 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-12
BY WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
BY WELLS FARGO AS TRUSTEE;
MORTGAGE LOAN TRUST 2005-14
BY WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-15
BY WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-17
BY WELLS FARGO AS TRUSTEE;

STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST 2005-20
BY WELLS FARGO AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2006-0PT1 BY
WELLS FARGO AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2006-0PT2 BY
WELLS FARGO AS TRUSTEE;
ABFC ASSET-BACKED
CERTIFICATES, SERIES 2006-0PT3 BY
WELLS FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-1 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-2 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-3 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-4 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-5 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA AL BY WELLS
FARGO AS TRUSTEE;
TERNATIVE LOAN TRUST 2006-6 BY
WELLS FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-7 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-8 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2006-9 BY WELLS
FARGO AS TRUSTEE;

BANC OF AMERICA FUNDING 2006-B
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2006-C
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2006-D
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2006-E
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2006-1 TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2006-2 TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2006-3 TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2006- A
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2006- B TRUST BY WELLS FARGO AS
TRUSTEE;
BCAP, LLC TRUST 2006-AAl BY
WELLS
FARGO AS TRUSTEE;
BCAP, LLC TRUST 2006-RRl BY
WELLS
FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING GRANTOR TRUST 2006-
AR3 BY WELLS FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2006-AC1 BY
WELLS FARGO AS TRUSTEE;

BEAR STEARNS MORTGAGE
FUNDING TRUST 2006-AR1 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2006-AR4 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2006-ARS BY
WELLS FARGO AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-FREl BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-FRE2 BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-NCl BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-NC2 BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-NC3 BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-NC4 BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-NCS BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-0PTl BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST 2006-RFCl BY WELLS FARGO
AS TRUSTEE;
FFMLT TRUST 2006-FF15 BY WELLS
FARGO AS TRUSTEE;
FFMLT TRUST 2006-FF17 BY WELLS
FARGO AS TRUSTEE;

FFMLT TRUST 2006-FFH1 BY WELLS FARGO AS TRUSTEE;

GMACM HOME EQUITY LOAN TRUST 2006-J1 BY WELLS FARGO AS TRUSTEE;

GMACM MORTGAGE LOAN TRUST 2006-AR1 BY WELLS FARGO AS TRUSTEE;

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR1 BY WELLS FARGO AS TRUSTEE;

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR2 BY WELLS FARGO AS TRUSTEE;

GREENPOINT MORTGAGE FUNDING TRUST 2006-AR3 BY WELLS FARGO AS TRUSTEE;

HARBORVIEW TRUST 2006-10 BY WELLS FARGO AS TRUSTEE;

HARBORVIEW TRUST 2006-11 BY WELLS FARGO AS TRUSTEE;

HARBORVIEW TRUST 2006-12 BY WELLS FARGO AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006~F1 BY WELLS FARGO AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-HE1 BY WELLS FARGO AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-WMC1 BY WELLS FARGO AS TRUSTEE;

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-1 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN TRUST 2006-1 BY WELLS FARGO AS TRUSTEE;

OPTION ONE MORTGAGE LOAN

1  TRUST 2006-2 BY WELLS FARGO AS
   TRUSTEE;
2  OPTION ONE MORTGAGE LOAN
3  TRUST 2006-3 BY WELLS FARGO AS
   TRUSTEE;
4  OWNIT MORTGAGE LOAN TRUST
5  2006-2 BY WELLS FARGO AS
   TRUSTEE;
6  SECURITIZED ASSET-BACKED
7  RECEN ABLES TRUST 2006-FRl BY
   WELLS FARGO AS TRUSTEE;
8  SECURITIZED ASSET-BACKED
9  RECEN ABLES TRUST 2006-FR2 BY
   WELLS FARGO AS TRUSTEE;
10 SECURITIZED ASSET-BACKED
11 RECEN ABLES TRUST 2006-FR3 BY
   WELLS FARGO AS TRUSTEE;
12 SECURITIZED ASSET-BACKED
13 RECEIVABLES TRUST 2006-HEl BY
   WELLS FARGO AS TRUSTEE;
14 SECURITIZED ASSET-BACKED
15 RECEIVABLES TRUST 2006-NC3 BY
   WELLS FARGO AS TRUSTEE;
16  SECURITIZED ASSET-BACKED
17 RECEIVABLES TRUST 2006-0Pl BY
   WELLS FARGO AS TRUSTEE;
18 SECURITIZED ASSET-BACKED
19 RECEN ABLES TRUST 2006-WM2 BY
   WELLS FARGO AS TRUSTEE;
20 ASSET-BACKED SEC. CORP. HOME
21 EQUITY LOAN TRUST SERIES AMQ
   2007-HE2 BY WELLS FARGO AS
22 TRUSTEE;
23 BANC OF AMERICA ALTERNATIVE
   LOAN TRUST 2007-1 BY WELLS
24 FARGO AS TRUSTEE;
25 BANC OF AMERICA ALTERNATIVE
   LOAN TRUST 2007-2 BY WELLS
26 FARGO AS TRUSTEE;
27 BANC OF AMERICA ALTERNATIVE
28

LOAN TRUST 2007-3 BY WELLS
FARGO AS TRUSTEE;
BANC OF AMERICA FUNDING 2007-5
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2007-A
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA FUNDING 2007-E
TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2007-1 TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2007-2 TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2007-3 TRUST BY WELLS FARGO AS
TRUSTEE;
BANC OF AMERICA MORTGAGE
2007-4 TRUST BY WELLS FARGO AS
TRUSTEE;
BEAR STEARNS ARM TRUST 2007-3
BY WELLS FARGO AS TRUSTEE;
BEAR STEARNS ARM TRUST 2007-5
BY WELLS FARGO AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC2 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC3 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-AC4 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS ASSET-BACKED
SECURITIES I TRUST 2007-ACS BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS ASSET-BACKED

SECURITIES I TRUST 2007-AC6 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2007-ARl BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2007-AR2 BY
WELLS FARGO AS TRUSTEE;
BEARSTEARNSMORTGAGEFUNDING
TRUST 2007-AR3 BY WELLS FARGO
AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2007-AR4 BY
WELLS FARGO AS TRUSTEE;
BEAR STEARNS MORTGAGE
FUNDING TRUST 2007-ARS BY
WELLS FARGO AS TRUSTEE;
BEARSTEARNSSTRUCTURED
PRODUCTS INC. TRUST 2007-R3 BY
WELLS FARGO AS TRUSTEE;
BEARSTEARNSSTRUCTURED
PRODUCTS INC. TRUST 2007-R6 BY
WELLS FARGO AS TRUSTEE;
BEARSTEARNSSTRUCTURED
PRODUCTS INC. TRUST 2007-R8 BY
WELLS FARGO AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST, 2007-FRE1 BY WELLS FARGO
AS TRUSTEE;
CARRINGTON MORTGAGE LOAN
TRUST, 2007-RFC1 BY WELLS FARGO
AS TRUSTEE;
FIELDSTONE MORTGAGE
INVESTMENT TRUST 2007-1 BY
WELLS FARGO AS TRUSTEE;
HARBOR VIEW 2007-1 BY WELLS
FARGO AS TRUSTEE;
HARBOR VIEW 2007-3 BY WELLS
FARGO AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-4

