Douglas A. Axel, SBN 173814
daxel@sidley.com
Anand Singh, SBN 250792
anand.singh@sidley.com
Logan P. Brown, SBN 308081
lbrown@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  +1 213 896-6000
Facsimile:  +1 213 896-6600

**Attorneys for Defendants**
**Bank of America, N.A.;**
**Deutsche Bank National Trust Company;**
**The Bank of New York Mellon; and**
**The Bank of New York Mellon Trust Company, N.A.**
**In Their Capacities as Alleged**
**Trustees and/or Successor Trustees of**
**Specific Trusts Identified in the**
**Fourth Amended Complaint**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. SERVE ALL HELP ALL, INC. D/B/A NON-PROFIT ALLIANCE OF CONSUMER ADVOCATES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-FM1 BY HSBC BANK USA AS TRUSTEE, et al., <br><br> Defendants. | Case No. 14-cv-00210-TJH-DFM <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINT MOTION TO DISMISS RELATORS' FOURTH AMENDED COMPLAINT** <br><br> Judge:  Honorable Terry J. Hatter <br><br> [Motion to Dismiss filed concurrently herewith] <br><br> <u>Hearing</u> <br> Date:  November 21, 2016 <br> Time: UNDER SUBMISSION <br> Place: Courtroom 17 <br> Judge: Hon. Terry J. Hatter, Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Bank of America, N.A. (erroneously sued as "LaSalle Bank Succeeded By Bank of America Trustee"), Citibank, N.A. ("Citibank") (erroneously sued as "Citibank Trustee"), HSBC Bank USA, N.A. ("HSBC") (erroneously sued as "HSBC Bank USA Trustee"), The Bank of New York Mellon f/k/a The Bank of New York and The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. (collectively, "BYNM") (erroneously sued as "Bank of New York Trustee" and "J.P. Morgan Chase Bank Trustee"), Deutsche Bank National Trust Company, ("DBNTC") (erroneously sued as "Deutsche Bank National Trust Company Trustee"), U.S. Bank National Association ("U.S. Bank") (erroneously sued as "U.S. Bank Trustee"), and Wells Fargo Bank, N.A. ("Wells Fargo") (erroneously sued as "Wells Fargo Bank Trustee") (all defendants, collectively, as "Defendants"), in their capacities as alleged trustees and/or successor trustees of specific residential mortgage-backed securities ("MBS") trusts referenced in the Fourth Amended Complaint (the "Complaint") filed by Relators Serve All Help All, Inc. d/b/a Non-Profit Alliance of Consumer Advocates ("SAHA"), Jose Arturo Abad-Vega a/k/a Pepe Abad a/k/a Pepi Abad ("Abad-Vega), Danny Williams ("Williams"), and Moses Hall ("Hall") (collectively, "Relators"), respectfully request that the Court take judicial notice of the documents listed herein, true and correct copies or excerpts of which are attached hereto, in support of its concurrently filed Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 8, 9, 12(b)(1), and 12(b)(6).

## LEGAL STANDARD

Courts may rely upon matters subject to judicial notice when ruling upon motions to dismiss. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007) (When ruling on motions to dismiss, "courts must consider the complaint in its entirety … in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."); *MGIC Indemnity Corp. v.*

1  *Weisman*, 803 F. 2d 500, 504 (9th Cir. 1986) ("On a motion to dismiss, we may take

2  judicial notice of matters of public record outside the pleadings.").  The Federal Rules

3  of Evidence permit courts to take judicial notice of matters "capable of accurate and

4  ready determination by resort to sources whose accuracy cannot reasonably be

5  questioned," and direct courts to take judicial notice "if a party requests it and the

6  court is supplied with the necessary information."  Fed. R. Evid. 201(b)(1), (c)(2).

7  Under this Rule, the Court may take judicial notice "of documents attached or

8  incorporated into the complaint," *E.I. du Pont de Nemours and Co. v. Kolon Indus.,*

9  *Inc.,* 637 F.3d 435, 448 (4th Cir. 2011), and under the incorporation by reference

10 doctrine, a court may "look beyond the pleadings" by taking judicial notice of

11 "documents whose contents are alleged in a complaint and whose authenticity no

12 party questions, but which are not physically attached to the [plaintiff's] pleading."

13 *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012).

## REQUEST FOR JUDICIAL NOTICE[1]

15 Defendants request that the Court take judicial notice of five categories of

16 documents, each of which is appropriate for judicial notice.

