PETER NISSON, SBN 62276
 *peternisson@gmail.com*
LAW OFFICES OF NISSON & NISSON
1503 South Coast Drive, Suite 100B
Costa Mesa, California 92626
Telephone: (949) 390-8535
Facsimile: (949) 272-5577

**Attorneys for Relators,
Serve All Help All, Inc. d/b/a
Non-Profit Alliance of Consumer Advocates;
Jose Arturo Abad-Vega; and
Moses Hall**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, *ex rel.*, SERVE ALL HELP ALL, INC. D/B/A NON-PROFIT ALLIANCE OF CONSUMER ADVOCATES; JOSE ARTURO ABAD-VEGA; and MOSES HALL,<br><br>　　　　Plaintiff-Relators,<br><br>　v.<br><br>ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2004-FM1 BY HSBC BANK USA AS TRUSTEE; *et al.*,<br><br>　　　　Defendants. | Case No. 14-cv-00210-TJH (DFMx)<br><br>**DECLARATION OF PETER NISSON IN SUPPORT OF RELATORS' REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT**<br><br>Judge: Honorable Terry J. Hatter, Jr.<br><br>Hearing<br>Date: July 10, 2017<br>Time: UNDER SUBMISSION<br>Place: Courtroom 9B<br>Judge: Hon. Terry J. Hatter, Jr. |

1

Declaration of Peter Nisson In Support of Relators' Reply Brief in Support of Motion
For Leave to File Fifth Amended Complaint

I, Peter Nisson do declare:

1. I am the counsel of record for the Relators in the above entitled matter. I have personal knowledge of the events and facts of this case, and to the matters sworn to below. If called to testify in person, I could do so completely and fully.

2. I reasonably believed that this Court's Order stating it was "without prejudice" meant that there was no final judgment, and that leave to amend could be sought.

3. Based on the authorities stated herein above, I reasonably understood that the Order being without prejudice and with no final judgment being entered by the Order, this left open the door to correct the defects to the complaint and to comply with the standard under Fed.R.Civ.P. 9.

4. If I misinterpreted this Court's Order, it was due to excusable neglect.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 26th day of June, 2017

                                     /s/ Peter Nisson_____
                                     PETER NISSON, Declarant