BY WELLS FARGO AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-5
BY WELLS FARGO AS TRUSTEE;
LEHMAN MORTGAGE TRUST 2007-9
BY WELLS FARGO AS TRUSTEE;
MORGAN STANLEY CAPITAL 1
TRUST 2007-HQ11 BY WELLS FARGO
AS TRUSTEE;
MORGAN STANLEY CAPITAL 1
TRUST 2007-HQ13 BY WELLS FARGO
AS TRUSTEE;
MORGAN STANLEY CAPITAL 1
TRUST 2007-IQ15 BY WELLS FARGO
AS TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-1 BY WELLS FARGO AS
TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-2 BY WELLS FARGO AS
TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-3 BY WELLS FARGO AS
TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-4 BY WELLS FARGO AS
TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-5 BY WELLS FARGO AS
TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-6 BY WELLS FARGO AS
TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-CP1 BY WELLS FARGO
AS TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-FXD1 BY WELLS FARGO
AS TRUSTEE;
OPTION ONE MORTGAGE LOAN
TRUST 2007-FXD2 BY WELLS FARGO

AS TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2007-0PTl BY WELLS FARGO AS
TRUSTEE;
SOUND VIEW HOME LOAN TRUST
2007 -OPT2 BY WELLS FARGO AS
TRUSTEE;
SOUNDVIEW HOME LOAN TRUST
2007-0PT3 BY WELLS FARGO AS
TRUSTEE;
SOUND BY WELLS FARGO AS
TRUSTEE;
VIEW HOME LOAN TRUST 2007-0PT4
SOUNDVIEW HOME LOAN TRUST
2007-0PTS BY WELLS FARGO AS
TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-1 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST2007-11 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-2 BY
WELLS FARGO AS TRUSTEE
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-3 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-4 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ADJUSTABLE RATE
MORTGAGES TRUST 2007-6 BY
WELLS FARGO AS TRUSTEE;
STRUCTURED ASSETS MORTGAGE
INVESTMENTS II TRUST 2007-AR4
BY WELLS FARGO AS TRUSTEE;
STRUCTURED ASSETS SECURITIES
CORP. MORT. LOAN TRUST 2007-BC1

BY WELLS FARGO AS TRUSTEE;
and DOES 1 through 10,000, inclusive,

Defendants.

COMES NOW, RELATORS SERVE ALL HELP ALL, INC. D/B/A NON-PROFIT ALLIANCE OF CONSUMER ADVOCATES ("NACA"), JOSE ARTURO ABAD-VEGA, DANNY WILLIAMS AND MOSES HALL, by and through their undersigned attorneys, and file this their Fourth Amended Complaint in substitution for the previously filed Third Amended Complaint.

## INTRODUCTION

1.  This is an action to recover damages and civil penalties on behalf of the United States arising from false and/or fraudulent records, statements and claims made and caused to be made by Defendants and/or their agents, employees and co-conspirators in violation of the Federal False Claims Act, 31 U.S.C. §§3729 *et seq*.

2.  Defendants have engaged in a brazen scheme to defraud both our nation's mortgage borrowers and the United States treasury of millions of dollars in connection with home loan modification supplements guaranteed by the United States Department of Housing

and Urban Development's ("HUD's") Home Affordable Modification Program ("HAMP").

3.  Making Home Affordable ® programs offer a range of solutions that would be able to help homeowners take action before their homes were lost to foreclosure through:

- Refinance and take advantage of today's low mortgage interest rates.

- Reduce the monthly mortgage payments.

- Getting mortgage relief while searching for re-employment.

- Getting help when the Borrower owed more than the value of the home.

- Avoid foreclosure when homeownership is no longer affordable or desirable.

4.  Defendant lenders have repeatedly violated the rules of the HAMP program.

5.  Rather than comply with those rules, Defendants misrepresent to the United States, and to borrowers, the borrowers eligibility for the programs and receive funds from HAMP programs for the alleged service of determining the borrower's eligibility for participation in HAMP programs.

6.  All conventional mortgage loans are eligible for foreclosure prevention alternatives—those held in Fannie Mae's portfolio, those purchased for Fannie Mae's portfolio but subsequently sold to back as a Mortgage Back Securities ("MBS") issue, and those originally delivered as part of a MBS pool. While Fannie Mae does not require that its foreclosure prevention alternatives be used for regular servicing option MBS mortgage loans, shared-risk special servicing option MBS mortgage loans the servicer's while the shared-risk liability remains in effect, and other mortgage loans sold to Fannie Mae under a recourse or other credit enhancement arrangement, Fannie Mae encourages a servicer to use them for these mortgage loans. However, when a servicer decides to use Fannie Mae's foreclosure prevention alternatives for such mortgage loans, Fannie Mae will not be responsible for any losses or expenses the servicer incurs and will not pay the incentive fees it usually pays for certain foreclosure prevention alternatives.

7.  Special procedures are required for MBS mortgage loans that were in special servicing option pools. The servicer will need to repurchase the mortgage loan from the MBS pool, but it should not change the terms of the mortgage loan in Fannie Mae's records until

after Fannie Mae reclassifies it as an actual remittance type mortgage loan.

8.   Fannie Mae will pay an incentive fee of $800 for each successful Deed-in-Lieu or Short Sale. Incentive fee payments on eligible mortgage loans will be sent to servicers upon receipt of a closed case entered into HSSN[1]. Fannie Mae will review eligibility for the modification incentive fee and make the final determination based on information provided by the servicer; therefore, servicers need to submit *Cash Disbursement Requests* (Form 571) for payment of modification incentive fees or expenses. Modification incentive

---

[1] Home Saver Solutions Network ("HSSN") permits Servicer to process electronically foreclosure prevention cases for conventional mortgage loans to Fannie Mae for consideration. The Servicer can provide the facts for any given delinquency and the borrower's financial data, and the application will recommend which workout options are most appropriate to the particular circumstances.  After logging in, all the servicer needs to do is to enter and save the data for each foreclosure prevention case or request for reclassification that it wants to report and the information will be automatically available to Fannie Mae.  Once an approved foreclosure prevention alternative has been finalized (or closed), the servicer reports that information to Fannie Mae through HSSN.

fees on eligible mortgage loans will be sent to servicers on a monthly basis.