17 **I.    News Articles And Press Releases**

18 Exhibits 1- 9 are true and correct copies of germane media reports.[2]  Media

19 reports and press releases are subject to judicial notice.  *See Ritter v. Hughes Aircraft*

20 *Co.*, 58 F.3d 454 (9th Cir. 1995) (holding district court properly took judicial notice of

21 newspaper article); *California ex rel. Bates v. Mortgage Elec. Registration Sys., Inc.*,

22 2:10-CV-01429, 2011 WL 892646, at * 3 (E.D. Cal. Mar. 11, 2011) (taking judicial

23 notice of news and journal articles to determine subject matter jurisdiction in False

[1] For the Court's convenience, some of the Exhibits attached hereto are relevant excerpts of the full documents and/or do not contain all of the original document's attachments.  In such cases, a link to the full version of the document is also provided.

[2] The documents that are the subject of this Request for Judicial Notice are representative of a much larger body of media and government reporting concerning servicer participation in MHA programs.  As noted in Defendants' Joint Motion to Dismiss, by identifying earlier allegations, Defendants do not concede that any such allegations have any factual basis.

216091394

Claims Act case); *Plevy v. Haggerty*, 38 F. Supp. 2d 816, 821-822 (C.D. Cal. 1998) (taking judicial notice of news articles and press releases submitted in support of motion to dismiss); *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 817 (C.D. Cal. 2004) ("the court may take judicial notice of press releases").

- **Exhibit 1:** David Streitfeld, *Rules for Mortgage Servicers are Criticized as Ineffective*, N.Y. TIMES, Apr. 13, 2011, B4
- **Exhibit 2:** Victoria McGrane, Alan Zibel, and Robin Sidel, *Global Finance: Big Banks Get Foreclosure Orders --- Regulators Detail Steps Lenders Must Take to Revamp Processes; Fines Are Still to Come*, WALL ST. J., Apr. 14, 2011, C3
- **Exhibit 3:** Julie Schmit & Paul Davidson, *Major Banks Told to Review Foreclosures*, USA TODAY, Apr. 14, 2011, B1
- **Exhibit 4:** Alan Zibel, *Regulator: Banks Face Costly Foreclosure Fixes*, WALL ST. J., Apr. 14, 2011
- **Exhibit 5:** Mary Podmolik, *Bank of America, JPMorgan, and Wells Fargo Bank Cited for Poor Performance on HAMP*, CHICAGO TRIBUNE (June 9, 2011)
- **Exhibit 6:** Nelson D. Schwartz and Julie Creswell, *Mortgage Plan Gives Billions to Homeowners, But with Exceptions*, N.Y. TIMES, Feb. 10, 2012, B1
- **Exhibit 7:** Jessica Silver-Greenberg, *Regulators and 13 Banks Complete $9.3 Billion Deal for Foreclosure Relief*, N.Y. TIMES, Feb. 28, 2013
- **Exhibit 8:** Hugh Son, *Secret Inside BofA Office CEO Stymied Needy Homeowners*, BLOOMBERG NEWS (Sept. 15, 2013)
- **Exhibit 9:** Deon Roberts, *Watchdog Says Bank of America, JPMorgan have Most Mortgage Complaints Under TARP*, THE CHARLOTTE OBSERVER (Jan. 30, 2014)

## II.   Congressional Records

Exhibits 10-17 are excerpts from Congressional hearings, including testimony and statements supplied to Congress in connection with Congressional hearings. Courts take judicial notice of documents concerning Congressional proceedings because such documents are "the types of documents for which the accuracy cannot

reasonably be questioned." *321 Studios v. Metro Goldwyn Mayer Studios, Inc.*, 307 F.
Supp. 2d 1085, 1107 (N.D. Cal. 2004) (taking judicial notice of congressional
testimony); *Anschutz Corp. v. Merrill Lynch & Co. Inc.*, 785 F. Supp. 2d 799, 834
(N.D. Cal. 2011) (same)*; F.T.C. v. Neovi, Inc.*, 604 F.3d 1150, 1157 n.5 (9th Cir.
2010) (taking judicial notice of "various congressional documents").