9.   The Servicers of the Defendants know or should know at the time of the identification of potential candidates for the HAMP programs the eligibility qualification of the candidates based upon the servicing agreement between the Servicer and the Investor, pursuant to the Pooling and Servicing Agreement ("PSA"). This is also a mandate of the Making Homes Affordable Program, "Handbook for Servicers of Non-GSE Mortgages.[2]

_____

[2] See: Section 1.3 of Making Homes Affordable Program, "Handbook for Servicers of Non-GSE Mortgages." Within 90 days of executing a PSA, the servicer must review all servicing agreements to determine investor participation in HAMP. Within 30 days of identifying an investor as a nonparticipant,or as unwilling to extend its participation in MHA to include any extension or expansion of an MHA program, or identifying a servicing agreement that limits or prohibits a servicer from offering any assistance available under MHA, including HAMP Tier 2 modifications (i.e., prohibition against modification of non-owner occupied mortgages or limits on multiple modification of the same mortgage), the servicer must contact the investor in writing at least once, encouraging the investor to permit modifications and other assistance available under the extended and expanded MHA programs. Servicers, within 120 days of signing the PSA, must create and maintain in their records an Investor Participation List containing the following information: (1) the number of investors for

10.  The Servicer and Investor are allowed reimbursement administrative cost:   To obtain reimbursement for allowable administrative fees and costs incurred in connection with HAMP, the servicer must submit a *Cash Disbursement Request* (Form 571) to Fannie Mae for mortgage loans considered under HAMP, Fannie Mae has waived the requirements that the claim equal a minimum amount of $500.00 or that the mortgage loan be at least 6 months delinquent. Only administrative fees and costs associated with HAMP should be included on Form 571. In order for the administrative costs to be reimbursed, servicers must reference HAMP in the comments section

whom it services loans; (2) a list of those investors who do not participate in HAMP; (3) the number of loans serviced for each investor that does not participate in HAMP; and (4) pool-level identification data, such as pool name and pool number, for loans serviced for each investor that does not participate in HAMP or whose participation is subject to any limitations or restrictions. In addition, servicers must provide a copy of the servicing agreement or other pool documentation to the Treasury or its agents upon request. All servicers must update their Investor Participation Lists within 30 days of any change and maintain both the old and revised versions of the lists, which should clearly identify the time period during which each list was applicable, on a system that MHA-C may access upon request.

on Form 571. If Form 571 is submitted in hard copy, the servicer must write "HAMP" on the top of the form.

11.  Pursuant to the initial 2009 HAMP Guideline Servicers and Investors were given by HUD $1000.00, per application upfront costs, for each eligible modification meeting certain specified guidelines.[3] However, in the instant case, Defendants applied for and received from HUD the $1000.00, per application upfront costs, whether the loan was subject to the HAMP program or not.

12. The Borrowers are encouraged to submit over and over HAMP programs packages that are continuously denied and claims are made on the *Cash Disbursement Request* (Form 571) as administrative costs, including but not limited to, the $1000.00, per application upfront costs.

13.  Defendants have deliberately concealed these facts from HUD to obtain taxpayer-backed funds.  These funds would not have been

---

[3] See: Home Affordable Modification Program Guidelines, March 4, 2009: "Servicers will receive an up-front Servicer Incentive Payment of $1,000 for each eligible modification meeting guidelines established under this initiative.  Servicers will also receive Pay for Success payments –as long as the borrower stays in the program – of up to $1,000 each year for up to three

available but for that concealment. Investors and Servicers of the Defendants falsely report certified accountings to HUD, in writing, that they are not charging unallowable fees.

14.  Defendant lenders have submitted hundreds of thousands of false and fraudulent documents, records and claims to the United States to fraudulently induce HUD to pay upfront fees of $1,000.00 per application as administrative costs.  Tens of thousands of these loans go into default or resulted in foreclosure. Under the False Claims Act, Defendant lenders are liable to the United States for all damages resulting from those fraudulently induced applications for loan modifications, as well as penalties of up to $11,000 for each violation of the False Claims Act.

### THE PARTIES

15.  SERVE ALL HELP ALL, INC. D/B/A NON-PROFIT ALLIANCE OF CONSUMER ADVOCATES ("NACA") or ("Relator NACA") is a California Non-Profit Corporation which operates offices in California.  NACA provides free mortgage services and modification advice to consumers.

---

years. Similar incentives will be paid for Hope for Homeowner refinances."

16.     JOSE ARTURO ABAD-VEGA ("Relator VEGA") is a consultant to various multicultural consumer activist groups concerning housing, refinance, modifications, and securitization of residential real properties nationwide.  He is a resident of California.

17.   DANNY WILLIAMS, ("Relator WILLIAMS") is a California resident and has been a victim of the complained conduct.

18.    MOSES HALL, ("Relator HALL") is a former attorney who won the first national decision regarding private right to sue for failure of a bank to offer legitimate loan modifications before commencing foreclosure proceeding in California.

19.   Relator NACA has a principal place of business in Orange County, California.  Relator VEGA resides in Orange County, California.   Relator WILLIAMS resides in Orange County, California.  Relator HALL resides in Orange County, California.  They bring this *qui tam* action based upon direct and unique information they possess with regard to the specific fraudulent acts of Defendants set forth and described with particularity herein.

## **DEFENDANTS**

20.     HSBC BANK USA TRUSTEE: (hereinafter referred to as "Defendant HSBC BANK" or "HSBC").  HSBC is organized within four business groups: Commercial Banking; Global Banking and Markets (investment banking);

Retail Banking and Wealth Management; and Global Private Banking.  It is the Trustee of approximately 332 of the actual named Defendant Investment Trusts. Defendant HSBC BANK during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual certificate holders may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant HSBC BANK maintains a principal office at One HSBC Center, Buffalo, NY 14203, may be served through its registered agent for Service of Process C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

21.   U.S. BANK TRUSTEE: (hereinafter referred to as "Defendant U.S. BANK" or "US BANK"). U.S. Bancorp is an American diversified financial services holding company headquartered 111 Fillmore Avenue East , St Paul, MN 55107-1402.   It is the parent company of U.S. Bank National Association, the fifth largest bank in the United States. U.S. Bancorp offers regional consumer and business banking and wealth management services, national wholesale and trust services and global payments services to over 15.8 million customers. The company employs over 64,000 people.  It is a Trustee of approximately 1032 of the actual named Defendants Investment Trusts.  Defendant U.S. BANK during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual certificate

holders may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   U.S. BANK may be served through its regional office at its branch ranch office located at 633 W 5th St 1st FL, Los Angeles, CA 90071.

22.   BANK OF NEW YORK TRUSTEE, (hereinafter referred to as "Defendant Bank of New York" or "BNY Mellon").  BNY Mellon is a global investments providing financial services for institutions, corporations or individual investors, BNY Mellon delivers informed investment management and investment services in 35 countries and more than 100 markets. It is a Trustee of approximately 678 of the actual named Defendants Investment Trusts.  Defendant Bank of New York during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual certificate holders may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Bank of New York maintains a principal office at 1 Wall St. New York, NY, 10005 and may be served through its regional office at 400 South Hope Street, Los Angeles, CA 90071.