• **Exhibit 10:**   Field Hearing Before the Congressional Oversight Panel,
*Foreclosure Mitigation Under the Troubled Asset Relief Program* (Sept. 24, 2009)
(prepared statement of Edward Golding, Senior Vice President, Economics and
Policy, Freddie Mac)

• **Exhibit 11:**   Congressional Oversight Panel, *April Oversight Report:
Evaluating Progress on TARP Foreclosure Mitigation Programs* (Apr. 14, 2010),
available at:
<https://cybercemetery.unt.edu/archive/cop/20110401232823/http://cop.senate.gov
/reports/library/report-041410-cop.cfm>

• **Exhibit 12:**   Hearing Before the Congressional Oversight Panel, *Treasury's Use
of Private Contractors Under TARP* (September 22, 2010) (prepared statement of
Paul Heran, Program Executive, Making Home Affordable - Compliance, Freddie
Mac)

• **Exhibit 13:**   Congressional Oversight Panel, *November Oversight Report:
Examining the Consequences of Mortgage Irregularities for Financial Stability
and Foreclosure Mitigation* (Nov. 16, 2010), available at:
<https://cybercemetery.unt.edu/archive/cop/20110401233819/http://cop.senate.gov
/reports/library/report-111610-cop.cfm>

• **Exhibit 14:**   Hearing Before the House Committee on the Judiciary, *Foreclosed
Justice: Causes and Effects of the Foreclosure Crisis (Part I & II*, 111th Congress,
2d Sess., at 20 (Dec. 2, 2010) (prepared statement of Phyllis Caldwell, Chief of
Homeownership Preservation Office, Department of Treasury), available at:
<https://judiciary.house.gov/wp-content/uploads/2010/12/Caldwell101202.pdf>

1  • **Exhibit 15:**       Congressional Oversight Panel, *December Oversight Report: A*

2  *Review of the Treasury's Foreclosure Prevention Programs* (Dec. 14, 2010),

3  available at:

4  <https://cybercemetery.unt.edu/archive/cop/20110401232915/http://cop.senate.gov

5  /reports/library/report-121410-cop.cfm>

6  • **Exhibit 16:**       Congressional Oversight Panel, *March Oversight Report: The*

7  *Final Report of the Congressional Oversight Panel* (Mar. 16, 2011), available at:

8  <https://cybercemetery.unt.edu/archive/cop/20110401223133/http://cop.senate.gov

9  /reports/library/report-031611-cop.cfm>

10  • **Exhibit 17:**       Hearing Before the Senate Committee on Banking, Housing, and

11  Urban Affairs, *TARP Oversight:  Evaluating Returns on Taxpayer Investments*, S.

12  Hrg 112-82, 290 (Mar. 17, 2011) (prepared statement of Neil Barofsky, Special

13  Inspector General of TARP)

14  **III.   Government Publications**

15        **a.  Government Reports and Press Releases**

16        Exhibits 18-33 are exemplars and excerpts of reports published by federal

17  agencies and departments, or made available to the public through the websites of

18  federal agencies and departments.  "Government reports and publications," as well as

19  information available on government websites, are judicially noticeable.  *Lemperle v.*

20  *Washington Mut. Bank*, 10CV1550-MMA POR, 2010 WL 3958729, at *3 (S.D. Cal.

21  Oct. 7, 2010); *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (recognizing

22  records and reports of government agencies are "clearly" subject to judicial notice);

23  *Lamle v. City of Santa Monica*, CV 04-6355-GHK SH, 2010 WL 3734868, at *5

24  (C.D. Cal. July 23, 2010) (taking judicial notice of "government agency reports of

25  public record").

26  • **Exhibit 18:**       U.S. Department of the Treasury, *Press Release:  Relief for*

27  *Responsible Homeowners: Treasury Announces Requirements for the Making*

28  *Home Affordable Program* (Mar. 4, 2009)

- **Exhibit 19:**     Government Accountability Office, *Troubled Asset Relief Program: Treasury Actions Needed to Make the Home Affordable Modification Program More Transparent and Accountable*, GAO-09-837 (July 23, 2009), available at: <http://www.gao.gov/assets/300/292806.pdf>

- **Exhibit 20:**     Office of the Special Inspector General for TARP, *Quarterly Report to Congress*, (October 21, 2009), available at: <https://www.sigtarp.gov/Quarterly%20Reports/October2009_Quarterly_Report_to_Congress.pdf>

- **Exhibit 21:**     Government Accountability Office, *Home Affordable Modification Program Continues to Face Implementation Challenges*, (March 25, 2010), available at: <http://www.gao.gov/assets/130/124358.pdf>

- **Exhibit 22:**     Office of the Special Inspector General for TARP*, Factors Affecting Implementation of the Home Affordable Modification Program* (Mar. 25, 2010), available at: <https://www.sigtarp.gov/Audit%20Reports/Factors_Affecting_Implementation_of_the_Home_Affordable_Modification_Program.pdf>

- **Exhibit 23:**     Government Accountability Office, *Troubled Asset Relief Program: Further Actions Needed to Fully and Equitably Implement Foreclosure Mitigation Programs*, GAO-10-634 (Washington, D.C.:  June 24, 2010), available at: <http://www.gao.gov/new.items/d10634.pdf>