23.   DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, (hereinafter referred to as "Defendant Deutsche") is a German global banking and financial services company with its headquarters in the Deutsche Bank Twin Towers in Frankfurt, Germany. It has more than 100,000 employees in over 70

countries, and has a large presence in Europe, the Americas, Asia-Pacific and the emerging markets. In 2009, Deutsche Bank was the largest foreign exchange dealer in the world with a market share of 21 percent.  Defendant Deutsche is a Trustee of approximately 939 of the actual named Defendants Investment Trusts. Defendant Deutsche during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Deutsche maintains a principal office at 1761 E. Saint Andrew Place, Santa Ana, California 92705 and may be served there.

24.   WELLS FARGO BANK TRUSTEE, (hereinafter referred to as "Defendant Wells Fargo" or "Wells Fargo") is an American multinational banking and financial services holding company with operations around the world. Wells Fargo is the fourth largest bank in the U.S. by assets and the largest bank by market capitalization. Wells Fargo is the second largest bank in deposits, home mortgage servicing, and debit cards. In 2011, Wells Fargo was the 23rd largest company in the United States. Wells Fargo is headquartered at 420 Montgomery Street, San Francisco, CA 94104.   It is a Trustee of approximately 381 of the actual named Defendants Investment Trusts.  Defendant Wells Fargo during all relevant times hereafter described, did transact, and does now presently transact,

trustee business in the State of California. The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named. Defendant Wells Fargo may be served through its registered agent for service of process, C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

25.    LASALLE BANK SUCCEEDED BY BANK OF AMERICA TRUSTEE, (hereinafter referred to as "Defendant Bank of America") is an American multinational banking and financial services corporation headquartered at 100 North Tryon Street, Charlotte, North Carolina. It is the second largest bank holding company in the United States by assets. It is a Trustee of approximately 243 of the actual named Defendants Investment Trusts. Defendant Bank of America during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California. The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named. Defendant Bank of America may be served through its registered agent for service of process is, C T Corporation System at 818 W Seventh ST, Los Angeles, CA 90017.

26.  CITIBANK TRUSTEE, (hereinafter referred to as "Defendant Citibank") serves clients in all 50 states through 10 administrative offices in the US, with access to multiple legal jurisdictions, including Delaware and South

Dakota.  Citigroup is the third largest bank holding company in the United States by total assets, after Bank of America and JPMorgan Chase.  It is a Trustee of approximately 93 of the actual named Defendants Investment Trusts.  Defendant Citibank during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.   Defendant Citibank maintains a principal office 399 Park Ave. New York NY 10022 and may be served through its registered agent for Service of Process Alfredo Sanchez, 2029 Century Park East, 42nd Floor, Los Angeles, CA 90067.

27.   J.P. MORGAN CHASE BANK TRUSTEE, (hereinafter referred to as "Defendant Chase"), is an American multinational banking and financial services holding company. It is the largest bank in the United States, with total assets of US$2.509 trillion.  It is a major provider of financial services and according to Forbes magazine is the world's second largest public company based on a composite ranking.  It is a Trustee of approximately 280 of the actual named Defendants Investment Trusts.  Defendant Chase during all relevant times hereafter described, did transact, and does now presently transact, trustee business in the State of California.  The individual Defendants may not be sued but the Trustee of the Trust on behalf of the Defendants must be properly named.

Defendant Chase maintains a principal office at 270 Park Avenue, New York, NY 10017 and may be served through its registered agent C T Corporation System at 818 W. Seventh ST, Los Angeles, CA 90017.

28.   Relators are ignorant of the true names and capacities of Defendants DOES 1 thru 10,000, inclusive ("DOES"), and therefore sue them by fictitious names. Relators will amend this complaint to allege DOES' true names and capacities when they are ascertained.

29.   Relators are informed and believe and upon this basis allege that DOES claim some right, title, estate, lien, or interest in the subject property, adverse to Relators' own title. Each of these claims constitutes a cloud on Relators' title to the subject property from which Relators seek relief.

30.   Relators are informed and believes and upon this basis alleges that DOES are contractually, strictly, negligently, intentionally, or vicariously liable, and/or otherwise legally responsible in some manner for each and every act, omission, obligation, event, or happening set forth in this complaint, and that DOES are indebted to Relators as hereinafter alleged.

31. This is a civil action filed by Relator NACA and sues in its official capacity as a non-profit advocate of consumer affairs who are all directly affected by the actions of all Defendants.  This is discussed herein.  Few of the

homeowners subject to the conduct of Defendants and their agents have received any relief promised by HAMP programs without the consent of the Trustees and Certificate holders of the residential mortgage-securitization trusts created by the Defendants.

## **JURISDICTION AND VENUE**

32. This Court has personal jurisdiction over Defendants because the Defendants have transacted business in this District, and because Defendants have committed acts proscribed by the False Claims Act in this District.

33. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the action arises under the laws of the United States, pursuant to 28 U.S.C. § 1345 because this is a civil action commenced by the United States, pursuant to 28 U.S.C. § 1355(a) because this is an action for the recovery or enforcement of a fine or penalty incurred under an Act of Congress, and pursuant to 31 U.S.C. § 3732(a) to the extent the claims arise under the False Claims Act, 31 U.S.C. §§ 3729 to 3733.

34. Pursuant to 31 U.S.C. § 3732(b), this Court has jurisdiction over the subject matter of the claims asserted by the Relators in this action because those claims are so related to the claims asserted by the United States that they form part of the same case or controversy, and because those claims arise out of the same

transactions or occurrences as the action brought by the United States under the False Claims Act, 31 U.S.C. §§ 3729 to 3733.

35.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (2) and 31 U.S.C. § 3732(a).

36.  Relators have presented the Government with timely disclosures regarding the False Claims Act violations described herein as required by 31 U.S.C. § 3730 (b) (2).

## APPLICABLE LAW

37.  31 U.S.C. § 3729(a)(I)(A) provides that any person who knowingly presents or causes to be presented to the United States any false or fraudulent claim for payment or approval is liable to the United States Government both for a civil penalty and for three times the amount of damages which the Government sustains because of the act of that person. The current civil penalty is not less than $5,500 and not more than $11,000 per false claim made. 20 C.F.R. § 356.3.

38.  31 U.S.C. § 3729(a)(1)(B) provides that any person who knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim is liable to the United States Government both for a civil penalty and for three times the amount of damages which the Government sustains because of the act of that person. The current civil penalty is not less than $5,500 and not more than $11,000 per false claim made. 20 C.F.R. § 356.3.