- **Exhibit 24:**     Government Accountability Office, *Troubled Asset Relief Program: Treasury Continues to Face Implementation Challenges and Data Weaknesses in Its Making Home Affordable Program*, GAO-11-288 (Washington, D.C.: Mar. 17, 2011), available at: <http://www.gao.gov/assets/320/316715.pdf>

- **Exhibit 25:**     Fed. Reserve Sys. et al., *Interagency Review of Foreclosure Policies and Practices* (Apr. 2011), available at: <https://www.occ.gov/news-issuances/news-releases/2011/nr-occ-2011-47a.pdf>

- **Exhibit 26:**     Government Accountability Office, *Troubled Asset Relief*

6

*Program: Results of Housing Counselors Survey on Borrowers' Experiences with the Home Affordable Modification Program*, GAO-11-367R (Washington, D.C.: May 26, 2011), available at:  <http://www.gao.gov/assets/100/97516.pdf>

- **Exhibit 27:**      Office of the Special Inspector General for TARP, *Quarterly Report to Congress*, (January 26, 2012), available at: <https://www.sigtarp.gov/Quarterly%20Reports/January_26_2012_Report_to_Congress.pdf>

- **Exhibit 28:**      Government Accountability Office, *Foreclosure Mitigation: Agencies Could Improve Effectiveness of Federal Efforts with Additional Data Collection and Analysis*, GAO-12-296 (Washington, D.C.: June 28, 2012), available at: <http://www.gao.gov/assets/600/592028.pdf>

- **Exhibit 29:**      Government Accountability Office, *Foreclosure Review: Opportunities Exist to Further Enhance Borrower Outreach Efforts*, GAO-12-776 (June 29, 2012), available at: <http://www.gao.gov/assets/600/592059.pdf>

- **Exhibit 30:**      Government Accountability Office, *Troubled Asset Relief Program: Further Actions Needed to Enhance Assessments and Transparency of Housing Programs*, GAO-12-783 (Washington, D.C.: July 19, 2012), available at: <http://www.gao.gov/assets/600/592707.pdf>

- **Exhibit 31:**      Government Accountability Office, *Foreclosure Review: Lessons Learned Could Enhance Continuing Reviews and Activities Under the Amended Consent Orders*, GAO-13-277 (Mar. 26, 2013), available at: <http://www.gao.gov/assets/660/653327.pdf>

- **Exhibit 32:**      Office of the Special Inspector General for TARP, *Quarterly Report to Congress*, (July 24, 2013), available at: <https://www.sigtarp.gov/Quarterly%20Reports/July_24_2013_Report_to_Congress.pdf>

- **Exhibit 33:**      Office of the Special Inspector General for TARP, *Quarterly Report to Congress*, (January 29, 2014), available at:

7

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

<https://www.sigtarp.gov/Quarterly%20Reports/January_29_2014_Report_to_Congress.pdf>

### b.  Agency Consent Orders And Agreements

Exhibits 34-38 are exemplars and excerpts of Consent Orders and Agreements between the Department of Treasury and certain Defendants.  As agreements between the government and certain Defendants, the accuracy of such matters cannot be questioned, and they are properly judicially noticeable. *See Argueta v. J.P. Morgan Chase*, 787 F. Supp. 2d 1099, 1103 (E.D. Cal. 2011); *see also Disabled Rights Action Comm. v. Las Vegas Events, Inc.,* 375 F.3d 861, 866 n. 1 (9th Cir. 2004) (taking judicial notice of agreements to which the government was a party); *Transmission Agency of N. Cal. v. Sierra Pac. Power Co.,* 295 F.3d 918, 924 n. 3 (9th Cir. 2002) (taking judicial notice of order from a federal agency).

• **Exhibit 34:**        Financial Agency Agreement for a Homeownership Preservation Program under the Emergency Economic Stabilization Act of 2008, between the U.S. Department of the Treasury and Freddie Mac (February 18, 2009), available at: <https://www.treasury.gov/initiatives/financial-stability/procurement/faa/Financial_Agency_Agreements/Freddie%20Mac%20Financial%20Agency%20Agreement.pdf>

• **Exhibit 35:**        Amended and Restated Commitment to Purchase Financial Instrument and Servicer Participation Agreement (SPA), BAC Home Loan Servicing, L.P. and Fannie Mae, (January 25, 2010), available at: <https://www.treasury.gov/initiatives/financial-stability/TARP-Programs/housing/mha/Documents_Contracts_Agreements/093010bankofamericahomeloansSPA(incltransmittal)-r.pdf>