39.  The False Claims Act defines a "claim" to include any request or demand made upon an agency of the United States for payment of money. 31 U.S.C. § 3729(b)(2).  As a result of submitting Form 571 to Fannie Mae, often multiple times, on loans Defendant Trustees knew could not be modified, Defendant Trustees have made such claims upon the Government.  A false claim exists whenever the United States incurs any cost or is asked to pay any amount in connection with a fraudulently induced guaranty.

40.   No proof of specific intent to defraud is required to prove a False Claims Act violation.  The terms "knowing" and "knowingly" are defined to mean that a person (1) has actual knowledge of the information; (2) acts in deliberate ignorance of the truth or falsity of the information; or (3) acts in reckless disregard of the truth or falsity of the information. 31 U.S.C. § 3729(b)(l).

## BACKGROUND

A. Overview of Relevant Federal Programs

### A. The Single Family Mortgage Industry

41.  The single family mortgage industry consists of financial services and other firms that originate, underwrite, securitize, and service mortgages for residential properties designed to house one to four family dwellings.

///

///

42.  Mortgage origination is the process whereby a lender loans money to a borrower and receives a security interest in property, through a mortgage or comparable device that secures the loan. Origination generally includes all the steps from receiving a loan application through disbursal of the loan proceeds.

43.  For more than thirty years, mortgages typically have been "pooled" to create an investment vehicle, often denominated as a trust, and interests in the trusts have been sold to investors that own interests in payment streams generated by principal and interest payments from the borrowers.

44.  After mortgages are originated, a "servicer" is responsible for mortgage administration activities, known as servicing activities, which generally include collecting payments from mortgagors; applying payments made in an agreed upon order to the mortgagor's indebtedness; distributing payments after allowable deductions to the investment trust entities for distribution to investors; making advances to cover delinquent mortgage payments and other costs, such as the costs of protecting and maintaining properties that collateralize mortgage loans when mortgagors fail to do so; pursuing collections from delinquent mortgagors; and pursuing either loss mitigation or foreclosure, as appropriate, to minimize the loss to investors and others when mortgagors become delinquent on mortgage payments.

///

## B. The United States' Stimulus/Rescue Efforts

45.  Beginning in the fall of 2008, the federal government instituted several measures to try to stabilize the housing and credit markets and assist troubled homeowners.

46.  In October 2008, the Emergency Economic Stabilization Act of 2008 ("EESA") was passed to promote stability and liquidity in the financial system. Among other things, EESA authorized the Secretary of the Treasury to establish the Troubled Asset Relief Program ("TARP"). TARP funds were used, in part, to promote various mortgage loan modification programs.

47.  The Making Home Affordable ("MHA") Program. In March 2009, the United States launched the MHA Program. The MHA Program included the Home Affordable Modification Program ("HAMP"), a Treasury program that uses TARP funds to provide incentives for mortgage servicers to modify eligible first lien mortgages.

48.  HAMP uses set up costs and incentive payments to encourage loan servicers and owners of mortgage loans or bonds backed by mortgage loans to modify eligible first lien mortgages so that monthly payments of homeowners who are in default, or at imminent risk of default, will be reduced to affordable and sustainable levels.

///

49.  The Home Price Decline Protection Incentives ("HPDP") initiative. The HPDP initiative is designed to encourage modifications of loans in markets hardest hit by falling home prices. The HPDP initiative provides investors with additional incentives for loan modifications on properties located in areas where home prices have recently declined and where investors are concerned that price declines may persist.

50.  The Principal Reduction Alternative ("PRA").  PRA is designed to encourage the use of principal reduction in modifications for eligible borrowers whose homes are worth significantly less than the remaining outstanding principal balances of their first lien mortgage loans. It provides investor incentives to offset a portion of the principal reduction.

51.  The Home Affordable Unemployment Program ("UP"). UP is designed to offer assistance to unemployed homeowners through temporary forbearance of a portion of their mortgage payments.

52.  The Home Affordable Foreclosure Alternatives Program ("HAFA"). HAFA is designed to provide incentives to servicers, investors and borrowers to utilize short sales and deeds-in-lieu of foreclosure for HAMP eligible loans in cases in which the borrower can no longer afford to stay in their home but want to avoid foreclosure. Under this program, the servicer releases the lien against the property and the investor waives all rights to seek a deficiency judgment against a

borrower who uses a short sale or deed-in-lieu when the property is worth less than the outstanding principal balance of the mortgage.

53.  The Second Lien Modification Program ("2MP"). 2MP is designed to modify second lien mortgages when a corresponding first lien is modified under HAMP.

54.  The FHA-HAMP Program. The FHA-HAMP Program is designed to provide compensation to the holders and servicers of FHA insured mortgages that are modified under FHA-HAMP, to reduce payments to more affordable levels.

55.  The Treasury/FHA Second-Lien Program ("FHA2LP"). FHA2LP is designed to facilitate refinancing under the FHA Short Refinance Program by reducing second liens. The Treasury provides incentives to participating servicers and investors who agree to partial or full extinguishment of second liens associated with a FHA refinance.

56.  The FHA Refinance for Borrowers with Negative Equity ("FHA Short Refinance") Program. This program is partially supported by TARP funds and allows servicers and investors who write down a borrower's principal balance on a non-FHA insured, existing, underwater, first lien mortgage loan in connection with a refinancing to obtain FHA insurance on the newly refinanced mortgage. The Treasury has provided a TARP-funded letter of credit for up to $8

billion in loss coverage on these newly refinanced FHA loans.

57.   Housing Finance Agency Hardest Hit Fund ("HHF"). HHF is a TARP-funded program designed to fund foreclosure prevention programs run by state housing finance agencies in states hit hardest by the decrease in home prices and in states with high unemployment rates. Eighteen states and Washington, D.C. have received approval for aid through this program.

## **FACTUAL ALLEGATIONS**

58.   On or about March 23, 2005, Relator WILLIAMS refinanced his mortgage loan by executing a Note and Deed of Trust ("DOT") in the amount of $391,000.00 with FREMONT INVESTMENT & LOAN as nominal lender, FREMONT GENERAL CREDIT CORPORATION as trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as beneficiary. The loan was a 6.25 fixed-rate index loan for a 30 year term. The DOT for the Subject Property was recorded on March 30, 2005, as Document No. 2005-0727964 in the official records of the Los Angeles County Recorder's Office.

59.   Defendant WELLS FARGO BANK, National Association as Trustee for Securitized Asset-Backed Receivables LLC 2005-FR4 Mortgage Pass-Through Certificates, Series 2005-FR4. WELLS FARGO is the actual owner of the note securing Relator Williams real property.

60.   In 2009 Relator WILLIAMS incurred financial hardship. In early 2010, WILLIAMS inevitably fell behind on his loan repayments due to extenuating financial and personal hardship.