• **Exhibit 36:**        Consent Orders, Federal Reserve Board, available at: <https://www.federalreserve.gov/newsevents/press/enforcement/enf20110413a1.pdf>

216091394

- o Consent Order (Bank of America), *In re Bank of America Corp.*, Federal Reserve Board of Governors, Docket No. 11-029-B-HC (April 13, 2011);
- o Consent Order (Citi), *In re Bank of America Corp.*, Federal Reserve Board of Governors, Docket No. 11-029-B-HC (April 13, 2011);
- o Consent Order (US Bank), *In re Bank of America Corp.*, Federal Reserve Board of Governors, Docket No. 11-029-B-HC (April 13, 2011); and
- o Consent Order (Wells Fargo), *In re Bank of America Corp.*, Federal Reserve Board of Governors, Docket No. 11-029-B-HC (April 13, 2011)

• **Exhibit 37:** Consent Orders, Office of the Comptroller of the Currency, available at: <https://www.occ.gov/news-issuances/news-releases/2011/nr-occ-2011-47b.pdf >

- o Consent Order (Bank of America), *In re Bank of America Corp.*, Comptroller of the Currency, Docket No. AA-EC-11-12 (April 13, 2011);
- o Consent Order (Citi),  *In re Bank of America Corp.*, Comptroller of the Currency, Docket No. AA-EC-11-12 (April 13, 2011);
- o Consent Order (US Bank),  *In re Bank of America Corp.*, Comptroller of the Currency, Docket No. AA-EC-11-12 (April 13, 2011); and
- o Consent Order (Wells Fargo),  *In re Bank of America Corp.*, Comptroller of the Currency, Docket No. AA-EC-11-12 (April 13, 2011)

• **Exhibit 38:** Amendments to Consent Orders, Office of the Comptroller of Currency, available at: <https://www.occ.gov/static/enforcement-actions/ea2013-127.pdf>

- o Amendment to Consent Order (Bank of America), *In re Bank of America, N.A.*, Comptroller of the Currency, AA-EC-11-12 (February 28, 2013);
- o Amendment to Consent Order (Citi), *In re Bank of America, N.A.*, Comptroller of the Currency, AA-EC-11-12 (February 28, 2013);
- o Amendment to Consent Order (US Bank), *In re Bank of America, N.A.*, Comptroller of the Currency, AA-EC-11-12 (February 28, 2013); and

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

216091394

Amendment to Consent Order (Wells Fargo), *In re Bank of America, N.A.*, Comptroller of the Currency, AA-EC-11-12 (February 28, 2013)

### c.  Department of Treasury Handbooks, Directives, and Other Guidance

Exhibits 39-61 are exemplars and excerpts of MHA Compensation Matrices, MHA Directives, MHA Handbooks, and MHA Performance Reports and Servicer Assessments published by the government and available to the public on the Department of the Treasury's website.[3]  Publicly available Federal Agency Handbooks, Directives, and Guidelines are judicially noticeable.  *See Curtis v. Nationstar Mortgage LLC*, No. 14-CV-05167-HRL, 2016 WL 1275599, at *1 (N.D. Cal. Apr. 1, 2016) (taking judicial notice of three sections of the MHA Program Handbook)*; see also Peviani v. Hostess Brands, Inc.*, 750 F. Supp. 2d 1111, 1116 (C.D. Cal. 2010) (taking notice of an FDA regulatory guideline); *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-CV-1166-IEG POR, 2009 WL 6597891, at *2 (S.D. Cal. Dec. 23, 2009) (explaining that information on government agency websites is often judicially noticeable).

• **Exhibit 39:**     Making Home Affordable: Home Affordable Modification Program, Supplemental Directive 09-01 (April 6, 2009)

• **Exhibit 40:**     Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 1.0 (August 8, 2010)

• **Exhibit 41:**     Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 2.0 (September 22, 2010)

• **Exhibit 42:**     Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 3.0 (December 2, 2010)

• **Exhibit 43:**     Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 3.1 (May 2, 2011)

---

[3] All MHA Directives, MHA Handbooks, and MHA Performance Reports and Servicer Assessments are available at:
<https://www.hmpadmin.com/portal/programs/guidance.jsp>.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

216091394

1

2

- **Exhibit 44:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 3.2 (June 1, 2011)

3

4

- **Exhibit 45:**     Making Home Affordable: Program Performance Report Through
April 2011 (June 9, 2011)

5

- **Exhibit 46:**     Making Home Affordable Compensation Matrix (June 2011)