61.   BANK OF AMERICA, N.A ("BANA") at that time was the servicer for Defendant WELLS FARGO and advertised on behalf of Defendant WELLS FARGO that loan modifications were available and that they were specifically able to discuss with WILLIAMS for loss mitigation assistance.  WILLIAMS contacted BANA and was instructed to submit a loan modification application.

62.   The relationship ultimately proved to be unfruitful as WILLIAMS was informed that he did not qualify for a HAMP loan modification.

63.   On or about July 21, 2010, Relator WILLIAMS received a Notice of Default (NOD), at which time he was again in contact with BANA for assistance. BANA offered a HAMP/(HAFA) short sale and WILLIAMS was advised to "get a real estate broker to list the property."

64.   Subsequently, on August 04, 2010, a Substitution of Trustee and Assignment of Deed of Trust ("Substitution") was recorded as Document No. 2010-1078587 in the official records of the Los Angeles County Recorder's Office by "TRUSTEE" in which all beneficial interest was transferred from MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. to WELLS

FARGO bank, national association, as Trustee for Securitized Asset-Backed Receivables LLC 2005-FR4.

65.   Though WILLIAMS was not convinced about the short sale, he felt he had no other choice and on or about August 11, 2010, he engaged a real estate broker to list his home for a short sale.

66.   Relator Williams received an offer for his property on or about August 12, 2010. The offer and the application were submitted to BANA for HAMP's HAFA program.

67.   WILLIAMS was advised by BANA that approval would "take a few weeks" but that WILLIAMS needed to move out of the residence soon as possible in order to "seal the deal."

68.   During the ensuing months that followed, the "short sale negotiators" and "contact persons" were constantly changed as often as four (4) times during a given month. Documents that had been properly, timely and completely submitted were mysteriously "lost." WILLIAMS was constantly resubmitting updated documentation in support of the application.

69.   Furthermore, BANA would consistently lose the documentation provided by potential buyers causing WILLIAMS's potential buyer to become discouraged and rescind their offers for the property.  After numerous re-

submissions, escrow was finally opened with Ann Chan as buyer and earnest money was deposited.

70.   The offer was approved as a HAFA short sale by BANA on December 27, 2012, a letter was received reflecting the sale.

71.   Around January 1, 2013, Ann Chan placed all the necessary funds in cash for the sale into escrow for the full purchase price.

72.   At around January 30, 2013, WILLIAMS received a letter from BANA employee, Cedric Williams, advising he was WILLIAMS's "new customer relationship manager" ("CRM").

73.   Customer Relationship Manager Cedric Williams ("CRM Williams") was informed of the pending short sale agreement and appeared to have no knowledge of the existence of the agreement.  On February 1, 2013, February 4, 2013 and February 12, 2013, CRM Williams indicated to Relator WILLIAMS that additional time would be necessary to determine the issues regarding the pending short sale.

74.   Shortly thereafter, CRM Williams communicated to Relator WILLIAMS that the short sale was being declined by BANA, stating:

> [We have reviewed your request for a short sale on the above listed property. At this time, we cannot approve your request for the following reason(s): Non Compliance- After an internal quality review, the Bank has made the decision not to accept the present offer for this property.]

75.   At that point, WILLIAMS made numerous calls to BANA about the refusal of the bank to honor the executed real estate purchase agreement between WILLIAMS and Ann Chan.

76.   On March 14, 2013, WILLIAMS received a call from Defendant BANA employee, Kayla Wilson, who identified herself as Senior Operations Analyst for the office of BANA's CEO and President.

77.   It seemed like Ms. Wilson wanted to assist WILLIAMS. She confided in WILLIAMS that the "real reason" the short sale was declined was "because Defendant was no longer doing business with that particular broker/brokerage firm."  She went on to say that _BANA's POLICY_ was to _NEVER GIVE A REASON IN WRITING_ when files were being _turned down_ by her department. She also gave WILLIAMS alternatives in dealing with his issue.

78.   She advised WILLIAMS that the same buyer could just re-submit for consideration for approval through a different brokerage provided the prior broker did not benefit financially in any way.

79.   Plaintiff then submitted the offer through a different broker that was a stranger to the prior brokerage firm and had no ties or connections.

80.   The offer was re-submitted two more times per Ms. Wilson's request through BANA's Equator system. After several attempts by WILLIAMS to get

any response from BANA, no reasons were given to WILLIAMS for not accepting buyer's fully paid purchase price.

81.   It was deceiving for BANA to encourage WILLIAMS to resubmit his request when they were going to simply turn him down again, after a denial had already been issued.

82.   WILLIAMS immediately again applied for loss mitigation in the form of a complete loan modification application with BANA.

83.   WILLIAMS was, once again, informed that his loan was not eligible under the HAMP program due to "lack of authority" from investor and Defendant WELLS FARGO as Trustee for Securitized Asset-Backed Receivables LLC 2005-FR4 Mortgage Pass-Through Certificates, Series 2005-FR4.

84.   WILLIAMS was, once again, offered to participate in their Home Affordable Foreclosure Alternative, ("HAFA") in the subsequent months thereafter by more than one BANA representative. No information or discussion was ever facilitated by BANA to explore other foreclosure alternatives at that point.

85.   WILLIAMS sought the assistance of Relator NACA, which assisted him in submitting a complete loan modification packet in appeal to BANA.

86.   Defendant BANA has purposefully delayed communication to the last minute to discuss any real available loss mitigation options with Plaintiff.

87.   The collective effect of four years of the above described bad faith gamesmanship, resulted in Plaintiff abandoning his efforts to short sale the property.

88.   At the beginning of November, 2013, with the assistance of NACA, BANA was immediately contacted and communication was initiated with BANA employee, Creola Brown.

89.   NACA, on behalf of WILLIAMS, informed Ms. Brown that a new modification packet would be sent to BANA, directed to Ms. Brown's attention and care. This information was faxed to her. Ms. Brown confirmed receipt on November 14, 2013, and stated she would be reviewing the documents and would advise if anything further was needed. Ms. Brown further advised WILLIAMS that no foreclosure proceedings would take place while modification packet was being reviewed.

90.   WILLIAMS requested a single point of contact at this time, to which Ms. Brown responded that one would be assigned shortly.

91.   From that point forward, communication ceased and no correspondence or written acknowledgment outlining either the modification process, or any other type of request for additional or missing documents was received.

92.   To WILLIAM's dismay, on December 16, 2013, the loan was abruptly transferred to NATIONSTAR. On December 16, 2013, NATIONSTAR was

promptly contacted and WILLIAMS was informed that a new packet would need to be submitted.

93.   Only 2 days after the alleged transfer, WILLIAMS was notified of a trustee sale.

94.   NACA urgently assisted WILLIAMS in forwarding a complete modification packet to the new servicer, NATIONSTAR.

95.   WILIAMS contacted NATIONSTAR via telephone and was told they would do their best to stop the sale. Furthermore, WILLIAMS requested a Single Point of Contact ("SPOC"), none was provided; no written acknowledgment of receipt of loan modification packet was ever sent to WILLIAMS.