6

7

- **Exhibit 47:**     Making Home Affordable: Home Affordable Modification
Program, Supplemental Directive 11-06 (July 6, 2011)

8

9

- **Exhibit 48:**     Making Home Affordable: Program Performance Report Through
July 2011 (September 1, 2011)

10

11

- **Exhibit 49:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 3.3 (September 1, 2011)

12

13

- **Exhibit 50:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 3.4 (December 15, 2011)

14

15

- **Exhibit 51:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 4.0 (August 17, 2012)

16

17

- **Exhibit 52:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 4.1 (December 13, 2012)

18

19

- **Exhibit 53:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 4.2 (May 1, 2013)

20

21

- **Exhibit 54:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 4.3 (September 16, 2013)

22

23

- **Exhibit 55:**     Making Home Affordable Program Handbook for Servicers of
Non-GSE Loans, Version 4.4 (March 3, 2014)

24

25

- **Exhibit 56:**     Making Home Affordable: Program Performance Report Through
January 2014 (March 7, 2014)

26

27

- **Exhibit 57:**     Making Home Affordable: Program Performance Report Through
April 2014 (June 13, 2014)

28

11

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

- **Exhibit 58:** Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 4.5 (June 1, 2015)
- **Exhibit 59:** Making Home Affordable: Results by Servicer, Program Performance Report First Quarter 2015 (June 5, 2015)
- **Exhibit 60:** Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 5.0 (January 6, 2016)
- **Exhibit 61:** Making Home Affordable Program Handbook for Servicers of Non-GSE Loans, Version 5.1 (May 26, 2016)

## IV.   Court Filings

Exhibits 62-87 are filings from proceedings in Federal and State Courts and from the California State Bar Court.  Because the accuracy of such records cannot reasonably be questioned, federal courts routinely take judicial notice of court records and rulings.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); *see also Intri-Plex Techs., Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007) (taking judicial notice of state court complaint and pleadings in related action); *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004) ("[A] court may take judicial notice of court records in another case.") (citing *United States v. Wilson,* 631 F.2d 118, 119 (9th Cir. 1980); *No Cost Conference, Inc. v. Windstream Comm., Inc.*, 940 F. Supp. 2d 1285, 1296 ("The two court-filed complaints are properly subject to judicial notice as court records in the instant action and a related case."); *Cabrera v. Rameriz*, No. 1:15-cv-00067-AWI-JLT, 2015 WL 574342, at *1 n.1 (E.D. Cal. Feb. 10, 2015) (taking judicial notice of a complaint in a separate action and collecting cases); *Rosal v. First Federal Bank of California*, 671 F.Supp.2d 1111, 1121 (N.D. Cal. 2009) (taking judicial notice of bankruptcy court filings).  Similarly, "decisions and orders that were filed by the State Bar Court and the California Supreme Court during Plaintiff's disciplinary proceedings" are also judicially

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

216091394

1    noticeable.  *Martin v. State Bar of California*, No. C 11-3601 CW, 2012 WL 1225763,

2    at *2 (N.D. Cal. 2012).

3    • **Exhibit 62:**          Dkt. 84 (Third Amended Consolidated Class Action Complaint), *In*

4    *re Bank of America Home Affordable Modification Program (HAMP) Contract*

5    *Litigation*, Case No. 10-md-02193 (D. Mass.)

6    • **Exhibit 63:**          Dkt. 1 (Complaint), *United States, et al., v. Bank of America Corp.*

7    *et al.*, Case No. 12-cv-00361 (D.D.C.), available at:

8    <http://www.nationalmortgagesettlement.com/settlement-documents>

9    • **Exhibit 64:**          Dkt. 10 (Consent Judgment - Citi), *United States, et al., v. Bank of*

10   *America Corp. et al.*, Case No. 12-cv-00361 (D.D.C.)

11   • **Exhibit 65:**          Dkt. 11 (Consent Judgment – Bank of America), *United States, et*

12   *al., v. Bank of America Corp. et al.*, Case No. 12-cv-00361 (D.D.C.)

13   • **Exhibit 66:**          Dkt. 14 (Consent Judgment – Wells Fargo), *United States, et al., v.*

14   *Bank of America Corp. et al.*, Case No. 12-cv-00361 (D.D.C.)

15   • **Exhibit 67:**          Dkt. 1 (Complaint), *U.S. ex rel. Mackler v. Bank of America*, Case

16   No. 11-cv-3270 (E.D.N.Y)

17   • **Exhibit 68:**          Complaint,  *Kahlo v. Bank of America, N.A.*, Case No. 12-cv-

18   00083 (W.D. Wash.)