96.   The Notice of Sale ("NOS") was recorded on December 30, 2013. Apparently, NATIONSTAR intended to go to sale while simultaneously "reviewing for loan modification."

97.   On February 20, 2014, WILLIAMS was informed he was denied for an in-house loan modification program, one day later, he was informed he was denied for the Making Home Affordable Program.

98.   The denials were given without a viable reason and/or explanation.

99.   In less than 30 days, NACA helped WILLIAMS appeal the denials.

100.   NATIONSTAR employees never discouraged WILLIAMS from resubmitting an application. They recommended WILLIAMS to proceed with submitting an appeal.

101.   On or about April 29, 2014, WILLIAMS spoke with NATIONSTAR and an updated packet of information/documents were submitted to them as they claimed they had no documents in the system. Apparently NATIONSTAR's system of operations prevents them from properly receiving documents from borrowers.

102.   WILLIAMS also received forms from NATIONSTAR for him to complete because WELLS FARGO does not participate in the HAMP program. WILLIAMS went ahead and completed the forms and returned them all in their completed form on or about April 30, 2014.

103.   Eventually, WILLIAMS was informed that he would need to re-submit updated financial documents. WILLIAMS complied with everything that was requested. No written acknowledgement was received, no single point of contact was assigned and WILLIAMS was unable to determine the status of his application review. This exact same course of "run-around" and failure to actually review WILLIAMS's application has continued to the present.

104.   BANA is and all times was an approved participant in HAMP and had executed a Servicer Participation Agreement, (SPA)[4] with HUD and were entitled to administrative costs associated with services rendered pursuant to the PSA agreement including administrative cost.[5]

105.   The Cash Disbursement Request (Form 571) allows for administrative fees and costs associated with determining eligibility of potential candidates for the HAMP programs.  The fees and costs are not limited to actual eligibility, but are also available if eligibility is denied.

106.   NATIONSTAR is and all times was an approved participant in HAMP and had executed a SPA with HUD and was entitled to administrative costs associated with services rendered pursuant to the SPA agreement including administrative cost.[6]

---

[4] Each SPA agreement contains a Program Participation Cap.  The amount of funds available to pay the servicer, borrower and investor compensation in connection with each servicer's Services which are capped pursuant to each servicer's SPA and pursuant to the HAMP Handbook (Program Participation Cap).  For the sake of clarity, the Program Participation Cap applies with respect to all Services performed by a servicer under a SPA, including, if applicable, GSE SPA Services, and the related financial incentive payments.
[5] See: *Cash Disbursement Request* (Form 571)Exhibit A.
[6] See: *Cash Disbursement Request* (Form 571)Exhibit A.

107.   The *Cash Disbursement Request* (Form 571) allows for administrative fees and costs associated with determining eligibility of potential candidates for the HAMP programs.  The fees and costs are limited to actual eligibility, and are not available if eligibility is denied.

108.   To obtain reimbursement for any allowable administrative fees and costs incurred in connection with HAMP, the servicer should submit a *Cash Disbursement Request* (Form 571) to Fannie Mae. Only for mortgage loans considered under HAMP, Fannie Mae will waive the requirements that the claim equal a minimum amount of $500.00 or that the mortgage loan be at least 6 months delinquent. Only administrative fees and costs associated with HAMP should be included on Form 571. In order for the administrative costs to be reimbursed, servicers must reference HAMP in the comments section on Form 571. If Form 571 is submitted in hard copy, the servicer must write "HAMP" on the top of the form.[7]

109.   Form 571 allows reimbursement for the following:  The servicer uses this form to request advance funds -- or to reimburse it for funds it has advanced -- for whole mortgages and participation pool mortgages or for MBS pool mortgages

---

[7] See:  **Fannie Mae 2010 Servicing Guide Update Part VII and Part VIII** Administrative Costs (11/02/09) Foreclosure Prevention Alternatives Section 610.09.03

serviced under the special servicing option. (The advances may have been made to cover an escrow overdraft; to protect interests in a secured property; to pay foreclosure costs and related expenses; to pay expenses related to, loan modifications, or other loss mitigation alternatives. The servicer also uses this form to request payment of any fees it is due in connection with a loss mitigation alternative or a required property inspection, reimbursement of recordation fees for certain mortgage payoffs, or reimbursement for a portion of allowable foreclosure losses for a foreclosed RHS-guaranteed mortgage that was accounted for under the modified special servicing option.

110.   Relators in their capacity as agents of NACA, clients of NACA or employees of NACA have experienced 1000's of modification applications that have been submitted and have been told that they are eligible for one of the HAMP programs, been given Temporary Trial Period Modifications and subsequently given Permanent Modifications.

111.   Defendants have collected fees from HUD and thereafter informed the applicants that their loans cannot be modified because the investor does not participate in HAMP programs, which information was known to the Defendants prior to the submission of the HAMP packet, by a mere cursory examination of the holder of the promissory notes and the policy of the Note Holder in relationship to the Pooling Servicing Agreement governing the applicability of

modification of the notes.  If such action had occurred there would be no charges to the Government for the processing of non-eligible borrowers.[8]

## PROOF OF EACH DEFENDANT'S FALSE CLAIM

112.   Relators' have attached to this Fourth Amended Complaint a Chart, [See Exhibit B], which includes a specific example whereby Defendant lenders have presented false claims to the Government.

113.   As discussed previously, Exhibit A shows use of Form 571 to request reimbursement for certain costs which would include litigation cost.  The inputting of information into the HSSN system produces payment for the upfront fees.  Relator WILLIAMS claim shows Defendant Wells Fargo false claim conduct is also referenced in Exhibit B.  The claims show that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

114.   Defendant Deutsche Bank National Trust Company has submitted false claims via the HSSN system as well via the Form 571. [See Exhibit B].  The claim shows that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

---

[8] Attached hereto as Exhibit B are cases demonstrating the involvement of the complained conduct by each Trustee Defendant and one of the Defendant Trust.

115.   Defendant U.S Bank National Association, as Trustee Company has submitted false claims via the HSSN system and well via the Form 571. [See Exhibit B].  The claim shows that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

116.   Defendant LaSalle Bank National Association Company has submitted false claims via the HSSN system and well via the Form 571. [See Exhibit B].  The claims show that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

117.   Defendant The Bank of New York Mellon F/K/A The Bank of New York, as Trustee Company has submitted false claims via the HSSN system and well via the Form 571. [See Exhibit B].  The claims show that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

118.   Defendant HSBC Bank USA, National Association as trustee for the certificate holders has submitted false claims via the HSSN system and well via the Form 571. [See Exhibit B].  The claims show that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

119.   CITIBANK, N.A., AS Trustee has submitted false claims via the HSSN system and well via the Form 571. [See Exhibit B].  The claims show that

HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP program.