19   • **Exhibit 69:**          Dkt. 4 (Amended Complaint), *Flynn, et al. v. NV Mortgage, Inc.,*

20   *et al.*, Case No. 13-cv-00360 (W.D. Wash.)

21   • **Exhibit 70:**          Dkt. 1 (Complaint), *Lesniak v. Bank of America, N.A.*, Case No.

22   13-cv-04694 (N.D. Ill.)

23   • **Exhibit 71:**          Dkt. 1 (Class Action Complaint), *Davis v. Bank of America, N.A.*,

24   Case No. 13-cv-02409 (D. Kan.)

25   • **Exhibit 72:**          Dkt. 12 (First Amended Class Action Complaint), *George v.*

26   *Urban Settlement Services*, Case No. 13-cv-01819 (D. Colo.)

27   • **Exhibit 73:**          Dkt. 1 (Complaint),  *Deangeles v. Bank of America Corp.*, Case

28   No. 13-cv-08637 (N.D. Ill.)

- **Exhibit 74:** Dkt. 1 (Complaint), *Jimenez v. Bank of America, N.A.*, Case No. 13-cv-07221 (E.D.N.Y.)

- **Exhibit 75:** Dkt. 1 (Complaint), *Kane v. Bank of America, N.A.*, Case No. 13-cv-08053 (N.D. Ill.)

- **Exhibit 76:** Dkt. 61 (First Amended Complaint), *Federal Trade Commission v. Kutzner, et. al.*, Case No. SACV-00999 (E.D. Cal.)

- **Exhibit 77:** Dkt. 1 (Complaint), *Pshevlovzky v. Bank of America, N.A.*, Case No. 12-cv-00667 (E.D. Cal.)

- **Exhibit 78:** *In re Hall*, State Bar Court of California, Case No. 11-O-15178 (Stipulation re Facts, Conclusions of Law and Disposition and Order Approving; Order of Involuntary Inactive Enrollment, filed November 9, 2011)

- **Exhibit 79:** Case Summary for Defendant Jose Arturo Abad Vega, *People v. Jose Arturo Abad Vega and Dean Eric Toro*, Case No. 11-cf-1447

- **Exhibit 80:** Decl. ISO Arrest Warrants, *People v. Jose Arturo Abad Vega and Dean Eric Toro,* Case No. 11-cf-1447

- **Exhibit 81:** Second Amended Complaint, *Williams v. Bank of America, N.A.*, Case No. TC027862

- **Exhibit 82:** Order re Plaintiff's Motion to Vacate, *Williams v. Bank of America, N.A.*, Case No. TC027862

- **Exhibit 83:** Case Summary, *Williams v. Bank of America, N.A.*, Case No. TC028304

- **Exhibit 84:** Decision and Order of Involuntary Inactive Enrollment, *In re Vito Torchia, Jr.*, State Bar Court No. 13-O-14835

- **Exhibit 85:** Dkt. 18, Ex. 1 (State Bar of California Address History Re: Vito Torchia), Case No. 16-cv-00999

- **Exhibit 86:** Request for Dismissal, *Williams v. Bank of America, N.A.*, Case No. TC028304

14

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

216091394

- **Exhibit 87:** *In re Vito Torchia, Jr.,* State Bar Court No. 13-O-14835 (April 29, 2016)

## V.  Other Publicly-Available Documents

Exhibits 88 and 89 are an excerpt from a Pooling and Servicing Agreement and an excerpt from the Fannie Mae Single Family 2011 Servicing Guide, both of which are publicly available and judicially noticeable. The Court may take judicial notice of the existence and authenticity of publicly available documents that are not reasonably subject to dispute. *Certain Underwriters at Lloyd's v. Coastal States Mortgage Corp.*, 2014 WL 11380937 (S.D. Fla. 2014) (taking judicial notice of a Fannie Mae Single Family Servicing Guide); *see also Peviani v.* 750 F. Supp. 2d at 1116 (taking judicial notice of a publicly-available, nonbinding regulatory guideline).  This includes public records that are maintained by the government, and courts have expressly held that "SEC filings . . . are judicially noticeable." *Glenbrook Capital Ltd. P'ship v. Kuo*, 525 F. Supp. 2d 1130, 1137 (N.D. Cal. 2007); *see also In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002) (courts may take judicial notice of documents filed with the SEC); *Cannon v. District of Columbia*, 717 F.3d 200, 205 n.2 (D.C. Cir. 2013).  Additionally, the PSA is referenced in the Fourth Amended Complaint because it relates to the trust that holds Relator Williams' loan (Complaint ¶ 59) and thus is judicially noticeable under the incorporation by reference doctrine.  *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012); *see also NYC Topanga, LLC v. Bank of America*, No. CV 14-09721-AB, 2015 WL 4075844, at *2-3 (C.D. Cal. July 2, 2015) (judicially noticing agreements expressly referenced in complaint); *Olenicoff v. UBS AG*, No. SACV 08-1029 AG, 2009 WL 481281, at *3 (C.D. Cal. Feb. 24, 2009) ("The Subscription Agreement is referenced in the FAC, and the Court may take judicial notice of the agreement under the 'incorporation by reference doctrine.'").