120.   JP MORGAN CHASE as Trustee and Servicer has submitted false claims via the HSSN system and well via the Form 571. [See Exhibit B].  The claims show that HAMP was charged fees and incurred cost for a loan that was never eligible for the HAMP programs.

## MOTIVE FOR THE FRAUDULENT ACTIONS OF DEFENDANT LENDERS

121.   The lenders' motive is crystal clear. The Defendant lenders engaged in the fraudulent schemes outlined herein in order to illegally raise their profits by benefitting from the financial assistance and guarantees provided by the Government. The Defendant lenders' fraud enabled them to obtain fees from the Government, which greatly reduced their risk in offering loan modifications.

122.   Defendant lenders also profited directly from their fraudulent conduct because they illegally passed on to the Government fees that were not supposed to be paid because the lenders knew, or should have known, that the loans could not be modified - such as attorney fees, taxes and insurance.  See Exhibit A [Form 571]. Those unallowable fees were paid to Defendant lenders and allowed the lenders to make thousands of dollars on every improperly submitted loan modification.  The cost savings to Defendant lenders has been

immense. Both the borrowers and the taxpayers have been victimized by the

lenders' fraud.

## COUNT I
## TWO VIOLATIONS OF THE FALSE CLAIMS ACT,
## 31 U.S.C. § § 3729-3733 *ET SEQ.*

123.    The allegations in the preceding paragraphs above are incorporated

herein by reference.

124.   By virtue of the acts described above, the Defendants knowingly or

recklessly presented or caused to be presented to the United States false or

fraudulent claims for payment or approval, including but not limited to improper

claims for payment of HAMP (1) upfront fees and/or (2) unallowable costs for

each loan modification in direct violation of, *inter alia,* 31 U.S.C. §

3729(a)(1)(A).

125.    In so doing, the Defendants acted knowingly or recklessly; that is, the

Defendants possessed actual knowledge that the claims for payment were false or

fraudulent; acted in deliberate ignorance of the truth or falsity of the claims for

payment; or acted in reckless disregard of the truth or falsity of the claims for

payment.

126.    By virtue of the acts described above, the Defendants made, used, or

caused to be made or used, a false record or statement material to a false or

fraudulent claim in direct violation of, *inter alia*, 31 U.S.C. § 3729(a)(1)(B).

127.   In so doing, the Defendants acted knowingly or recklessly; that is, the Defendants possessed actual knowledge that the information, statements and representations were false or fraudulent; acted in deliberate ignorance of the truth or falsity of the information, statements and representations; or acted in reckless disregard of the truth or falsity of the information, statements and representations.

128.   More specifically, Defendants caused false claims and statements to be made and submitted to HAMP. Truthful and accurate claims and statements are a condition precedent to both issuance of and payment under federal statues and HAMP guidelines.

129.   Had the Government known that the federal regulations and HAMP guidelines were violated or that Defendants' express claims were false, HAMP would not have paid the upfront fees or HSSN fees. Federal statutes prohibit Defendants or other lenders from receiving unallowable and illegal fees in any non-eligible loan modification candidate. The Government would not have issued payments had it known the lender claims and statements were false.

130.   As a result of the Government's reliance upon the false and misleading claims and statements by Defendants, the Government has been damaged and will continue to be damaged as tens of thousands of non-eligible loan modification claims and statements which contain unallowable fees are made and paid.

131.   The Government was not aware of the falsity of the claims and statements made by Defendant lenders. The Government, in reliance on the accuracy of the claims and/or statements, agreed to pay fees for hundreds of thousands of HAMP loan modifications for the purposes of assuring payment to Defendants for assisting borrowers with their loan modification. Tens of thousands of these HAMP loan modifications were denied, which has caused great economic losses to taxpayers.

132.   The fraudulent acts of the Defendant lenders totally undermined one of the core purposes of the HAMP programs which is to incentivize  servicers to readily distinguish eligible borrowers from ineligible borrowers so as to more efficiently help stabilize the housing market in the United States.  By submitting improper claims to HAMP the servicers not only gained financially but the borrowers were under the false impression that they may get a loan modification and did not seek out alternative ways to resolve their loan issues.

133.   As a result of Defendants' actions set forth above, the United States has been severely damaged and will continue to incur damages in the future.

134.   Defendant lenders are liable for any and all payments which were issued based upon false claims and/or statements or with respect to which Defendant lenders failed to comply with federal statutes. Defendant lenders

should be required to reimburse the Government for all costs the Government has incurred. These damages are trebled under the False Claims Act.

135.   The False Claims Act requires that each Defendant lender pay the Government a civil penalty of between $5,500 and $11,000 for each false claim. This means that a penalty should be imposed for each false claim submitted to HAMP in which the lender falsely claimed it had complied with federal statutes and HAMP guidelines. A penalty should also be imposed for each Form 571 where the Defendant lender has charged the Government for unallowable fees.

## COUNT II
## VIOLATION OF THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT OF 1989, 12 U.S.C. § 1833A (FIRREA)

136.   The allegations in the preceding paragraphs above are incorporated herein by reference.

137.   The Defendants knowingly made or presented false or fictitious claims to Departments of the United States, specifically HUD, in violation of 18 U.S.C. § 657.

138.   The claims were material to decisions of the United States.

139.   In connection with matters within the jurisdiction of the United States, the Defendants knowingly and willfully engaged in conduct that: (a) falsified, concealed or covered up by artifices, schemes or devices, material facts,

(b) made statements and representations that violate 18 U.S.C. § 1001(a), and (c) made and used false writings or documents knowing the same to contain materially false and fictitious statements and entries.

140.   The Defendants' schemes affected federally insured financial institutions.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Relators/Relators respectfully request that judgment be entered in their favor and against the Defendants as follows:

1. On Count I, judgment against the Defendants, for treble damages and civil penalties in an amount as the Court may determine between $5,500 and $11,000 for each violation; an order requiring disgorgement of unlawful gains obtained by the Defendants as a result of their unlawful conduct; restitution or other remedial relief to compensate individual victims of the Defendants' unlawful conduct; civil penalties; and attorney fees and costs of investigation.

2. On Count II, judgment against the Defendants, for damages in an amount as the Court may determine, but may not exceed the lesser of $1,000,000 per day or $5,000,000; an order requiring disgorgement of unlawful gains obtained by the Defendants as a result of their unlawful conduct; restitution or other remedial relief to compensate individual victims of the Defendants' unlawful conduct; civil penalties; and attorney fees and costs of investigation.; and

5.   For all other and further relief as the Court may deem just proper and equitable.

April 26, 2016

_/s/ John Jay LeBron_____
JOHN JAY LEBRON
Attorneys for Relators/Relators