- **Exhibit 88:** Pooling and Servicing Agreement, Securitized Asset Backed Receivables LLC Trust 2005-FR4 (September 1, 2005), available at:

1  <https://www.sec.gov/Archives/edgar/data/1339777/000116231805000873/m465p

2  sa.htm>

3  • **Exhibit 89:**       Fannie Mae Single Family 2011 Servicing Guide (June 10, 2011),

4       available at: <https://www.fanniemae.com/content/guide/svc061011.pdf>

5  <u>**CONCLUSION**</u>

6       For the foregoing reasons, Defendants respectfully request that the Court grant

7  this request, and take judicial notice of Exhibits 1-89 hereto.

8
9                                                    Respectfully submitted,

10  Dated:   September 12, 2016          SIDLEY AUSTIN LLP

11
12                                                    By: */s/ Anand Singh*
                                                     Douglas A. Axel
13                                                    daxel@sidley.com
                                                     Anand Singh
14                                                    anand.singh@sidley.com
                                                     555 West Fifth Street, Suite 4000
15                                                    Los Angeles, California  90013
                                                     Telephone:  +1 213 896-6000
16                                                    Facsimile:  +1 213 896-6600

17                                                    Attorneys for Defendants
                                                     Bank of America, N.A. as alleged
18                                                    successor trustee to LaSalle Bank
                                                     National Association as trustee, Deutsche
19                                                    Bank National Trust Company as trustee,
                                                     and The Bank of New York Mellon and
20                                                    The Bank of New York Mellon Trust
                                                     Company, N.A. as trustee and/or
21                                                    successor trustee to JP Morgan Chase
                                                     Co. as trustee
22
23  Dated:   September 12, 2016          MAYER BROWN LLP

24
25                                                    By: */s/ Bronwyn F. Pollock*
                                                     Bronwyn F. Pollock
26                                                    BPollock@mayerbrown.com
                                                     350 South Grand Ave., 25th Floor
27                                                    Los Angeles, CA 90071
                                                     Telephone: +1 213 229-5194
28                                                    Facsimile: +1 213 625-0248

16

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

216091394

1

2                                     Attorneys for Defendants Citibank, N.A., as Trustee, and HSBC Bank USA, N.A.,

3                                       as Trustee, for Certain Trusts Listed in the Complaint,

4   Dated:   September 12, 2016         BUCKLEY SANDLER LLP

5

6

7                                 By:  */s/ Daniel Paluch*
Daniel Paluch
dpaluch@buckleysandler.com

8                                       100 Wilshire Boulevard
Suite 1000

9                                       Santa Monica, CA 90401
Telephone: +1 310 424-3900

10                                     Facsimile: +1 310 424-3960

11

12                                      Attorneys for Defendant U.S. Bank National Association as trustee

13

14   Dated:   September 12, 2016         FAEGRE BAKER DANIELS LLP

15

16                                 By:  */s/ Howard D. Ruddell*
Howard D. Ruddell
howard.ruddell@FaegreBD.com

17                                      1990 S. Bundy Drive

18                                      Suite 620
Los Angeles, California 90025

19                                      Telephone: +1 310 500-2090
Facsimile: +1 310 500-2091

20

21                                      Michael M. Krauss (*pro hac vice* submitted)
michael.krauss@FaegreBD.com

22                                      Jennifer M. Bisenius (*pro hac vice* submitted )

23                                      jennifer.bisenius@FaegreBD.com
2200 Wells Fargo Center

24                                      90 South Seventh Street
Minneapolis, MN 55402

25                                      Telephone: +1 612 766-7000
Facsimile: +1 612 766-1600

26

27                                      Attorneys for Defendant Wells Fargo Bank, N.A. as trustee

28

---

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

# **FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Anand Singh, attest that all other signatories listed, and on whose behalf this document is submitted, concur in the document's content and have authorized its filing and the placement of their electronic signatures above.

By: */s/s Anand Singh*
Anand Singh

216091394

---

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE